**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                    (State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Figueroa Mountain Brewing, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 5 9 3 3 2 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 45      Industrial Way | |
| Number   Street | Number      Street |
| | |
| | P.O. Box |
| Buellton          CA      93427 | |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Santa Barbara | |
| County | Number      Street |
| | |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.figmtnbrew.com/ |

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* _____ |
|---|---|---|
| | <u>Name</u> | |

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>3</u>  <u>1</u>  <u>2</u>  <u>1</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Figueroa Mountain Brewing, LLC                                    Case number (if known) _____
_____
Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.   District _____   When _____   Case number _____
                                                     MM / DD / YYYY

            District _____   When _____   Case number _____
                                                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.   Debtor _____   Relationship _____

             District _____   When _____
                                                          MM / DD / YYYY

             Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number          Street

                               _____

                               _____    _____
                               City                              State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10  /01/2020
              MM  / DD / YYYY

✗ _____                    Jaime Dietenhofer
Signature of authorized representative of debtor    Printed name

Title  Manager

| Debtor | Figueroa Mountain Brewing, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**18. Signature of attorney**

✘ /s/Christopher E. Prince

Signature of attorney for debtor

Date    10/ 05/2020

MM   / DD  / YYYY

Christopher E. Prince

Printed name

Lesnick Prince & Pappas LLP

Firm name

315        W. Ninth St., Suite 705

Number      Street

Los Angeles                                          CA          90015

City                                                    State       ZIP Code

(213) 493-6496                                  cprince@lesnickprince.com

Contact phone                                      Email address

183553                                               CA

Bar number                                          State

**Fill in this information to identify the case and this filing:**

Debtor Name  Figueroa Mountain Brewing, LLC

United States Bankruptcy Court for the: Central _____ District of  CA _____
                                                                    (State)

Case number (If known):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/01/2020_        ✗ _____
              MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                      Jaime Dietenhofer
                                      Printed name

                                      Manager
                                      Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNANIMOUS CONSENT OF MANAGERS OF
FIGUEROA MOUNTAIN BREWING, LLC,
A CALIFORNIA LIMITED LIABILITY COMPANY
AUTHORIZING FILING OF PETITION UNDER CHAPTER 11
OF THE UNITED STATES BANKRUPTCY CODE**

The undersigned, being all the managers of Figueroa Mountain Brewing, LLC, a California Limited Liability Company, (the "Company"), hereby takes the following actions and consent to the adoption of the below resolutions without a meeting or further notice, with reference to the following facts:

1.      The Company's only Managers are: Jaime Dietenhofer, an individual; and Judith Dietenhofer as Trustee of the James and Judith Dietenhofer Family Trust (collectively, the "Managers").

2.      The Managers are authorized to take the actions set forth in this document pursuant to the Company's governing documents, including the First Amended and Restated Operating Agreement of Figueroa Mountain Brewing, LLC, as may have been amended from time to time, without the need for a meeting or notice.

On behalf of the Company, the Managers duly authorize and enact the following, resolutions, effective immediately:

IT IS HEREBY RESOLVED:

**<u>Filing of Chapter 11 Bankruptcy Petition</u>**

1.      That Jaime Dietenhofer, as Manager and CEO, is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors and other interested parties, that the Company file a petition for relief under the provisions of chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.      That Jaime Dietenhofer, as Manager and CEO, is hereby authorized on behalf of and in the name of the Company to execute a bankruptcy

petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case;

3. That Jaime Dietenhofer, as Manager and CEO, is hereby authorized and directed on behalf of and in the name of the Company to execute and file, and to cause counsel to the Company to prepare with the assistance of the Company, as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Managers, or either of them, deem necessary and proper after consultation with counsel, in connection with the Company's bankruptcy case.   The filing of a bankruptcy petition shall not constitute an act to dissolve the Company.

## Retention of Professionals

4. That the Company retains the law firm Lesnick Prince & Pappas LLP ("LPP") as general bankruptcy counsel for the Company for purposes of, among other things, preparing and filing the Company's chapter 11 bankruptcy case, and, subject to Bankruptcy Court approval, representing the Company in its bankruptcy case, and for any other related matters that may be agreed upon in writing by either of the Managers and LPP.

## DIP Financing

5. That, in connection with the chapter 11 case, the Managers have determined, after consultation with its advisors, that it is desirable and in the best interests of the Company, its creditors and other parties in interest to obtain, and the Company will benefit under, a senior secured superpriority debtor-in-possession credit facility in an aggregate principal amount of up to approximately $1.4 million (the "Debtor-in-Possession Financing"), in such final amount and with such terms as the Managers may deem appropriate, subject to Bankruptcy Court approval.

**Designation of Responsible Individual**

6.      Jamie Dietenhofer is designated and authorized to act as the "Responsible Individual" with authority to speak for and act on behalf of the Company in its bankruptcy case and to act on behalf of the Company to effect the resolutions set forth above.

Dated:  October 1, 2020


By: _____
       Jaime Dietenhofer,
       Member/Manager


Dated:  October 1, 2020


By: _____
       Judith Dietenhofer as Trustee of the James
       and Judith Dietenhofer Family Trust,
       Member/Manager

**Fill in this information to identify the case:**

Debtor name  Figueroa Mountain Brewing, LLC

United States Bankruptcy Court for the:  Central  District of  CA
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pacific HR 2028 Village Lane Suite #205 Solvang CA 93463 | Christina Nelson (805) 686-1522 cknelson@pachr.com | Payroll taxes/benefits | | | | $627,851.41 |
| 2 | Fauver, Large, Archblad & Spray LLP 820 State St., 4th Fl. Santa Barbara, CA 93101 | Michael Fauver MFauver@flasllp.com (805) 966-7000 | Legal Services | D | | | $541,816.46 |
| 3 | Saxco International, LLC 1855 Gateway Blvd., Suite 400 Concord, CA 94520 | Steve Jackson (925) 391-3200 stjackson@saxco.com | Raw materials | | | | $444,994.97 |
| 4 | Harry E. Hagen, Treasurer-Tax Collector P.O. Box 579 Santa Barbara CA 93102-0579 | (805) 568-2920 | Property Taxes | | | | $395,628.40 |
| 5 | CA Dept. of Tax and Fee Admin. P.O. Box 942879 Sacramento, CA 94279 | (800) 400-7115 | Sales Taxes | | | | $338,100.00 |
| 6 | Allan Teixeira 550 Thousand Hills Rd. Pismo Beach CA 93449 | 805-310-3353 | Loan | | | | $300,000.00 |
| 7 | Department of the Treasury 1310 G Street NW Box 12 Washington DC DC 20005 | (202) 453-2000 | Taxes | | | | $201,108.22 |
| 8 | Santa Maria Exchange Partners 2925 Bristol St Costa Mesa, CA 92626 | Marianne Emmerling marianne@westar1.com 714.241.0400 | Rent | | | | $120,898.50 |

Debtor    Figueroa Mountain Brewing, LLC
_____    Case number (*if known*)_____
Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Associated Winery System, Inc 7787 Bell Road Windsor CA 95492 | Marisa Flores westcoast@prosperocorp.biz (707) 838-2812 | Machinery | | | | $115,181.44 |
| 10 | Westside Anacapa 1244 6th Street Santa Monica CA 90401 | Katie Hay 805.699.7100 khay@ccremanagement.com | Rent | | | | $110,104.81 |
| 11 | Johnson & Johnson 680 Alamo Pintado Rd. Suite 102 Solvang CA 93463 | Daniel Johnson 805.688.4415 daniel@vikingcpa.com | Services | D | | | $100,499.54 |
| 12 | State Board of Equalization P.O. Box 942879 Sacramento CA 94279-7070 | (916) 322-7261 | Taxes | | | | $84,532.53 |
| 13 | Ironbite Fabribactions 2209 Willow Rd Arroyo Grande CA 93420 | | Construction work | | | | $80,732.64 |
| 14 | Opens, LLC 1946 Lake Shore Ave Los Angeles CA 90039 | Jon Carpenter jon@opensoconsulting.com 530.574.1061 | Consulting | | | | $70,102.79 |
| 15 | Ladera Property Managment P.O. Box 60653 Santa Barbara CA 93160 | Johan & Pamela Scharin & Mays laderaproperties805@gmail.com | Rent | | | | $63,800.00 |
| 16 | Saarloos Properties, LLC 2822 Ballard Canyon Solvang CA 93463 | Harvey Saarloos harveysaarloos@gmail.com 562.619.5460 | Rent | | | | $61,081.28 |
| 17 | Ultimate Funding Solutions 483 Welch Road Eolia, MO 63344 | (646) 774-3039 | Loan | D | | | $69,996.56 |
| 18 | Mechanics Bank PO Box 6010 Santa Maria, CA 93456 | (800) 797-6324 | PPP Loan | | | | $944,950.00 |
| 19 | U.S. SBA PO Box 3918 Portland, OR 97208-3918 | (800) 659 2955 | EDIL Loan | | | | $150,000.00 |
| 20 | Ahern Rentals PO Box 271390 Las Vegas, NV 89127-1390 | | Equipment Rental | | | | $57,485.67 |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Buellton_____, California

Date: __10/01/2020_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                         Page 1                                **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>  cprince@lesnickprince.com<br>MATTHEW A. LESNICK (SBN 177594)<br>  matt@lesnickprince.com<br>DEBRA E. CARDARELLI (SBN 272087)<br>  dcardarelli@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone: (213) 493-6496<br>Facsimile: (213) 493-6596<br><br>☒ *Attorney for:* Figueroa Mountain Brewing, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>FIGUEROA MOUNTAIN BREWING, LLC<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Jaime Dietenhofer                                                  , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 1                               **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2. a. ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   Jaime Dietenhofer - 36%

   James and Judith Dietenhofer Family Trust - 36%

   DTJ Development, LLC - 20%

   [For additional names, attach an addendum to this form.]

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   10/01/2020

By: _____

   Signature of Debtor, or attorney for Debtor

Name:   Jaime Dietenhofer

   Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**

FIGUEROA MOUNTAIN BREWING, LLC

Case No. _____

**Debtor**

Chapter _11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

<span style="color:red">SEE NEXT PAGE</span>

2.  The source of the compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

RETAINER: On September 18, 2020, Debtor paid the Firm a $5,000 retainer for legal services (the "Initial Retainer"). On September 25, 2020, Debtor paid the Firm a $25,000 retainer (the "Second Retainer", collectively, the "Retainer"). On October 5, 2020, the Firm drew $30,000 from the Retainer as payment for services rendered pre-petition.

COMPENSATION: Pre-petition, the Firm agreed to accept compensation for its services at its customary hourly rates payable from the Retainer prior to the filing of the petition. Post-petition, the Firm has agreed to be paid in accordance with procedures established by the Bankruptcy Court and United States Trustee Guidelines.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Firm has not agreed to advise Debtor in legal specialty areas outside of bankruptcy and insolvency and will not render legal services in such other specialized areas, including, without limitation, tax, insurance, securities, labor, corporate compliance or real estate.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

  10/05/2020              /s/Christopher E. Prince
*Date*                    *Signature of Attorney*

                    Lesnick Prince & Pappas LLP
                    *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>  cprince@lesnickprince.com<br>MATTHEW A. LESNICK (SBN 177594)<br>  matt@lesnickprince.com<br>DEBRA E. CARDARELLI (SBN 272087)<br>  dcardarelli@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA 90015<br>Telephone: (213) 493-6496<br>Facsimile: (213) 493-6596<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>FIGUEROA MOUNTAIN BREWING, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 76 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 10/05/2020 _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: 10/05/2020 _____

/s/Christopher E. Prince
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                F 1007-1.MAILING.LIST.VERIFICATION

101 Rolloffs & Recycling Services
PO Box 290
Los Olivos, CA 93441


3D Fire Protection
PO Box 1389
Santa Ynez, CA 93460


47 Hops LLC
PO Box 10747
Yakima, WA 98909


4imprint Inc
PO Box 320
Oshkosh, WI 54901


71-73
45 Industrial Way
Buellton, CA 93427


805 Signs
84 Industrial Way
Buellton, CA 93427


A & A Pump & Well Service
123 Industrial Way
Buellton, CA 93427


A Plus Constructors, Inc
1595 Burnt Rock Way
Templeton, CA 93465

A Plus Signs
4270 N Brawley Ave
Fresno, CA 93722


ASAP
PO Box 604
Santa Ynez, CA 93460


AA Label Inc
6958 Sierra Ct
Dublin, CA 94568


Abalone Coast Analytical Inc
141 Suburban Rd Ste C-1
San Luis Obispo, CA 93401


ACME Construction Supply
15020 Desmand Rd
La Mirada, CA 90638-5735


ACT LEGALLY
PO 254491
Sacramento, CA 95865


ADCO Manufacturing
2170 Academy Ave
Sanger, CA 93657


ADT
759 Ward Drive
Santa Barbara, CA 93111

Advance Cable Systems
3024-C De La Vina
Santa Barbara, CA 93105


Advance Design in Asphalt by Hayes & Sons
828 Calimex Road
Nipomo, CA 93444


Advertising Art Studios Inc
4120 N Calhoun Rd
Suite # 200
Brookfield, WI 53005


Agility
21906 Arnold Center Rd
Carson, CA 90810


AGS Publications
PO Box 1149
Crowley, TX 76036


Ahern Rentals
PO Box 271390
Las Vegas, NV 89127-1390


AIR Testing Services
2472 Eastman Ave #34
Ventura, CA 93003


AJAX/Santa Barbara
401 E Montecito Street
Santa Barbara, CA 93101

AJS & Associates Inc
200 Industrial Drive
Random Lake, WI 53075


Albertson's LLC
222 E Highway 246
Buellton, CA 93427


Alejandro Uribe Rico
606 Alamo Pintado
Solvang, CA 93463


ALL CRYO
21500 Sharp Rd
Montgomery, TX 77356


Allan C Teixeira
550 Thousand Hills Rd
Pismo Beach, CA 93449


Allied Central Coast
PO Box 842685
Los Angeles, CA 90084


Allstar Heating & Air Conditioning
47 Industrial Way
Buellton, CA 93427


Alpha Fire Corp
650 Sweeney Lane
San Luis Obispo, CA 93401

Alpha Inc
3350 Liberty SQ Pkwy
Turlock, CA 95381


Alpha Omega
4910 Edna Rd
San Luis Obispo, CA 93401


Alta Imaging Supplies
126 South Broadway Street
Suite # 112
Checotah, OK 74426


Alvarado Street Brewery
1315 Dayton St #E
Salinas, CA 93901


AmericaGas
912 W Betteravia Road
Santa Maria, CA 93455


American Brewers Guild
1001 Maple St
Salisbury, VT 5769


American Express
PO Box 0001
Los Angeles, CA 90096-8000


American Star Trailways
791 Price Street #204
Pismo Beach, CA 93449

Ames Roofing Inc
1825 Olive Dr
Santa Maria, CA 93454


AMESALI
1001 Maple St
Salisbury, VT 05769


Amoretti
451 Lombard Street
Oxnard, CA 93030


Anderson Brothers Design & Supply
212 Main Street
Seal Beach, CA 90740


ANTBUEL001
388 Park St
Buellton, CA 93427


Anton Paar Usa Inc
10215 Timber Ridge Dr
Ashland, VA 23005


Apex Auto Glass
1020 W Betteravia Rd # A
Santa Maria, CA 93455


Applied Industrial Technologies - CA LLC
1010 W Betteravia Rd
Santa Maria, CA 93455

Aramark Uniform Services
2680 Palumbo Drive
Lexington, KY 40509


Argo Logistics Group
PO Box 867
Capitola, GA 95010


Arizona Department of Liquor
800 W Washington St #5
Phoenix, AZ 85007


Arizona Department of Revenue
1600 West Monroe Street,
Phoenix, AZ 85007


Armadillo Insight
818 S 9th St
Mount Vernon, WA 98274-4014


ASCAP
PO BOX 331608
Nashville, TN 37203-7515


Ascendant Spirits Inc
118 Calle Bello
Santa Barbara, CA 93108


Associated Winery System Inc
7787 Bell Road
Windsor, CA 95492

Astro Packaging
1300 N Jefferson St
Anaheim, CA 92807

Atascadero Glass
8730 El Camino Real
Atascadero, CA 93422

Atradius Collections Inc
3500 Lacey Rd Ste 220
Downers Grove, IL 60515

Authentic Leather Patch Company LLC
85 Industrial Way Suite C
Buellton, CA 93463

Baker's Table
3563 Numancia St Ste 104
Santa Ynez, CA 93460

Ball Rig Welding LLC
68 Stuart Ct
Oroville CA 95965

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America - Visa
PO Box 15019
Wilmington, DE 19886-5019

Bates Concrete Construction
213 Willow Drive
Solvang, CA 93463


Battaglia Commercial Real State
2901 Grand Ave Suite D
Los Olivos, CA 93441


Bay Alarm
PO Box 7137
San Francisco, CA 94120-7137


BC Industrial Services
2220 Eastman Ave #112
Ventura, CA 93003


BC Pump Sales & Service Inc
PO Box 6655
Santa Maria, CA 93456-6655


Beall Insurance Services
130 W Vine Street
Redlands, CA 92373


Bear Market Riot, LLC
3013 Park St
Paso Robles, CA 93446


Bedford Scrap Metal
1940 W Betteravia Road
Santa Maria, CA 93455

Bee Safe Lock & Key
906 S Broadway
Santa Maria, CA 93427

Berry Man Inc
205 West Montencito
Santa Barbara, CA 93101

Best Label Company Inc
2900 Faber Street
Union City, CA 94587

Beverage Wise LLC
PO Box 645
Solvang, CA 93464

Big I's Sheet Metal and Welding
817 Marilla Ave
Santa Barbara, CA 93101

Big Red Crane Company
162 Baldwin Rd
Ojai, California 93023

Birko Corporation
9152 Yosemite St
Henderson, CO 80640

Blaze Builders Inc
11617 Cardelina Lane
Atascadero, CA 93422

BlazerPR
808 State Street at El Paseo
Santa Barbara, CA 93101


Blue Shield of CA
234 Cross St
Woodland, CA 95695-4600


BMI
10 Music Square East
Nashville, TN 37203-4399


Boelter
4650 N Port Washington Rd
Washington Bldg 2nd Floor
Milwaukee, WI 53212-1059


Bonicomm
Via Guareschi 5
Basilicanova 43022
Italy


Boo Scarpati
PO Box 288
Los Olivos, CA 93441


Bottenfield Construction
24832 Apple St
New Hall, CA 91321


BrauKon GmbH
Gewerbering 3
83370, Seeon
Germany

Braun & Associates Inc
PO Box 2004
Buellton, CA 91189-1125


Brax Process and Pump Equipment
2115 Hellman Ave Unit H
Ontario, CA 91761


Breakside Brewery, LLC
5821 SE International Way
Milwaukie, OR 97222


Brewers Association
736 Pearl St.
Boulder, CO 80302


Brewers Supply Group
PO Box 74769
Chicago, IL 60694-4769


Brewers/Importers
1415 L Street
Sacramento, CA 95814


Brewery REX
600 West Knepp Ave
Fullerton, CA 92832


Brewery Outfitters
828 SE Ash St Unit A
Portland, OR 97214

Brewing Science Institute
779 Gold Hill Pl S
Woodland Park, CO 80863


Brothers Glass
1230 Mission Dr
Solvang, CA 93463


Buellton Auto Parts
613 Avenue of Flags
Buellton, CA 93427


Buellton Chamber of Commerce
PO Box 231
Buellton, CA 93427


Buellton Garage Inc
320 Central Avenue
Buellton, CA 93427


Buellton Medical Clinic
195 W. Hwy 246
Buellton, CA 93427


C J Strand Properties
1411 Marsh Street
San Luis Obispo, CA 93401


CA Department of Public Health
PO Box 997435 MS 7602
Sacramento, CA 95899-7435

CA State Disbursement Unit
PO Box 989067
West Sacramento, CA 95798

Cal Coast Irrigation
180 Industrial Way #B
Buellton, CA 93427

CAL-THERM INC
5595 Daniels St
Suite F
Chino, CA 91710

California Craft Brewers Association
555 Capitol Mall St #1275
Sacramento, CA 95814

California Secretary of State
PO Box 944260
Sacramento, CA 94244-2600

CalRecycle
PO Box 4025
Sacramento, CA 95812-4025

Capital Corrugated & Carton
8333 24th Ave
Sacramento, CA 95826

Central Coast Brewers Guild
PO Box 1445
San Luis Obispo, CA 93406

Central Coast Brewing
1422 Monterey St Ste #B100
San Luis Obispo, CA 93401


Central Coast Distribution
815 South Blosser Road
Santa Maria, CA 93458


Central Coast Heating & Air
623 Barberry Way
Nipomo, CA 93444


Central States Equipment & Service
2700 Partnership Blvd
Springfield, MO 65803


CenturyLink
PO Box 910182
Denver, CO 80291-0182


CES
1036 West Taft Ave #150
Orange, CA 92865


Chamber of Santa Barbara Region
104 W. Anapamu Street Suite A
Santa Barbara, CA 93101


Chambers and Chambers
2140 Palou Ave
San Francisco, CA 94124

Chapman
123 N Cypress St
Orange, CA 92866


Chase
PO Box 94014
Palatine, IL 60094-4014


Chef Tacos
1117 N Creston St
Santa Maria, CA 93458


Chemsearch
23261 Network Place
Chicago, IL 60673-1232


China Container Line
10350 Heritage Park Drive
Santa Fe Springs, CA 90670


CIP
91 E Second St
Buellton, CA 93427


CITIG INC
347 Chapala St
Santa Barbara, CA 93101


City of Buellton
PO Box 1819
Buellton, CA 93427

City of Santa Barbara
PO Box 1990
Santa Barbara, CA 93102-1990


City of Santa Barbara Cashiering
PO Box 1990
Santa Barbara, CA 93102-1990


City of Santa Barbara Planning Division
PO Box 1990
Santa Barbara, CA 93102-1990


City of Santa Maria
PO Box 140548
Irving, TX 75014-0548


City of Solvang
1644 Oak Street
Solvang, CA 93463


Classic Party Rentals-SY
55 Industrial Way
Buellton, CA 93427


Clay's Septic & Jetting Inc
867 Guadalupe Street
Guadalupe, CA 93434


ClearPath GPS
3463 State Street
Santa Barbara, CA 93105

CLN Worldwide LLC
8530 Steele Creek Place Drive
Charlotte, NC 28273


Coast Engineering & Survey Inc
560 Left Street
San Luis Obispo, CA 93401


Coast Fluid-Aire Inc
547 West Betteravia Rd # G
Santa Maria, CA 93455


Coast Hills Credit Union
125 N Moorpark Rd
Thousand Oaks, CA 91360


Coast Winery Sytems
PO 3582
Sequim, WA 98382


Coastal Byproducts
133 E De La Guerra St
Santa Barbara, CA 93101


Coastal Valleys Roofing
436 Gay Dr
Buellton, CA 93427


Colgate Carpet & Upholster
360 Terrace Court
Buellton, CA 93427

Comcast
PO Box 34744
Seattle, CA 98124-1744


Commercial Energy of Montana
P.O. Box 15040
Sacramento, CA 95851


CompuVision
1421 State St Suite F
Santa Barbara, CA 93101


CONSANT
707 Cathedral Pointe Lane
Santa Barbara, CA 93111


ConsciousKombucha
707 Cathedral Pointe Lane
Santa Barbara, CA 93111


Country Malt
PO Box 51602
Los Angeles, CA 90051-5902


County of Sanitation Company
PO Box 950
Ventura, CA 93002


County of Santa Barbara Planning and Development
123 E Anapamu St
Santa Barbara, CA 93101-2058

County of Santa Barbara Public
123 E Anapamu St.
Santa Barbara, CA 93101


County of SB Environmental Health Services
2125 S Centerpointe Parkway #333
Santa Maria, CA 93455


Cowdog Custom Metalworks
PO Box 741
Solvang, CA 93464


COX Business
PO Box 79172
Phoenix, AZ 85062-9172


Cozzini Bros Inc
350 Howard Ave
Des Plaines, IL 600181908


CPC LTD
18 Pepin St Unit #A-2
West Warwick, RI 02893


Craft Beer & Brewing
214 S College Ave
Fort Collins, AZ 80524


Crosby Hops
18564 Arbord Grove
Woodburn, CA 97071

Custom Breweries Inc
8444 Aitken Road Unit #B
Chilliwack, BC V2R3W8
Canada


Custom Hardware Inc
82 Industrial Way
Buellton, CA 93427


Cyber Copy
621 Via Alondra St
Camarillo, CA 93012


D Volk Wines
3160 Glengary Road
Santa Ynez, CA 93460


Dahl Air Conditioning
85 Industrial Way Suite # H
Buellton, CA 93427


DANSANT001
419 Central Ave
Buellton, CA 93427


DAVBUEL
340 Valley Dairy Rd.
Buellton, CA 93427


Davmar
1775 Callens Rd
Ventura, CA 930035610

DAVORCU
777 Arroyo Way
Orcutt, CA 93455


Department of Alcohol Beverage Control
3927 Lennane Drive Ste 100
Sacramento, CA 95834


Department of Motor Vehicles
2415 1st Ave.
Mail Station F101
Sacramento, CA 95818-2606


Department of the Treasury
10067 Bellefontaine Road
St Louis, MO 63137


Department of the Treasury
1310 G Street NW Box 12
Washington, DC 20005


Diaz Automotive & Tires
141 E Highway 246
Buellton, CA 93427


DirecTV
PO Box 60036
Los Angeles, CA 90060


DMHA Architecture+Interior Design
1 N Cesar Chavez
Santa Barbara, CA 93103

Docuproducts
PO Box 660831
Dallas, TX 75266-0831


DPM Plumbing
PO Box 1353
Santa Ynez, CA 93460


Draft Beer Maintenance
13751 Yellowtone Dr
Santa Ana, CA 92705


Draft Magazine
600 University St Suite 2328
Seattle, WA 98101


Draughtsmen Aleworks
53 Santa Felicia
Goleta, CA 93117


DRINKTANKS
40 SW Century Drive
Suite 100
Bend, OR 97702


Drown Consulting LLC
11503 Spruce Run Drive
San Diego, CA 92131


Durbiano Fire Protection
PO Box 147
Santa Barbara, CA 93102-0147

Eastman Company
23 W Prade St
Santa Barbara, CA 93105


Eco Air Refrigeration
PO Box 1628
Pismo Beach, CA 93448


Ecolab
PO Box 100512
Pasadena, CA 91189-0512


Ecolab Food Specialist Inc
24198 Network Place
Chicago, IL 60673-1241


Ecolab Pest Elim Div
26252 Network Place
Chicago, IL 60673-1262


Edison So Cal
PO Box 600
Rosemead, CA 91771-0001


Edna's Bakery
390 Buckly Road #F
San Luis Obispo, CA 93401


Effele
719 2nd Ave 1075
Seattle, WA 98104

El Rancho Marketplace
555 Five Cities Dr
Pismo Beach, CA 93449


Electric Motor Works
PO Box 3349
Bakersfield, CA 93305


Elite Party Rentals
209 W Hwy 246
Buellton, CA 93427


Elverhoj Museum
1624 Elverhoy Way
Solvang, CA 93463


Empire Electrical Solutions Inc
3904-7 Broad St Ste 416
San Luis Obispo, CA 93401


Employment Development Department
PO Box 826880, MIC 83
Sacramento, CA 94280-0001


Enegren
444 Zachary St Unit 120
Moorpark, CA 93021


Engineered Brew
1658 N Milwaukee Ave
Suite #264
Chicago, IL 60647

England Logistics
PO Box 953776
St Louis, MO 63195-3776


Environmental Agricultural
853 Corporation St
Santa Paula, CA 93060


Epic Wines
2160 41st Ave Suite #13
Capitola, CA 95010


EPPIG Brewing
3052 El Cajon Blvd Suite # C
San Diego, CA 92104


Equine Water USA
PO Box 61815
Santa Barbara, CA 93160


Equipure Water USA
PO Box 1448
Santa Ynez, CA 93460


Ernest Packaging Solutions
2825 South Ernest Suite #103
Fresno, CA 93706


Ethnic Breads
137 Aero Camino
Goleta, CA 93117

Evergreen
417 Zink Ave
Santa Barbara, CA 93111


Ex Voto Chocolates and Confections
7278 Mesa Dr
Ventura, CA 93003


F H Pumps, Inc
4741 Ortega St
Ventura, CA 93003


Fableist Wine Company
3005 A Limestone
Paso Robles, CA 93446


Fastenal
PO Box 978
Winona, MN 55987-0978


Fauver-Large -Archbald -Spray
820 State St Fourth Floor
Santa Barbara, CA 93101


FedEx
PO Box 21415
Pasadena, CA 91185-1415


FEMA Flood Payments
PO Box 790348
St Louis, MO 63179-0348

Figueroa Mountain Brewing Co. Westlake Village
6729 N. Palm Ave #200
Fresno, CA 93704


Figueroa Mountain Productions
6729 N Palm Avenue Suite 200
Fresno, CA 93704


Financial Indemnity Company
8360 LBJ Freeway
Dallas, CA 75243


Firebolt Group Inc
28059 Center Oaks Ct
Wixom, MI 48393


Firestone Walker Brewing Co
620 McMurray Rd
Buellton, CA 93427


Five Star Chemicals & Supply Inc
4915 E 52nd Ave
Commerce City, CO 80022


Flying Goat Cellars
PO Box 565
Lompoc, CA 93438


FME Arroyo Grande (Avenida Caballo)
6729 N Palm Ste #200
Fresno, CA 93704

Foods Co
2508 Castlerock Ln
Santa Maria, CA 93455


Ford Credit
PO Box 552679
Detroit, MI 48255-2679


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0631


Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407


Frontline Construction & Fencing
PO Box 1448
Arroyo Grande, CA 93421


Fruition Construction LLC
3865 N Hwy 16
Denver, CO 28037


Galco
26010 Pinehurst
Madison Heights, MI 48071


Geemacher LLC
31 Robison Street
Pottstown, PA 19464

GEO Solutions
220 High Street
San Luis Obispo, CA 93401

Global Silicones Inc
49 Industrial Way
Buellton, CA 93427

GLS
PO Box 1907
San Ramon, CA 94583

Grainger
Dept 878664903
Palatine, IL 60038-0001

Grandstand
PO Box 3497
Wichita, KS 67201-3497

Graphic Packaging International
PO Box 404170
Atlanta, GA 30384-4170

Gray Lift Inc
PO Box 2808
Fresno, CA 93745

Great America Financial Services
PO Box 660831
Dallas, TX 75266-0831

Great Brewers/L Knife Distribution
7825 Trade Street Suite 110B
San Diego, CA 92121


Green Cheek Beer Co
2294 N Batavia St Unit C
Orange, CA 92865


Griffin Publishing
3868 Pueblo Ave
Santa Barbara, CA 93110


GRW Equipment
3415 Alken Street
Bakersfield, CA 93308


GS1 US Inc
PO Box 71-3034
Columbus, OH 43271-3034


GSO
PO Box 1907
San Ramon, CA 94583


Guy L Warden & Sons
16626 Parkside Ave
Cerritos, CA 907031832


HYH International
9107 NW 105th Way
Medley, FL 33178

HACCHIC
2207 Collections Center Drive
Chicago, IL 60693


Halverson Northwest Law Group PC
PO Box 22550
Yakima, WA 98907


Hansen Advertising
PO Box 331
Avila Beach, CA 93424


Harbor Distributing LLC
PO Box 842685
Los Angeles, CA 90084-2685


Harry E. Hagen Treasurer-Tax Collector
PO Box 579
Santa Barbara, CA 93102-0579


Harry Poor
47 Industrial Way
Buellton, CA 93427


Hartford Fire Insurance
PO Box 731178
Dallas, CA 75373-1178


Hartford Fire Insurance Company
PO Box 731178
Dallas, CA 75373-1178

Helena Avenue Bakery
218 Helena Avenue
Santa Barbara, CA 93101


Herc Rentals
PO Box 936257
Atlanta, GA 31193-6257


Hippy Pop Inc
2112 Mountain Ave
Santa Barbara, CA 93101


Hogs & Hops
210 E 3rd St Unit #A
Long Beach, CA 90802


Home Depot At-Home Svc
9206 Bond St
Overland Park, KS 66214-1727


Hopsteiner Inc
655 Maddison Ave
New York, NY 10065-8078


Hygiena
1801 W Olympic Blvd
Pasadena, CA 91199


Hyle Engineering Co Inc
18818 Wyandotte St
Reseda, CA 91335

I Grind Design
PO Box 288
Los Olivos, CA 93441


ID Technology
PO Box 73419
Cleveland, OH 44193


Image Source Ventura
4532 Telephone Road
Ventura, CA 93003


Impulse Advance Communications
6144 Calle Real Suite #200
Goleta, CA 93117


Indie Hops
2505 SE 11th Ave Suite # 311
Portland, Oregon 97202


Indigo Bay Inc
1048 Stonybrook Dr
Napa, CA 94558


Industrial Medical Group of Santa Maria
3070 Skyway Dr Ste # 106
Santa Maria, CA 93455


Ingersoll Rand
6291 Burnham Avenue
Buena Park, CA 90621

Inklings Printing Co
1693 Mission Dr
Solvang, CA 93463


Inside the Santa Ynez Valley Magazine
PO Box 227
Los Olivos, CA 93441


Insomniac Computer Services
516 N Sixth St
Lompoc, CA 93436


Inspired Emotion
PO Box 273
Solvang, CA 93464


Invisible Sentinel Inc
3711 Market Street # 910
Philadelphia, PA 19104


IRi
150 N Clinton Street
Chicago, IL 60661-1416


Ironbite Fabrications
2209 Willow Rd
Arroyo Grande, CA 93420


Island Brewing Company
5049 Sixth Street
Buellton, CA 93013

Island Daze Inc
1064 NW 3rd St
Hallandale Beach, FL 33009


J & S Plumbing
PO Box 635
Buellton, CA 93427


J North Productions LLC
222 East Canon Perdido
Santa Barbara, CA 93101


J&L Wines
PO Box 2399
Paso Robles, CA 93446-2399


Jaffurs Wine
819 E. Montecito St.
Santa Barbara, CA 93103


Jakes Plumbing
110 Saint Albans Pl
Goleta, CA 93117


JAKSIMI
2114 Hawk St
Simi Valley, CA 93065


JASCAMA
484 Paseo del Valle
Camarillo, CA 93010

JDRF One Walk
811 Wilshire Boulevard Ste 1600
Los Angeles, CA 90017

JEFSOLV01
2941 Stadium Drive
Solvang, CA 936463

JENELSE
858 Penn St
El Segundo, CA 90245

JL Wines
1850 Ramada Dr # 3
Paso Robles, CA 93446

Johnson & Johnson
680 Alamo Pintado Rd Suite 102
Solvang, CA 93463

Johnson Excavation
PO Box 987
Santa Ynez, CA 93460

Jonathan Carpenter/Openso LLC
1946 Lake Shore Ave
Los Angeles, CA 90039

JOO'R'S Welding & Metal
10600 Dawson Canyon Road
Corona, CA 92883

Jordano's #04 #06 #01
550 South Patterson Ave
Santa Barbara, CA 93111


Joseph Construction and Consulting Inc
PO Box 1410
Nipomo, CA 93444


Jump on the Bus
4460 Foothill Road
Carpinteria, CA 93103


Kathinka Engineering
1402 Laporte Ave Fort
Collins, CO 80521


Keg Kraft
PO Box 912926
Denver, CO 80291-2392


KEVBUEL
23 W Mission Unit C
Buellton, CA 93101


Kevin Sutter Vendor
PO Box 498
Los Alamos, CA 93440


Key Industrial
997 Enterprise Way
Napa, CA 94558

King Harbor Brewing Company
2907 182nd St
Redondo Beach, CA 90278


Knight Broadcasting Inc
1101 S Broadway
Santa Maria, CA 93454


Kohner Mann & Kailas
4650 N Port Washington Rd # 6
Milwaukee, WI 53212


Kotis Design
2101 N 34th St Suite # 200
Seattle, WA 98103


KRILOS
PO Box 102
Los Alamos, CA 93440


KTI Industrial
3605 Lakewood Drive
Waterford, CA 48329


Labels Ect
PO Box 2701
Conroe, TX 77305


Ladera Property Management
PO Box 60653
Santa Barbara, CA 93160

Landbridge Logistics Ltd
PO Box 34073 RPO Clover Square
Surrey, BC V3S 8C4
Canada


Landsberg
660 N. Twin Oaks Valley Road
San Marcos, CA 92069


Latitude34
5662 Calle Real, #221
Goleta, CA 93117


Law Office of Jeffrey L Goss
1025 Granville Avenue, #6
Los Angeles, CA 90049


Lee and Neal
PO Box 4127
Santa Barbara, CA 93140


Lee Central Coast Newspapers
PO Box 742548
Cincinnati, OH 45274-2548


Legacy Athletic
300 Fame Ave
Hanover, PA 17331


Leonard Custom Works
84 Industrial Way Suite A
Buellton, CA 93427

Lesnick Prince & Pappas LLP
315 West Ninth Street Suite 705
Los Angeles, CA 90015


Libertine Brewing Company
PO Box 3260
San Luis Obispo, CA 93403


LiliPad Solutions
3109 W Dr Martin Luther King Jr Blv
Suite 200
Tampa, FL 33607


Loomis Tank Center
PO Box 910
Arroyo Grande, CA 93421


Los Arroyos
PO Box 246
Solvang, CA 93463


Los Olivos Chamber of Commerce
PO Box 280
Los Olivos, CA 93441


Los Olivos Elementary School
2540 Alamo Pintado
Los Olivos, CA 93441


Los Padres Forest Association
6755 Hollister Ave
Goleta, CA 93117

Low H2O
1431 East Dena Way
Santa Maria, CA 93454

Loyalty Chemicals
9831 Irvine Center Drive
Irvine, CA 92618

Lucky Penny
218 Helena St
Santa Barbara, CA 93101

Ludlow Street Vineyards LLC
PO Box 727
Los Olivos, CA 93441

LYCAN Protection Specialist
343 Vernon Dr
Upland, CA 91786

LYKKEN
1441 Crown Circle
Lompoc, CA 93436

M & M Restaurant Supply
1235 W McCoy Ln Suite B
Santa Maria, CA 93455

Madison Chemical Co Inc
3141 Clifty Drive
Madison, IN 47250

Madland Toyota
4485 Buck Owens Blvd
Bakersfield, CA 93308

Mamacitas Burritos LLC
224 Helena Ave # B
Santa Barbara, CA 93101

MarBorg Industries
PO Box 4127
Santa Barbara, CA 93140

Margerum Wine Co
PO Box 824
Los Olivos, CA 93441

Matheson Tri-Gas Inc
423 W Betteravia Rd
Santa Maria, CA 93455

McCall Construction
PO Box 1138
Pismo Beach, CA 93448

McClellan's Equipment Sanitation
PO Box 415
Goleta, CA 93116

ME N EDS Pizzerias
6729 N Palm Ave Ste 200
Fresno, CA 93704

Melville Vineyards & Winery
5185 East Highway 246
Lompoc, CA 93436


Mendeleyev Allan-Blitz
101 Mesa Lane
Santa Barbara, CA 93109


Michigan Hop Alliance LLC
51960 W 12 Mile Rd
Wixom, MI 48393


Micro Matic USA LLC
Dept CH 19573
Palatine, IL 60055-9573


Microsoft 6041
1436 Aarhus Dr
Solvang, CA 93463


Microstar Keg Management
PO Box 912392
Denver, CO 80291-2392


Mid Coast Glass Company
913 North H ST
Lompoc, CA 93438


Mid-Coast Fire Protection Inc
5507 Traffic Way
Atascadero, CA 93422

Miller's Event Management
3563 Sueldo St Ste L
San Luis Obispo, CA 93401-7331


Mission Sanitation
PO Box 923
Santa Ynez, CA 93460


Mission Screenmobile Inc
PO Box 1409
Solvang, CA 93464


Mission Trail Cider Company
PO Box 120
Bradley, CA 93426


Montecito Bank & Trust
PO Box 2460
Santa Barbara, CA 93120-2460


Montecito FM
302- B West Carrillo 2nd Floor
Santa Barbara, CA 93101


Montes's Auto Body
132 Easy Street
Buellton, CA 93427


Mr Rooter
PO Box 2755
Pismo Beach, CA 93448

Mr Backflow
PO Box 8106
Santa Maria, CA 93456


Mussetter
12979 Eahart Ave
Auburn, CA 95602


Muzicraft Sound Engineering
735 East Montecito Street
Santa Barbara, CA 93103


N MAC
PO Box 660083
Dallas, TX 75266-0083


Nargan Fire & Safety Co Inc
629 Fire & Safety Co In
Goleta, CA 93117


National Beer Wholesalers Association
1101 King Street Suite # 600
Alexandria, VA 22314-2944


National Building Automation Inc
138 Stonebrooks Street
Simi Valley, CA 93065


NCR Corporation
PO Box 198755
Atlanta, GA 30384-8755

New City Brewery LLC
PO Box 1258
Ojai, CA 93024


NextDay Flyers
8000 Haskell Ave
Los Angeles, CA 91406


Nielsens Building
1230 Mission Drive
Solvang, CA 93463


NLFL
201 N Rice Ave #G
Oxnard, CA 93030


Nordson
PO Box 802586
Chicago, IL 60680


Northern California Brewers Guild
885 Stillwater Road
West Sacramento, CA 95605


O'Reilly Auto Parts
PO Box 9464
Springfield, IL 65801-9464


Office Depot
PO Box 630813
Cincinnati, OH 95263-0813

Office Zilla
1815 Old 41 Highway
Kennesaw, GA 30152


Oilfield Environmental & Compliance Inc
307 Roemer Way Suite # 300
Santa Maria, CA 93454


Ojai Valley News
PO Box 277
Ojai, CA 93024


Old Dominion Freight Line
2025 Union Ave
Parsons, KS 67357


Olivera's Repair, Inc
PO Box 35
Buellton, CA 93427


On Site Business & IT Solutions
PO Box 1686
Solvang, CA 93464


Oregon Fruit Products LLC
150 Patterson St NW
Salem, OR 97304


Oskar Blues Brewery
1800 Pike Rd
Longmont, CO 80501

Outrageous Booths
930 Carpinteria
Santa Barbara, CA 93103


P and S Precision
2018 1/2 Monterrey St
Santa Barbara, CA 93101


Pace Communication
PO Box 60014
Charlotte, NC 28260


Pacific Beverage
PO Box 5834
Santa Maria, CA 93456


Pacific Gas & Electric Co
Box 997300
Sacramento, CA 95899-7300


Pacific HR
2028 Village Lane Suite #205
Solvang, CA 93463


Pacific Pickle Works
PO Box 20295
Santa Barbara, CA 93120


PakTech
1680 Irving Rd
Eugene, OR 97402

Pali Wine Company
401 Wilshire Blvd.
Santa Monica, CA 90401


PALL
PO Box 419501
Boston, MA 02241-9501


Palm Cottage
PO Box 54
Los Olivos, CA 93441


Parallel Products
401 Industry Road
Louisville, KY 40208


Parallels
350 N Clark, Suite 700
Chicago, IL 60654


Parks Ranch
7630 W Hwy 246
Buellton, CA 93427


Pat Carroll
PO Box 421
Buellton, CA 93427


Pat Carson Studio
283 Pamela Way #107
Buellton, CA 93427

Patriot Trailer Sales
2201 US Highway 101 Ste H
Buellton, CA 93427


Pea Soup Anderson
PO Box 197
Buellton, CA 93427


Peckham Coating Solutions
1865 Herndon Ave K106
Clovis, CA 93611


Pelco By Schneider-Electric.com
16366 Collections Center Drive
Chicago, IL 60693


People Helping People
545 Alisal Rd Suite #102
Solvang, CA 93463


People Ready
PO Box 31001-0257
Pasadena, CA 91110-0257


Pinoli's Refrigeration Co Inc
PO Box 166
Buellton, CA 93427


Pizza Port
2730 Gateway Rd Suite 100
Carlsbad, CA 92009

Portable Johns Inc
547 W Betteravia Rd Ste H
Santa Maria, CA 93455

Positive Investments Inc
610 N Santa Anita Ave
Arcadia, CA 91006

Postal Annex
270 E Highway 246 #109
Buellton, CA 93427

Power Machinery Center
3450 East Camino Ave
Oxnard, CA 93030-8809

Powerflo Products Inc
5573 Market Place
Cypress, CA 90630

PPS Inc
5842 Research Drive
Huntington Beach, CA 92649

Praxis Ideas into Action
205 Suburban Road Suite #1
San Luis Obispo, CA 93401

Precision Air System Inc
PO Box 5128
Bakersfield, CA 93388

Precision Label
659 Benet Rd
Oceanside, CA 92058


Preferred Employees Insurance Company
PO Box 398696
San Francisco, CA 94139-8696


Premier Stainless
510 Corporate Dr Ste D
Escondido, CA 92029


Principal Financial Group
PO Box 10372
Des Moines, IA 50306-0372


Pro Tint
900 North I Street
Lompoc, CA 93436


PRODUCE AVAILABLE
910 Commercial Avenue
Oxnard, CA 93030


Protective Weather Structure Inc
5290 Orcutt Road
San Luis Obispo, CA 93401


Quickbooks Accounting
1454 Stewart St
Oceanside, CA 92054

Quinn Company
3500 Shepherd Street
City of Industry, CA 90601


R&M Enterprises Diesel Services & Towing
1120 Mission Dr # 2
Solvang, CA 93463


RB Dwyer Co Inc
2891 E Miraloma Ave
Anaheim, CA 92806


RP Environmental
PO Box 1621
Nipomo, CA 93444


Radis Electric
3823 Santa Claus Lane St #C
Carpinteria, CA 93013


Rainbow International
912 De La Vina
Santa Barbara, CA 93101


Ranch Hands Construction LLC
PO Box 747
Santa Ynez, CA 93460


Reyes Coca-Cola Bottling LLC
PO Box 740214
Los Angeles, CA 90074-0214

Riverbench
6020 Foxen Canyon Road
Santa Maria, CA 93454


Robert Half Finance & Accounting
1525 State Street
Santa Barbara, CA 93101-6510


Robles Roofing
285 Glennora Way
Buellton, CA 93427


Rockwell Printing, Inc.
4850A Carpinteria Avenue
Carpinteria, CA 93013


Rocky Mountain Barrel Co
11467 W I-70 Frontage
Wheat Ridge, CO 80033


Roger A Hanney & Associates
PO Box 60364
Sacramento, CA 95860-0364


Royal Beverage Marketing
PO Box 4202
Paso Robles, CA 93447


Royal Industrial Solutions
2363A Thompson Way
Santa Maria, CA 934555

Russian River Brewing Company
1812 Ferdinand Ct
Santa Rosa, CA 95404


Rust Belt Brewing LLC
41640 Corning Pl
Murrieta, CA 92562


Saarloos & Son
PO Box 746
Los Olivos, CA 93441


Saarloos Properies LLC
2822 Ballard Canyon
Solvang, CA 93463


Saladino's Food Service Buellton
PO Box 12266
Fresno, CA 93777-2266


Saladino's Inc
4397 N Golden State Blvd
Fresno, CA 93722


Saladino's Inc Santa Maria
3325 W Figarden Dr
Fresno, CA 93711


Santa Maria Exchange Partners
2925 Bristol Street
Costa Mesa, CA 92626

Santa Barbara Arts Collaborative Inc
1936 Castillo St
Santa Barbara, CA 93101


Santa Barbara Axxess LLC
1616 Chapala St Suite 1
Santa Barbara, CA 93101


Santa Barbara Chamber of Commerce
924 Anacapa Street
Santa Barbara, CA 93101


Santa Barbara Count EHS/CUPA
2125 S Centerpointe Pkwy RM #333
Santa Maria, CA 93455


Santa Barbara County
Air Pollution Control District
260 North San Antonio Rd #A
Santa Barbara, CA 93110


Santa Barbara County Fire Depart
4410 Cathedral Oaks Road
Santa Barbara, CA 93110


Santa Barbara County Parks
2225 Highway 154
Santa Barbara, CA 93105


Santa Barbara County Public Health Dept
225 Camino Del Remedio
Santa Barbara, CA 93110

Santa Barbara Locksmiths Inc
305 E Haley St
Santa Barbara, CA 93101-1723


Santa Barbara Roasting Company
321 Motor Way
Santa Barbara, CA 93101


Santa Barbara Tap Room
137 Anacapa Street
Santa Barbara, CA 93101


Santa Ynez River/Water Conservation Dist
PO Box 157
Santa Ynez, CA 93460


Santa Ynez Signs
PO Box 625
Buellton, CA 93427


Santa Ynez Stone and Top Soil
1130 Mission Dr
Solvang, CA 93463-2985


Santa Ynez Valley Cottage
PO Box 689
Santa Barbara, CA 93102


Santa Ynez Valley Guest
PO Box 1168
Santa Ynez, CA 93460

Santa Ynez Valley Hotel Assn.
PO Box 633
Solvang, CA 93464


Santa Ynez Valley Marriott
555 McMurray Rd
Buellton, CA 93427


Santa Ynez Valley Star
PO Box 1594
Solvang, CA 93464


Sassafrass/Sarah Ruth Ayala
1124 Archer St
Lompoc, CA 93436


Satellite Logistics
8262 Solutions
Chicago, IL 60677-8002


Saxco, LLC
1855 Gateway Blvd Suite 400
Concord, CA 94520


SB County Fire Department
4410 Cathedral Oaks Road
Santa Barbara, CA 93101


SB Ice & Propane
PO Box 4093
Santa Barbara, CA 93140

SB News-Press
PO Box 1924
Santa Barbara, CA 93102-1924


SB Winery Lafond Winery
202 Anacapa St.
Santa Barbara, CA 93101


Scott Laboratories
PO Box 4559
Petaluma, CA 94955-4559


Scott Reardon's Locksmith Service
101 S. H St
Lompoc, CA 93436


SDCR
7940 Arjons Dr
San Diego, CA 92126


Select Equipment
3025 Gibson St
Bakersfield, CA 93308


Sentinel
133 East De La Guerra St # 182
Santa Barbara, CA 93101


Separator Technology
2591 Nicholson St
San Leandro, CA 94577

Shalhoob Meat Company, Inc
220 Gray Ave
Santa Barbara, CA 93101


Sharon Steele SRA
PO Box 289
Solvang, CA 93464-0289


Shell
PO Box 183019
Columbus, OH 43218-3019


Silvas Oil Company
PO Box 1048
Fresno, CA 93714


Silver State Stainless, Inc
12 Industrial Parkway, E1
Moundhouse, NV 89706


Sinclair Sanitary Supply Co. Inc.
1125 Commercial Ave
Oxnard, CA 93030


SLO Brew Co, LLC
835 Aerivista Place Ste 230
San Luis Obispo, CA 93401


Smog City Brewing LLC
1901 Del Amo Blvd Suite # B
Torrance, CA 90501

Sneed Coding Solutions
10620 Primo Pl
Spring, TX 77379


So- Ca Maintenance
PO Box 31039
Santa Barbara, CA 93130


Social Sampling
11838 Western Ave
Stanton, CA 90680


Solvang Chamber of Commerce (Dues)
PO Box 465
Solvang, CA 93464


Solvang Conference & Visitors Bureau
1639 Copenhagen Dr
Solvang, CA 93463


Solvang Danish Days Foundation
PO Box 1424
Solvang, CA 93464


Solvang Parks & Recreation
411 Second Street
Solvang, CA 93463


Southern Cal Gas
PO Box C
Monterey Park, CA 91756-5111

Southern Glazer's
17101 Valley View Ave
Cerritos, CA 90703-2442


Southern Glazer's of CA South
PO Box 5001
Union City, CA 94587


Sovereign Flavors Inc
4030 W Chandler Ave
Santa Ana, CA 92704-5202


Sparrowhawk Craft Consultants
4 Warren Ave
Great Barrington, MA 01230


Specialty Crane & Rigging
1 S Fairview Ave
Goleta, CA 93117


Spokane Industries
3808 N Sullivan
Spokane Valley, WA 99216


Stafford's Famous Chocolates
882 W. Henderson
Portville, CA 93257


Standing Sun Wines, Inc
92 Second Street
Buellton, CA 93427

Star Crown LLC
406 Elgin Street
Brantford Canada N3S 7P6


Star Satellite Communications
PO Box 755
Santa Ynez, CA 93460


State Board of Equalization
PO Box 942879
Sacramento, CA 94279-7070


State Farm Insurance Companies - Agents
1220 Santa Barbara St
Santa Barbara, CA 93101


STERIVE
1540 River Park Drive
Sacramento, CA 95815


Steve's Backflow Testing
1930 Old San Marcos Rd
Santa Ynez, CA 93460


Steve's Wheel & Tire
254 E. Hwy 246
Buellton, CA 93427


Stonhard
PO Box 931947
Cleveland, OH 44193

Summit International
PO Box 5860
Oxnard, CA 93031


SUNATLA
PO Box 409211
Atlanta, GA 30384-9211


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211


Sunshine Entertainment
310 E McCoy Ln Unit 6f
Santa Maria, CA 93455


Sunshine Productions
310 E McCoy Ln Unit 6F
Santa Maria, CA 93455


Sunstone Winery
125 N. Refugio Road
Santa Ynez, CA 93460


SW RCB
PO Box 1888
Sacramento, CA 95812-1888


Switchback Groups
3778 Timberlake Drive
Richfield, OH 44286

SY High School Soccer Booster Club
475 Pheasant Cyn Ct
Buellton, CA 93427

SYHistorical Museum
23596 Sagunto St.
Santa Ynez, CA 93460

Sysco Ventura, Inc.
PO Box 432
Oxnard, CA 93032-0432

T. Horzen Inc Glacier Ice Company
130 High Street
San Luis Obispo, CA 93401

TAFT Electric
PO Box 32244
Ventura, CA 93006

Tankfarm
13 Americana Way
Los Angeles, CA 91210

Taphandles LLC
1424 4th Avenue Suite 201
Seattle, WA 98101

Tattoo Fun + Coaster Culture
PO Box 131055
Carlsbad, CA 92013

Teamviewer GmbH
PO Box 743135
Atlanta, GA 30374-3135


Ten Over Studio Inc
539 Marsh Street
San Luis Obispo, CA 93401


Teo Tech Services
307-33960 Old Yale Rd
Abbotsford BC V2S 2J9
Canada


Terminix
2315 Meredith Lane
Santa Maria, CA 93455


The Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045


The Raven Tavern
1651 S Victoria
Suite # 100
Oxnard, CA 93035


The Santa Barbara Independent
12 E Figueroa St
Santa Barbara, CA 93101


The Tent Merchant
202 E Haley St
Santa Barbara, CA 93101

The Third Window Brewing Company LLC
406 East Haley Street Suite # 3
Santa Barbara, CA 93101


ThirtyFour North
738 Wilcox Ave # 227
Los Angeles, CA 90038


Three Weavers Brewing Company
1031 W Manchester Blvd Unit A&B
Inglewood, CA 90301


Tidestone
PMB 9715-805
Portland, CA 04104-5015


TimePayment Corporation
1600 District Ave. Suite 200
Burlington, MA 01803


Tin City
3005-A Limestone Way
Paso Robles, CA 93446


TLC Glass Art
655 Bobcat Springs Road
Buellton, CA 93427


Todd Pipe & Supply
PO Box 1872
Buellton, CA 93427

Tognazzini Beverage Service
241 Roemer Way
Santa Maria, CA 93454


Tomasini Construction
2392 Huasna Rd
Arroyo Grande, CA 93420


Tombstone Factory
PO Box 625
Buellton, CA 93427


Total Quality Logistics
5130 Glencrossing Way #112
Cincinnati, CA 45238


TRC
PO Box 536282
Pittsburgh, PA 15253-5904


Trumer Brewery
1404 Fourth Street
Berkeley, CA 94710


Twenty Four Blackbirds
4054 Via Zorro Unit A
Santa Barbara, CA 93110


ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085

United Refrigeration, Inc.
1265 W. McCoy Ln., #C
Santa Maria, CA 93455-1058


United Staffing Associates, LLC
505 Higuera St
San Luis Obispo, CA 93401


Upkeep Management
1014 Hedgepath Ave
Hacienda Heights, CA 91745


UPS -Store 6973
540 E Betteravia Rd Suite #D
Santa Maria, CA 93454


UPS Store
606 Alamo Pintado Road
Solvang, CA 93463


UPS
PO Box 894820
Los Angeles, CA 90189-4820


UVA Design Studio
3669 Sagunto St Ste 106
Santa Ynez, CA 93460


Vallefresh Inc
424 Nogal St
Lompoc, CA 93436

Valley Automotive
55 Los Padres Way Ste 3
Buellton, CA 93427


Valley Brewers Vendor
515 4th Place
Solvang, CA 93463


Valley Pump & Jetting, Inc
PO Box 2386
Santa Maria, CA 93457


Valley Rock Landscape
2222 North H Street
Lompoc, CA 93436


Valley Tool & Truck Rental Inc.
PO Box 98
Buellton, CA 93427-0098


Verizon
PO Box 660108
Dallas, TX 75266


Vicinity Manufacturing
137 Johnson Ferry Rd. #2230
Marietta, GA 30068


Videojet
1500 N Mittel Blvd
Wood Dale, IL 60191

VIP
402 Watertower Circle
Colchester, VT 5446


Vita-Pakt Citrus Products Co.
5455 S Villa Ave
Fresno, CA 937258901


Vivid Candi
22917 Pacific Coast Highway
Suite 200
Malibu, CA 90265


Volt Workforce Solution
210 E Enos St # C
Santa Maria, CA 93455


Vortex
320 Irving Dr
Oxnard, CA 93030


Wallace Group
612 Clarion Court
San Luis Obispo, CA 93401


Walmart Inc.
701 W Central Ave
Lompoc, CA 93436


Warden
16626 Parkside Avenue
Cerritos, CA 90703

Waste Management
840 S Mission Rd,
Los Angeles, CA 90023

WESLOSA
PO Box 16350
Reading, PA 19612-6350

Western Exterminator Company
PO Box 16350
Reading, PA 19612-6350

Westside Anacapa
1244 6th Street
Santa Monica, CA 90401

WEX BANK
PO BOX 6293
Carol Stream, IL 60197-6293

Whalebird Kombucha
533 Pismo St
San Luis Obispo, CA 93401

White Electric Inc
PO Box 2509
Lompoc, CA 93436

White Labs, Inc.
9495 Candida Street
San Diego, CA 92126

Whole Foods Market
331 N Glendale Ave
Glendale, CA 91206

Wick Boiler Services Inc
75 Robin Hill Rd
Santa Barbara, CA 93117

WILBUEL
PO Box 643
Buellton, CA 93427

Willamette Valley Hops
PO Box 276
St Paul, OR 97137

Wilson Paves & Associates Insurance Agency
3636 Pegasus Dr
Bakersfield, CA 93308-6820

Windmill Nursery
925 W Highway 246
Buellton, CA 93427

Wine Warehouse
PO Box 910900
Los Angeles, CA 90091-0900

Wing Drop
1115 La Vista Rd
Santa Barbara, CA 93110

Winther Steel
1781 LAUREL AVE
Solvang, CA 93462


Woodall
1675 Laurel Ave
Solvang, CA 93463


Wyeast Laboratories, Inc
PO Box 146
Odell, OR 97044


XPO Logistics
27724 Network Place
Chicago, IL 60673-1277


Xtreme Bronc Riding Assn
PO Box 183
Los Alamos, CA 93440


Yakima Chief Hops
203 Division St.
Yakima, WA 98902


Yakima Valley Hops
702 N 1st Ave Suite # D
Yakima, WA 98902


Za Hops, LLC
414 Huntington Hills Dr
Fort Collins, CO 805254147

Zahm & Nagel CO Inc
210 Vermont St
PO Box 400
Holland, NY 14080


Zee Medical Services
107 Bryant Street
Ojai, CA 93023

## EQUITY SECURITY HOLDERS LIST

American Riviera Investments LLC
820 State Street 4th Floor
Santa Barbara, CA 93101


DTJ Development LLC
6851 McDivitt Drive Suite B
Bakersfield, CA 93313


Jaime Dietenhofer
45 Industrial Way
Buellton, CA 93427


James and Judith Dietenhofer Family Trust
45 Industrial Way
Buellton, CA 93427

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2018, or tax year beginning _____, 2018, ending _____, 20 _____.

▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2018**

| A Principal business activity | | Name of partnership | | D Employer identification number |
|---|---|---|---|---|
| \REWERY | Type or Print | FIGUEROA MOUNTAIN BREWING LLC | | 30-0593323 |
| Principal product or service | | Number, street, and room or suite no. If a P.O. box, see instructions. | | E Date business started |
| BEER | | 45 INDUSTRIAL WAY | | 12-18-2009 |
| C Business code number | | City or town, state or province, country, and ZIP or foreign postal code | | F Total assets (see instructions) |
| 312120 | | BUELLTON, CA 93427 | | $ 9,989,058 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ 4

J Check if Schedules C and M-3 are attached · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☐

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1a Gross receipts or sales · · · · · · · · · · · · · · · · · · · | 1a | 8,640,187 | |
| | b Returns and allowances · · · · · · · · · · · · · · · · · | 1b | 272,049 | |
| | c Balance. Subtract line 1b from line 1a · · · · · · · · · · · · · · · · · · · · · · | **1c** | 8,368,138 |
| | 2 Cost of goods sold (attach Form 1125-A) · · · · · · · · · · · · · · · · · · · · · · · · | **2** | 4,997,853 |
| | 3 Gross profit. Subtract line 2 from line 1c · · · · · · · · · · · · · · · · · · · · · · · · | **3** | 3,370,285 |
| | 4 Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) · · · · · · · · · | **4** | |
| | 5 Net farm profit (loss) (attach Schedule F (Form 1040)) · · · · · · · · · · · · · · · · · · · · · · | **5** | |
| | 6 Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) · · · · · · · · · · · · · · · | **6** | |
| | 7 Other income (loss) (attach statement) · · · · · · · · · · · · · · · · · · · · Statement #2 · · | **7** | 177,564 |
| | 8 Total income (loss). Combine lines 3 through 7 · · · · · · · · · · · · · · · · · · · · · · · | **8** | 3,547,849 |
| **Deductions** (see the instructions for limitations) | 9 Salaries and wages (other than to partners) (less employment credits) · · · · · · · · · · · · · · · | **9** | 2,278,949 |
| | 10 Guaranteed payments to partners · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **10** | |
| | 11 Repairs and maintenance · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **11** | 171,300 |
| | 12 Bad debts · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **12** | |
| | 13 Rent · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **13** | 478,413 |
| | 14 Taxes and licenses · · · · · · · · · · · · · · · · · · · · · · · · · · · Wks Tax/Lic · · | **14** | 522,448 |
| | 15 Interest (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **15** | 435,729 |
| | 16a Depreciation (if required, attach Form 4562) · · · · · · · · · · · · · · · | 16a | 1,403,534 | |
| | b Less depreciation reported on Form 1125-A and elsewhere on return · · · · · · | 16b | | **16c** | 1,403,534 |
| | 17 Depletion (Do not deduct oil and gas depletion.) · · · · · · · · · · · · · · · · · · · · · · | **17** | |
| | 18 Retirement plans, etc. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **18** | |
| | 19 Employee benefit programs · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **19** | |
| | 20 Other deductions (attach statement) · · · · · · · · · · · · · · · · · · · · Statement #4 · · | **20** | 1,683,002 |
| | 21 Total deductions. Add the amounts shown in the far right column for lines 9 through 20 · · · · · · · · · · · | **21** | 6,973,375 |
| | 22 Ordinary business income (loss). Subtract line 21 from line 8 · · · · · · · · · · · · · · · · · | **22** | (3,425,526) |
| **Tax and Payment** | 23 Interest due under the look-back method - completed long-term contracts (attach Form 8697) · · · · · · · · · | **23** | |
| | 24 Interest due under the look-back method - income forecast method (attach Form 8866) · · · · · · · · · · · | **24** | |
| | 25 BBA AAR imputed underpayment (see instructions) · · · · · · · · · · · · · · · · · · · · · · · | **25** | |
| | 26 Other taxes (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **26** | |
| | 27 Total balance due. Add lines 23 through 27 · · · · · · · · · · · · · · · · · · · · · · · · | **27** | |
| | 28 Payment (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **28** | |
| | 29 Amount owed. If line 28 is smaller than line 27, enter amount owed · · · · · · · · · · · · · · · · | **29** | |
| | 30 Overpayment. If line 28 larger than line 27, enter overpayment · · · · · · · · · · · · · · · · · | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

JAIME DIETENHOFER

Signature of partner or limited liability company member _____ Date _____

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| Thomas Johnson | | | 7-23-20 | | P00105802 |
| Firm's name ▶ Johnson & Johnson, CPAs | | | | Firm's EIN ▶ | |
| Firm's address ▶ 680 Alamo Pintado Rd Ste 102 | | | | | |
| Solvang, CA 93463 | | | | Phone no. | (805) 688-4415 |

For Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1065** (2018)

Form 1065 (2018)        FIGUEROA MOUNTAIN BREWING LLC                                30-0593323              Page **2**

| Schedule B | Other Information | | Yes | No |
|---|---|---|---|---|

**1** What type of entity is filing this return? Check the applicable box:

- **a** ☐ Domestic general partnership
- **b** ☐ Domestic limited partnership
- **c** ☒ Domestic limited liability company
- **d** ☐ Domestic limited liability partnership
- **e** ☐ Foreign partnership
- **f** ☐ Other ▶

**2** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership · · · · · · · · · · · · · · · · · · · SEE 1065B1 · · | X |

**b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership · · · · · · · · · · · · · · · · · · SEE 1065B1 · · · | X |

**3** At the end of the tax year, did the partnership:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below · · · · · · · · · · · | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? · · · · · · · · · · · | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |
| **8** | At any time during calendar year 2018, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country.    ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt or Certain Foreign Gifts. See instructions · · · · · · · · · · · · · · | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? · · · · · · | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions · · · · · · · · · | | X |

EEA                                                                                                Form **1065** (2018)

Form 1065 (2018)          FIGUEROA MOUNTAIN BREWING LLC                    30-0593323              Page 3

| Schedule B | Other Information (continued) | | |
|---|---|---|---|
| | | Yes | No |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a | | |
| | substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section | | |
| | 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions · · · · · · · · · | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a | | |
| | like-kind exchange or contributed such property to another entity (other than disregarded entities wholly | | |
| | owned by the partnership throughout the tax year) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other | | |
| | undivided interest in partnership property? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign | | |
| | Disregarded Entities, (FDEs) and Foreign Branches (FBs) enter the number of Forms 8858 attached. See | | |
| | instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's | | |
| | Information Statement of Section 1446 Withholding Tax, filed for this partnership.   ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached | | |
| | to this return.  ▶           0 | | |
| 16a | Did you make any payments in 2018 that would require you to file Form(s) 1099? See instructions · · · · · · · · · · · · · · · · · · · | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | X | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign | | |
| | Corporations, attached to this return.  ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892.       ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 | | |
| | and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? · · · · · · · · · · · · · · · · · | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions | | |
| | to Form 8938 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Treasury Regulations section 1.721(c)-1T(b)(14)? · · · · · · · · · · · · | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under | | |
| | section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions.     ▶   $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming | | |
| | business in effect during the tax year? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |
| 24 | Does the partnership satisfy one of the following conditions and the partnership does not own a pass-through | | |
| | entity with current year, or prior year, carryover excess business interest expense? See instructions   · · · · · · · · · · · · · · · · · | X | |
| a | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | |
| | preceding the current tax year do not exceed $25 million, and the partnership is not a tax shelter, or | | |
| b | The partnership only has business interest expense from (1) an electing real property trade or business, (2) an | | |
| | electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| 25 | Is this partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions   · · · · · · · · · | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, | | |
| | line 3. ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

Designation of Partnership Representative (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR ▶ | JAIME DIETENHOFER | U.S. taxpayer identification number of PR ▶ | |
|---|---|---|---|
| U.S. address of PR ▶ | P O BOX 839 LOS OLIVOS CA 93441 | U.S. phone number of PR ▶ | (805) 694-2252 |
| If the PR is an entity, name of the designated individual for the PR ▶ | | U.S. taxpayer identification number of the designated individual ▶ | |
| U.S. address of designated individual ▶ | | U.S phone number of designated individual ▶ | |

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? · · · · · · · · · · · · · · · · · · · · · · · · · | | X |
|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 13.   ▶     $ | | |

Form 1065 (2018)     FIGUEROA MOUNTAIN BREWING LLC            30-0593323    Page **4**

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | (3,425,526) |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3 a | Other gross rental income (loss)   3a | | |
| | b | Expenses from other rental activities (attach statement)   3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents:   a Ordinary dividends | 6a | |
| | | b Qualified dividends   6b | | |
| | | c Dividend equivalents   6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9 a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss)   9b | | |
| | c | Unrecaptured section 1250 gain (attach statement)   9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13 a | Contributions      Statement #12 | 13a | 5,647 |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures:   (1) Type ▶     (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| **Self-Employ-ment** | 14 a | Net earnings (loss) from self-employment | 14a | (3,425,526) |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | 3,547,849 |
| **Credits** | 15 a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions)   Type ▶ | 15d | |
| | e | Other rental credits (see instructions)   Type ▶ | 15e | |
| | f | Other credits (see instructions)   Type ▶    Statement #16 | 15f | 9,324 |
| **Foreign Transactions** | 16 a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Section 951A category ▶   e Foreign branch category ▶ | 16e | |
| | f | Passive category ▶   g General category ▶   h Other (attach statement) ▶ | 16h | |
| | | Deductions allocated and apportioned at partner level | | |
| | i | Interest expense ▶   j Other ▶ | 16j | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | k | Section 951A category ▶   l Foreign branch category ▶ | 16l | |
| | m | Passive category ▶   n General category ▶   o Other (attach statement) ▶ | 16o | |
| | p | Total foreign taxes (check one): ▶ Paid ☐   Accrued ☐ | 16p | |
| | q | Reduction in taxes available for credit (attach statement) | 16q | |
| | r | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17 a | Post-1986 depreciation adjustment | 17a | (21,750) |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| **Other Information** | 18 a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses      Statement #18c | 18c | 47,492 |
| | 19 a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20 a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

Form 1065 (2018)   FIGUEROA MOUNTAIN BREWING LLC                    30-0593323        Page 5

## Analysis of Net Income (Loss)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | **1** | (3,431,173) |

| Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | (1,353,821) | | (723,530) | | (1,353,822) |

## Schedule L   Balance Sheets per Books

| | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | (a) | (b) | (c) | (d) |
| 1 | Cash | | 4,156 | | 32,736 |
| 2a | Trade notes and accounts receivable | 305,163 | | 589,172 | |
| b | Less allowance for bad debts | | 305,163 | | 589,172 |
| 3 | Inventories | | 423,462 | | 879,904 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | Statement #27 | 861,269 | Statement #27 | 841,227 |
| 7a | Loans to partners (or persons related to partners) | | 30,700 | | 30,700 |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 5,907,152 | | 11,721,370 | |
| b | Less accumulated depreciation | 3,856,706 | 2,050,446 | 5,391,573 | 6,329,797 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | 472,867 | | 567,262 | |
| b | Less accumulated amortization | 135,228 | 337,639 | 170,272 | 396,990 |
| 13 | Other assets (attach statement) | Statement #29 | 3,502,072 | Statement #29 | 888,532 |
| 14 | Total assets | | 7,514,907 | | 9,989,058 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 1,866,147 | | 3,353,985 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | Statement #31 | 522,262 | Statement #31 | 565,910 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 5,060,151 | | 5,103,702 |
| 20 | Other liabilities (attach statement) | Statement #32 | 1,947,084 | Statement #32 | 3,351,311 |
| 21 | Partners' capital accounts | | (1,880,737) | | (2,385,850) |
| 22 | Total liabilities and capital | | 7,514,907 | | 9,989,058 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | (3,610,009) | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $   Statement #37 | 1,044 |
| a | Depreciation $   131,333 | | | | 1,044 |
| b | Travel and entertainment $   38,168   Statement #35   10,379 | 179,880 | 8 | Add lines 6 and 7 | 1,044 |
| 5 | Add lines 1 through 4 | (3,430,129) | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | (3,431,173) |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | (1,880,737) | 6 | Distributions:   a Cash | |
| 2 | Capital contributed: a Cash | 2,750,000 | | b Property | |
| | b Property | | 7 | Other decreases (itemize):   Statement #39 | |
| 3 | Net income (loss) per books | (3,610,009) | | | 3,856 |
| 4 | Other increases (itemize):   Statement #38 | 358,752 | 8 | Add lines 6 and 7 | 3,856 |
| 5 | Add lines 1 through 4 | (2,381,994) | 9 | Balance at end of year. Subtract line 8 from line 5 | (2,385,850) |

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name

FIGUEROA MOUNTAIN BREWING LLC

Employer identification number

30-0593323

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | 423,462 |
| **2** | Purchases | **2** | 4,139,825 |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) · · · · · · · · · Statement #8 | **4** | 323 |
| **5** | Other costs (attach schedule) · · · · · · · · · · · · · · · Statement #9 | **5** | 1,314,147 |
| **6** | **Total.** Add lines 1 through 5 | **6** | 5,877,757 |
| **7** | Inventory at end of year | **7** | 879,904 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 4,997,853 |

**9a** Check all methods used for valuing closing inventory:

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.)   ▶ _____

**b** Check if there was a writedown of subnormal goods  · · · · · · · · · · · · · · · · · · · · ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) · · · · · · · · · · ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions  · · · · · ☒ Yes   ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation  · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ Yes   ☒ No

**For Paperwork Reduction Act Notice, see instructions**

Form **1125-A** (Rev. 11-2018)

EEA

| **SCHEDULE B-1**<br>**(Form 1065)**<br>(Rev. September 2017)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or**<br>**More of the Partnership**<br>▶ Attach to Form 1065<br>▶ Go to *www.irs.gov/Form1065* for the latest information. | OMB No. 1545-0123 |

| Name of partnership | Employer identification number (EIN) |
|---|---|
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

**Part I**   Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 2a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Org. | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| JAMES & JUDITH DIETENHOFER FML | 24-1728272 | TRUST | US | 78.9130 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**   Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 2b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| JAIME DIETENHOFER | ███████ | US | 78.9130 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.
EEA

Schedule B-1 (Form 1065) (Rev. 9-2017)

**SCHEDULE M-3**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

## Net Income (Loss) Reconciliation
## for Certain Partnerships

▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2018**

| Name of partnership | Employer identification number |
|---|---|
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

**This Schedule M-3 is being filed because (check all that apply):**

**A** ☐ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

**B** ☒ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year _____13,602,923_____ .

**C** ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____ .

**D** ☐ An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50% or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
| | | |
| | | |
| | | |

**E** ☐ Voluntary Filer.

**Part I** **Financial Information and Net Income (Loss) Reconciliation**

**1 a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
    ☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
    ☐ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?
    ☐ **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.
    ☐ **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?
    ☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.
    ☐ **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period: Beginning _01-01-2018_ Ending _12-31-2018_

**3 a** Has the partnership's income statement been restated for the income statement period on line 2?
    ☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
    ☒ **No.**

**b** Has the partnership's income statement been restated for any of the five income statement periods immediately preceding the period on line 2?
    ☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
    ☒ **No.**

| | | | |
|---|---|---|---:|
| **4 a** | Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 · · · · · | **4a** | (2,761,093) |
| **b** | Indicate accounting standard used for line 4a (see instructions). | | |
| |   **1** ☒ GAAP    **2** ☐ IFRS    **3** ☐ Section 704(b) | | |
| |   **4** ☐ Tax-basis    **5** ☐ Other (Specify) ▶ _____ | | |
| **5 a** | Net income from nonincludible foreign entities (attach statement) · · · · · · · · · · · · · | **5a** | ( ) |
| **b** | Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) · · · · · | **5b** | |
| **6 a** | Net income from nonincludible U.S. entities (attach statement) · · · · · · · · · · · · · | **6a** | ( ) |
| **b** | Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) · · · · · · | **6b** | |
| **7 a** | Net income (loss) of other foreign disregarded entities (attach statement) · · · · · · · · · | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (attach statement) · · · · · · · · · | **7b** | |
| **8** | Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) · · · · · · · · · · · · · · · · · · · · · · · · · · | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) · · · · · · · · · | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement) · · · · · · · **Statement #3K** | **10** | (848,916) |
| **11** | **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 · · · · · · | **11** | (3,610,009) |

**Note:** Part I, line 11 must equal Part II, line 26, column (a) or Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** | Included on Part I, line 4 | 12,023,867 | 12,982,527 |
| **b** | Removed on Part I, line 5 | | |
| **c** | Removed on Part I, line 6 | | |
| **d** | Included on Part I, line 7 | | |

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
► Attach to your tax return.
► Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| FIGUEROA MOUNTAIN BREWING LLC | FORM 1065 | 30-0593323 |

### Part I   Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 · · · · · · · · · | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 · · · · · · · · · | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 · · · · · · · · · | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 · · · · · · · · · | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 · · · · · · · · · | 12 | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12   ►  | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II   Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 0 |
| 15 | Property subject to section 168(f)(1) election · · · · · · · · · | 15 | |
| 16 | Other depreciation (including ACRS) · · · · · · · · · | 16 | 57,121 |

### Part III   MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 · · · · · · · · · | 17 | 179,225 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here · · · · · · · · · ► ☐ | | |

#### Section B - Assets Placed in Service During 2018 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | 220 | 3 | HY | S/L | 37 |
| b   5-year property   Statement #567 | | | | | | 1,138,212 |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | 07-2018 | 93,130 | 39 yrs. | MM | S/L | 1,216 |
| | | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

### Part IV   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 · · · · · · · · · | 21 | 27,723 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions · · · · | 22 | 1,403,534 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs · · · · · · · · · | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2018)

Form 4562 (2018)   FIGUEROA MOUNTAIN BREWING LLC                    30-0593323              Page **2**

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a Do you have evidence to support the business/investment use claimed?  [ ] Yes  [ ] No   24b If "Yes," is the evidence written?  [ ] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | 27,723 | |
| Statement #568 | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |
| | | % | | | | S/L- | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . | **28** | 27,723

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . | **29** |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner" or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2018 tax year (see instructions): | | | | | |
| AMORTIZATION | 06-01-2018 | 94,395 | 197 | 15 | 5,574 |
| 43 Amortization of costs that began before your 2018 tax year . . . . . . . . . . . | | | | **43** | 29,136 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . | | | | **44** | 34,710 |

EEA                                                                                          Form 4562 (2018)

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes
Paid on Certain Employee Tips**

▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form8846 for the latest information.*

OMB No. 1545-0123

**2018**

Attachment
Sequence No. **98**

Name(s) shown on return

FIGUEROA MOUNTAIN BREWING LLC

Identifying number

30-0593323

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage establishment where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---:|
| 1 | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | 1 | 121,877 |
| 2 | Tips not subject to the credit provisions (see instructions) | 2 | |
| 3 | Creditable tips. Subtract line 2 from line 1 | 3 | 121,877 |
| 4 | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $128,400, see instructions and check here  ▶ ☐ | 4 | 9,324 |
| 5 | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | 5 | |
| 6 | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | 6 | 9,324 |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2018)

EEA

| | **Preparer Note** | **2018** PG01 |
|---|---|---|
| Name(s) as shown on return | | Your Social Security Number |
| FIGUEROA MOUNTAIN BREWING LLC | | 30-0593323 |

THE TAXPAYER MAKES THE FOLLOWING ELECTIONS RELATED TO
BONUS DEPRECIATION FOR THE 2018 TAX YEAR.

I ELECT OUT OF ALL BONUS DEPRECIATION FOR ALL CLASSES OF PROPERTY.

| | **ELECTIONS** | **2018** PG01 |
|---|---|---|
| Name(s) as shown on return | | SSN/EIN |
| FIGUEROA MOUNTAIN BREWING LLC | | 30-0593323 |

    Section 1.263(a)-3(h) Safe Harbor Election for Small Taxpayers

NAME: FIGUEROA MOUNTAIN BREWING LLC
ADDRESS: 45 INDUSTRIAL WAY, BUELLTON, CA 93427
SSN/EIN: 30-0593323

ELECTION: The amounts paid for repairs, maintenance, improvements and
similar activities performed on the eligible building(s) described below
qualify under the safe harbor provided in Reg. Section 1.263(a)-3(h)(1).

DESCRIPTION: 45 INDUSTRIAL WAY, BUELLTON, CA 93427
            2363 ALAMO PINTADO RD, LOS OLIVOS, CA 9344
            137 ANACAPA ST STE F, SANTA BARBARA, CA


                                                        PG01
                                                Statement #EL43


        Section 1.263(a)-1(f) de minimis safe harbor election

Name: FIGUEROA MOUNTAIN BREWING LLC
Address: 45 INDUSTRIAL WAY, BUELLTON, CA 93427
EIN: 30-0593323
Statement: Taxpayer is making the de minimis safe harbor election
under §1.263(a)-1(f).

| **Federal Supporting Statements** | **2018**  **PG01** |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

## ALLOCATIONS

Statement #SA

| LINE | DESCRIPTION | TOTAL | ALLOCATED | UNALLOCATED |
|---|---|---|---|---|
| K1K4 | EOY NONRECOURSE | $3,752,078 | $3,752,078 | $0 |
| K1K6 | EOY RECOURSE | $8,622,830 | $8,622,830 | $0 |
| K1K1 | NONRECOURSE | $2,334,481 | $2,334,481 | $0 |
| K1K3 | RECOURSE | $7,061,165 | $7,061,165 | $0 |
| K13M | AMOUNT PAID FOR MEDICAL | 100% | 100% | 0% |
| K14A | NET EARNINGS FROM | ($3,425,526) | ($3,425,526) | $0 |
| K14C | GROSS NON-FARM INCOME | 100% | 100% | 0% |
| K1 | ORDINARY BUSINESS INCOME (LOSS) | ($3,425,526) | ($3,425,526) | $0 |

**PG01**

### FORM 1065 - LINE 7 - OTHER INCOME(LOSS)

Statement #2

| DESCRIPTION | AMOUNT |
|---|---|
| INSURANCE CLAIM | 157,994 |
| REIMB - FORD | 5,418 |
| OTHER INCOME | 5,827 |
| INTEREST INCOME | 925 |
| RENTAL INCOME | 1,400 |
| GROSS PROCEEDS - SALE OF ASSETS | 6,000 |
| **TOTAL** | **177,564** |

| **Federal Supporting Statements** | **2018**  PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

### FORM 1065 - LINE 20 - OTHER DEDUCTIONS    Statement #4

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| ACCOUNTING | 7,543 |
| ADVERTISING | 22,016 |
| AMORTIZATION | 34,710 |
| AUTOMOBILE AND TRUCK EXPENSE | 143,197 |
| BANK CHARGES | 27,724 |
| COMMISSIONS | 60,955 |
| CONSULTING | 143,805 |
| CREDIT AND COLLECTION COSTS | 82,928 |
| DUES AND SUBSCRIPTIONS | 11,065 |
| EQUIPMENT RENT | 177,841 |
| INSURANCE | 48,047 |
| INSURANCE - WORKERS COMP | 71,238 |
| HEALTH INSURANCE | 106,472 |
| INTERNET | 15,903 |
| JANITORIAL | 49,012 |
| LEGAL AND PROFESSIONAL | 82,378 |
| MARKETING | 137,890 |
| MEALS @ 50% LIMITATION | 38,168 |
| MISCELLANEOUS | 271 |
| OFFICE EXPENSE | 73,469 |
| PERMITS AND FEES | 9,162 |
| POSTAGE/SHIPPING | 9,046 |
| TELEPHONE | 42,915 |
| TRAVEL | 53,218 |
| UNIFORMS | 19,243 |
| UTILITIES | 148,963 |
| RETURNED CHECKS | 240 |
| EMPLOYEE BENEFITS | 4,646 |
| FEES | 127,209 |
| TASTING ROOM ENTERTAINMENT | 128,865 |
| TASTING ROOM SUPPLIES | 53,877 |
| FINANCE CHARGES | 21,169 |
| LAB & TESTING FEES | 19,757 |
| STORAGE FEES | 17,469 |
| KEG & PALLETS FEES | 217,464 |
| DESTRUCTION | 15,409 |
| OVERHEAD ABSORBED | (540,282) |
| **TOTAL** | 1,683,002 |

| **Federal Supporting Statements** | **2018**   **PG01** |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

### SCHEDULE K - LINE 13A - CONTRIBUTIONS    Statement #12

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| CASH (60%) | 5,647 |
| **TOTAL** | 5,647 |

**PG01**

### SCHEDULE K - LINE 15 - OTHER CREDITS    Statement #16

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| EMPLOYER SS AND MEDICARE TAXES CREDIT | 9,324 |
| **TOTAL** | 9,324 |

**PG01**

### SCHEDULE K - LINE 18C - NONDEDUCTIBLE EXPENSES Statement #18C

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| MEALS (GENERAL) | 38,168 |
| OTHER NONDEDUCTIBLE EXPENSES | 9,324 |
| **TOTAL** | 47,492 |

STATMENT.LD

| **Federal Supporting Statements** | **2018**   PG01 |
|---|---|

Name(s) as shown on return

FIGUEROA MOUNTAIN BREWING LLC

Tax ID Number
30-0593323

## FORM 1065 - SCHEDULE L - LINE 6

Statement #27

**OTHER CURRENT ASSETS**

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---|---|
| EMPLOYEE ADVANCES | 2,000 | |
| PREPAID EXPENSES | 41,698 | 40,947 |
| PREPAID FTB | 800 | 800 |
| REC 71-73 INDUSTRIAL | 163,259 | 175,771 |
| REC LIQUIMENTUM | 9,387 | 6,658 |
| REC AVENIDA CABALLO | 48,667 | 33,001 |
| REC FME SANTA MARIA | 9,763 | 36,000 |
| REC WESTLAKE VILLAGE | 304,448 | 150,030 |
| REC AGUA SANTA BREWI | 3,574 | 2,632 |
| REC TERRA DEV | 270,026 | 270,026 |
| REC - OTHER | | 117,444 |
| REC - FMP & FMD | 2,129 | 2,400 |
| REC - CASIO | 5,518 | 5,518 |
| **TOTAL** | **861,269** | **841,227** |

PG01

## FORM 1065 - SCHEDULE L - LINE 13

Statement #29

**OTHER ASSETS**

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---|---|
| DEPOSITS - RENT | 54,790 | 48,790 |
| DEPSOITS - DESIGN | 6,501 | 6,501 |
| DEPOSIT - PG&E | 15,068 | 10,112 |
| CONSTRUCTION IN PROC | 3,414,823 | 792,560 |
| DEPOSIT - SLO BREW | 10,890 | |
| DEPOSIT - SO EDISON | | 19,569 |
| SECURITY DEPOSIT | | 11,000 |
| **TOTAL** | **3,502,072** | **888,532** |

STATEMENT LD

| **Federal Supporting Statements** | **2018  PG01** |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

### FORM 1065 - SCHEDULE L - LINE 17

Statement #31

**OTHER CURRENT LIABILITIES**

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---|---|
| CREDIT CARD PAYABLE | 26,877 | 22,318 |
| ACCRUED OTHER | 53,769 | 56,930 |
| SALES TAX PAYABLE | 60,295 | 174,708 |
| ACCRUED TAX | | 15,226 |
| ACCRUED PAYROLL & TA | 200,294 | 95,664 |
| CRV LIABILITY | 4,585 | 10,630 |
| DEPOSITS | 11,456 | 5,823 |
| PAYABLE AVENIDA | 15,833 | |
| PAYABLE MUG CLUB | 114,502 | 165,078 |
| GIFT CARD PAYABLE | 18,651 | 19,533 |
| ACCRUED SETTLEMENT | 16,000 | |
| **TOTAL** | **522,262** | **565,910** |

**PG01**

### FORM 1065 - SCHEDULE L - LINE 20

Statement #32

**OTHER LIABILITIES**

| DESCRIPTION | BEG OF YEAR | END OF YEAR |
|---|---|---|
| JAMES DIETENHOFER | 322,271 | 322,271 |
| JAMES DIETENHOFER | 465,565 | 465,565 |
| JAIME DIETENHOFER | 312,420 | 312,420 |
| CABO BLANCO | 105,532 | 91,891 |
| JUDITH DIETENHOFER | 45,000 | 45,000 |
| ALLEN TEIXEIRA | 300,000 | 300,000 |
| JEFF LINTON | 16,557 | |
| FMP, LLC - LEASE | 258,113 | 257,282 |
| ACCRUED INT PTNRS | 15,900 | 15,900 |
| LONGFELLOW PROP | | 200,000 |
| SARLOOS | 55,373 | 39,710 |
| JAMES DIETENHOFER | 50,353 | 49,049 |
| TAYLOR JUDKINS | | 1,252,223 |
| **TOTAL** | **1,947,084** | **3,351,311** |

STATMENT LR

| **Federal Supporting Statements** | **2018**  PG01 |
|---|---|
| Name(s) as shown on return | Tax ID Number |
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

### FORM 1065 - SCHEDULE M-1 - LINE 4B

Statement #35

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| FORM 8846 CREDIT ADJUSTMENT | 9,324 |
| BOOK-TO-TAX AMORTIZATION ADJUSTMENT | 334 |
| SECTION 263 ADJ - CURRENT YR | 721 |
| **TOTAL** | 10,379 |

PG01

### FORM 1065 - SCHEDULE M-1 - LINE 7A

Statement #37

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| SEC 263A ADJ - PRIOR YR | 1,044 |
| **TOTAL** | 1,044 |

PG01

### FORM 1065 - SCHEDULE M-2 - LINE 4

Statement #38

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| PPA | 94,728 |
| BOOK TO TAX - DEPR, RENT, PTO, INT | 264,024 |
| **TOTAL** | 358,752 |

**Federal Supporting Statements**  | 2018    PG01

Name(s) as shown on return
FIGUEROA MOUNTAIN BREWING LLC

Tax ID Number
30-0593323

### FORM 1065 - SCHEDULE M-2 - LINE 7

Statement #39

DESCRIPTION

PPA

AMOUNT

3,856

TOTAL

3,856

### FORM 1065 - SCHEDULE A - LINE 5

PG01
Statement #9

DESCRIPTION

OVERHEAD ABSORBED
FREIGHT
OTHER COSTS - FOOD & DRINK
OTHER COSTS - MERCHANDISE
OTHER COSTS - SUPPLIES

AMOUNT

491,593
61,904
378,608
54,365
327,677

TOTAL

1,314,147

### FORM 1065 - SCHEDULE A - LINE 4

PG01
Statement #8

DESCRIPTION

PRIOR YEAR 263A ADJUSTMENT
CURRENT YEAR 263A ADJUSTMENT

AMOUNT

1,044
(721)

TOTAL

323

**Federal Supporting Statements**

**2018  PG01**

Name(s) as shown on return

FIGUEROA MOUNTAIN BREWING LLC

Tax ID Number

30-0593323

**PG01**

Statement #3K

### SCHEDULE M-3 - LINE 10

| DESCRIPTION | AMOUNT |
|---|---|
| DEPRECIATION BOOK/TAX DIFFERENCE | (1,053,932) |
| AMORTIZATION BOOK/TAX DIFFERENCE | 135,375 |
| DEFERRED RENT | 16,664 |
| ACCRUED INTEREST | 38,124 |
| OTHER | 14,853 |
| **TOTAL** | **(848,916)** |

# Federal Supporting Statements

**2018**  PG01

Name(s) as shown on return
FIGUEROA MOUNTAIN BREWING LLC

Tax ID Number
30-0593323

Statement #568

## FORM 4562 - LINE 26

| DESCRIPTION | DATE | %BUS | COST | DEPR BASIS | RP | METHOD | DEDUCTION | 179 DED |
|---|---|---|---|---|---|---|---|---|
| 2009 FORD RANGER | 03-22-2012 | 100 | 13,279 | 13,279 | 5 | 200DBHY | | |
| 2006 FORD 350 ECONO VAN | 07-09-2012 | 100 | 11,392 | 11,392 | 5 | 200DBHY | | |
| WRAP UP BOX VAN | 07-08-2013 | 100 | 5,161 | 5,161 | 5 | 200DBMQ | 297 | |
| TRUCK | 11-08-2013 | 100 | 5,500 | 5,500 | 5 | 200DBMQ | 316 | |
| 2013 FORD ECONOLINE CARGO VAN | 05-08-2014 | 100 | 30,608 | 15,304 | 5 | 200DBHY | 1,763 | |
| WRAP FOR VEHICLES | 02-18-2014 | 100 | 595 | 298 | 5 | 200DBHY | 34 | |
| BUS | 01-01-2015 | 100 | 14,250 | 14,250 | 5 | 200DBMQ | 1,569 | |
| 2007 ISUZU | 04-26-2016 | 100 | 3,300 | 3,300 | 5 | 200DBHY | 634 | |
| 2005 ISUZU | 04-26-2016 | 100 | 1,300 | 1,300 | 5 | 200DBHY | 250 | |
| FORD FOCUS | 01-21-2016 | 100 | 14,961 | 7,480 | 5 | 200DBHY | 1,436 | |
| FORD FOCUS | 01-21-2016 | 100 | 14,951 | 7,475 | 5 | 200DBHY | 1,435 | |
| FORD FOCUS | 09-23-2016 | 100 | 15,060 | 7,530 | 5 | 200DBHY | 1,446 | |
| FORD FOCUS | 01-21-2016 | 100 | 14,661 | 7,330 | 5 | 200DBHY | 1,407 | |
| FORD FOCUS | 12-21-2016 | 100 | 13,243 | 6,621 | 5 | 200DBHY | 1,271 | |
| FORD FOCUS | 01-21-2016 | 100 | 14,386 | 7,193 | 5 | 200DBHY | 1,381 | |
| ECONOLINE VAN | 01-01-2016 | 100 | 20,710 | 20,710 | 5 | 200DBHY | 3,976 | |
| 2011 KIA SPORTAGE | 09-06-2017 | 100 | 14,211 | 14,211 | 5 | 200DBHY | 4,547 | |
| 2018 FORD ESCAPE | 05-18-2018 | 100 | 29,806 | 29,806 | 5 | 200DBHY | 5,961 | |
| TOTAL | | | | | | | 27,723 | |

STM-LD

Federal Basis

08/12/19
02:51PM

# FIGUEROA MOUNTAIN BREWING LLC
## Assets Acquired in the Current Year
## For the 12 Months Ended 12/31/18

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Section 179 Deduction | Special Depreciation Allowance | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| **No Account Number** | | | | | | | | | |
| 429 | CANNING LINE - 2018 | 01/01/18 | 200% DB | 05/00 | N | 798,227.84 | 0.00 | 0.00 | 159,645.57 |
| 435 | DESIGN-TRADEMARK - 2017 | 01/01/18 | ST LINE | 15/00 | N | 66,552.00 | 0.00 | 0.00 | 4,436.80 |
| 434 | COMPUTER - APPLE | 02/06/18 | 200% DB | 05/00 | N | 3,865.00 | 0.00 | 0.00 | 773.00 |
| 425 | LOAN FEES | 03/01/18 | ST LINE | 08/06 | N | 2,840.00 | 0.00 | 0.00 | 296.54 |
| 439 | IMPULSE ADV COMM | 04/01/18 | 200% DB | 05/00 | N | 2,500.00 | 0.00 | 0.00 | 500.00 |
| 414 | FLOORING - COATING SOLUTION | 04/30/18 | SL REAL | 39/00 | N | 11,162.00 | 0.00 | 0.00 | 202.73 |
| 416 | GARDEN HEATERS | 04/30/18 | 200% DB | 05/00 | N | 4,846.00 | 0.00 | 0.00 | 969.20 |
| 441 | FLLOR COATING - 45 INDUSTRIA | 05/07/18 | SL REAL | 39/00 | N | 13,301.00 | 0.00 | 0.00 | 213.16 |
| 415 | FIRE PROTECTION | 05/15/18 | SL REAL | 39/00 | N | 1,299.00 | 0.00 | 0.00 | 20.82 |
| 424 | 2018 FORD ESCAPE | 05/18/18 | 200% AUTO | 05/00 | N | 29,806.00 | 0.00 | 0.00 | 5,961.20 |
| 417 | L/H IMP - 71/73 INDUSTRIAL - 201 | 07/01/18 | SL REAL | 39/00 | N | 27,376.91 | 0.00 | 0.00 | 321.74 |
| 418 | L/H IMP - 47 INDUSTRIAL - 2018 | 07/01/18 | SL REAL | 39/00 | N | 38,146.00 | 0.00 | 0.00 | 448.30 |
| 422 | COLD STORAGE - 75 INDUSTRIA | 07/01/18 | 200% DB | 05/00 | N | 61,753.00 | 0.00 | 0.00 | 12,350.60 |
| 426 | BREWHOUSE - 2018 | 07/01/18 | 200% DB | 05/00 | N | 2,068,953.00 | 0.00 | 0.00 | 413,790.60 |
| 427 | BRITE TANK - 2018 | 07/01/18 | 200% DB | 05/00 | N | 84,716.57 | 0.00 | 0.00 | 16,943.31 |
| 428 | BOTTLING LINE - 2018 | 07/01/18 | 200% DB | 05/00 | N | 730,296.13 | 0.00 | 0.00 | 146,059.23 |
| 430 | PROCESS UTILITIES - 2018 | 07/01/18 | 200% DB | 05/00 | N | 749,086.80 | 0.00 | 0.00 | 149,817.36 |
| 431 | SILO/SPENT GRAIN - 2018 | 07/01/18 | 200% DB | 05/00 | N | 242,861.58 | 0.00 | 0.00 | 48,572.32 |
| 432 | TANKS - OUTSIDE - 2018 | 07/01/18 | 200% DB | 05/00 | N | 927,687.23 | 0.00 | 0.00 | 185,537.45 |
| 436 | DESIGN-TRADEMARK - 2018 | 07/01/18 | ST LINE | 15/00 | N | 20,003.00 | 0.00 | 0.00 | 672.25 |
| 437 | DESIGN-TRADEMARK - 2018 | 07/01/18 | ST LINE | 15/00 | N | 5,000.00 | 0.00 | 0.00 | 168.04 |
| 438 | WEBSITE | 07/01/18 | ST LINE | 03/00 | N | 220.00 | 0.00 | 0.00 | 33.61 |
| 440 | IT UPGRADE - 85 INDUSTRIAL | 07/01/18 | 200% DB | 05/00 | N | 3,554.00 | 0.00 | 0.00 | 710.80 |
| 421 | EQUIPMENT ANCHOR | 07/17/18 | 200% DB | 05/00 | N | 1,800.00 | 0.00 | 0.00 | 360.00 |
| 419 | CROWLER MACHINE - LO | 07/31/18 | 200% DB | 05/00 | N | 4,008.00 | 0.00 | 0.00 | 801.60 |
| 423 | APPLE COMPUTER | 09/07/18 | 200% DB | 05/00 | N | 1,873.00 | 0.00 | 0.00 | 374.60 |
| 442 | FRAMING - WALL | 10/05/18 | SL REAL | 39/00 | N | 1,845.00 | 0.00 | 0.00 | 9.86 |
| 420 | FRYER | 10/16/18 | 200% DB | 05/00 | N | 2,351.00 | 0.00 | 0.00 | 470.20 |
| 433 | HOSES - GRW EQUIPMENT | 11/15/18 | 200% DB | 05/00 | N | 2,683.00 | 0.00 | 0.00 | 536.60 |
| | Total for (No Account Number) | | | | | 5,908,613.06 | 0.00 | 0.00 | 1,150,997.49 |
| | Total | | | | | 5,908,613.06 | 0.00 | 0.00 | 1,150,997.49 |

### Taxes and Licenses Attachment

Note: This information does not transmit to the IRS with e-filed returns.

Including with a paper filed return is optional.

**2018**

| PARTNERSHIP NAME | EIN |
|---|---|
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

| Taxes and Licenses | Form 1065 | Page 1, Line 14 |
|---|---|---|

| # | Item | | Amount |
|---|---|---|---|
| 1 | State income taxes | 1 | 800 |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Local property taxes | 5 | 148,000 |
| 6 | Intangible property taxes | 6 | |
| 7 | Payroll taxes | 7 | 213,133 |
| 8 | Less: credit from Form 8846 | 8 | (9,324) |
| 9 | Foreign taxes paid | 9 | |
| 10 | Occupancy taxes | 10 | |
| 11 | Licenses | 11 | |
| 12 | Other miscellaneous taxes and licenses | 12 | 169,839 |
| 13 | Total to Form 1065, Page 1, Line 14 | 13 | 522,448 |

**1065**                **Overflow Statement**                **2018**
Page 1

| Name(s) as shown on return | FEIN |
|---|---|
| FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 |

### OTHER TAXES PAGE 1, LINE 14

| Description | Amount |
|---|---|
| EXCISE TAX | $    158,049 |
| LLC FEE | 11,790 |
| **Total:** | **$    169,839** |

## Schedule M-3 Adjusted Total Assets Worksheet

**Form 1065**

(Keep for your records)

**2018**

Name(s) as shown on return

FIGUEROA MOUNTAIN BREWING LLC

Tax ID Number

30-0593323

### Adjusted Total Assets Worksheet

| | | |
|---|---|---:|
| 1. | Enter total assets at the end of the tax year on Schedule L, line 14, column (d) . . . . . . . . . . . . . . . **1.** | 9,989,058 |
| 2. | Enter capital distributions on Schedule M-2, lines 6a and 6b (shown as a positive amount) . . . . . . . . . **2.** | |
| 3. | Enter any loss reported on Schedule M-2, line 3 (shown as a positive amount) . . . . . . . . . . . . . . **3.** | 3,610,009 |
| 4. | Enter the amount of any positive adjustment on Schedule M-2, line 7 . . . . . . . . . . . . . . . . . . **4.** | 3,856 |
| 5. | Enter the amount of any negative adjustment on Schedule M-2, line 4 (shown as a positive amount) . . . . . . **5.** | |
| 6. | Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6.** | 13,602,923 |
| 7. | Enter combined total liabilities (recourse and nonrecourse) on all Schedules K-1 (Form 1065), Part II, Item K, or Schedules K-1 (Form 1065-B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** | 12,374,908 |
| 8. | Adjusted Total Assets. Enter the greater of line 6 or line 7 . . . . . . . . . . . . . . . . . . . . . . **8.** | 13,602,923 |

**Note:** For line 2 above, if the partnership reflects partner capital account changes resulting from the sale of a partnership interest on Schedule M-2 as matching contributions and distributions (on lines 2a and 2b and on lines 6a and 6b, respectively), reduce the amounts shown on lines 6a and 6b by such matching amounts.

WK_M3.LD

Federal Basis

**FIGUEROA MOUNTAIN BREWING LLC**
**Amortization Schedule by Category**
**For the 12 Months Ended 12/31/18**

08/06/19
02:40PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Amort 01/01/18 | Current Amortization | Accum Amort 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **WEB DESIGN** | | | | | | | | | |
| 55 | WEBSITE DESIGN | 10/13/10 | ST LINE | 03/00 | N | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 |
| | Total for (WEB DESIGN) | | | | | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 |
| **AMORTIZATION** | | | | | | | | | |
| 56 | TRADEMARK COSTS | 11/01/10 | ST LINE | 15/00 | N | 3,302.00 | 1,577.70 | 220.13 | 1,797.83 |
| 57 | LOAN FEES | 06/23/10 | ST LINE | 05/00 | N | 1,371.00 | 1,371.00 | 0.00 | 1,371.00 |
| 58 | PACKAGE DESIGN COSTS | 05/18/10 | ST LINE | 04/00 | N | 36,625.00 | 36,625.00 | 0.00 | 36,625.00 |
| 59 | LIQUOR LICENSE | 06/14/10 | ST LINE | 15/00 | N | 3,055.00 | 1,536.01 | 203.67 | 1,739.68 |
| 60 | START UP COSTS | 11/19/10 | ST LINE | 15/00 | N | 16,567.00 | 7,869.35 | 1,104.47 | 8,973.82 |
| 115 | TRADEMARK COSTS | 07/01/11 | ST LINE | 15/00 | N | 882.00 | 382.44 | 58.80 | 441.24 |
| 157 | LOAN FEES | 08/15/12 | ST LINE | 10/00 | N | 13,500.00 | 7,256.25 | 1,350.00 | 8,606.25 |
| 240 | LIQUOR LICENSE - SANTA BARB | 11/21/13 | ST LINE | 15/00 | N | 3,010.00 | 827.76 | 200.67 | 1,028.43 |
| 241 | LICENSE & PERMITS - LOS OLIV | 02/14/14 | ST LINE | 15/00 | N | 3,622.00 | 935.69 | 241.47 | 1,177.16 |
| 242 | START UP COST - SANTA BARB | 11/21/13 | ST LINE | 15/00 | N | 27,354.00 | 7,522.35 | 1,823.60 | 9,345.95 |
| 244 | LOAN FEES - 2013 | 03/31/13 | ST LINE | 10/00 | N | 1,000.00 | 475.00 | 100.00 | 575.00 |
| 296 | TRADEMARK COSTS - 2014 | 07/01/14 | ST LINE | 15/00 | N | 48,630.00 | 11,211.92 | 3,242.00 | 14,453.92 |
| 297 | LICENSE & PERMITS - LO | 02/15/14 | ST LINE | 15/00 | N | 2,535.00 | 654.87 | 169.00 | 823.87 |
| 298 | PERMITS - NEW TANKS | 12/22/15 | ST LINE | 15/00 | N | 2,500.00 | 337.91 | 166.67 | 504.58 |
| 300 | ORGANIZATION COSTS | 12/18/09 | ST LINE | 05/00 | N | 2,550.00 | 2,550.00 | 0.00 | 2,550.00 |
| 301 | BREWERY START UP COSTS | 11/19/10 | ST LINE | 05/00 | N | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 |
| 302 | START UP COSTS - SANTA BARE | 11/21/13 | ST LINE | 05/00 | N | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 |
| 354 | DESIGN - LOGO | 06/01/15 | ST LINE | 15/00 | N | 144,246.00 | 24,441.68 | 9,616.40 | 34,058.08 |
| 375 | DESIGN AND TRADEMARK - 2016 | 06/01/16 | ST LINE | 15/00 | N | 109,658.00 | 11,584.99 | 7,310.53 | 18,895.52 |
| 410 | LOAN FEES - 2017 | 10/04/17 | ST LINE | 09/09 | N | 32,460.00 | 693.59 | 3,329.23 | 4,022.82 |
| 425 | LOAN FEES | 03/01/18 | ST LINE | 08/06 | N | 2,840.00 | 0.00 | 296.54 | 296.54 |
| 435 | DESIGN-TRADEMARK - 2017 | 01/01/18 | ST LINE | 15/00 | N | 66,552.00 | 0.00 | 4,436.80 | 4,436.80 |
| 436 | DESIGN-TRADEMARK - 2018 | 07/01/18 | ST LINE | 15/00 | N | 20,003.00 | 0.00 | 672.25 | 672.25 |
| 437 | DESIGN-TRADEMARK - 2018 | 07/01/18 | ST LINE | 15/00 | N | 5,000.00 | 0.00 | 168.04 | 168.04 |
| | Total for (AMORTIZATION) | | | | | 557,262.00 | 127,853.51 | 34,710.27 | 162,563.78 |
| | Client Subtotal Before Sales | | | | | 562,262.00 | 132,853.51 | 34,710.27 | 167,563.78 |
| | Less Assets Sold | | | | | 0.00 | | | 0.00 |
| | Total | | | | | 562,262.00 | 132,853.51 | 34,710.27 | 167,563.78 |

Federal Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
## For the 12 Months Ended 12/31/18

08/07/19
01:44PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **AUTOMOBILE** | | | | | | | | | |
| 116 | 2009 FORD RANGER | 03/22/12 | 200% DB | 05/00 | N | 13,279.00 | 13,279.00 | 0.00 | 13,279.00 |
| 117 | 2006 FORD 350 ECONO VAN | 07/09/12 | 200% DB | 05/00 | N | 11,392.00 | 11,392.00 | 0.00 | 11,392.00 |
| 159 | WRAP UP BOX VAN | 07/08/13 | 200% DB | 05/00 | N | 5,161.00 | 4,863.73 | 297.27 | 5,161.00 |
| 160 | TRUCK | 11/08/13 | 200% DB | 05/00 | N | 5,500.00 | 5,183.20 | 316.80 | 5,500.00 |
| 246 | WRAP FOR VEHICLES | 02/18/14 | 200% DB | 05/00 | N | 595.00 | 543.59 | 34.27 | 577.86 |
| 295 | BUS | 01/01/15 | 200% DB | 05/00 | N | 14,250.00 | 10,915.50 | 1,569.18 | 12,484.68 |
| 367 | 2007 ISUZU | 04/26/16 | 200% DB | 05/00 | N | 3,300.00 | 1,716.00 | 633.60 | 2,349.60 |
| 368 | 2005 ISUZU | 04/26/16 | 200% DB | 05/00 | N | 1,300.00 | 676.00 | 249.60 | 925.60 |
| 369 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,961.00 | 11,370.36 | 1,436.26 | 12,806.62 |
| 371 | FORD FOCUS | 09/23/16 | 200% DB | 05/00 | N | 15,060.00 | 11,445.60 | 1,445.76 | 12,891.36 |
| 372 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,661.00 | 11,142.36 | 1,407.46 | 12,549.82 |
| 373 | FORD FOCUS | 12/21/16 | 200% DB | 05/00 | N | 13,243.00 | 10,064.68 | 1,271.33 | 11,336.01 |
| 377 | ECONOLINE VAN | 01/01/16 | 200% DB | 05/00 | N | 20,710.00 | 10,769.20 | 3,976.32 | 14,745.52 |
| 409 | 2011 KIA SPORTAGE | 09/06/17 | 200% DB | 05/00 | N | 14,211.00 | 2,842.20 | 4,547.52 | 7,389.72 |
| 424 | 2018 FORD ESCAPE | 05/18/18 | 200% AUTO | 05/00 | N | 29,806.00 | 0.00 | 5,961.20 | 5,961.20 |
| | Total for (AUTOMOBILE) | | | | | 177,429.00 | 106,203.42 | 23,146.57 | 129,349.99 |
| **BREWERY EQUIPMENT** | | | | | | | | | |
| 2 | PXCO2 HEATER | 08/23/10 | 200% DB | 05/00 | N | 120.00 | 120.00 | 0.00 | 120.00 |
| 3 | LIQUID GAS REGULATOR | 08/24/10 | 200% DB | 05/00 | N | 522.00 | 522.00 | 0.00 | 522.00 |
| 4 | CHILLER | 05/10/10 | 200% DB | 05/00 | N | 44,441.00 | 44,441.00 | 0.00 | 44,441.00 |
| 5 | BOTTLE FILLER-USED | 07/07/10 | 200% DB | 05/00 | N | 35,000.00 | 32,984.00 | 0.00 | 32,984.00 |
| 6 | BEER TANKS | 03/12/10 | 200% DB | 05/00 | N | 201,234.00 | 201,234.00 | 0.00 | 201,234.00 |
| 7 | WATER TREATMENT EQUIPMEN | 07/13/10 | 200% DB | 05/00 | N | 35,410.00 | 35,410.00 | 0.00 | 35,410.00 |
| 8 | JOCKEY BOX | 07/14/10 | 200% DB | 05/00 | N | 388.00 | 388.00 | 0.00 | 388.00 |
| 9 | CONNECTORS | 10/04/10 | 200% DB | 05/00 | N | 698.00 | 698.00 | 0.00 | 698.00 |
| 10 | LAB EQUIPMENT | 09/28/10 | 200% DB | 05/00 | N | 864.00 | 864.00 | 0.00 | 864.00 |
| 11 | FILTER | 12/07/10 | 200% DB | 05/00 | N | 6,381.00 | 6,381.00 | 0.00 | 6,381.00 |
| 14 | INLINE LABELER - USED | 11/05/10 | 200% DB | 05/00 | N | 24,500.00 | 24,500.00 | 0.00 | 24,500.00 |
| 15 | KOBALT ROLLER | 08/10/10 | 200% DB | 05/00 | N | 405.00 | 405.00 | 0.00 | 405.00 |
| 16 | WATER METER-2" FLOWMETER | 08/20/10 | 200% DB | 05/00 | N | 450.00 | 450.00 | 0.00 | 450.00 |
| 19 | VOLUME METER | 10/25/10 | 200% DB | 05/00 | N | 1,379.00 | 1,379.00 | 0.00 | 1,379.00 |
| 20 | HOSES | 10/14/10 | 200% DB | 05/00 | N | 218.00 | 218.00 | 0.00 | 218.00 |
| 61 | FILTER - 9/28/10 | 11/01/10 | 200% DB | 05/00 | N | 5,875.00 | 5,875.00 | 0.00 | 5,875.00 |
| 87 | FILTER FREIGHT | 01/04/11 | 200% DB | 05/00 | N | 733.00 | 733.00 | 0.00 | 733.00 |
| 88 | 9KW IMMERSION HEATER | 02/21/11 | 200% DB | 05/00 | N | 715.00 | 715.00 | 0.00 | 715.00 |
| 89 | JOCKEY BOX | 04/07/11 | 200% DB | 05/00 | N | 816.00 | 816.00 | 0.00 | 816.00 |
| 90 | GLYCOL PIPING FOR TANKS | 08/09/11 | 200% DB | 05/00 | N | 10,027.00 | 10,027.00 | 0.00 | 10,027.00 |
| 91 | JUMBO CARTS (3) | 09/06/11 | 200% DB | 05/00 | N | 705.00 | 705.00 | 0.00 | 705.00 |
| 92 | FERMENTATION TANKS (3) | 09/19/11 | 200% DB | 05/00 | N | 45,093.00 | 45,093.00 | 0.00 | 45,093.00 |
| 93 | NEW TANKS MOUNTS | 01/01/12 | 200% DB | 05/00 | N | 676.00 | 676.00 | 0.00 | 676.00 |
| 94 | BASE PLATES-DEPOSIT | 01/01/12 | 200% DB | 05/00 | N | 750.00 | 750.00 | 0.00 | 750.00 |
| 96 | SUMP PUMP & INSTALLATION | 02/15/11 | 200% DB | 05/00 | N | 802.00 | 802.00 | 0.00 | 802.00 |
| 99 | FERMENTATION TANKS SETUP | 09/19/11 | 200% DB | 05/00 | N | 13,844.00 | 13,844.00 | 0.00 | 13,844.00 |
| 100 | FERMENTATION TANKS ELECTR | 09/19/11 | 200% DB | 05/00 | N | 6,049.00 | 6,049.00 | 0.00 | 6,049.00 |

Federal Basis

**FIGUEROA MOUNTAIN BREWING LLC**

08/07/19
01:44PM

**Depreciation Schedule by Category**
**For the 12 Months Ended 12/31/18**

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **BREWERY EQUIPMENT** | | | | | | | | | |
| 105 | FERMENTATION TANKS-INSTALL | 01/01/12 | 200% DB | 05/00 | N | 1,545.00 | 1,545.00 | 0.00 | 1,545.00 |
| 132 | FORKLIFT | 01/19/12 | 200% DB | 05/00 | N | 5,500.00 | 5,500.00 | 0.00 | 5,500.00 |
| 133 | PILOT BREW SYSTEM | 03/14/12 | 200% DB | 05/00 | N | 7,317.00 | 7,317.00 | 0.00 | 7,317.00 |
| 134 | LABELING MACHINE | 09/27/12 | 200% DB | 05/00 | N | 1,470.00 | 1,470.00 | 0.00 | 1,470.00 |
| 135 | KEG WASHER | 10/23/12 | 200% DB | 05/00 | N | 20,957.00 | 20,957.00 | 0.00 | 20,957.00 |
| 136 | VELO EXPORT 7.5 FILTER | 10/30/12 | 200% DB | 05/00 | N | 62,607.00 | 62,607.00 | 0.00 | 62,607.00 |
| 137 | 2 - 30 BBL FERMENTATION VESS | 10/31/12 | 200% DB | 05/00 | N | 30,296.00 | 30,296.00 | 0.00 | 30,296.00 |
| 138 | 2 - 60 BBL FERMENTATION VESS | 10/31/12 | 200% DB | 05/00 | N | 79,215.00 | 79,215.00 | 0.00 | 79,215.00 |
| 139 | CIP PUMP W/ VFD | 10/31/12 | 200% DB | 05/00 | N | 3,724.00 | 3,724.00 | 0.00 | 3,724.00 |
| 140 | CHILLER | 11/01/12 | 200% DB | 05/00 | N | 37,749.00 | 37,749.00 | 0.00 | 37,749.00 |
| 141 | BREWERY EQUIPMENT | 11/28/12 | 200% DB | 05/00 | N | 10,207.00 | 10,207.00 | 0.00 | 10,207.00 |
| 142 | HONDA GENERATOR 3000WT | 11/30/12 | 200% DB | 05/00 | N | 2,111.00 | 2,111.00 | 0.00 | 2,111.00 |
| 143 | HEAVY DUTY INDUSTRIAL COMP | 12/03/12 | 200% DB | 05/00 | N | 3,672.00 | 3,672.00 | 0.00 | 3,672.00 |
| 144 | GRAIN SCALE | 12/13/12 | 200% DB | 05/00 | N | 1,275.00 | 1,275.00 | 0.00 | 1,275.00 |
| 145 | BOTTLING MACHINE | 12/21/12 | 200% DB | 05/00 | N | 275,260.00 | 275,260.00 | 0.00 | 275,260.00 |
| 146 | YAMADA SANITARY PUMP | 12/26/12 | 200% DB | 05/00 | N | 7,256.00 | 7,256.00 | 0.00 | 7,256.00 |
| 147 | 3 - 60 BBL FERMENTATION VESS | 01/01/13 | 200% DB | 05/00 | N | 95,180.00 | 89,697.63 | 5,482.37 | 95,180.00 |
| 148 | SILO | 01/01/13 | 200% DB | 05/00 | N | 29,192.00 | 27,510.54 | 1,681.46 | 29,192.00 |
| 200 | SUMP PUMP | 01/01/13 | 200% DB | 05/00 | N | 1,974.00 | 1,860.30 | 113.70 | 1,974.00 |
| 201 | HOPPER BOTTOM | 01/03/13 | 200% DB | 05/00 | N | 11,201.00 | 10,555.82 | 645.18 | 11,201.00 |
| 202 | 60 BBL FERMENTATION VESSEL | 01/14/13 | 200% DB | 05/00 | N | 28,400.00 | 26,764.16 | 1,635.84 | 28,400.00 |
| 203 | 60 BBL JACKETED BRITE TANK | 01/17/13 | 200% DB | 05/00 | N | 57,447.00 | 54,138.05 | 3,308.95 | 57,447.00 |
| 204 | DRAIN FILTERS | 01/31/13 | 200% DB | 05/00 | N | 4,493.00 | 4,234.20 | 258.80 | 4,493.00 |
| 205 | BUTTERFLY VALVE PREM 1.5 CL | 06/18/13 | 200% DB | 05/00 | N | 563.00 | 530.57 | 32.43 | 563.00 |
| 206 | TANK PADS | 07/21/13 | 200% DB | 05/00 | N | 11,500.00 | 10,837.60 | 662.40 | 11,500.00 |
| 208 | CROWN EQUIPMENT | 10/25/13 | 200% DB | 05/00 | N | 870.00 | 819.89 | 50.11 | 870.00 |
| 209 | 30 BBL FERMENTATION TANK - S | 04/24/13 | 200% DB | 05/00 | N | 14,971.00 | 14,108.67 | 862.33 | 14,971.00 |
| 210 | CHILLER | 05/10/13 | 200% DB | 05/00 | N | 15,794.00 | 14,884.27 | 909.73 | 15,794.00 |
| 211 | 7 BBL SYSTEM WITH 4 X 15 BBL | 01/01/13 | 200% DB | 05/00 | N | 135,682.00 | 127,866.72 | 7,815.28 | 135,682.00 |
| 212 | MBW CAT CARBON AUTO WATE | 03/21/13 | 200% DB | 05/00 | N | 10,743.00 | 10,124.20 | 618.80 | 10,743.00 |
| 213 | TANKLESS WATER HEATER/REC | 03/26/13 | 200% DB | 05/00 | N | 3,877.00 | 3,653.68 | 223.32 | 3,877.00 |
| 220 | INSTALL PIPES ON NEW TANKS | 06/07/13 | 200% DB | 05/00 | N | 22,291.00 | 21,007.04 | 1,283.96 | 22,291.00 |
| 222 | INSTALL WATER CHILLER | 07/05/13 | 200% DB | 05/00 | N | 8,520.00 | 8,029.25 | 490.75 | 8,520.00 |
| 236 | 3 x 120 BBL FERMENTATION TAN | 12/16/13 | 200% DB | 05/00 | N | 133,365.00 | 125,683.18 | 7,681.82 | 133,365.00 |
| 275 | BREWING EQUIPMENT - 2014 - B | 06/01/14 | 200% DB | 05/00 | N | 53,602.00 | 48,970.79 | 3,087.47 | 52,058.26 |
| 299 | BREWERY EQUIPMENT LEASED | 09/11/14 | 200% DB | 05/00 | N | 426,500.00 | 389,650.40 | 24,566.40 | 414,216.80 |
| 334 | CODE DATE MACHINE | 01/16/15 | 200% DB | 05/00 | N | 13,163.00 | 11,622.93 | 724.74 | 12,347.67 |
| 335 | HIGH TECH PUMP | 02/11/15 | 200% DB | 05/00 | N | 730.00 | 644.59 | 40.19 | 684.78 |
| 336 | HYGIENE MONITORING | 02/19/15 | 200% DB | 05/00 | N | 1,295.00 | 1,143.48 | 71.30 | 1,214.78 |
| 337 | DOLLY | 07/21/15 | 200% DB | 05/00 | N | 1,172.00 | 992.68 | 71.73 | 1,064.41 |
| 339 | TANK PROJECT | 12/22/15 | 200% DB | 05/00 | N | 219,588.00 | 182,038.45 | 15,019.82 | 197,058.27 |
| 340 | OUTSIDE TANKS | 12/22/15 | 200% DB | 05/00 | N | 407,195.00 | 337,564.66 | 27,852.14 | 365,416.80 |
| 341 | LAB EQUIPMENT - SB | 08/10/15 | 200% DB | 05/00 | N | 9,972.00 | 8,446.28 | 610.29 | 9,056.57 |
| 342 | LAB EQUIPMENT - SB | 10/15/15 | 200% DB | 05/00 | N | 2,747.00 | 2,277.27 | 187.89 | 2,465.16 |

Federal Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:44PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **BREWERY EQUIPMENT** | | | | | | | | | |
| 343 | LAB EQUIPMENT | 11/09/15 | 200% DB | 05/00 | N | 1,406.00 | 1,165.57 | 96.17 | 1,261.74 |
| 344 | LAB EQUIPMENT - SB | 11/01/15 | 200% DB | 05/00 | N | 1,293.00 | 1,071.90 | 88.44 | 1,160.34 |
| 345 | COLE PARMENT | 02/09/15 | 200% DB | 05/00 | N | 1,523.00 | 1,344.81 | 83.85 | 1,428.66 |
| 346 | SCALES | 03/17/15 | 200% DB | 05/00 | N | 695.00 | 613.68 | 38.27 | 651.95 |
| 347 | PUMP | 05/10/15 | 200% DB | 05/00 | N | 750.00 | 648.75 | 42.63 | 691.38 |
| 348 | SCALE | 05/19/15 | 200% DB | 05/00 | N | 2,340.00 | 2,024.10 | 133.01 | 2,157.11 |
| 349 | BREW SMALLWARES | 06/23/15 | 200% DB | 05/00 | N | 5,930.00 | 5,129.45 | 337.07 | 5,466.52 |
| 350 | BREW SMALLWARES | 08/02/15 | 200% DB | 05/00 | N | 2,593.00 | 2,196.27 | 158.69 | 2,354.96 |
| 376 | FORKLIFT | 09/01/16 | 200% DB | 05/00 | N | 27,730.00 | 21,074.80 | 2,662.08 | 23,736.88 |
| 378 | FH PUMP | 04/24/17 | 200% DB | 05/00 | N | 1,299.00 | 779.40 | 207.84 | 987.24 |
| 421 | EQUIPMENT ANCHOR | 07/17/18 | 200% DB | 05/00 | N | 1,800.00 | 0.00 | 360.00 | 360.00 |
| 422 | COLD STORAGE - 75 INDUSTRIA | 07/01/18 | 200% DB | 05/00 | N | 61,753.00 | 0.00 | 12,350.60 | 12,350.60 |
| 433 | HOSES - GRW EQUIPMENT | 11/15/18 | 200% DB | 05/00 | N | 2,683.00 | 0.00 | 536.60 | 536.60 |
| | Total for (BREWERY EQUIPMENT) | | | | | 2,822,078.00 | 2,557,946.03 | 123,084.45 | 2,681,030.48 |
| **KEGS** | | | | | | | | | |
| 95 | KEGS?? | 12/21/11 | 200% DB | 05/00 | N | 8,678.00 | 8,678.00 | 0.00 | 8,678.00 |
| 207 | BARRELS | 09/17/13 | 200% DB | 05/00 | N | 2,925.00 | 2,756.52 | 168.48 | 2,925.00 |
| 355 | (30) BARRELS - 53 GALLON | 06/08/15 | 200% DB | 05/00 | N | 7,020.00 | 6,072.30 | 399.03 | 6,471.33 |
| | Total for (KEGS) | | | | | 18,623.00 | 17,506.82 | 567.51 | 18,074.33 |
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 18 | 5 KEG DISPENSER | 08/12/10 | 200% DB | 05/00 | N | 3,963.00 | 3,963.00 | 0.00 | 3,963.00 |
| 21 | SOFA, CHAIRS-USED | 11/01/10 | 200% DB | 05/00 | N | 1,787.00 | 1,787.00 | 0.00 | 1,787.00 |
| 22 | GREEN CHAIRS (2)-USED | 11/01/10 | 200% DB | 05/00 | N | 500.00 | 500.00 | 0.00 | 500.00 |
| 23 | TABLES-MURPHY'S - 7/12/10 | 11/01/10 | 200% DB | 05/00 | N | 1,778.00 | 1,778.00 | 0.00 | 1,778.00 |
| 24 | CHAIRS & CHEST - USED | 11/01/10 | 200% DB | 05/00 | N | 1,186.00 | 1,186.00 | 0.00 | 1,186.00 |
| 28 | PRINTS (2)-MURPHY'S - 5/29/10 | 11/01/10 | 200% DB | 05/00 | N | 150.00 | 150.00 | 0.00 | 150.00 |
| 29 | HUTCHES (3) - 9/1/10 | 11/01/10 | 200% DB | 05/00 | N | 4,796.00 | 4,796.00 | 0.00 | 4,796.00 |
| 32 | BARSTOOLS (12)-CARLYLE | 12/29/10 | 200% DB | 05/00 | N | 1,119.00 | 1,119.00 | 0.00 | 1,119.00 |
| 34 | PRINTS-GERLACH - 6/26/10 | 11/01/10 | 200% DB | 05/00 | N | 245.00 | 245.00 | 0.00 | 245.00 |
| 35 | BAR STOOLS (10)-LS - 10/25/10 | 11/01/10 | 200% DB | 05/00 | N | 933.00 | 933.00 | 0.00 | 933.00 |
| 36 | PIZZA OVEN | 11/04/10 | 200% DB | 05/00 | N | 864.00 | 864.00 | 0.00 | 864.00 |
| 37 | PIZZA WARMER | 11/17/10 | 200% DB | 05/00 | N | 315.00 | 315.00 | 0.00 | 315.00 |
| 38 | THERMAL RECEIPT PRINTER | 12/09/10 | 200% DB | 05/00 | N | 277.00 | 277.00 | 0.00 | 277.00 |
| 39 | FREEZERS (3)-PINOLI'S | 11/12/10 | 200% DB | 05/00 | N | 8,618.00 | 8,618.00 | 0.00 | 8,618.00 |
| 40 | CASH REGISTER | 12/08/10 | 200% DB | 05/00 | N | 4,587.00 | 4,587.00 | 0.00 | 4,587.00 |
| 41 | TASTER TRAYS & TOOLING-TAP | 11/01/10 | 200% DB | 05/00 | N | 2,574.00 | 2,574.00 | 0.00 | 2,574.00 |
| 42 | COLLAGE IMAGES-TAP - 9/29/10 | 11/01/10 | 200% DB | 05/00 | N | 270.00 | 270.00 | 0.00 | 270.00 |
| 43 | TAP HANDLES & WATERSLIDES- | 11/01/10 | 200% DB | 05/00 | N | 1,107.00 | 1,107.00 | 0.00 | 1,107.00 |
| 44 | STEREO SYSTEM & TELEVISION | 11/03/10 | 200% DB | 05/00 | N | 3,973.00 | 3,973.00 | 0.00 | 3,973.00 |
| 45 | PATIO HEATERS | 12/07/10 | 200% DB | 05/00 | N | 413.00 | 413.00 | 0.00 | 413.00 |
| 67 | TELEVISION (10/8/10) | 11/01/10 | 200% DB | 05/00 | N | 4,084.00 | 4,084.00 | 0.00 | 4,084.00 |
| 68 | EVENT TENT | 11/01/10 | 200% DB | 05/00 | N | 779.00 | 779.00 | 0.00 | 779.00 |
| 81 | HARMONY REMOTE, ETC | 04/27/11 | 200% DB | 05/00 | N | 879.00 | 879.00 | 0.00 | 879.00 |
| 82 | WIRELESS HEADPHONE/CABLE | 05/05/11 | 200% DB | 05/00 | N | 250.00 | 250.00 | 0.00 | 250.00 |

Federal Basis

**FIGUEROA MOUNTAIN BREWING LLC**

08/07/19
01:44PM

**Depreciation Schedule by Category**
**For the 12 Months Ended 12/31/18**

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| TASTING ROOM EQUIPMENT & FURNITURE | | | | | | | | | |
| 83 | PANASONIC TV'S(2) | 07/18/11 | 200% DB | 05/00 | N | 1,830.00 | 1,830.00 | 0.00 | 1,830.00 |
| 84 | SPEAKERS/INSTALLATION | 09/07/11 | 200% DB | 05/00 | N | 1,556.00 | 1,556.00 | 0.00 | 1,556.00 |
| 85 | BAR STOOLS | 09/08/11 | 200% DB | 05/00 | N | 1,653.00 | 1,653.00 | 0.00 | 1,653.00 |
| 86 | PATIO HEATERS (2) | 12/01/11 | 200% DB | 05/00 | N | 435.00 | 435.00 | 0.00 | 435.00 |
| 106 | COMPUTER SWITCH-TASTING R | 02/24/11 | 200% DB | 05/00 | N | 220.00 | 220.00 | 0.00 | 220.00 |
| 107 | DATA STORAGE-1TB | 03/22/11 | 200% DB | 05/00 | N | 142.00 | 142.00 | 0.00 | 142.00 |
| 110 | BAR STOOLS (12) | 01/27/11 | 200% DB | 05/00 | N | 1,251.00 | 1,251.00 | 0.00 | 1,251.00 |
| 111 | ARC FLOOR LAMP | 03/17/11 | 200% DB | 05/00 | N | 152.00 | 152.00 | 0.00 | 152.00 |
| 112 | EVENT TENTS (2) | 03/17/11 | 200% DB | 05/00 | N | 2,288.00 | 2,288.00 | 0.00 | 2,288.00 |
| 113 | TAPROOM TABLES (3) | 07/16/11 | 200% DB | 05/00 | N | 900.00 | 900.00 | 0.00 | 900.00 |
| 114 | E-Z UP TENT | 08/10/11 | 200% DB | 05/00 | N | 2,290.00 | 2,290.00 | 0.00 | 2,290.00 |
| 126 | REFRIGERATION UNIT - NEW | 05/24/12 | 200% DB | 05/00 | N | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 |
| 127 | PATIO TABLES | 09/01/12 | 200% DB | 05/00 | N | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |
| 128 | MUG RACKS | 08/07/12 | 200% DB | 05/00 | N | 895.00 | 895.00 | 0.00 | 895.00 |
| 129 | CHAIRS, BENCHES & TABLES FC | 09/01/12 | 200% DB | 05/00 | N | 6,356.00 | 6,356.00 | 0.00 | 6,356.00 |
| 130 | ICE MACHINE | 09/17/12 | 200% DB | 05/00 | N | 1,078.00 | 1,078.00 | 0.00 | 1,078.00 |
| 131 | SOFTWARE - TAPROOM POS SY | 10/05/12 | ST LINE | 03/00 | N | 7,275.00 | 7,275.00 | 0.00 | 7,275.00 |
| 171 | BAR TABLES | 01/09/13 | 200% DB | 05/00 | N | 595.00 | 560.73 | 34.27 | 595.00 |
| 173 | (4) UMBRELLA FIBERGLASS SKE | 07/30/13 | 200% DB | 05/00 | N | 1,181.00 | 1,112.97 | 68.03 | 1,181.00 |
| 174 | TENTS | 08/18/13 | 200% DB | 05/00 | N | 3,020.00 | 2,846.05 | 173.95 | 3,020.00 |
| 175 | JOCKEY BOX | 10/04/13 | 200% DB | 05/00 | N | 1,320.00 | 1,243.97 | 76.03 | 1,320.00 |
| 176 | MAGLINER | 10/25/13 | 200% DB | 05/00 | N | 1,326.00 | 1,249.62 | 76.38 | 1,326.00 |
| 177 | POINT OF SALE SYSTEM | 03/18/13 | 200% DB | 05/00 | N | 6,022.00 | 5,675.13 | 346.87 | 6,022.00 |
| 178 | PA SYSTEM | 08/16/13 | 200% DB | 05/00 | N | 11,779.00 | 11,100.53 | 678.47 | 11,779.00 |
| 179 | POINT OF SALE SYSTEM - SANT | 03/18/13 | 200% DB | 05/00 | N | 5,690.00 | 5,362.26 | 327.74 | 5,690.00 |
| 180 | TELEVISIONS - SANTA BARBARA | 05/17/13 | 200% DB | 05/00 | N | 5,656.00 | 5,330.21 | 325.79 | 5,656.00 |
| 181 | SOUND SYSTEM - SANTA BARB/ | 05/17/13 | 200% DB | 05/00 | N | 6,286.00 | 5,923.93 | 362.07 | 6,286.00 |
| 182 | CAMERA - SANTA BARBARA | 12/11/13 | 200% DB | 05/00 | N | 1,515.00 | 1,427.74 | 87.26 | 1,515.00 |
| 183 | POINT OF SALE SYSTEM | 12/04/13 | 200% DB | 05/00 | N | 2,259.00 | 2,128.88 | 130.12 | 2,259.00 |
| 184 | UMBRELLA STANDS | 06/01/13 | 200% DB | 05/00 | N | 250.00 | 235.60 | 14.40 | 250.00 |
| 185 | MUG RACK | 06/04/13 | 200% DB | 05/00 | N | 995.00 | 937.69 | 57.31 | 995.00 |
| 186 | AWNINGS | 07/18/13 | 200% DB | 05/00 | N | 2,884.00 | 2,717.88 | 166.12 | 2,884.00 |
| 187 | TENTS | 07/18/13 | 200% DB | 05/00 | N | 1,086.00 | 1,023.45 | 62.55 | 1,086.00 |
| 188 | BARSTOOLS | 12/16/13 | 200% DB | 05/00 | N | 7,083.00 | 6,675.02 | 407.98 | 7,083.00 |
| 189 | LAMPS | 12/31/13 | 200% DB | 05/00 | N | 537.00 | 506.07 | 30.93 | 537.00 |
| 190 | BARSTOOLS - SANTA BARBARA | 01/01/13 | 200% DB | 05/00 | N | 5,140.00 | 4,843.94 | 296.06 | 5,140.00 |
| 191 | BEER GARDEN TABLES - SANTA | 02/18/13 | 200% DB | 05/00 | N | 1,000.00 | 942.40 | 57.60 | 1,000.00 |
| 192 | WOOD SEATS - SANTA BARBAR | 03/06/13 | 200% DB | 05/00 | N | 6,169.00 | 5,813.67 | 355.33 | 6,169.00 |
| 193 | VACUUM - SANTA BARBARA | 03/08/13 | 200% DB | 05/00 | N | 134.00 | 126.28 | 7.72 | 134.00 |
| 194 | UMBRELLA - SANTA BARBARA | 03/08/13 | 200% DB | 05/00 | N | 2,078.00 | 1,958.31 | 119.69 | 2,078.00 |
| 195 | TABLES - SANTA BARBARA | 03/25/13 | 200% DB | 05/00 | N | 16,770.00 | 15,804.05 | 965.95 | 16,770.00 |
| 196 | OUTDOOR BENCHES - SANTA B/ | 04/01/13 | 200% DB | 05/00 | N | 4,930.00 | 4,646.03 | 283.97 | 4,930.00 |
| 197 | LIGHTING - LED - SANTA BARBA | 04/29/13 | 150% DB | 15/00 | N | 13,870.00 | 5,224.91 | 864.51 | 6,089.42 |
| 198 | TENTS - SANTA BARBARA | 05/17/13 | 200% DB | 05/00 | N | 1,345.00 | 1,267.53 | 77.47 | 1,345.00 |

Federal Basis

08/07/19
01:44PM

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
## For the 12 Months Ended 12/31/18

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 221 | BEER GARDEN | 06/13/13 | 200% DB | 05/00 | N | 266.00 | 250.68 | 15.32 | 266.00 |
| 224 | GATES | 07/22/13 | 200% DB | 05/00 | N | 448.00 | 422.20 | 25.80 | 448.00 |
| 230 | BARSTOOLS - LOS OLIVOS | 02/15/14 | 200% DB | 05/00 | N | 5,155.00 | 4,709.61 | 296.93 | 5,006.54 |
| 231 | NEON SIGNS | 12/20/13 | 200% DB | 05/00 | N | 7,157.00 | 6,744.76 | 412.24 | 7,157.00 |
| 232 | CHAIRS - TAPROOM - BUELLTON | 12/31/13 | 200% DB | 05/00 | N | 671.00 | 632.35 | 38.65 | 671.00 |
| 233 | CHAIRS - TAPROOM - LOS OLIV( | 12/31/13 | 200% DB | 05/00 | N | 671.00 | 632.35 | 38.65 | 671.00 |
| 234 | LED LIGHTS | 12/02/13 | 200% DB | 05/00 | N | 1,317.00 | 1,241.14 | 75.86 | 1,317.00 |
| 235 | TABLE TOPS - IMAGE SOURCE | 12/20/13 | 200% DB | 05/00 | N | 1,100.00 | 1,036.64 | 63.36 | 1,100.00 |
| 247 | TAPROOM EQUIPMENT (BUELLT | 01/02/14 | 200% DB | 05/00 | N | 4,184.00 | 3,822.50 | 241.00 | 4,063.50 |
| 248 | MUSHROOM WOOD TR BUELLT( | 01/03/14 | 200% DB | 05/00 | N | 1,700.00 | 1,553.12 | 97.92 | 1,651.04 |
| 249 | TABLE TOPS BUELLTON | 01/08/14 | 200% DB | 05/00 | N | 1,538.00 | 1,405.12 | 88.59 | 1,493.71 |
| 250 | EQUIPMENT - LOS OLIVOS | 02/11/14 | 200% DB | 05/00 | N | 4,683.00 | 4,278.39 | 269.74 | 4,548.13 |
| 259 | GENERATOR - SB | 06/24/14 | 200% DB | 05/00 | N | 2,116.00 | 1,933.18 | 121.88 | 2,055.06 |
| 260 | FORKLIFT - BUELLTON | 07/02/14 | 200% DB | 05/00 | N | 4,490.00 | 3,714.13 | 517.25 | 4,231.38 |
| 261 | (2) PALLET JACKS - BUELLTON | 10/14/14 | 200% DB | 05/00 | N | 1,159.00 | 1,058.86 | 66.76 | 1,125.62 |
| 262 | TASTING BOARDS - LO | 03/01/14 | 200% DB | 05/00 | N | 1,000.00 | 913.60 | 57.60 | 971.20 |
| 263 | FIXTURES - INSTALLATION - LO | 06/17/14 | 200% DB | 07/00 | N | 4,683.00 | 3,951.59 | 208.97 | 4,160.56 |
| 264 | BEER DISPENSER SYSTEM - LO | 06/17/14 | 200% DB | 05/00 | N | 2,195.00 | 2,005.35 | 126.43 | 2,131.78 |
| 265 | FREEZER FOR ROOT BEER FLO | 08/07/14 | 200% DB | 05/00 | N | 168.00 | 153.49 | 9.67 | 163.16 |
| 266 | SOUND SYSTEM - SB | 12/29/14 | 200% DB | 05/00 | N | 1,200.00 | 1,096.32 | 69.12 | 1,165.44 |
| 267 | TASTING BOARDS - BUELLTON | 03/01/14 | 200% DB | 05/00 | N | 1,110.00 | 1,014.10 | 63.93 | 1,078.03 |
| 268 | RACKS - LO | 03/10/14 | 200% DB | 05/00 | N | 7,360.00 | 6,724.10 | 423.93 | 7,148.03 |
| 270 | BAR TOP - RESIN FINISH - LO | 07/02/14 | 200% DB | 05/00 | N | 4,250.00 | 3,882.80 | 244.80 | 4,127.60 |
| 272 | TABLES - SB | 03/06/14 | 200% DB | 05/00 | N | 1,200.00 | 1,096.32 | 69.12 | 1,165.44 |
| 273 | HEATERS - SB | 04/13/14 | 200% DB | 05/00 | N | 574.00 | 524.40 | 33.07 | 557.47 |
| 276 | TOP TABLES - LO | 01/08/14 | 200% DB | 05/00 | N | 1,538.00 | 1,405.12 | 88.59 | 1,493.71 |
| 277 | TALL TABLES - LO | 01/08/14 | 200% DB | 05/00 | N | 3,450.00 | 3,151.92 | 198.72 | 3,350.64 |
| 278 | DECOR - PICTURES AND MIRRO | 02/14/14 | 200% DB | 07/00 | N | 2,662.00 | 1,830.47 | 237.58 | 2,068.05 |
| 279 | DECOR - BARN LIGHTS - LO | 04/18/14 | 200% DB | 07/00 | N | 2,180.00 | 1,839.51 | 97.28 | 1,936.79 |
| 280 | ELECTRONIC EQUIPMENT - BUE | 01/02/14 | 200% DB | 05/00 | N | 157.00 | 143.43 | 9.05 | 152.48 |
| 281 | UMBRELLAs FOR OUTSIDE ARE/ | 01/17/14 | 200% DB | 05/00 | N | 1,028.00 | 939.18 | 59.21 | 998.39 |
| 282 | LIGHTS - BUELLTON | 02/09/14 | 200% DB | 05/00 | N | 596.00 | 544.51 | 34.33 | 578.84 |
| 283 | DECOR - HORSE WAGON AND W | 09/17/14 | 200% DB | 05/00 | N | 750.00 | 620.40 | 86.40 | 706.80 |
| 284 | FURNITURE - GARDEN AREA - B | 08/05/14 | 200% DB | 05/00 | N | 3,154.00 | 2,881.49 | 181.67 | 3,063.16 |
| 285 | UMBRELLAs O/S SEATING AREA | 09/10/14 | 200% DB | 05/00 | N | 2,883.00 | 2,633.91 | 166.06 | 2,799.97 |
| 286 | CABINETS - BUELLTON | 10/20/14 | 200% DB | 05/00 | N | 1,000.00 | 913.60 | 57.60 | 971.20 |
| 287 | O/S HEATERS - BUELLTON | 11/24/14 | 200% DB | 05/00 | N | 600.00 | 548.16 | 34.56 | 582.72 |
| 288 | O/S HEATERS - SB | 07/21/14 | 200% DB | 05/00 | N | 2,202.00 | 2,011.75 | 126.83 | 2,138.58 |
| 289 | FURNITURE - WOOD CHAIRS - S | 04/18/14 | 200% DB | 05/00 | N | 2,250.00 | 2,055.60 | 129.60 | 2,185.20 |
| 290 | PROJECTOR - SB | 07/29/14 | 200% DB | 05/00 | N | 250.00 | 228.40 | 14.40 | 242.80 |
| 314 | UMBRELLAS | 02/09/15 | 200% DB | 05/00 | N | 1,507.00 | 1,330.68 | 82.97 | 1,413.65 |
| 315 | TABLE CLOTH | 03/17/15 | 200% DB | 05/00 | N | 922.00 | 814.13 | 50.76 | 864.89 |
| 316 | BATHROOM FIXTURES | 03/20/15 | 200% DB | 05/00 | N | 708.00 | 625.16 | 38.98 | 664.14 |
| 317 | TASTING ROOM EQUIPMENT | 06/17/15 | 200% DB | 05/00 | N | 1,118.00 | 967.07 | 63.55 | 1,030.62 |

Federal Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:44PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 318 | TASTING ROOM EQUIPMENT | 11/10/15 | 200% DB | 05/00 | N | 938.00 | 777.60 | 64.16 | 841.76 |
| 319 | TABLE CLOTH - SB | 03/17/15 | 200% DB | 05/00 | N | 307.00 | 271.08 | 16.90 | 287.98 |
| 320 | FURNITURE - SB | 09/15/15 | 200% DB | 05/00 | N | 1,056.00 | 894.43 | 64.63 | 959.06 |
| 321 | FURNITURE - SB | 10/07/15 | 200% DB | 05/00 | N | 800.00 | 663.20 | 54.72 | 717.92 |
| 322 | SECURITY EQUIPMENT - LO | 11/11/15 | 200% DB | 05/00 | N | 3,318.00 | 2,750.62 | 226.95 | 2,977.57 |
| 323 | CAMERAS (6) | 01/07/15 | 200% DB | 05/00 | N | 1,200.00 | 1,059.60 | 66.07 | 1,125.67 |
| 324 | FURNITURE | 08/02/15 | 200% DB | 05/00 | N | 334.00 | 282.90 | 20.44 | 303.34 |
| 325 | FURNITURE | 11/01/15 | 200% DB | 05/00 | N | 2,174.00 | 1,802.25 | 148.70 | 1,950.95 |
| 365 | CROWLER MACHINE - BUEELTO | 08/31/16 | 200% DB | 05/00 | N | 3,660.00 | 2,781.60 | 351.36 | 3,132.96 |
| 379 | JOCKIE BOXES | 02/01/17 | 200% DB | 05/00 | N | 1,624.00 | 974.40 | 259.84 | 1,234.24 |
| 403 | ADT SYSTEM (LO) | 02/01/17 | 200% DB | 05/00 | N | 1,798.00 | 1,078.80 | 287.68 | 1,366.48 |
| 404 | SHUFFLE BOARD (LO) | 02/13/17 | 200% DB | 05/00 | N | 1,500.00 | 900.00 | 240.00 | 1,140.00 |
| 405 | KEG EQUIPMENT - MICRO MATIC | 03/01/17 | 200% DB | 05/00 | N | 2,140.00 | 1,284.00 | 342.40 | 1,626.40 |
| 406 | KEGARATOR (LO) | 05/01/17 | 200% DB | 05/00 | N | 2,575.00 | 1,545.00 | 412.00 | 1,957.00 |
| 411 | POP UP CANOPY KIT 10 x 10 - (3 | 04/19/17 | 200% DB | 05/00 | N | 3,936.00 | 2,361.60 | 629.76 | 2,991.36 |
| 419 | CROWLER MACHINE - LO | 07/31/18 | 200% DB | 05/00 | N | 4,008.00 | 0.00 | 801.60 | 801.60 |
| | Total for (TASTING ROOM EQUIPMENT & FURNITURE) | | | | | 309,906.00 | 274,661.52 | 15,876.51 | 290,538.03 |
| **RNITURE & FIXTURES** | | | | | | | | | |
| 307 | SHED | 03/17/15 | 200% DB | 05/00 | N | 5,609.00 | 4,952.75 | 308.82 | 5,261.57 |
| 308 | TENTS | 04/01/15 | 200% DB | 05/00 | N | 4,531.00 | 3,919.32 | 257.55 | 4,176.87 |
| 309 | PUMP | 05/10/15 | 200% DB | 05/00 | N | 2,476.00 | 2,141.74 | 140.74 | 2,282.48 |
| 310 | FURNITURE | 05/15/15 | 200% DB | 05/00 | N | 1,800.00 | 1,557.00 | 102.32 | 1,659.32 |
| 311 | EQUIPMENT FOR EVENTS | 06/01/15 | 200% DB | 05/00 | N | 1,944.00 | 1,681.56 | 110.50 | 1,792.06 |
| 312 | JPDOE BOXES | 06/01/15 | 200% DB | 05/00 | N | 1,500.00 | 1,297.50 | 85.26 | 1,382.76 |
| 313 | FURNITURE | 11/01/15 | 200% DB | 05/00 | N | 1,912.00 | 1,585.05 | 130.78 | 1,715.83 |
| | Total for (FURNITURE & FIXTURES) | | | | | 19,772.00 | 17,134.92 | 1,135.97 | 18,270.89 |
| **KITCHEN - BUELLTON** | | | | | | | | | |
| 380 | KITCHEN EQUIPMENT | 01/09/17 | 200% DB | 05/00 | N | 49,226.00 | 29,535.60 | 7,876.16 | 37,411.76 |
| 381 | REFRIGERTED BASE | 01/09/17 | 200% DB | 05/00 | N | 5,946.00 | 3,567.60 | 951.36 | 4,518.96 |
| 382 | CHARBROILER | 01/09/17 | 200% DB | 05/00 | N | 2,898.00 | 1,738.80 | 463.68 | 2,202.48 |
| 383 | RANGE - 36" | 01/09/17 | 200% DB | 05/00 | N | 1,156.00 | 693.60 | 184.96 | 878.56 |
| 384 | GAS CHEESEMELTER | 01/09/17 | 200% DB | 05/00 | N | 1,970.00 | 1,182.00 | 315.20 | 1,497.20 |
| 385 | CONVECTION OVEN | 01/09/17 | 200% DB | 05/00 | N | 3,117.00 | 1,870.20 | 498.72 | 2,368.92 |
| 386 | THREE COMPARTMENT | 01/09/17 | 200% DB | 05/00 | N | 1,341.00 | 804.60 | 214.56 | 1,019.16 |
| 387 | WARMER, DISHTABLE, HEAT LA | 01/09/17 | 200% DB | 05/00 | N | 820.00 | 492.00 | 131.20 | 623.20 |
| 388 | REFRIGERATOR (2) | 01/09/17 | 200% DB | 05/00 | N | 5,561.00 | 3,336.60 | 889.76 | 4,226.36 |
| 389 | FREEZER | 01/09/17 | 200% DB | 05/00 | N | 2,867.00 | 1,720.20 | 458.72 | 2,178.92 |
| 390 | COUNTERTOP GRIDDLE | 01/09/17 | 200% DB | 05/00 | N | 1,223.00 | 733.80 | 195.68 | 929.48 |
| 391 | SANDWICH/SLAD PEP FRIGE | 01/09/17 | 200% DB | 05/00 | N | 2,588.00 | 1,552.80 | 414.08 | 1,966.88 |
| 392 | HANK SINK AND WORK TABLE | 01/09/17 | 200% DB | 05/00 | N | 880.00 | 528.00 | 140.80 | 668.80 |
| 393 | CUSTOM MODEL IN BOUND FRE | 01/09/17 | 200% DB | 05/00 | N | 1,685.00 | 1,011.00 | 269.60 | 1,280.60 |
| 394 | SOLID DISHTABLE | 01/09/17 | 200% DB | 05/00 | N | 1,205.00 | 723.00 | 192.80 | 915.80 |
| 395 | WIRE SHELVING | 01/09/17 | 200% DB | 05/00 | N | 935.00 | 561.00 | 149.60 | 710.60 |
| 396 | FRYER | 01/09/17 | 200% DB | 05/00 | N | 3,546.00 | 2,127.60 | 567.36 | 2,694.96 |

Federal Basis

**FIGUEROA MOUNTAIN BREWING LLC**
**Depreciation Schedule by Category**
**For the 12 Months Ended 12/31/18**

08/07/19
01:44PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **KITCHEN - BUELLTON** | | | | | | | | | |
| 397 | WORKTABLE WITH SINK | 01/09/17 | 200% DB | 05/00 | N | 334.00 | 200.40 | 53.44 | 253.84 |
| 398 | ICE CUBER | 01/09/17 | 200% DB | 05/00 | N | 2,194.00 | 1,316.40 | 351.04 | 1,667.44 |
| 399 | FREEZER | 01/09/17 | 200% DB | 05/00 | N | 536.00 | 321.60 | 85.76 | 407.36 |
| 420 | FRYER | 10/16/18 | 200% DB | 05/00 | N | 2,351.00 | 0.00 | 470.20 | 470.20 |
| | Total for (KITCHEN - BUELLTON) | | | | | 92,379.00 | 54,016.80 | 14,874.68 | 68,891.48 |
| **OFFICE FURNITURE & EQUIPMENT** | | | | | | | | | |
| 26 | TABLE, CHAIRS, CREDENZA-USI | 05/17/10 | 200% DB | 07/00 | N | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 |
| 27 | OFFICE DESKS-USED | 05/17/10 | 200% DB | 05/00 | N | 1,200.00 | 1,200.00 | 0.00 | 1,200.00 |
| 33 | TELEPHONE SYSTEM | 04/26/10 | 200% DB | 05/00 | N | 1,034.00 | 1,034.00 | 0.00 | 1,034.00 |
| 47 | HP COMPUTER & PRINTER | 04/05/10 | 200% DB | 05/00 | N | 1,109.00 | 1,109.00 | 0.00 | 1,109.00 |
| 48 | DESK-JIM - USED | 06/22/10 | 200% DB | 07/00 | N | 150.00 | 150.00 | 0.00 | 150.00 |
| 49 | SWITCH/FIREWALL-NETWORK | 05/03/10 | 200% DB | 05/00 | N | 682.00 | 682.00 | 0.00 | 682.00 |
| 108 | OFFICE CHAIR | 10/15/11 | 200% DB | 07/00 | N | 193.00 | 193.00 | 0.00 | 193.00 |
| 109 | OFFICE JET PRINTER | 10/19/11 | 200% DB | 05/00 | N | 203.00 | 203.00 | 0.00 | 203.00 |
| 121 | Software - Accounting - Orchestr | 12/21/12 | ST LINE | 03/00 | N | 9,735.00 | 9,735.00 | 0.00 | 9,735.00 |
| 122 | COPIER/PRINTER | 07/31/12 | 200% DB | 05/00 | N | 171.00 | 171.00 | 0.00 | 171.00 |
| 123 | HP LAPTOP | 11/28/12 | 200% DB | 05/00 | N | 738.00 | 738.00 | 0.00 | 738.00 |
| 124 | PHONE SYSTEM | 01/18/12 | 200% DB | 05/00 | N | 2,986.00 | 2,986.00 | 0.00 | 2,986.00 |
| 125 | FOLDING TABLES | 04/02/12 | 200% DB | 05/00 | N | 216.00 | 216.00 | 0.00 | 216.00 |
| 163 | SOFTWARE - MICROSOFT OFFIC | 02/07/13 | ST LINE | 03/00 | N | 178.00 | 178.00 | 0.00 | 178.00 |
| 164 | SOFTWARE - ACCESS POINT | 04/01/13 | ST LINE | 03/00 | N | 2,559.00 | 2,559.00 | 0.00 | 2,559.00 |
| 165 | COMPUTER - NETWORK & PHON | 04/08/13 | 200% DB | 05/00 | N | 5,924.00 | 5,582.78 | 341.22 | 5,924.00 |
| 166 | COMPUTERS | 05/24/13 | 200% DB | 05/00 | N | 2,820.00 | 2,657.57 | 162.43 | 2,820.00 |
| 167 | COMPUTER - FIREWALL | 05/31/13 | 200% DB | 05/00 | N | 2,991.00 | 2,818.72 | 172.28 | 2,991.00 |
| 168 | TELEPHONE - SANTA BARBARA | 05/17/13 | 200% DB | 05/00 | N | 701.00 | 660.62 | 40.38 | 701.00 |
| 169 | COMPUTER CABEL & NETWORK | 04/08/13 | 200% DB | 05/00 | N | 3,965.00 | 3,736.62 | 228.38 | 3,965.00 |
| 170 | LASER PRINTER/COPIER | 02/07/13 | 200% DB | 05/00 | N | 544.00 | 512.67 | 31.33 | 544.00 |
| 172 | OFFICE DESK & CHAIR | 06/11/13 | 200% DB | 05/00 | N | 150.00 | 141.36 | 8.64 | 150.00 |
| 199 | SAFE - SANTA BARBARA | 06/17/13 | 200% DB | 07/00 | N | 688.00 | 534.49 | 61.40 | 595.89 |
| 253 | OFFICE EQUIPMENT - UPSTAIRS | 01/17/14 | 200% DB | 07/00 | N | 4,933.00 | 4,162.54 | 220.13 | 4,382.67 |
| 256 | OFFICE EQUIPMENT - UPSTAIRS | 02/14/14 | 200% DB | 07/00 | N | 4,431.00 | 3,738.94 | 197.73 | 3,936.67 |
| 257 | OFFICE EQUIPMENT - UPSTAIRS | 04/02/14 | 200% DB | 07/00 | N | 13,199.00 | 11,137.51 | 589.00 | 11,726.51 |
| 293 | COMPUTERS/SOFTWARE | 07/01/14 | 200% DB | 05/00 | N | 9,071.00 | 8,287.27 | 522.49 | 8,809.76 |
| 294 | CREDIT CARD MACHINE - LO | 02/15/14 | 200% DB | 05/00 | N | 2,707.00 | 2,473.11 | 155.93 | 2,629.04 |
| 326 | COMPUTER EQUIPMENT | 01/31/15 | 200% DB | 05/00 | N | 5,869.00 | 5,182.33 | 323.14 | 5,505.47 |
| 327 | TELEPHONE/ITERNET SYSTEM | 02/28/15 | 200% DB | 05/00 | N | 4,303.00 | 3,799.55 | 236.92 | 4,036.47 |
| 328 | OFFICE 365 - SOFTWARE | 03/09/15 | ST LINE | 03/00 | N | 1,182.00 | 1,140.96 | 41.04 | 1,182.00 |
| 329 | CELL PHONES | 03/13/15 | 200% DB | 05/00 | N | 644.00 | 568.65 | 35.46 | 604.11 |
| 330 | COMPUTER | 03/17/15 | 200% DB | 05/00 | N | 522.00 | 460.93 | 28.74 | 489.67 |
| 331 | OFFICE 365 PORT | 04/28/15 | 200% DB | 05/00 | N | 1,925.00 | 1,665.13 | 109.42 | 1,774.55 |
| 332 | IPAD | 11/15/15 | 200% DB | 05/00 | N | 350.00 | 290.15 | 23.94 | 314.09 |
| 333 | COMPUTER EQUIPMENT | 11/01/15 | 200% DB | 05/00 | N | 1,234.00 | 1,022.99 | 84.40 | 1,107.39 |
| 366 | CELL PHONE - JAIME | 09/12/16 | 200% DB | 05/00 | N | 916.00 | 696.16 | 87.94 | 784.10 |
| 412 | COMPUTER/PHONE | 07/01/17 | 200% DB | 05/00 | N | 624.00 | 374.40 | 99.84 | 474.24 |

Federal Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
## For the 12 Months Ended 12/31/18

08/07/19
01:44PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **OFFICE FURNITURE & EQUIPMENT** | | | | | | | | | |
| 423 | APPLE COMPUTER | 09/07/18 | 200% DB | 05/00 | N | 1,873.00 | 0.00 | 374.60 | 374.60 |
| 434 | COMPUTER - APPLE | 02/06/18 | 200% DB | 05/00 | N | 3,865.00 | 0.00 | 773.00 | 773.00 |
| 439 | IMPULSE ADV COMM | 04/01/18 | 200% DB | 05/00 | N | 2,500.00 | 0.00 | 500.00 | 500.00 |
| 440 | IT UPGRADE - 85 INDUSTRIAL | 07/01/18 | 200% DB | 05/00 | N | 3,554.00 | 0.00 | 710.80 | 710.80 |
| | Total for (OFFICE FURNITURE & EQUIPMENT) | | | | | 105,639.00 | 85,799.45 | 6,160.58 | 91,960.03 |
| **LEASEHOLD IMPROVEMENTS** | | | | | | | | | |
| 1 | BREWERY DESIGN | 07/01/10 | ST LINE | 15/00 | N | 4,727.00 | 3,545.26 | 157.57 | 3,702.83 |
| 25 | STAND UP BAR - 5/25/10 | 11/01/10 | ST LINE | 15/00 | N | 8,877.00 | 6,657.75 | 295.90 | 6,953.65 |
| 50 | BAR SINKS (3) - 5/26/10 | 11/01/10 | ST LINE | 15/00 | N | 2,074.00 | 1,555.49 | 69.13 | 1,624.62 |
| 51 | OUTDOOR SIGN-VASQUEZ | 08/23/10 | 200% DB | 05/00 | N | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 |
| 52 | TASTING ROOM GATES-CARSON | 12/08/10 | 200% DB | 05/00 | N | 4,380.00 | 4,380.00 | 0.00 | 4,380.00 |
| 53 | LOGO SIGN-CARSON | 12/21/10 | 200% DB | 05/00 | N | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
| 54 | TASTING ROOM IMPRV'S - 4TH C | 11/01/10 | ST LINE | 15/00 | N | 61,355.00 | 61,355.00 | 0.00 | 61,355.00 |
| 62 | BREWERY IMPRV'S - B/4 9/9/10 | 08/31/10 | ST LINE | 15/00 | N | 37,385.08 | 28,038.81 | 1,246.17 | 29,284.98 |
| 63 | BREWERY IMPRVS - 9/9 - 9/30 | 09/15/10 | ST LINE | 15/00 | N | 42,222.00 | 42,222.00 | 0.00 | 42,222.00 |
| 64 | BREWERY IMPRVS - 4TH QTR | 11/01/10 | ST LINE | 15/00 | N | 54,199.00 | 54,199.00 | 0.00 | 54,199.00 |
| 65 | TASTING ROOM IMPRVS - B/4 9/ | 08/31/10 | ST LINE | 15/00 | N | 17,834.00 | 13,375.51 | 594.47 | 13,969.98 |
| 66 | TASTING ROOM IMPRV - 9/9 - 9/3 | 09/30/10 | ST LINE | 15/00 | N | 3,267.00 | 3,267.00 | 0.00 | 3,267.00 |
| 97 | ELECTRICAL-KITCHEN | 01/03/11 | ST LINE | 15/00 | N | 802.00 | 347.55 | 53.46 | 401.01 |
| 98 | CONCRETE BAR-FRONT ROOM | 08/24/11 | ST LINE | 15/00 | N | 3,500.00 | 1,516.65 | 233.34 | 1,749.99 |
| 101 | GATE-UPSTAIRS | 05/30/11 | 200% DB | 05/00 | N | 510.00 | 510.00 | 0.00 | 510.00 |
| 102 | TASTING ROOM EXPANSION | 09/10/11 | ST LINE | 15/00 | N | 2,533.00 | 1,097.65 | 168.86 | 1,266.51 |
| 103 | CEILING FANS/POSTER LIGHTS | 09/11/11 | 200% DB | 05/00 | N | 1,366.00 | 1,366.00 | 0.00 | 1,366.00 |
| 104 | CARPET | 09/14/11 | 200% DB | 05/00 | N | 420.00 | 420.00 | 0.00 | 420.00 |
| 118 | FMB Backlit LED Sign | 04/30/12 | 200% DB | 05/00 | N | 12,541.00 | 12,541.00 | 0.00 | 12,541.00 |
| 119 | FMB Backlit LED Sign | 08/15/12 | 200% DB | 05/00 | N | 2,088.00 | 2,088.00 | 0.00 | 2,088.00 |
| 120 | FMB Backlit LED Sign | 11/01/12 | 200% DB | 05/00 | N | 4,643.00 | 4,643.00 | 0.00 | 4,643.00 |
| 149 | 3 TANK SUBSTRUCTURES | 01/18/12 | SL REAL | 39/00 | N | 6,813.00 | 1,040.86 | 174.69 | 1,215.55 |
| 150 | 125 AMP 3 PHASE CIRCUIT - CHI | 07/05/12 | SL REAL | 39/00 | N | 2,806.00 | 392.73 | 71.95 | 464.68 |
| 151 | BEER GARDEN | 09/01/12 | SL REAL | 39/00 | N | 69,379.00 | 9,413.61 | 1,778.95 | 11,192.56 |
| 152 | TAPROOM CABINETS | 09/10/12 | SL REAL | 39/00 | N | 5,639.00 | 765.12 | 144.59 | 909.71 |
| 153 | PAINT | 12/01/12 | SL REAL | 39/00 | N | 1,156.00 | 149.44 | 29.64 | 179.08 |
| 154 | INSTALL NEW COOLER | 12/27/12 | SL REAL | 39/00 | N | 79,390.00 | 10,263.02 | 2,035.64 | 12,298.66 |
| 155 | BOTTLING LINE/KEG WASHER/M | 12/30/12 | SL REAL | 39/00 | N | 1,606.00 | 207.62 | 41.18 | 248.80 |
| 156 | NEW HEATER - INSTALL | 12/31/12 | SL REAL | 39/00 | N | 4,115.00 | 531.95 | 105.51 | 637.46 |
| 161 | EXTERIOR SIGNS - SANTA BARB | 05/28/13 | 200% DB | 05/00 | N | 6,830.00 | 6,436.59 | 393.41 | 6,830.00 |
| 162 | INTERIOR SIGNS - SANTA BARB | 06/23/13 | 200% DB | 05/00 | N | 2,065.00 | 1,946.06 | 118.94 | 2,065.00 |
| 214 | (2) COOLER INSTALLATIONS | 08/15/13 | SL REAL | 39/00 | N | 10,219.00 | 1,146.38 | 262.03 | 1,408.41 |
| 215 | TANK SUBSTRUCTURES | 01/31/13 | SL REAL | 39/00 | N | 6,550.00 | 832.75 | 167.95 | 1,000.70 |
| 216 | CONCRETE CONSTRUCTION FO | 03/22/13 | SL REAL | 39/00 | N | 19,752.00 | 2,426.79 | 506.46 | 2,933.25 |
| 217 | SECURITY SYSTEM | 03/31/13 | SL REAL | 39/00 | N | 8,596.00 | 1,056.13 | 220.41 | 1,276.54 |
| 218 | TINT WINDOWS | 05/17/13 | SL REAL | 39/00 | N | 504.00 | 59.76 | 12.92 | 72.68 |
| 219 | NEW OFFICE | 05/22/13 | SL REAL | 39/00 | N | 5,734.00 | 680.01 | 147.03 | 827.04 |
| 223 | TRASH ENCLOSURE | 07/07/13 | 150% DB | 15/00 | N | 6,300.00 | 2,373.25 | 392.68 | 2,765.93 |

Federal Basis

08/07/19
01:44PM

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **LEASEHOLD IMPROVEMENTS** | | | | | | | | | |
| 225 | TAPROOM IMPROVEMENT | 10/04/13 | SL REAL | 39/00 | N | 2,850.00 | 307.54 | 73.08 | 380.62 |
| 226 | KITCHEN | 11/30/13 | SL REAL | 39/00 | N | 35,661.00 | 3,771.82 | 914.39 | 4,686.21 |
| 227 | UPSTAIRS LAB BUILDING | 12/18/13 | SL REAL | 39/00 | N | 67,815.00 | 7,027.85 | 1,738.85 | 8,766.70 |
| 228 | L/H IMPROV - SANTA BARBARA | 11/21/13 | ST LINE | 15/00 | N | 257,102.00 | 70,703.04 | 17,140.13 | 87,843.17 |
| 229 | L/H IMPROV- SANTA BARBARA T | 12/31/13 | ST LINE | 15/00 | N | 5,359.00 | 1,443.97 | 357.27 | 1,801.24 |
| 237 | KITCHEN - LEASEHOLD IMP | 11/30/13 | ST LINE | 15/00 | N | 7,627.00 | 2,288.11 | 508.47 | 2,796.58 |
| 238 | UPSTAIRS LAB - L/H | 12/18/13 | ST LINE | 15/00 | N | 7,440.00 | 2,232.00 | 496.00 | 2,728.00 |
| 239 | AB DESIGN STUDIO PERMITS | 12/20/13 | ST LINE | 15/00 | N | 943.00 | 282.91 | 62.87 | 345.78 |
| 251 | TILE - BUELLTON TAP ROOM | 02/06/14 | 200% DB | 05/00 | N | 7,000.00 | 6,395.20 | 403.20 | 6,798.40 |
| 252 | ARTIFICIAL GRASS - GARDEN - E | 07/28/14 | 150% DB | 15/00 | N | 12,750.00 | 8,335.00 | 441.50 | 8,776.50 |
| 254 | FLOORING - UPSTAIRS | 01/24/14 | 200% DB | 05/00 | N | 1,137.00 | 1,038.76 | 65.49 | 1,104.25 |
| 255 | CARPETING - UPSTAIRS | 02/04/14 | 200% DB | 05/00 | N | 6,210.00 | 5,673.46 | 357.69 | 6,031.15 |
| 258 | OFFICE - UPSTAIRS | 04/30/14 | ST LINE | 15/00 | N | 130,039.00 | 80,190.71 | 4,334.63 | 84,525.34 |
| 274 | LEASEHOLD IMPROVEMENTS - S | 04/02/14 | ST LINE | 15/00 | N | 4,695.00 | 2,895.25 | 156.50 | 3,051.75 |
| 292 | SIGNS - BUELLTON | 07/01/14 | 200% DB | 05/00 | N | 8,955.00 | 8,181.29 | 515.81 | 8,697.10 |
| 303 | OFFICE - CFO | 02/23/15 | ST LINE | 15/00 | N | 2,644.00 | 1,575.38 | 88.13 | 1,663.51 |
| 304 | FLOORING - BREWERY | 07/06/15 | 200% DB | 05/00 | N | 5,633.00 | 4,771.15 | 344.74 | 5,115.89 |
| 305 | BREWERY FLOOR DRAIN - MANL | 09/02/15 | 200% DB | 05/00 | N | 5,010.00 | 4,243.47 | 306.61 | 4,550.08 |
| 306 | FLOORING | 11/01/15 | 200% DB | 05/00 | N | 1,876.00 | 1,555.20 | 128.32 | 1,683.52 |
| 353 | SIGNS | 06/01/15 | 200% DB | 05/00 | N | 48,101.00 | 41,607.37 | 2,734.16 | 44,341.53 |
| 356 | DMHS Architecture & Interior Desi | 07/01/16 | ST LINE | 15/00 | N | 4,092.00 | 2,250.60 | 136.40 | 2,387.00 |
| 357 | STAGE - BUELLTON | 01/05/16 | 200% DB | 07/00 | N | 1,582.00 | 1,097.71 | 138.37 | 1,236.08 |
| 358 | FLOORING - BUELLTON | 07/01/16 | 200% DB | 05/00 | N | 1,290.00 | 980.40 | 123.84 | 1,104.24 |
| 359 | ELECTRICAL WORK | 03/01/16 | 200% DB | 07/00 | N | 1,865.00 | 1,294.08 | 163.12 | 1,457.20 |
| 360 | SIGN - BUELLTON | 12/02/16 | 200% DB | 05/00 | N | 1,188.00 | 902.88 | 114.05 | 1,016.93 |
| 400 | LEASEHOLD IMP - LOS OLIVOS - | 03/01/17 | 179 LEASEH | 15/00 | N | 65,090.00 | 33,629.83 | 2,169.67 | 35,799.50 |
| 401 | FIRE ESCAPE AND SPRINKLERS | 09/11/17 | 179 LEASEH | 15/00 | N | 23,200.00 | 11,986.67 | 773.33 | 12,760.00 |
| 402 | LEASEHOLD IMP - BUELLTON TA | 11/17/17 | 179 LEASEH | 15/00 | N | 15,621.00 | 15,621.00 | 0.00 | 15,621.00 |
| 407 | SIGNS - LOS OLIVOS | 02/01/17 | 200% DB | 05/00 | N | 1,083.00 | 649.80 | 173.28 | 823.08 |
| 408 | BUELLTON KITCHEN - IMPROVEI | 01/09/17 | 179 LEASEH | 15/00 | N | 363,762.00 | 187,943.70 | 12,125.40 | 200,069.10 |
| 414 | FLOORING - COATING SOLUTION | 04/30/18 | SL REAL | 39/00 | N | 11,162.00 | 0.00 | 202.73 | 202.73 |
| 415 | FIRE PROTECTION | 05/15/18 | SL REAL | 39/00 | N | 1,299.00 | 0.00 | 20.82 | 20.82 |
| 416 | GARDEN HEATERS | 04/30/18 | 200% DB | 05/00 | N | 4,846.00 | 0.00 | 969.20 | 969.20 |
| 417 | L/H IMP - 71/73 INDUSTRIAL - 201 | 07/01/18 | SL REAL | 39/00 | N | 27,376.91 | 0.00 | 321.74 | 321.74 |
| 418 | L/H IMP - 47 INDUSTRIAL - 2018 | 07/01/18 | SL REAL | 39/00 | N | 38,146.00 | 0.00 | 448.30 | 448.30 |
| 441 | FLLOR COATING - 45 INDUSTRIA | 05/07/18 | SL REAL | 39/00 | N | 13,301.00 | 0.00 | 213.16 | 213.16 |
| 442 | FRAMING - WALL | 10/05/18 | SL REAL | 39/00 | N | 1,845.00 | 0.00 | 9.86 | 9.86 |
| | Total for (LEASEHOLD IMPROVEMENTS) | | | | | 1,702,272.99 | 798,223.89 | 58,693.99 | 856,917.88 |
| **EB DESIGN** | | | | | | | | | |
| 352 | WEBSITE | 01/23/15 | ST LINE | 03/00 | N | 43,165.00 | 42,865.24 | 299.76 | 43,165.00 |
| 413 | WEBSITE | 07/01/17 | ST LINE | 03/00 | N | 1,880.00 | 1,083.61 | 313.33 | 1,396.94 |
| 438 | WEBSITE | 07/01/18 | ST LINE | 03/00 | N | 220.00 | 0.00 | 33.61 | 33.61 |
| | Total for (WEB DESIGN) | | | | | 45,265.00 | 43,948.85 | 646.70 | 44,595.55 |

Brewhouse, Tanks, Canning

Federal Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
## For the 12 Months Ended 12/31/18

08/07/19
01:44PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **Brewhouse, Tanks, Canning** | | | | | | | | | |
| 426 | BREWHOUSE - 2018 | 07/01/18 | 200% DB | 05/00 | N | 2,068,953.00 | 0.00 | 413,790.60 | 413,790.60 |
| 427 | BRITE TANK - 2018 | 07/01/18 | 200% DB | 05/00 | N | 84,716.57 | 0.00 | 16,943.31 | 16,943.31 |
| 428 | BOTTLING LINE - 2018 | 07/01/18 | 200% DB | 05/00 | N | 730,296.13 | 0.00 | 146,059.23 | 146,059.23 |
| 429 | CANNING LINE - 2018 | 01/01/18 | 200% DB | 05/00 | N | 798,227.84 | 0.00 | 159,645.57 | 159,645.57 |
| 430 | PROCESS UTILITIES - 2018 | 07/01/18 | 200% DB | 05/00 | N | 749,086.80 | 0.00 | 149,817.36 | 149,817.36 |
| 431 | SILO/SPENT GRAIN - 2018 | 07/01/18 | 200% DB | 05/00 | N | 242,861.58 | 0.00 | 48,572.32 | 48,572.32 |
| 432 | TANKS - OUTSIDE - 2018 | 07/01/18 | 200% DB | 05/00 | N | 927,687.23 | 0.00 | 185,537.45 | 185,537.45 |
| | Total for (Brewhouse, Tanks, Canning) | | | | | 5,601,829.15 | 0.00 | 1,120,365.84 | 1,120,365.84 |
| **DISPOSED ASSETS** | | | | | | | | | |
| 12 | KEGS-GEEMACHER (69) | 06/10/10 | 200% DB | 05/00 | N | 6,506.00 | 6,506.00 | 0.00 | 6,506.00 |
| 13 | KEGS-GEEMACHER (46) | 09/28/10 | 200% DB | 05/00 | N | 4,469.00 | 4,469.00 | 0.00 | 4,469.00 |
| 17 | KEGS-KEGS.COM (100) - USED | 04/28/10 | 200% DB | 05/00 | N | 9,310.00 | 9,310.00 | 0.00 | 9,310.00 |
| 69 | 120 USED KEGS | 01/10/11 | 200% DB | 05/00 | N | 6,620.00 | 6,620.00 | 0.00 | 6,620.00 |
| 70 | 32 1/2 BBL KEGS | 02/09/11 | 200% DB | 05/00 | N | 4,235.00 | 4,235.00 | 0.00 | 4,235.00 |
| 71 | 32 1/2 BBL KEGS | 03/25/11 | 200% DB | 05/00 | N | 4,245.00 | 4,245.00 | 0.00 | 4,245.00 |
| 72 | 32 1/2 BBL KEGS | 05/17/11 | 200% DB | 05/00 | N | 4,245.00 | 4,245.00 | 0.00 | 4,245.00 |
| 73 | 24 1/2 BBL KEGS | 07/11/11 | 200% DB | 05/00 | N | 3,184.00 | 3,184.00 | 0.00 | 3,184.00 |
| 74 | 23 1/6 BBL KEGS | 07/11/11 | 200% DB | 05/00 | N | 2,115.00 | 2,115.00 | 0.00 | 2,115.00 |
| 75 | 16 1/2 BBL KEGS | 09/07/11 | 200% DB | 05/00 | N | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| 76 | 46 1/6 BBL KEGS | 09/07/11 | 200% DB | 05/00 | N | 4,310.00 | 4,310.00 | 0.00 | 4,310.00 |
| 77 | 48 1/2 BBL KEGS | 10/25/11 | 200% DB | 05/00 | N | 7,255.00 | 7,255.00 | 0.00 | 7,255.00 |
| 78 | 51 1/6 BBL KEGS | 10/25/11 | 200% DB | 05/00 | N | 5,281.00 | 5,281.00 | 0.00 | 5,281.00 |
| 79 | 46 1/6 BBL KEGS | 12/02/11 | 200% DB | 05/00 | N | 4,227.00 | 4,227.00 | 0.00 | 4,227.00 |
| 80 | 48 1/2 BBL KEGS | 12/02/11 | 200% DB | 05/00 | N | 6,224.00 | 6,224.00 | 0.00 | 6,224.00 |
| 158 | KEGS - 2012 | 07/01/12 | 200% DB | 05/00 | N | 141,139.00 | 141,139.00 | 0.00 | 141,139.00 |
| 243 | KEGS - 2013 | 07/01/13 | 200% DB | 05/00 | N | 115,898.00 | 109,222.28 | 6,675.72 | 115,898.00 |
| 245 | 2013 FORD ECONOLINE CARGO | 05/08/14 | 200% DB | 05/00 | N | 30,608.00 | 27,963.47 | 1,763.02 | 29,726.49 |
| 291 | KEGS - 2014 | 07/01/14 | 200% DB | 05/00 | N | 227,192.00 | 207,562.61 | 13,086.26 | 220,648.87 |
| 351 | KEGS - 2015 | 06/01/15 | 200% DB | 05/00 | N | 135,479.00 | 117,189.34 | 7,700.91 | 124,890.25 |
| 361 | KEGS - (276) 1/6 BBL | 01/04/16 | 200% DB | 05/00 | N | 18,017.00 | 13,692.92 | 1,729.63 | 15,422.55 |
| 362 | KEGS - (144) 1/2 BBLS | 01/04/16 | 200% DB | 05/00 | N | 15,174.00 | 11,532.24 | 1,456.70 | 12,988.94 |
| 363 | KEGS - (256) - 1/2 BBLS | 04/10/16 | 200% DB | 05/00 | N | 26,685.00 | 20,280.60 | 2,561.76 | 22,842.36 |
| 364 | KEGS (184) - 1/6 - BBLS | 04/10/16 | 200% DB | 05/00 | N | 12,422.00 | 9,440.72 | 1,192.51 | 10,633.23 |
| 370 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,951.00 | 11,362.76 | 1,435.30 | 12,798.06 |
| 374 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,386.00 | 10,933.36 | 1,381.06 | 12,314.42 |
| | Total for (DISPOSED ASSETS) | | | | | 826,177.00 | 754,545.30 | 38,982.87 | 793,528.17 |
| | Client Subtotal Before Sales | | | | | 11,721,370.14 | 4,709,987.00 | 1,403,535.67 | 6,113,522.67 |
| | Less Assets Sold | | | | | 0.00 | | | 0.00 |
| | Total | | | | | 11,721,370.14 | 4,709,987.00 | 1,403,535.67 | 6,113,522.67 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| AUTOMOBILE | | | | | | | | | |
| 116 | 2009 FORD RANGER | 03/22/12 | 150% DB | 05/00 | N | 13,279.00 | 13,279.00 | 0.00 | 13,279.00 |
| 117 | 2006 FORD 350 ECONO VAN | 07/09/12 | 150% DB | 05/00 | N | 11,392.00 | 11,392.00 | 0.00 | 11,392.00 |
| 159 | WRAP UP BOX VAN | 07/08/13 | 150% DB | 05/00 | N | 5,161.00 | 4,731.09 | 429.91 | 5,161.00 |
| 160 | TRUCK | 11/08/13 | 150% DB | 05/00 | N | 5,500.00 | 5,041.85 | 458.15 | 5,500.00 |
| 246 | WRAP FOR VEHICLES | 02/18/14 | 200% DB | 05/00 | N | 595.00 | 543.59 | 34.27 | 577.86 |
| 295 | BUS | 01/01/15 | 150% DB | 05/00 | N | 14,250.00 | 9,247.54 | 2,354.10 | 11,601.64 |
| 367 | 2007 ISUZU | 04/26/16 | 150% DB | 05/00 | N | 3,300.00 | 1,336.50 | 589.05 | 1,925.55 |
| 368 | 2005 ISUZU | 04/26/16 | 150% DB | 05/00 | N | 1,300.00 | 526.50 | 232.05 | 758.55 |
| 369 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,961.00 | 11,370.36 | 1,436.26 | 12,806.62 |
| 371 | FORD FOCUS | 09/23/16 | 200% DB | 05/00 | N | 15,060.00 | 11,445.60 | 1,445.76 | 12,891.36 |
| 372 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,661.00 | 11,142.36 | 1,407.46 | 12,549.82 |
| 373 | FORD FOCUS | 12/21/16 | 200% DB | 05/00 | N | 13,243.00 | 10,064.68 | 1,271.33 | 11,336.01 |
| 377 | ECONOLINE VAN | 01/01/16 | 150% DB | 05/00 | N | 20,710.00 | 8,387.55 | 3,696.74 | 12,084.29 |
| 409 | 2011 KIA SPORTAGE | 09/06/17 | 150% DB | 05/00 | N | 14,211.00 | 2,131.65 | 3,623.81 | 5,755.46 |
| 424 | 2018 FORD ESCAPE | 05/18/18 | 150% AUTO | 05/00 | N | 29,806.00 | 0.00 | 5,961.20 | 5,961.20 |
| | Total for (AUTOMOBILE) | | | | | 177,429.00 | 100,640.27 | 22,940.09 | 123,580.36 |
| BREWERY EQUIPMENT | | | | | | | | | |
| 2 | PXCO2 HEATER | 08/23/10 | 200% DB | 05/00 | N | 120.00 | 120.00 | 0.00 | 120.00 |
| 3 | LIQUID GAS REGULATOR | 08/24/10 | 200% DB | 05/00 | N | 522.00 | 522.00 | 0.00 | 522.00 |
| 4 | CHILLER | 05/10/10 | 200% DB | 05/00 | N | 44,441.00 | 44,441.00 | 0.00 | 44,441.00 |
| 5 | BOTTLE FILLER-USED | 07/07/10 | 150% DB | 05/00 | N | 35,000.00 | 32,084.00 | 0.00 | 32,084.00 |
| 6 | BEER TANKS | 03/12/10 | 200% DB | 05/00 | N | 201,234.00 | 201,234.00 | 0.00 | 201,234.00 |
| 7 | WATER TREATMENT EQUIPMEN | 07/13/10 | 200% DB | 05/00 | N | 35,410.00 | 35,410.00 | 0.00 | 35,410.00 |
| 8 | JOCKEY BOX | 07/14/10 | 200% DB | 05/00 | N | 388.00 | 388.00 | 0.00 | 388.00 |
| 9 | CONNECTORS | 10/04/10 | 200% DB | 05/00 | N | 698.00 | 698.00 | 0.00 | 698.00 |
| 10 | LAB EQUIPMENT | 09/28/10 | 200% DB | 05/00 | N | 864.00 | 864.00 | 0.00 | 864.00 |
| 11 | FILTER | 12/07/10 | 200% DB | 05/00 | N | 6,381.00 | 6,381.00 | 0.00 | 6,381.00 |
| 14 | INLINE LABELER - USED | 11/05/10 | 150% DB | 05/00 | N | 24,500.00 | 24,500.00 | 0.00 | 24,500.00 |
| 15 | KOBALT ROLLER | 08/10/10 | 150% DB | 05/00 | N | 405.00 | 405.00 | 0.00 | 405.00 |
| 16 | WATER METER-2" FLOWMETER | 08/20/10 | 200% DB | 05/00 | N | 450.00 | 450.00 | 0.00 | 450.00 |
| 19 | VOLUME METER | 10/25/10 | 200% DB | 05/00 | N | 1,379.00 | 1,379.00 | 0.00 | 1,379.00 |
| 20 | HOSES | 10/14/10 | 200% DB | 05/00 | N | 218.00 | 218.00 | 0.00 | 218.00 |
| 61 | FILTER - 9/28/10 | 11/01/10 | 200% DB | 05/00 | N | 5,875.00 | 5,875.00 | 0.00 | 5,875.00 |
| 87 | FILTER FREIGHT | 01/04/11 | 200% DB | 05/00 | N | 733.00 | 733.00 | 0.00 | 733.00 |
| 88 | 9KW IMMERSION HEATER | 02/21/11 | 200% DB | 05/00 | N | 715.00 | 715.00 | 0.00 | 715.00 |
| 89 | JOCKEY BOX | 04/07/11 | 200% DB | 05/00 | N | 816.00 | 816.00 | 0.00 | 816.00 |
| 90 | GLYCOL PIPING FOR TANKS | 08/09/11 | 200% DB | 05/00 | N | 10,027.00 | 10,027.00 | 0.00 | 10,027.00 |
| 91 | JUMBO CARTS (3) | 09/06/11 | 200% DB | 05/00 | N | 705.00 | 705.00 | 0.00 | 705.00 |
| 92 | FERMENTATION TANKS (3) | 09/19/11 | 200% DB | 05/00 | N | 45,093.00 | 45,093.00 | 0.00 | 45,093.00 |
| 93 | NEW TANKS MOUNTS | 01/01/12 | 150% DB | 05/00 | N | 676.00 | 676.00 | 0.00 | 676.00 |
| 94 | BASE PLATES-DEPOSIT | 01/01/12 | 150% DB | 05/00 | N | 750.00 | 750.00 | 0.00 | 750.00 |
| 96 | SUMP PUMP & INSTALLATION | 02/15/11 | 200% DB | 05/00 | N | 802.00 | 802.00 | 0.00 | 802.00 |
| 99 | FERMENTATION TANKS SETUP | 09/19/11 | 200% DB | 05/00 | N | 13,844.00 | 13,844.00 | 0.00 | 13,844.00 |
| 100 | FERMENTATION TANKS ELECTR | 09/19/11 | 200% DB | 05/00 | N | 6,049.00 | 6,049.00 | 0.00 | 6,049.00 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| BREWERY EQUIPMENT | | | | | | | | | |
| 105 | FERMENTATION TANKS-INSTALL | 01/01/12 | 150% DB | 05/00 | N | 1,545.00 | 1,545.00 | 0.00 | 1,545.00 |
| 132 | FORKLIFT | 01/19/12 | 150% DB | 05/00 | N | 5,500.00 | 5,500.00 | 0.00 | 5,500.00 |
| 133 | PILOT BREW SYSTEM | 03/14/12 | 150% DB | 05/00 | N | 7,317.00 | 7,317.00 | 0.00 | 7,317.00 |
| 134 | LABELING MACHINE | 09/27/12 | 150% DB | 05/00 | N | 1,470.00 | 1,470.00 | 0.00 | 1,470.00 |
| 135 | KEG WASHER | 10/23/12 | 150% DB | 05/00 | N | 20,957.00 | 20,957.00 | 0.00 | 20,957.00 |
| 136 | VELO EXPORT 7.5 FILTER | 10/30/12 | 150% DB | 05/00 | N | 62,607.00 | 62,607.00 | 0.00 | 62,607.00 |
| 137 | 2 - 30 BBL FERMENTATION VESS | 10/31/12 | 150% DB | 05/00 | N | 30,296.00 | 30,296.00 | 0.00 | 30,296.00 |
| 138 | 2 - 60 BBL FERMENTATION VESS | 10/31/12 | 150% DB | 05/00 | N | 79,215.00 | 79,215.00 | 0.00 | 79,215.00 |
| 139 | CIP PUMP W/ VFD | 10/31/12 | 150% DB | 05/00 | N | 3,724.00 | 3,724.00 | 0.00 | 3,724.00 |
| 140 | CHILLER | 11/01/12 | 150% DB | 05/00 | N | 37,749.00 | 37,749.00 | 0.00 | 37,749.00 |
| 141 | BREWERY EQUIPMENT | 11/28/12 | 150% DB | 05/00 | N | 10,207.00 | 10,207.00 | 0.00 | 10,207.00 |
| 142 | HONDA GENERATOR 3000WT | 11/30/12 | 150% DB | 05/00 | N | 2,111.00 | 2,111.00 | 0.00 | 2,111.00 |
| 143 | HEAVY DUTY INDUSTRIAL COMF | 12/03/12 | 150% DB | 05/00 | N | 3,672.00 | 3,672.00 | 0.00 | 3,672.00 |
| 144 | GRAIN SCALE | 12/13/12 | 150% DB | 05/00 | N | 1,275.00 | 1,275.00 | 0.00 | 1,275.00 |
| 145 | BOTTLING MACHINE | 12/21/12 | 150% DB | 05/00 | N | 275,260.00 | 275,260.00 | 0.00 | 275,260.00 |
| 146 | YAMADA SANITARY PUMP | 12/26/12 | 150% DB | 05/00 | N | 7,256.00 | 7,256.00 | 0.00 | 7,256.00 |
| 147 | 3 - 60 BBL FERMENTATION VESS | 01/01/13 | 150% DB | 05/00 | N | 95,180.00 | 87,251.51 | 7,928.49 | 95,180.00 |
| 148 | SILO | 01/01/13 | 150% DB | 05/00 | N | 29,192.00 | 26,760.31 | 2,431.69 | 29,192.00 |
| 200 | SUMP PUMP | 01/01/13 | 150% DB | 05/00 | N | 1,974.00 | 1,809.57 | 164.43 | 1,974.00 |
| 201 | HOPPER BOTTOM | 01/03/13 | 150% DB | 05/00 | N | 11,201.00 | 10,267.96 | 933.04 | 11,201.00 |
| 202 | 60 BBL FERMENTATION VESSEL | 01/14/13 | 150% DB | 05/00 | N | 28,400.00 | 26,034.28 | 2,365.72 | 28,400.00 |
| 203 | 60 BBL JACKETED BRITE TANK | 01/17/13 | 150% DB | 05/00 | N | 57,447.00 | 52,661.66 | 4,785.34 | 57,447.00 |
| 204 | DRAIN FILTERS | 01/31/13 | 150% DB | 05/00 | N | 4,493.00 | 4,118.73 | 374.27 | 4,493.00 |
| 205 | BUTTERFLY VALVE PREM 1.5 CL | 06/18/13 | 150% DB | 05/00 | N | 563.00 | 516.10 | 46.90 | 563.00 |
| 206 | TANK PADS | 07/21/13 | 150% DB | 05/00 | N | 11,500.00 | 10,542.05 | 957.95 | 11,500.00 |
| 208 | CROWN EQUIPMENT | 10/25/13 | 150% DB | 05/00 | N | 870.00 | 797.53 | 72.47 | 870.00 |
| 209 | 30 BBL FERMENTATION TANK - ! | 04/24/13 | 150% DB | 05/00 | N | 14,971.00 | 13,723.92 | 1,247.08 | 14,971.00 |
| 210 | CHILLER | 05/10/13 | 150% DB | 05/00 | N | 15,794.00 | 14,478.36 | 1,315.64 | 15,794.00 |
| 211 | 7 BBL SYSTEM WITH 4 X 15 BBL | 01/01/13 | 150% DB | 05/00 | N | 135,682.00 | 124,379.69 | 11,302.31 | 135,682.00 |
| 212 | MBW CAT CARBON AUTO WATE | 03/21/13 | 150% DB | 05/00 | N | 10,743.00 | 9,848.11 | 894.89 | 10,743.00 |
| 213 | TANKLESS WATER HEATER/REC | 03/26/13 | 150% DB | 05/00 | N | 3,877.00 | 3,554.05 | 322.95 | 3,877.00 |
| 220 | INSTALL PIPES ON NEW TANKS | 06/07/13 | 150% DB | 05/00 | N | 22,291.00 | 20,434.16 | 1,856.84 | 22,291.00 |
| 222 | INSTALL WATER CHILLER | 07/05/13 | 150% DB | 05/00 | N | 8,520.00 | 7,810.28 | 709.72 | 8,520.00 |
| 236 | 3 x 120 BBL FERMENTATION TAN | 12/16/13 | 150% DB | 05/00 | N | 133,365.00 | 122,255.69 | 11,109.31 | 133,365.00 |
| 275 | BREWING EQUIPMENT - 2014 - B | 06/01/14 | 200% DB | 05/00 | N | 53,602.00 | 48,970.79 | 3,087.47 | 52,058.26 |
| 299 | BREWERY EQUIPMENT LEASED | 09/11/14 | 200% DB | 05/00 | N | 426,500.00 | 389,650.40 | 24,566.40 | 414,216.80 |
| 334 | CODE DATE MACHINE | 01/16/15 | 200% DB | 05/00 | N | 13,163.00 | 11,622.93 | 724.74 | 12,347.67 |
| 335 | HIGH TECH PUMP | 02/11/15 | 200% DB | 05/00 | N | 730.00 | 644.59 | 40.19 | 684.78 |
| 336 | HYGIENE MONITORING | 02/19/15 | 200% DB | 05/00 | N | 1,295.00 | 1,143.48 | 71.30 | 1,214.78 |
| 337 | DOLLY | 07/21/15 | 200% DB | 05/00 | N | 1,172.00 | 992.68 | 71.73 | 1,064.41 |
| 339 | TANK PROJECT | 12/22/15 | 200% DB | 05/00 | N | 219,588.00 | 182,038.45 | 15,019.82 | 197,058.27 |
| 340 | OUTSIDE TANKS | 12/22/15 | 200% DB | 05/00 | N | 407,195.00 | 337,564.66 | 27,852.14 | 365,416.80 |
| 341 | LAB EQUIPMENT - SB | 08/10/15 | 200% DB | 05/00 | N | 9,972.00 | 8,446.28 | 610.29 | 9,056.57 |
| 342 | LAB EQUIPMENT - SB | 10/15/15 | 200% DB | 05/00 | N | 2,747.00 | 2,277.27 | 187.89 | 2,465.16 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **BREWERY EQUIPMENT** | | | | | | | | | |
| 343 | LAB EQUIPMENT | 11/09/15 | 200% DB | 05/00 | N | 1,406.00 | 1,165.57 | 96.17 | 1,261.74 |
| 344 | LAB EQUIPMENT - SB | 11/01/15 | 200% DB | 05/00 | N | 1,293.00 | 1,071.90 | 88.44 | 1,160.34 |
| 345 | COLE PARMENT | 02/09/15 | 200% DB | 05/00 | N | 1,523.00 | 1,344.81 | 83.85 | 1,428.66 |
| 346 | SCALES | 03/17/15 | 200% DB | 05/00 | N | 695.00 | 613.68 | 38.27 | 651.95 |
| 347 | PUMP | 05/10/15 | 200% DB | 05/00 | N | 750.00 | 648.75 | 42.63 | 691.38 |
| 348 | SCALE | 05/19/15 | 200% DB | 05/00 | N | 2,340.00 | 2,024.10 | 133.01 | 2,157.11 |
| 349 | BREW SMALLWARES | 06/23/15 | 200% DB | 05/00 | N | 5,930.00 | 5,129.45 | 337.07 | 5,466.52 |
| 350 | BREW SMALLWARES | 08/02/15 | 200% DB | 05/00 | N | 2,593.00 | 2,196.27 | 158.69 | 2,354.96 |
| 376 | FORKLIFT | 09/01/16 | 200% DB | 05/00 | N | 27,730.00 | 21,074.80 | 2,662.08 | 23,736.88 |
| 378 | FH PUMP | 04/24/17 | 200% DB | 05/00 | N | 1,299.00 | 779.40 | 207.84 | 987.24 |
| 421 | EQUIPMENT ANCHOR | 07/17/18 | 150% DB | 05/00 | N | 1,800.00 | 0.00 | 360.00 | 360.00 |
| 422 | COLD STORAGE - 75 INDUSTRIA | 07/01/18 | 150% DB | 05/00 | N | 61,753.00 | 0.00 | 12,350.60 | 12,350.60 |
| 433 | HOSES - GRW EQUIPMENT | 11/15/18 | 150% DB | 05/00 | N | 2,683.00 | 0.00 | 536.60 | 536.60 |
| | Total for (BREWERY EQUIPMENT) | | | | | 2,822,078.00 | 2,541,984.22 | 138,146.26 | 2,680,130.48 |
| **KEGS** | | | | | | | | | |
| 95 | KEGS?? | 12/21/11 | 200% DB | 05/00 | N | 8,678.00 | 8,678.00 | 0.00 | 8,678.00 |
| 207 | BARRELS | 09/17/13 | 150% DB | 05/00 | N | 2,925.00 | 2,681.35 | 243.65 | 2,925.00 |
| 355 | (30) BARRELS - 53 GALLON | 06/08/15 | 200% DB | 05/00 | N | 7,020.00 | 6,072.30 | 399.03 | 6,471.33 |
| | Total for (KEGS) | | | | | 18,623.00 | 17,431.65 | 642.68 | 18,074.33 |
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 18 | 5 KEG DISPENSER | 08/12/10 | 200% DB | 05/00 | N | 3,963.00 | 3,963.00 | 0.00 | 3,963.00 |
| 21 | SOFA, CHAIRS-USED | 11/01/10 | 150% DB | 05/00 | N | 1,787.00 | 1,787.00 | 0.00 | 1,787.00 |
| 22 | GREEN CHAIRS (2)-USED | 11/01/10 | 150% DB | 05/00 | N | 500.00 | 500.00 | 0.00 | 500.00 |
| 23 | TABLES-MURPHY'S - 7/12/10 | 11/01/10 | 200% DB | 05/00 | N | 1,778.00 | 1,778.00 | 0.00 | 1,778.00 |
| 24 | CHAIRS & CHEST - USED | 11/01/10 | 150% DB | 05/00 | N | 1,186.00 | 1,186.00 | 0.00 | 1,186.00 |
| 28 | PRINTS (2)-MURPHY'S - 5/29/10 | 11/01/10 | 200% DB | 05/00 | N | 150.00 | 150.00 | 0.00 | 150.00 |
| 29 | HUTCHES (3) - 9/1/10 | 11/01/10 | 200% DB | 05/00 | N | 4,796.00 | 4,796.00 | 0.00 | 4,796.00 |
| 32 | BARSTOOLS (12)-CARLYLE | 12/29/10 | 200% DB | 05/00 | N | 1,119.00 | 1,119.00 | 0.00 | 1,119.00 |
| 34 | PRINTS-GERLACH - 6/26/10 | 11/01/10 | 200% DB | 05/00 | N | 245.00 | 245.00 | 0.00 | 245.00 |
| 35 | BAR STOOLS (10)-LS - 10/25/10 | 11/01/10 | 200% DB | 05/00 | N | 933.00 | 933.00 | 0.00 | 933.00 |
| 36 | PIZZA OVEN | 11/04/10 | 200% DB | 05/00 | N | 864.00 | 864.00 | 0.00 | 864.00 |
| 37 | PIZZA WARMER | 11/17/10 | 200% DB | 05/00 | N | 315.00 | 315.00 | 0.00 | 315.00 |
| 38 | THERMAL RECEIPT PRINTER | 12/09/10 | 200% DB | 05/00 | N | 277.00 | 277.00 | 0.00 | 277.00 |
| 39 | FREEZERS (3)-PINOLI'S | 11/12/10 | 200% DB | 05/00 | N | 8,618.00 | 8,618.00 | 0.00 | 8,618.00 |
| 40 | CASH REGISTER | 12/08/10 | 200% DB | 05/00 | N | 4,587.00 | 4,587.00 | 0.00 | 4,587.00 |
| 41 | TASTER TRAYS & TOOLING-TAP | 11/01/10 | 200% DB | 05/00 | N | 2,574.00 | 2,574.00 | 0.00 | 2,574.00 |
| 42 | COLLAGE IMAGES-TAP - 9/29/10 | 11/01/10 | 200% DB | 05/00 | N | 270.00 | 270.00 | 0.00 | 270.00 |
| 43 | TAP HANDLES & WATERSLIDES- | 11/01/10 | 200% DB | 05/00 | N | 1,107.00 | 1,107.00 | 0.00 | 1,107.00 |
| 44 | STEREO SYSTEM & TELEVISION | 11/03/10 | 200% DB | 05/00 | N | 3,973.00 | 3,973.00 | 0.00 | 3,973.00 |
| 45 | PATIO HEATERS | 12/07/10 | 200% DB | 05/00 | N | 413.00 | 413.00 | 0.00 | 413.00 |
| 67 | TELEVISION (10/8/10) | 11/01/10 | 200% DB | 05/00 | N | 4,084.00 | 4,084.00 | 0.00 | 4,084.00 |
| 68 | EVENT TENT | 11/01/10 | 200% DB | 05/00 | N | 779.00 | 779.00 | 0.00 | 779.00 |
| 81 | HARMONY REMOTE, ETC | 04/27/11 | 200% DB | 05/00 | N | 879.00 | 879.00 | 0.00 | 879.00 |
| 82 | WIRELESS HEADPHONE/CABLE | 05/05/11 | 200% DB | 05/00 | N | 250.00 | 250.00 | 0.00 | 250.00 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 83 | PANASONIC TV'S(2) | 07/18/11 | 200% DB | 05/00 | N | 1,830.00 | 1,830.00 | 0.00 | 1,830.00 |
| 84 | SPEAKERS/INSTALLATION | 09/07/11 | 200% DB | 05/00 | N | 1,556.00 | 1,556.00 | 0.00 | 1,556.00 |
| 85 | BAR STOOLS | 09/08/11 | 200% DB | 05/00 | N | 1,653.00 | 1,653.00 | 0.00 | 1,653.00 |
| 86 | PATIO HEATERS (2) | 12/01/11 | 200% DB | 05/00 | N | 435.00 | 435.00 | 0.00 | 435.00 |
| 106 | COMPUTER SWITCH-TASTING R | 02/24/11 | 200% DB | 05/00 | N | 220.00 | 220.00 | 0.00 | 220.00 |
| 107 | DATA STORAGE-1TB | 03/22/11 | 200% DB | 05/00 | N | 142.00 | 142.00 | 0.00 | 142.00 |
| 110 | BAR STOOLS (12) | 01/27/11 | 200% DB | 05/00 | N | 1,251.00 | 1,251.00 | 0.00 | 1,251.00 |
| 111 | ARC FLOOR LAMP | 03/17/11 | 200% DB | 05/00 | N | 152.00 | 152.00 | 0.00 | 152.00 |
| 112 | EVENT TENTS (2) | 03/17/11 | 200% DB | 05/00 | N | 2,288.00 | 2,288.00 | 0.00 | 2,288.00 |
| 113 | TAPROOM TABLES (3) | 07/16/11 | 200% DB | 05/00 | N | 900.00 | 900.00 | 0.00 | 900.00 |
| 114 | E-Z UP TENT | 08/10/11 | 200% DB | 05/00 | N | 2,290.00 | 2,290.00 | 0.00 | 2,290.00 |
| 126 | REFRIGERATION UNIT - NEW | 05/24/12 | 150% DB | 05/00 | N | 3,500.00 | 3,500.00 | 0.00 | 3,500.00 |
| 127 | PATIO TABLES | 09/01/12 | 150% DB | 05/00 | N | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |
| 128 | MUG RACKS | 08/07/12 | 150% DB | 05/00 | N | 895.00 | 895.00 | 0.00 | 895.00 |
| 129 | CHAIRS, BENCHES & TABLES FC | 09/09/12 | 150% DB | 05/00 | N | 6,356.00 | 6,356.00 | 0.00 | 6,356.00 |
| 130 | ICE MACHINE | 09/17/12 | 150% DB | 05/00 | N | 1,078.00 | 1,078.00 | 0.00 | 1,078.00 |
| 131 | SOFTWARE - TAPROOM POS SY | 10/05/12 | ST LINE | 03/00 | N | 7,275.00 | 7,275.00 | 0.00 | 7,275.00 |
| 171 | BAR TABLES | 01/09/13 | 150% DB | 05/00 | N | 595.00 | 545.44 | 49.56 | 595.00 |
| 173 | (4) UMBRELLA FIBERGLASS SKE | 07/30/13 | 150% DB | 05/00 | N | 1,181.00 | 1,082.62 | 98.38 | 1,181.00 |
| 174 | TENTS | 08/18/13 | 150% DB | 05/00 | N | 3,020.00 | 2,768.43 | 251.57 | 3,020.00 |
| 175 | JOCKEY BOX | 10/04/13 | 150% DB | 05/00 | N | 1,320.00 | 1,210.04 | 109.96 | 1,320.00 |
| 176 | MAGLINER | 10/25/13 | 150% DB | 05/00 | N | 1,326.00 | 1,215.54 | 110.46 | 1,326.00 |
| 177 | POINT OF SALE SYSTEM | 03/18/13 | 150% DB | 05/00 | N | 6,022.00 | 5,520.37 | 501.63 | 6,022.00 |
| 178 | PA SYSTEM | 08/16/13 | 150% DB | 05/00 | N | 11,779.00 | 10,797.81 | 981.19 | 11,779.00 |
| 179 | POINT OF SALE SYSTEM - SANT | 03/18/13 | 150% DB | 05/00 | N | 5,690.00 | 5,216.02 | 473.98 | 5,690.00 |
| 180 | TELEVISIONS - SANTA BARBAR/ | 05/17/13 | 150% DB | 05/00 | N | 5,656.00 | 5,184.86 | 471.14 | 5,656.00 |
| 181 | SOUND SYSTEM - SANTA BARB/ | 05/17/13 | 150% DB | 05/00 | N | 6,286.00 | 5,762.38 | 523.62 | 6,286.00 |
| 182 | CAMERA - SANTA BARBARA | 12/11/13 | 150% DB | 05/00 | N | 1,515.00 | 1,388.80 | 126.20 | 1,515.00 |
| 183 | POINT OF SALE SYSTEM | 12/04/13 | 150% DB | 05/00 | N | 2,259.00 | 2,070.82 | 188.18 | 2,259.00 |
| 184 | UMBRELLA STANDS | 06/01/13 | 150% DB | 05/00 | N | 250.00 | 229.18 | 20.82 | 250.00 |
| 185 | MUG RACK | 06/04/13 | 150% DB | 05/00 | N | 995.00 | 912.12 | 82.88 | 995.00 |
| 186 | AWNINGS | 07/18/13 | 150% DB | 05/00 | N | 2,884.00 | 2,643.76 | 240.24 | 2,884.00 |
| 187 | TENTS | 07/18/13 | 150% DB | 05/00 | N | 1,086.00 | 995.54 | 90.46 | 1,086.00 |
| 188 | BARSTOOLS | 12/16/13 | 150% DB | 05/00 | N | 7,083.00 | 6,492.99 | 590.01 | 7,083.00 |
| 189 | LAMPS | 12/31/13 | 150% DB | 05/00 | N | 537.00 | 492.27 | 44.73 | 537.00 |
| 190 | BARSTOOLS - SANTA BARBARA | 01/01/13 | 150% DB | 05/00 | N | 5,140.00 | 4,711.84 | 428.16 | 5,140.00 |
| 191 | BEER GARDEN TABLES - SANTA | 02/18/13 | 150% DB | 05/00 | N | 1,000.00 | 916.70 | 83.30 | 1,000.00 |
| 192 | WOOD SEATS - SANTA BARBAR | 03/06/13 | 150% DB | 05/00 | N | 6,169.00 | 5,655.12 | 513.88 | 6,169.00 |
| 193 | VACUUM - SANTA BARBARA | 03/08/13 | 150% DB | 05/00 | N | 134.00 | 122.84 | 11.16 | 134.00 |
| 194 | UMBRELLA - SANTA BARBARA | 03/08/13 | 150% DB | 05/00 | N | 2,078.00 | 1,904.90 | 173.10 | 2,078.00 |
| 195 | TABLES - SANTA BARBARA | 03/25/13 | 150% DB | 05/00 | N | 16,770.00 | 15,373.06 | 1,396.94 | 16,770.00 |
| 196 | OUTDOOR BENCHES - SANTA B/ | 04/01/13 | 150% DB | 05/00 | N | 4,930.00 | 4,519.33 | 410.67 | 4,930.00 |
| 197 | LIGHTING - LED - SANTA BARBA | 04/29/13 | 150% DB | 15/00 | N | 13,870.00 | 5,224.91 | 864.51 | 6,089.42 |
| 198 | TENTS - SANTA BARBARA | 05/17/13 | 150% DB | 05/00 | N | 1,345.00 | 1,232.96 | 112.04 | 1,345.00 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 221 | BEER GARDEN | 06/13/13 | 150% DB | 05/00 | N | 266.00 | 243.84 | 22.16 | 266.00 |
| 224 | GATES | 07/22/13 | 150% DB | 05/00 | N | 448.00 | 410.68 | 37.32 | 448.00 |
| 230 | BARSTOOLS - LOS OLIVOS | 02/15/14 | 200% DB | 05/00 | N | 5,155.00 | 4,709.61 | 296.93 | 5,006.54 |
| 231 | NEON SIGNS | 12/20/13 | 150% DB | 05/00 | N | 7,157.00 | 6,560.82 | 596.18 | 7,157.00 |
| 232 | CHAIRS - TAPROOM - BUELLTON | 12/31/13 | 150% DB | 05/00 | N | 671.00 | 615.11 | 55.89 | 671.00 |
| 233 | CHAIRS - TAPROOM - LOS OLIVO | 12/31/13 | 150% DB | 05/00 | N | 671.00 | 615.11 | 55.89 | 671.00 |
| 234 | LED LIGHTS | 12/02/13 | 150% DB | 05/00 | N | 1,317.00 | 1,207.29 | 109.71 | 1,317.00 |
| 235 | TABLE TOPS - IMAGE SOURCE | 12/20/13 | 150% DB | 05/00 | N | 1,100.00 | 1,008.37 | 91.63 | 1,100.00 |
| 247 | TAPROOM EQUIPMENT (BUELLT | 01/02/14 | 200% DB | 05/00 | N | 4,184.00 | 3,822.50 | 241.00 | 4,063.50 |
| 248 | MUSHROOM WOOD TR BUELLT | 01/03/14 | 200% DB | 05/00 | N | 1,700.00 | 1,553.12 | 97.92 | 1,651.04 |
| 249 | TABLE TOPS BUELLTON | 01/08/14 | 200% DB | 05/00 | N | 1,538.00 | 1,405.12 | 88.59 | 1,493.71 |
| 250 | EQUIPMENT - LOS OLIVOS | 02/11/14 | 200% DB | 05/00 | N | 4,683.00 | 4,278.39 | 269.74 | 4,548.13 |
| 259 | GENERATOR - SB | 06/24/14 | 200% DB | 05/00 | N | 2,116.00 | 1,933.18 | 121.88 | 2,055.06 |
| 260 | FORKLIFT - BUELLTON | 07/02/14 | 150% DB | 05/00 | N | 4,490.00 | 3,367.95 | 748.03 | 4,115.98 |
| 261 | (2) PALLET JACKS - BUELLTON | 10/14/14 | 200% DB | 05/00 | N | 1,159.00 | 1,058.86 | 66.76 | 1,125.62 |
| 262 | TASTING BOARDS - LO | 03/01/14 | 200% DB | 05/00 | N | 1,000.00 | 913.60 | 57.60 | 971.20 |
| 263 | FIXTURES - INSTALLATION - LO | 06/17/14 | 200% DB | 07/00 | N | 4,683.00 | 3,951.59 | 208.97 | 4,160.56 |
| 264 | BEER DISPENSER SYSTEM - LO | 06/17/14 | 200% DB | 05/00 | N | 2,195.00 | 2,005.35 | 126.43 | 2,131.78 |
| 265 | FREEZER FOR ROOT BEER FLO | 08/07/14 | 200% DB | 05/00 | N | 168.00 | 153.49 | 9.67 | 163.16 |
| 266 | SOUND SYSTEM - SB | 12/29/14 | 200% DB | 05/00 | N | 1,200.00 | 1,096.32 | 69.12 | 1,165.44 |
| 267 | TASTING BOARDS - BUELLTON | 03/01/14 | 200% DB | 05/00 | N | 1,110.00 | 1,014.10 | 63.93 | 1,078.03 |
| 268 | RACKS - LO | 03/10/14 | 200% DB | 05/00 | N | 7,360.00 | 6,724.10 | 423.93 | 7,148.03 |
| 270 | BAR TOP - RESIN FINISH - LO | 07/02/14 | 200% DB | 05/00 | N | 4,250.00 | 3,882.80 | 244.80 | 4,127.60 |
| 272 | TABLES - SB | 03/06/14 | 200% DB | 05/00 | N | 1,200.00 | 1,096.32 | 69.12 | 1,165.44 |
| 273 | HEATERS - SB | 04/13/14 | 200% DB | 05/00 | N | 574.00 | 524.40 | 33.07 | 557.47 |
| 276 | TOP TABLES - LO | 01/08/14 | 200% DB | 05/00 | N | 1,538.00 | 1,405.12 | 88.59 | 1,493.71 |
| 277 | TALL TABLES - LO | 02/01/14 | 200% DB | 05/00 | N | 3,450.00 | 3,151.92 | 198.72 | 3,350.64 |
| 278 | DECOR - PICTURES AND MIRRO | 02/14/14 | 150% DB | 07/00 | N | 2,662.00 | 1,520.76 | 326.07 | 1,846.83 |
| 279 | DECOR - BARN LIGHTS - LO | 04/18/14 | 200% DB | 07/00 | N | 2,180.00 | 1,839.51 | 97.28 | 1,936.79 |
| 280 | ELECTRONIC EQUIPMENT - BUE | 01/02/14 | 200% DB | 05/00 | N | 157.00 | 143.43 | 9.05 | 152.48 |
| 281 | UMBRELLAs FOR OUTSIDE ARE | 01/17/14 | 200% DB | 05/00 | N | 1,028.00 | 939.18 | 59.21 | 998.39 |
| 282 | LIGHTS - BUELLTON | 02/09/14 | 200% DB | 05/00 | N | 596.00 | 544.51 | 34.33 | 578.84 |
| 283 | DECOR - HORSE WAGON AND W | 09/17/14 | 150% DB | 05/00 | N | 750.00 | 562.58 | 124.95 | 687.53 |
| 284 | FURNITURE - GARDEN AREA - B | 08/05/14 | 200% DB | 05/00 | N | 3,154.00 | 2,881.49 | 181.67 | 3,063.16 |
| 285 | UMBRELLAs O/S SEATING AREA | 09/10/14 | 200% DB | 05/00 | N | 2,883.00 | 2,633.91 | 166.06 | 2,799.97 |
| 286 | CABINETS - BUELLTON | 10/20/14 | 200% DB | 05/00 | N | 1,000.00 | 913.60 | 57.60 | 971.20 |
| 287 | O/S HEATERS - BUELLTON | 11/24/14 | 200% DB | 05/00 | N | 600.00 | 548.16 | 34.56 | 582.72 |
| 288 | O/S HEATERS - SB | 07/21/14 | 200% DB | 05/00 | N | 2,202.00 | 2,011.75 | 126.83 | 2,138.58 |
| 289 | FURNITURE - WOOD CHAIRS - S | 04/18/14 | 200% DB | 05/00 | N | 2,250.00 | 2,055.60 | 129.60 | 2,185.20 |
| 290 | PROJECTOR - SB | 07/29/14 | 200% DB | 05/00 | N | 250.00 | 228.40 | 14.40 | 242.80 |
| 314 | UMBRELLAS | 02/09/15 | 200% DB | 05/00 | N | 1,507.00 | 1,330.68 | 82.97 | 1,413.65 |
| 315 | TABLE CLOTH | 03/17/15 | 200% DB | 05/00 | N | 922.00 | 814.13 | 50.76 | 864.89 |
| 316 | BATHROOM FIXTURES | 03/20/15 | 200% DB | 05/00 | N | 708.00 | 625.16 | 38.98 | 664.14 |
| 317 | TASTING ROOM EQUIPMENT | 06/17/15 | 200% DB | 05/00 | N | 1,118.00 | 967.07 | 63.55 | 1,030.62 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **TASTING ROOM EQUIPMENT & FURNITURE** | | | | | | | | | |
| 318 | TASTING ROOM EQUIPMENT | 11/10/15 | 200% DB | 05/00 | N | 938.00 | 777.60 | 64.16 | 841.76 |
| 319 | TABLE CLOTH - SB | 03/17/15 | 200% DB | 05/00 | N | 307.00 | 271.08 | 16.90 | 287.98 |
| 320 | FURNITURE - SB | 09/15/15 | 200% DB | 05/00 | N | 1,056.00 | 894.43 | 64.63 | 959.06 |
| 321 | FURNITURE - SB | 10/07/15 | 200% DB | 05/00 | N | 800.00 | 663.20 | 54.72 | 717.92 |
| 322 | SECURITY EQUIPMENT - LO | 11/11/15 | 200% DB | 05/00 | N | 3,318.00 | 2,750.62 | 226.95 | 2,977.57 |
| 323 | CAMERAS (6) | 01/07/15 | 200% DB | 05/00 | N | 1,200.00 | 1,059.60 | 66.07 | 1,125.67 |
| 324 | FURNITURE | 08/02/15 | 200% DB | 05/00 | N | 334.00 | 282.90 | 20.44 | 303.34 |
| 325 | FURNITURE | 11/01/15 | 200% DB | 05/00 | N | 2,174.00 | 1,802.25 | 148.70 | 1,950.95 |
| 365 | CROWLER MACHINE - BUEELTO | 08/31/16 | 200% DB | 05/00 | N | 3,660.00 | 2,781.60 | 351.36 | 3,132.96 |
| 379 | JOCKIE BOXES | 02/01/17 | 200% DB | 05/00 | N | 1,624.00 | 974.40 | 259.84 | 1,234.24 |
| 403 | ADT SYSTEM (LO) | 02/01/17 | 200% DB | 05/00 | N | 1,798.00 | 1,078.80 | 287.68 | 1,366.48 |
| 404 | SHUFFLE BOARD (LO) | 02/13/17 | 200% DB | 05/00 | N | 1,500.00 | 900.00 | 240.00 | 1,140.00 |
| 405 | KEG EQUIPMENT - MICRO MATIC | 03/01/17 | 200% DB | 05/00 | N | 2,140.00 | 1,284.00 | 342.40 | 1,626.40 |
| 406 | KEGARATOR (LO) | 03/01/17 | 200% DB | 05/00 | N | 2,575.00 | 1,545.00 | 412.00 | 1,957.00 |
| 411 | POP UP CANOPY KIT 10 x 10 - (3 | 04/19/17 | 200% DB | 05/00 | N | 3,936.00 | 2,361.60 | 629.76 | 2,991.36 |
| 419 | CROWLER MACHINE - LO | 07/31/18 | 150% DB | 05/00 | N | 4,008.00 | 0.00 | 801.60 | 801.60 |
| | Total for (TASTING ROOM EQUIPMENT & FURNITURE) | | | | | 309,906.00 | 271,154.71 | 19,027.43 | 290,182.14 |
| **RNITURE & FIXTURES** | | | | | | | | | |
| 307 | SHED | 03/17/15 | 200% DB | 05/00 | N | 5,609.00 | 4,952.75 | 308.82 | 5,261.57 |
| 308 | TENTS | 04/01/15 | 200% DB | 05/00 | N | 4,531.00 | 3,919.32 | 257.55 | 4,176.87 |
| 309 | PUMP | 05/10/15 | 200% DB | 05/00 | N | 2,476.00 | 2,141.74 | 140.74 | 2,282.48 |
| 310 | FURNITURE | 05/15/15 | 200% DB | 05/00 | N | 1,800.00 | 1,557.00 | 102.32 | 1,659.32 |
| 311 | EQUIPMENT FOR EVENTS | 06/01/15 | 200% DB | 05/00 | N | 1,944.00 | 1,681.56 | 110.50 | 1,792.06 |
| 312 | JPDOE BOXES | 06/01/15 | 200% DB | 05/00 | N | 1,500.00 | 1,297.50 | 85.26 | 1,382.76 |
| 313 | FURNITURE | 11/01/15 | 200% DB | 05/00 | N | 1,912.00 | 1,585.05 | 130.78 | 1,715.83 |
| | Total for (FURNITURE & FIXTURES) | | | | | 19,772.00 | 17,134.92 | 1,135.97 | 18,270.89 |
| **KITCHEN - BUELLTON** | | | | | | | | | |
| 380 | KITCHEN EQUIPMENT | 01/09/17 | 200% DB | 05/00 | N | 49,226.00 | 29,535.60 | 7,876.16 | 37,411.76 |
| 381 | REFRIGERTED BASE | 01/09/17 | 200% DB | 05/00 | N | 5,946.00 | 3,567.60 | 951.36 | 4,518.96 |
| 382 | CHARBROILER | 01/09/17 | 200% DB | 05/00 | N | 2,898.00 | 1,738.80 | 463.68 | 2,202.48 |
| 383 | RANGE - 36" | 01/09/17 | 200% DB | 05/00 | N | 1,156.00 | 693.60 | 184.96 | 878.56 |
| 384 | GAS CHEESEMELTER | 01/09/17 | 200% DB | 05/00 | N | 1,970.00 | 1,182.00 | 315.20 | 1,497.20 |
| 385 | CONVECTION OVEN | 01/09/17 | 200% DB | 05/00 | N | 3,117.00 | 1,870.20 | 498.72 | 2,368.92 |
| 386 | THREE COMPARTMENT | 01/09/17 | 200% DB | 05/00 | N | 1,341.00 | 804.60 | 214.56 | 1,019.16 |
| 387 | WARMER, DISHTABLE, HEAT LA | 01/09/17 | 200% DB | 05/00 | N | 820.00 | 492.00 | 131.20 | 623.20 |
| 388 | REFRIGERATOR (2) | 01/09/17 | 200% DB | 05/00 | N | 5,561.00 | 3,336.60 | 889.76 | 4,226.36 |
| 389 | FREEZER | 01/09/17 | 200% DB | 05/00 | N | 2,867.00 | 1,720.20 | 458.72 | 2,178.92 |
| 390 | COUNTERTOP GRIDDLE | 01/09/17 | 200% DB | 05/00 | N | 1,223.00 | 733.80 | 195.68 | 929.48 |
| 391 | SANDWICH/SLAD PEP FRIGE | 01/09/17 | 200% DB | 05/00 | N | 2,588.00 | 1,552.80 | 414.08 | 1,966.88 |
| 392 | HANK SINK AND WORK TABLE | 01/09/17 | 200% DB | 05/00 | N | 880.00 | 528.00 | 140.80 | 668.80 |
| 393 | CUSTOM MODEL IN BOUND FRE | 01/09/17 | 200% DB | 05/00 | N | 1,685.00 | 1,011.00 | 269.60 | 1,280.60 |
| 394 | SOLID DISHTABLE | 01/09/17 | 200% DB | 05/00 | N | 1,205.00 | 723.00 | 192.80 | 915.80 |
| 395 | WIRE SHELVING | 01/09/17 | 200% DB | 05/00 | N | 935.00 | 561.00 | 149.60 | 710.60 |
| 396 | FRYER | 01/09/17 | 200% DB | 05/00 | N | 3,546.00 | 2,127.60 | 567.36 | 2,694.96 |

AMT Basis

## FIGUEROA MOUNTAIN BREWING LLC
### Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **KITCHEN - BUELLTON** | | | | | | | | | |
| 397 | WORKTABLE WITH SINK | 01/09/17 | 200% DB | 05/00 | N | 334.00 | 200.40 | 53.44 | 253.84 |
| 398 | ICE CUBER | 01/09/17 | 200% DB | 05/00 | N | 2,194.00 | 1,316.40 | 351.04 | 1,667.44 |
| 399 | FREEZER | 01/09/17 | 200% DB | 05/00 | N | 536.00 | 321.60 | 85.76 | 407.36 |
| 420 | FRYER | 10/16/18 | 150% DB | 05/00 | N | 2,351.00 | 0.00 | 470.20 | 470.20 |
| | Total for (KITCHEN - BUELLTON) | | | | | 92,379.00 | 54,016.80 | 14,874.68 | 68,891.48 |
| **OFFICE FURNITURE & EQUIPMENT** | | | | | | | | | |
| 26 | TABLE, CHAIRS, CREDENZA-USE | 05/17/10 | 150% DB | 07/00 | N | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 |
| 27 | OFFICE DESKS-USED | 05/17/10 | 150% DB | 07/00 | N | 1,200.00 | 1,200.00 | 0.00 | 1,200.00 |
| 33 | TELEPHONE SYSTEM | 04/26/10 | 200% DB | 05/00 | N | 1,034.00 | 1,034.00 | 0.00 | 1,034.00 |
| 47 | HP COMPUTER & PRINTER | 04/05/10 | 200% DB | 05/00 | N | 1,109.00 | 1,109.00 | 0.00 | 1,109.00 |
| 48 | DESK-JIM - USED | 06/22/10 | 150% DB | 07/00 | N | 150.00 | 150.00 | 0.00 | 150.00 |
| 49 | SWITCH/FIREWALL-NETWORK | 05/03/10 | 200% DB | 05/00 | N | 682.00 | 682.00 | 0.00 | 682.00 |
| 108 | OFFICE CHAIR | 10/15/11 | 200% DB | 07/00 | N | 193.00 | 193.00 | 0.00 | 193.00 |
| 109 | OFFICE JET PRINTER | 10/19/11 | 200% DB | 05/00 | N | 203.00 | 203.00 | 0.00 | 203.00 |
| 121 | Software - Accounting - Orchestr | 12/21/12 | ST LINE | 03/00 | N | 9,735.00 | 9,735.00 | 0.00 | 9,735.00 |
| 122 | COPIER/PRINTER | 07/31/12 | 150% DB | 05/00 | N | 171.00 | 171.00 | 0.00 | 171.00 |
| 123 | HP LAPTOP | 11/28/12 | 150% DB | 05/00 | N | 738.00 | 738.00 | 0.00 | 738.00 |
| 124 | PHONE SYSTEM | 01/18/12 | 150% DB | 05/00 | N | 2,986.00 | 2,986.00 | 0.00 | 2,986.00 |
| 125 | FOLDING TABLES | 04/02/12 | 150% DB | 05/00 | N | 216.00 | 216.00 | 0.00 | 216.00 |
| 163 | SOFTWARE - MICROSOFT OFFIC | 02/07/13 | ST LINE | 03/00 | N | 178.00 | 178.00 | 0.00 | 178.00 |
| 164 | SOFTWARE - ACCESS POINT | 04/01/13 | ST LINE | 03/00 | N | 2,559.00 | 2,559.00 | 0.00 | 2,559.00 |
| 165 | COMPUTER - NETWORK & PHON | 04/08/13 | 150% DB | 05/00 | N | 5,924.00 | 5,430.53 | 493.47 | 5,924.00 |
| 166 | COMPUTERS | 05/24/13 | 150% DB | 05/00 | N | 2,820.00 | 2,585.09 | 234.91 | 2,820.00 |
| 167 | COMPUTER - FIREWALL | 05/31/13 | 150% DB | 05/00 | N | 2,991.00 | 2,741.85 | 249.15 | 2,991.00 |
| 168 | TELEPHONE - SANTA BARBARA | 05/17/13 | 150% DB | 05/00 | N | 701.00 | 642.61 | 58.39 | 701.00 |
| 169 | COMPUTER CABEL & NETWORK | 04/08/13 | 150% DB | 05/00 | N | 3,965.00 | 3,634.72 | 330.28 | 3,965.00 |
| 170 | LASER PRINTER/COPIER | 02/07/13 | 150% DB | 05/00 | N | 544.00 | 498.68 | 45.32 | 544.00 |
| 172 | OFFICE DESK & CHAIR | 06/11/13 | 150% DB | 05/00 | N | 150.00 | 137.51 | 12.49 | 150.00 |
| 199 | SAFE - SANTA BARBARA | 06/17/13 | 150% DB | 07/00 | N | 688.00 | 477.31 | 84.28 | 561.59 |
| 253 | OFFICE EQUIPMENT - UPSTAIRS | 01/17/14 | 200% DB | 07/00 | N | 4,933.00 | 4,162.54 | 220.13 | 4,382.67 |
| 256 | OFFICE EQUIPMENT - UPSTAIRS | 02/14/14 | 200% DB | 07/00 | N | 4,431.00 | 3,738.94 | 197.73 | 3,936.67 |
| 257 | OFFICE EQUIPMENT - UPSTAIRS | 04/02/14 | 200% DB | 07/00 | N | 13,199.00 | 11,137.51 | 589.00 | 11,726.51 |
| 293 | COMPUTERS/SOFTWARE | 07/01/14 | 200% DB | 05/00 | N | 9,071.00 | 8,287.27 | 522.49 | 8,809.76 |
| 294 | CREDIT CARD MACHINE - LO | 02/15/14 | 200% DB | 05/00 | N | 2,707.00 | 2,473.11 | 155.93 | 2,629.04 |
| 326 | COMPUTER EQUIPMENT | 01/31/15 | 200% DB | 05/00 | N | 5,869.00 | 5,182.33 | 323.14 | 5,505.47 |
| 327 | TELEPHONE/ITERNET SYSTEM | 02/28/15 | 200% DB | 05/00 | N | 4,303.00 | 3,799.55 | 236.92 | 4,036.47 |
| 328 | OFFICE 365 - SOFTWARE | 03/09/15 | ST LINE | 03/00 | N | 1,182.00 | 1,140.96 | 41.04 | 1,182.00 |
| 329 | CELL PHONES | 03/13/15 | 200% DB | 05/00 | N | 644.00 | 568.65 | 35.46 | 604.11 |
| 330 | COMPUTER | 03/17/15 | 200% DB | 05/00 | N | 522.00 | 460.93 | 28.74 | 489.67 |
| 331 | OFFICE 365 PORT | 04/28/15 | 200% DB | 05/00 | N | 1,925.00 | 1,665.13 | 109.42 | 1,774.55 |
| 332 | IPAD | 11/15/15 | 200% DB | 05/00 | N | 350.00 | 290.15 | 23.94 | 314.09 |
| 333 | COMPUTER EQUIPMENT | 11/01/15 | 200% DB | 05/00 | N | 1,234.00 | 1,022.99 | 84.40 | 1,107.39 |
| 366 | CELL PHONE - JAIME | 09/12/16 | 200% DB | 05/00 | N | 916.00 | 696.16 | 87.94 | 784.10 |
| 412 | COMPUTER/PHONE | 07/01/17 | 200% DB | 05/00 | N | 624.00 | 374.40 | 99.84 | 474.24 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **OFFICE FURNITURE & EQUIPMENT** | | | | | | | | | |
| 423 | APPLE COMPUTER | 09/07/18 | 150% DB | 05/00 | N | 1,873.00 | 0.00 | 374.60 | 374.60 |
| 434 | COMPUTER - APPLE | 02/06/18 | 150% DB | 05/00 | N | 3,865.00 | 0.00 | 773.00 | 773.00 |
| 439 | IMPULSE ADV COMM | 04/01/18 | 150% DB | 05/00 | N | 2,500.00 | 0.00 | 500.00 | 500.00 |
| 440 | IT UPGRADE - 85 INDUSTRIAL | 07/01/18 | 150% DB | 05/00 | N | 3,554.00 | 0.00 | 710.80 | 710.80 |
| | Total for (OFFICE FURNITURE & EQUIPMENT) | | | | | 105,639.00 | 85,302.92 | 6,622.81 | 91,925.73 |
| **LEASEHOLD IMPROVEMENTS** | | | | | | | | | |
| 1 | BREWERY DESIGN | 07/01/10 | ST LINE | 15/00 | N | 4,727.00 | 3,545.26 | 157.57 | 3,702.83 |
| 25 | STAND UP BAR - 5/25/10 | 11/01/10 | ST LINE | 15/00 | N | 8,877.00 | 6,657.75 | 295.90 | 6,953.65 |
| 50 | BAR SINKS (3) - 5/26/10 | 11/01/10 | ST LINE | 15/00 | N | 2,074.00 | 1,555.49 | 69.13 | 1,624.62 |
| 51 | OUTDOOR SIGN-VASQUEZ | 08/23/10 | 200% DB | 05/00 | N | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 |
| 52 | TASTING ROOM GATES-CARSON | 12/08/10 | 200% DB | 05/00 | N | 4,380.00 | 4,380.00 | 0.00 | 4,380.00 |
| 53 | LOGO SIGN-CARSON | 12/21/10 | 200% DB | 05/00 | N | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
| 54 | TASTING ROOM IMPRV'S - 4TH C | 11/01/10 | ST LINE | 15/00 | N | 61,355.00 | 61,355.00 | 0.00 | 61,355.00 |
| 62 | BREWERY IMPRV'S - B/4 9/9/10 | 08/31/10 | ST LINE | 15/00 | N | 37,385.08 | 28,038.81 | 1,246.17 | 29,284.98 |
| 63 | BREWERY IMPRVS - 9/9 - 9/30 | 09/15/10 | ST LINE | 15/00 | N | 42,222.00 | 42,222.00 | 0.00 | 42,222.00 |
| 64 | BREWERY IMPRVS - 4TH QTR | 11/01/10 | ST LINE | 15/00 | N | 54,199.00 | 54,199.00 | 0.00 | 54,199.00 |
| 65 | TASTING ROOM IMPRVS - B/4 9/ | 08/31/10 | ST LINE | 15/00 | N | 17,834.00 | 13,375.51 | 594.47 | 13,969.98 |
| 66 | TASTING ROOM IMPRV - 9/9 - 9/3 | 09/30/10 | ST LINE | 15/00 | N | 3,267.00 | 3,267.00 | 0.00 | 3,267.00 |
| 97 | ELECTRICAL-KITCHEN | 01/03/11 | ST LINE | 15/00 | N | 802.00 | 347.55 | 53.46 | 401.01 |
| 98 | CONCRETE BAR-FRONT ROOM | 08/24/11 | ST LINE | 15/00 | N | 3,500.00 | 1,516.65 | 233.34 | 1,749.99 |
| 101 | GATE-UPSTAIRS | 05/30/11 | 200% DB | 05/00 | N | 510.00 | 510.00 | 0.00 | 510.00 |
| 102 | TASTING ROOM EXPANSION | 09/10/11 | ST LINE | 15/00 | N | 2,533.00 | 1,097.65 | 168.86 | 1,266.51 |
| 103 | CEILING FANS/POSTER LIGHTS | 09/10/11 | 200% DB | 05/00 | N | 1,366.00 | 1,366.00 | 0.00 | 1,366.00 |
| 104 | CARPET | 09/14/11 | 200% DB | 05/00 | N | 420.00 | 420.00 | 0.00 | 420.00 |
| 118 | FMB Backlit LED Sign | 04/30/12 | 150% DB | 05/00 | N | 12,541.00 | 12,541.00 | 0.00 | 12,541.00 |
| 119 | FMB Backlit LED Sign | 08/15/12 | 150% DB | 05/00 | N | 2,088.00 | 2,088.00 | 0.00 | 2,088.00 |
| 120 | FMB Backlit LED Sign | 11/01/12 | 150% DB | 05/00 | N | 4,643.00 | 4,643.00 | 0.00 | 4,643.00 |
| 149 | 3 TANK SUBSTRUCTURES | 01/18/12 | ST LINE | 39/00 | N | 6,813.00 | 1,040.86 | 174.69 | 1,215.55 |
| 150 | 125 AMP 3 PHASE CIRCUIT - CHI | 07/05/12 | ST LINE | 39/00 | N | 2,806.00 | 392.73 | 71.95 | 464.68 |
| 151 | BEER GARDEN | 09/01/12 | ST LINE | 39/00 | N | 69,379.00 | 9,413.61 | 1,778.95 | 11,192.56 |
| 152 | TAPROOM CABINETS | 09/10/12 | ST LINE | 39/00 | N | 5,639.00 | 765.12 | 144.59 | 909.71 |
| 153 | PAINT | 12/01/12 | ST LINE | 39/00 | N | 1,156.00 | 149.44 | 29.64 | 179.08 |
| 154 | INSTALL NEW COOLER | 12/27/12 | ST LINE | 39/00 | N | 79,390.00 | 10,263.02 | 2,035.64 | 12,298.66 |
| 155 | BOTTLING LINE/KEG WASHER/W | 12/30/12 | ST LINE | 39/00 | N | 1,606.00 | 207.62 | 41.18 | 248.80 |
| 156 | NEW HEATER - INSTALL | 12/31/12 | ST LINE | 39/00 | N | 4,115.00 | 531.95 | 105.51 | 637.46 |
| 161 | EXTERIOR SIGNS - SANTA BARB | 05/28/13 | 150% DB | 05/00 | N | 6,830.00 | 6,261.06 | 568.94 | 6,830.00 |
| 162 | INTERIOR SIGNS - SANTA BARB | 06/23/13 | 150% DB | 05/00 | N | 2,065.00 | 1,892.98 | 172.02 | 2,065.00 |
| 214 | (2) COOLER INSTALLATIONS | 08/15/13 | ST LINE | 39/00 | N | 10,219.00 | 1,146.38 | 262.03 | 1,408.41 |
| 215 | TANK SUBSTRUCTURES | 01/31/13 | ST LINE | 39/00 | N | 6,550.00 | 832.75 | 167.95 | 1,000.70 |
| 216 | CONCRETE CONSTRUCTION FO | 03/22/13 | ST LINE | 39/00 | N | 19,752.00 | 2,426.79 | 506.46 | 2,933.25 |
| 217 | SECURITY SYSTEM | 03/31/13 | ST LINE | 39/00 | N | 8,596.00 | 1,056.13 | 220.41 | 1,276.54 |
| 218 | TINT WINDOWS | 05/17/13 | ST LINE | 39/00 | N | 504.00 | 59.76 | 12.92 | 72.68 |
| 219 | NEW OFFICE | 05/22/13 | ST LINE | 39/00 | N | 5,734.00 | 680.01 | 147.03 | 827.04 |
| 223 | TRASH ENCLOSURE | 07/07/13 | 150% DB | 15/00 | N | 6,300.00 | 2,373.25 | 392.68 | 2,765.93 |

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
### For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| **LEASEHOLD IMPROVEMENTS** | | | | | | | | | |
| 225 | TAPROOM IMPROVEMENT | 10/04/13 | ST LINE | 39/00 | N | 2,850.00 | 307.54 | 73.08 | 380.62 |
| 226 | KITCHEN | 11/30/13 | ST LINE | 39/00 | N | 35,661.00 | 3,771.82 | 914.39 | 4,686.21 |
| 227 | UPSTAIRS LAB BUILDING | 12/18/13 | ST LINE | 39/00 | N | 67,815.00 | 7,027.85 | 1,738.85 | 8,766.70 |
| 228 | L/H IMPROV - SANTA BARBARA | 11/21/13 | ST LINE | 15/00 | N | 257,102.00 | 70,703.04 | 17,140.13 | 87,843.17 |
| 229 | L/H IMPROV- SANTA BARBARA T | 12/31/13 | ST LINE | 15/00 | N | 5,359.00 | 1,443.97 | 357.27 | 1,801.24 |
| 237 | KITCHEN - LEASEHOLD IMP | 11/30/13 | ST LINE | 15/00 | N | 7,627.00 | 2,288.11 | 508.47 | 2,796.58 |
| 238 | UPSTAIRS LAB - L/H | 12/18/13 | ST LINE | 15/00 | N | 7,440.00 | 2,232.00 | 496.00 | 2,728.00 |
| 239 | AB DESIGN STUDIO PERMITS | 12/20/13 | ST LINE | 15/00 | N | 943.00 | 282.91 | 62.87 | 345.78 |
| 251 | TILE - BUELLTON TAP ROOM | 02/06/14 | 200% DB | 05/00 | N | 7,000.00 | 6,395.20 | 403.20 | 6,798.40 |
| 252 | ARTIFICIAL GRASS - GARDEN - B | 07/28/14 | 150% DB | 15/00 | N | 12,750.00 | 8,335.00 | 441.50 | 8,776.50 |
| 254 | FLOORING - UPSTAIRS | 01/24/14 | 200% DB | 05/00 | N | 1,137.00 | 1,038.76 | 65.49 | 1,104.25 |
| 255 | CARPETING - UPSTAIRS | 02/04/14 | 200% DB | 05/00 | N | 6,210.00 | 5,673.46 | 357.69 | 6,031.15 |
| 258 | OFFICE - UPSTAIRS | 04/30/14 | ST LINE | 15/00 | N | 130,039.00 | 80,190.71 | 4,334.63 | 84,525.34 |
| 274 | LEASEHOLD IMPROVEMENTS - S | 04/02/14 | ST LINE | 15/00 | N | 4,695.00 | 2,895.25 | 156.50 | 3,051.75 |
| 292 | SIGNS - BUELLTON | 07/01/14 | 200% DB | 05/00 | N | 8,955.00 | 8,181.29 | 515.81 | 8,697.10 |
| 303 | OFFICE - CFO | 02/23/15 | ST LINE | 15/00 | N | 2,644.00 | 1,575.38 | 88.13 | 1,663.51 |
| 304 | FLOORING - BREWERY | 07/06/15 | 200% DB | 05/00 | N | 5,633.00 | 4,771.15 | 344.74 | 5,115.89 |
| 305 | BREWERY FLOOR DRAIN - MANL | 09/02/15 | 200% DB | 05/00 | N | 5,010.00 | 4,243.47 | 306.61 | 4,550.08 |
| 306 | FLOORING | 11/01/15 | 200% DB | 05/00 | N | 1,876.00 | 1,555.20 | 128.32 | 1,683.52 |
| 353 | SIGNS | 06/01/15 | 200% DB | 05/00 | N | 48,101.00 | 41,607.37 | 2,734.16 | 44,341.53 |
| 356 | DMHS Architecture & Interior Desi | 07/01/16 | ST LINE | 15/00 | N | 4,092.00 | 2,250.60 | 136.40 | 2,387.00 |
| 357 | STAGE - BUELLTON | 01/05/16 | 200% DB | 07/00 | N | 1,582.00 | 1,097.71 | 138.37 | 1,236.08 |
| 358 | FLOORING - BUELLTON | 07/01/16 | 200% DB | 05/00 | N | 1,290.00 | 980.40 | 123.84 | 1,104.24 |
| 359 | ELECTRICAL WORK | 03/01/16 | 200% DB | 07/00 | N | 1,865.00 | 1,294.08 | 163.12 | 1,457.20 |
| 360 | SIGN - BUELLTON | 12/02/16 | 200% DB | 05/00 | N | 1,188.00 | 902.88 | 114.05 | 1,016.93 |
| 400 | LEASEHOLD IMP - LOS OLIVOS - | 03/01/17 | ST LINE | 15/00 | N | 65,090.00 | 33,629.83 | 2,169.67 | 35,799.50 |
| 401 | FIRE ESCAPE AND SPRINKLERS | 09/11/17 | ST LINE | 15/00 | N | 23,200.00 | 11,986.67 | 773.33 | 12,760.00 |
| 402 | LEASEHOLD IMP - BUELLTON TA | 11/17/17 | ST LINE | 15/00 | N | 15,621.00 | 15,621.00 | 0.00 | 15,621.00 |
| 407 | SIGNS - LOS OLIVOS | 02/01/17 | 200% DB | 05/00 | N | 1,083.00 | 649.80 | 173.28 | 823.08 |
| 408 | BUELLTON KITCHEN - IMPROVEI | 01/09/17 | ST LINE | 15/00 | N | 363,762.00 | 187,943.70 | 12,125.40 | 200,069.10 |
| 414 | FLOORING - COATING SOLUTIOI | 04/30/18 | ST LINE | 39/00 | N | 11,162.00 | 0.00 | 202.73 | 202.73 |
| 415 | FIRE PROTECTION | 05/15/18 | ST LINE | 39/00 | N | 1,299.00 | 0.00 | 20.82 | 20.82 |
| 416 | GARDEN HEATERS | 04/30/18 | 150% DB | 05/00 | N | 4,846.00 | 0.00 | 969.20 | 969.20 |
| 417 | L/H IMP - 71/73 INDUSTRIAL - 201 | 07/01/18 | ST LINE | 39/00 | N | 27,376.91 | 0.00 | 321.74 | 321.74 |
| 418 | L/H IMP - 47 INDUSTRIAL - 2018 | 07/01/18 | ST LINE | 39/00 | N | 38,146.00 | 0.00 | 448.30 | 448.30 |
| 441 | FLLOR COATING - 45 INDUSTRIA | 05/07/18 | ST LINE | 39/00 | N | 13,301.00 | 0.00 | 213.16 | 213.16 |
| 442 | FRAMING - WALL | 10/05/18 | ST LINE | 39/00 | N | 1,845.00 | 0.00 | 9.86 | 9.86 |
| | Total for (LEASEHOLD IMPROVEMENTS) | | | | | 1,702,272.99 | 797,995.28 | 58,922.60 | 856,917.88 |
| **EB DESIGN** | | | | | | | | | |
| 352 | WEBSITE | 01/23/15 | ST LINE | 03/00 | N | 43,165.00 | 42,865.24 | 299.76 | 43,165.00 |
| 413 | WEBSITE | 07/01/17 | ST LINE | 03/00 | N | 1,880.00 | 1,083.61 | 313.33 | 1,396.94 |
| 438 | WEBSITE | 07/01/18 | ST LINE | 03/00 | N | 220.00 | 0.00 | 33.61 | 33.61 |
| | Total for (WEB DESIGN) | | | | | 45,265.00 | 43,948.85 | 646.70 | 44,595.55 |

Brewhouse, Tanks, Canning

AMT Basis

# FIGUEROA MOUNTAIN BREWING LLC
## Depreciation Schedule by Category
## For the 12 Months Ended 12/31/18

08/07/19
01:57PM

| Asset No. | Asset Description | Date Acquired | Method | Life | Sold? | Cost | Accum Depr 01/01/18 | Current Depreciation | Accum Depr 12/31/18 |
|---|---|---|---|---|---|---|---|---|---|
| Brewhouse, Tanks, Canning | | | | | | | | | |
| 426 | BREWHOUSE - 2018 | 07/01/18 | 150% DB | 05/00 | N | 2,068,953.00 | 0.00 | 413,790.60 | 413,790.60 |
| 427 | BRITE TANK - 2018 | 07/01/18 | 150% DB | 05/00 | N | 84,716.57 | 0.00 | 16,943.31 | 16,943.31 |
| 428 | BOTTLING LINE - 2018 | 07/01/18 | 150% DB | 05/00 | N | 730,296.13 | 0.00 | 146,059.23 | 146,059.23 |
| 429 | CANNING LINE - 2018 | 01/01/18 | 150% DB | 05/00 | N | 798,227.84 | 0.00 | 159,645.57 | 159,645.57 |
| 430 | PROCESS UTILITIES - 2018 | 07/01/18 | 150% DB | 05/00 | N | 749,086.80 | 0.00 | 149,817.36 | 149,817.36 |
| 431 | SILO/SPENT GRAIN - 2018 | 07/01/18 | 150% DB | 05/00 | N | 242,861.58 | 0.00 | 48,572.32 | 48,572.32 |
| 432 | TANKS - OUTSIDE - 2018 | 07/01/18 | 150% DB | 05/00 | N | 927,687.23 | 0.00 | 185,537.45 | 185,537.45 |
| | Total for (Brewhouse, Tanks, Canning) | | | | | 5,601,829.15 | 0.00 | 1,120,365.84 | 1,120,365.84 |
| DISPOSED ASSETS | | | | | | | | | |
| 12 | KEGS-GEEMACHER (69) | 06/10/10 | 200% DB | 05/00 | N | 6,506.00 | 6,506.00 | 0.00 | 6,506.00 |
| 13 | KEGS-GEEMACHER (46) | 09/28/10 | 200% DB | 05/00 | N | 4,469.00 | 4,469.00 | 0.00 | 4,469.00 |
| 17 | KEGS-KEGS.COM (100) - USED | 04/28/10 | 150% DB | 05/00 | N | 9,310.00 | 9,310.00 | 0.00 | 9,310.00 |
| 69 | 120 USED KEGS | 01/10/11 | 150% DB | 05/00 | N | 6,620.00 | 6,620.00 | 0.00 | 6,620.00 |
| 70 | 32 1/2 BBL KEGS | 02/09/11 | 200% DB | 05/00 | N | 4,235.00 | 4,235.00 | 0.00 | 4,235.00 |
| 71 | 32 1/2 BBL KEGS | 03/25/11 | 200% DB | 05/00 | N | 4,245.00 | 4,245.00 | 0.00 | 4,245.00 |
| 72 | 32 1/2 BBL KEGS | 05/17/11 | 200% DB | 05/00 | N | 4,245.00 | 4,245.00 | 0.00 | 4,245.00 |
| 73 | 24 1/2 BBL KEGS | 07/11/11 | 200% DB | 05/00 | N | 3,184.00 | 3,184.00 | 0.00 | 3,184.00 |
| 74 | 23 1/6 BBL KEGS | 07/11/11 | 200% DB | 05/00 | N | 2,115.00 | 2,115.00 | 0.00 | 2,115.00 |
| 75 | 16 1/2 BBL KEGS | 09/07/11 | 200% DB | 05/00 | N | 2,000.00 | 2,000.00 | 0.00 | 2,000.00 |
| 76 | 46 1/6 BBL KEGS | 09/07/11 | 200% DB | 05/00 | N | 4,310.00 | 4,310.00 | 0.00 | 4,310.00 |
| 77 | 48 1/2 BBL KEGS | 10/25/11 | 200% DB | 05/00 | N | 7,255.00 | 7,255.00 | 0.00 | 7,255.00 |
| 78 | 51 1/6 BBL KEGS | 10/25/11 | 200% DB | 05/00 | N | 5,281.00 | 5,281.00 | 0.00 | 5,281.00 |
| 79 | 46 1/6 BBL KEGS | 12/02/11 | 200% DB | 05/00 | N | 4,227.00 | 4,227.00 | 0.00 | 4,227.00 |
| 80 | 48 1/2 BBL KEGS | 12/02/11 | 200% DB | 05/00 | N | 6,224.00 | 6,224.00 | 0.00 | 6,224.00 |
| 158 | KEGS - 2012 | 07/01/12 | 150% DB | 05/00 | N | 141,139.00 | 141,139.00 | 0.00 | 141,139.00 |
| 243 | KEGS - 2013 | 07/01/13 | 150% DB | 05/00 | N | 115,898.00 | 106,243.70 | 9,654.30 | 115,898.00 |
| 245 | 2013 FORD ECONOLINE CARGO | 05/08/14 | 200% DB | 05/00 | N | 30,608.00 | 27,963.47 | 1,763.02 | 29,726.49 |
| 291 | KEGS - 2014 | 07/01/14 | 200% DB | 05/00 | N | 227,192.00 | 207,562.61 | 13,086.26 | 220,648.87 |
| 351 | KEGS - 2015 | 06/01/15 | 200% DB | 05/00 | N | 135,479.00 | 117,189.34 | 7,700.91 | 124,890.25 |
| 361 | KEGS - (276) 1/6 BBL | 01/04/16 | 200% DB | 05/00 | N | 18,017.00 | 13,692.92 | 1,729.63 | 15,422.55 |
| 362 | KEGS - (144) 1/2 BBLS | 01/04/16 | 200% DB | 05/00 | N | 15,174.00 | 11,532.24 | 1,456.70 | 12,988.94 |
| 363 | KEGS - (256) - 1/2 BBLS | 04/10/16 | 200% DB | 05/00 | N | 26,685.00 | 20,280.60 | 2,561.76 | 22,842.36 |
| 364 | KEGS (184) - 1/6 - BBLS | 04/10/16 | 200% DB | 05/00 | N | 12,422.00 | 9,440.72 | 1,192.51 | 10,633.23 |
| 370 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,951.00 | 11,362.76 | 1,435.30 | 12,798.06 |
| 374 | FORD FOCUS | 01/21/16 | 200% DB | 05/00 | N | 14,386.00 | 10,933.36 | 1,381.06 | 12,314.42 |
| | Total for (DISPOSED ASSETS) | | | | | 826,177.00 | 751,566.72 | 41,961.45 | 793,528.17 |
| | Client Subtotal Before Sales | | | | | 11,721,370.14 | 4,681,176.34 | 1,425,286.51 | 6,106,462.85 |
| | Less Assets Sold | | | | | 0.00 | | | 0.00 |
| | Total | | | | | 11,721,370.14 | 4,681,176.34 | 1,425,286.51 | 6,106,462.85 |

# QBI

## Qualified Business Income Deduction

Information Reported in Accordance with Section 199A

(Keep for your records)

**2018**

Corporate/Partnership Name
FIGUEROA MOUNTAIN BREWING LLC

EIN
30-0593323

| Name of Trade or Business | Taxpayer Identification Number | Qualified Business Income/(loss) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages | Unadjusted Basis Immediately After Acquisition | Qualified REIT Dividends | Qualified PTP Income/(Loss) | SSTB * |
|---|---|---|---|---|---|---|---|---|---|
| 1065: FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 | (3,425,526) | -- | -- | 2,278,949 | 11,721,370 | -- | -- | No |

**Specified Service Trade or Business**

WK_QBI-LD

651118

## Schedule K-1
### (Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning _____ , 2018   ending _____ , 20 ___

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See page 2 of form and separate instructions.

OMB No. 1545-0123

☐ Final K-1   ☐ Amended K-1

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | (1,351,594) | N | 3,679 |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| | | A | (8,582) |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | C | * STMT |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| A | 2,228 | | |
| 14 | Self-employment earnings (loss) | | |
| A | (1,351,594) | Z | * STMT |
| C | 1,399,857 | | |

*See attached statement for additional information.

---

### Part I   Information About the Partnership

**A** Partnership's employer identification number
30-0593323

**B** Partnership's name, address, city, state, and ZIP code
FIGUEROA MOUNTAIN BREWING LLC

45 INDUSTRIAL WAY
BUELLTON, CA 93427

**C** IRS Center where partnership filed return
efile

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
JAMES & JUDITH DIETENHOFER FMLY TR
P O BOX 637
LOS OLIVOS, CA 93441

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   TRUST
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐
**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 39.4565200 % | 39.4565200 % |
| Loss | 39.4565200 % | 39.4565200 % |
| Capital | 39.4565200 % | 39.4565200 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . $ | 921,105 | $ 1,480,439 |
| Qualified nonrecourse financing . . . . . $ | | $ |
| Recourse . . . . . $ | 4,625,787 | $ 4,730,685 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account . . . . . . $ | (3,020,569) |
| Capital contributed during the year . . $ | |
| Current year increase (decrease) . . . $ | (1,284,355) |
| Withdrawals & distributions . . . . . $ ( | ) |
| Ending capital account . . . . . . . $ | (4,304,924) |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

For IRS Use Only

Schedule K-1 (Form 1065) 2018                                                             Page 2

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.**
**For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

|  | *Report on* |
| --- | --- |
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2. Net rental real estate income (loss)**      See the Partner's Instructions

**3. Other net rental income (loss)**
| Net income | Schedule E, line 28, column (h) |
| --- | --- |
| Net loss | See the Partner's Instructions |

**4. Guaranteed payments**      Schedule E, line 28, column (k)
**5. Interest income**      Form 1040, line 2b
**6a. Ordinary dividends**      Form 1040, line 3b
**6b. Qualified dividends**      Form 1040, line 3a
**6c. Dividend equivalents**      See the Partner's Instructions
**7. Royalties**      Schedule E, line 4
**8. Net short-term capital gain (loss)**      Schedule D, line 5
**9a. Net long-term capital gain (loss)**      Schedule D, line 12
**9b. Collectibles (28%) gain (loss)**      28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**9c. Unrecaptured section 1250 gain**      See the Partner's Instructions
**10. Net section 1231 gain (loss)**      See the Partner's Instructions
**11. Other income (loss)**

| Code | | |
| --- | --- | --- |
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F | Section 951A income |  |
| G | Section 965(a) inclusion |  |
| H | Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| I | Other income (loss) |  |

**12. Section 179 deduction**      See the Partner's Instructions

**13. Other deductions**
| A | Cash contributions (60%) | |
| --- | --- | --- |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions-royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Excess business interest expense | See the Partner's Instructions |
| L | Deductions-portfolio (other) | Schedule A, line 16 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | through V | Reserved for future use |
| W | Other deductions | See the Partner's Instructions |
| X | Section 965(c) deduction | See the Partner's Instructions |

**14. Self-employment earnings (loss)**
**Note:** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| --- | --- | --- |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

**15. Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| --- | --- | --- |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| D | Low-income housing credit (other) from post-2007 buildings | |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |

**Code**
| J | Work opportunity credit | |
| --- | --- | --- |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | See the Partner's Instructions |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

**16. Foreign transactions**
| A | Name of country or U.S. possession | |
| --- | --- | --- |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

*Foreign gross income sourced at partnership level*
| D | Section 951A category | |
| --- | --- | --- |
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

*Deductions allocated and apportioned at partner level*
| I | Interest expense | Form 1116, Part I |
| --- | --- | --- |
| J | Other | Form 1116, Part I |

*Deductions allocated and apportioned at partnership level to foreign source income*
| K | Section 951A category | |
| --- | --- | --- |
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

*Other information*
| P | Total foreign taxes paid | Form 1116, Part II |
| --- | --- | --- |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 951A(c)(1)(A) tested income | |
| V | Tested foreign income tax | See the Partner's Instructions |
| W | Section 965 information | |
| X | Other foreign transactions | |

**17. Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
| --- | --- | --- |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal-gross income | |
| E | Oil, gas, & geothermal-deductions | |
| F | Other AMT items | |

**18. Tax-exempt income and nondeductible expenses**
| A | Tax-exempt interest income | Form 1040, line 2a |
| --- | --- | --- |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

**19. Distributions**
| A | Cash and marketable securities | |
| --- | --- | --- |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

**20. Other information**
| A | Investment income | Form 4952, line 4a |
| --- | --- | --- |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | through Y | |
| Z | Section 199A income | See the Partner's Instructions |
| AA | Section 199A W-2 wages | |
| AB | Section 199A unadjusted basis | |
| AC | Section 199A REIT dividends | |
| AD | Section 199A PTP income | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |

## Schedule K-1 Supplemental Information

**2018    PG01**

Partner's ID Number

Partner's name

JAMES & JUDITH DIETENHOFER FMLY TR

Name of Partnership

FIGUEROA MOUNTAIN BREWING LLC

Partnership EIN

30-0593323

### LINE 18 - OTHER INFORMATION

Statement #99

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| C | MEALS (GENERAL) | 15,060 |
| C | OTHER NONDEDUCTIBLE EXPENSES | 3,679 |
| **TOTAL** | | 18,739 |

### PARTNER ADDITIONAL INFORMATION

**EXPLANATION**

SCH K-1, LINE L, CURRENT YEAR INCREASE (DECREASE)
ORDINARY INCOME (LOSS)............$(1,351,594)
CHARITABLE CONTRIBUTIONS.............( 2,228)
TIP CREDIT ADJUSTMENT.................(3,679)
NON DEDUCTIBLE - MEALS...............(15,060)
BOOK/TAX DIFFERENCE...................140,025
DEPRECIIATION - BOOK/TAX.............(51,819)
TOTAL YEAR DECREASE...............(1,284,355)
.
CALIFORNIA SCH K-1, LINE 20C - OTHER INFORMATION
AGGREGATE GROSS RECEIPTS

# QBI

# Qualified Business Income Deduction

Information Reported in Accordance with Prop Reg 1.199A-6

Schedule K-1, Line 20, Codes Z-AD

2018

Partnership Name

FIGUEROA MOUNTAIN BREWING LLC

EIN  30-0593323

Partner Name

JAMES & JUDITH DIETENHOFER FMLY TR

SSN/EIN

| Name of Trade or Business | Taxpayer Identification Number | Qualified Business Income/(loss) (Z) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages (AA) | Unadjusted Basis Immediately After Acquisition (AB) | Qualified REIT Dividends (AC) | Qualified PTP Income/(Loss) (AD) | SSTB |
|---|---|---|---|---|---|---|---|---|---|
| 1065: FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 | (1,351,593) | - | - | 899,194 | 4,624,845 | - | - | No |

Specified Service Trade or Business

WK_QBIP~LD

# Partner's Adjusted Basis Worksheet

**2018**

Keep for your records.

| | | |
|---|---|---|
| Partner Number: | TIN: | Tax year ending: 12-31-2018 | Ownership %: 39.456520 |

Name of Partner:  JAMES & JUDITH DIETENHOFER FMLY TR

Name of Partnership:  FIGUEROA MOUNTAIN BREWING LLC    EIN 30-0593323

| | | | | |
|---|---|---|---|---|
| A. | Partner's share of partnership liabilities (Sch K-1, Item K) | | A. | 6,211,124 |
| B. | Partner's share of partnership liabilities from PRIOR year | | B. | (5,546,892) |
| C. | Increase (Decrease) in share of Partnership Liabilities during this tax period | | C. | 664,232 |
| 1. | Adjusted Basis from preceding year | | | 1. 2,108,373 |
| 2. | Capital contributions of property | | | |
| a. | Gain (if any) recognized this year on contribution of property to partnership | 2 a. _____ | | |
| b. | Cash contributed during the year | b. _____ | | |
| c. | Adjusted basis of property contributed during the year | c. _____ | | |
| d. | Partnership interest acquired other than by cash or property | d. _____ | | |
| | Total additional contributions (Total lines 2a-2d) | | 2. _____ | |
| 3. | Items of Income or Gain for this period | | | |
| a. | Ordinary Income | (Sch K-1, Line 1) | 3 a. _____ | |
| b. | Real Estate Rental Income | (Sch K-1, Line 2) | b. _____ | |
| c. | Other Rental Income | (Sch K-1, Line 3c) | c. _____ | |
| d. | Interest, Dividends & Royalties | (Sch K-1, Lines 5,6a,6c & 7) | d. _____ | |
| e. | Capital Gain | (Sch K-1, Lines 8 & 9a) | e. _____ | |
| f. | Other Portfolio Income | (Sch K-1, Line 11a) | f. _____ | |
| g. | Section 1231 Gain | (Sch K-1, Line 10) | g. _____ | |
| h. | Other Income | (Sch K-1, Line 11) | h. _____ | |
| i. | Tax Exempt Income | (Sch K-1, Lines 18a & b) | i. _____ | |
| j. | Excess Depletion Adjustment | | j. _____ | |
| k. | Increase from Recapture of Business Credits | | k. _____ | |
| l. | Gain from 179 disposition | | l. _____ | |
| | (See IRC § 49(a), 50(a), 50(c)(2) & 1371 (d)) | | | |
| | Total items of Income or Gains (Total lines 3a-3l) | | 3. _____ | |
| 4. | Increase in Partnership Share of Partnership Liabilities from line C above | | 4. 664,232 | |
| 5. | Total increases in basis (combine lines 1 through 4) | | | 5. 2,772,605 |
| 6. | Distributions to the Partner during the year | | 6. _____ | |
| 7. | Decrease in Partner's Share of Partnership Liabilities from line C above | | 7. _____ | |
| 8 a. | Decrease for Non-Deductible Expenses/Credit Adjustments | 8 a. 18,739 | | |
| b. | Decrease for Depletion | b. _____ | | |
| | Total other decreases (lines 8a-8b) | | 8. 18,739 | |
| 9. | Subtotal - basis after all distributions and other decreases (Line 5 minus lines 6-8) | | | 9. 2,753,866 |
| 10. | Items of Losses and Deductions (Allowed for the current year) | | | |
| a. | Ordinary Loss | (Page 2, Col e, Line 10a) | 10 a. 1,351,594 | |
| b. | Real Estate Rental Loss | (Page 2, Col e, Line 10b) | b. _____ | |
| c. | Other Rental Loss | (Page 2, Col e, Line 10c) | c. _____ | |
| d. | Capital Loss | (Page 2, Col e, Line 10d) | d. _____ | |
| e. | Other Portfolio Loss | (Page 2, Col e, Line 10e) | e. _____ | |
| f. | Section 1231 Loss | (Page 2, Col e, Line 10f) | f. _____ | |
| g. | Other Loss | (Page 2, Col e, Line 10g) | g. _____ | |
| h. | Charitable Contributions | (Page 2, Col e, Line 10h) | h. 2,228 | |
| i. | Section 179 Expense | (Page 2, Col e, Line 10i) | i. _____ | |
| j. | Portfolio Income Expenses | (Page 2, Col e, Line 10j) | j. _____ | |
| k. | Other Deductions | (Page 2, Col e, Line 10k) | k. _____ | |
| l. | Interest Expense on Investment Debt | (Page 2, Col e, Line 10l) | l. _____ | |
| m. | Total Foreign Taxes Paid/Accrued | (Page 2, Col e, Line 10m) | m. _____ | |
| n. | Section 59(e) Expenditures | (Page 2, Col e, Line 10n) | n. _____ | |
| o. | Other decreases | (Page 2, Col e, Line 10o) | o. _____ | |
| p. | Loss from 179 disposition | (Page 2, Col e, Line 10p) | p. _____ | |
| | Total items of Losses and Deductions (Total lines 10a-10p) | | 10. 1,353,822 | |
| 11. | Adjusted Basis of Partnership Interest (Cannot be negative) (Line 9-Line 10) At-Risk Basis | | | 11. 1,400,044 |
| 12. | At-risk adjustment: (Amount from lines 5) | | 12. 2,772,605 | |
| 13. | Enter the amount from lines 6, 7, 8 and 10 | | 13. (1,372,561) | |
| 14. | Enter any nonrecourse loans, etc. | | 14. ( ) | |
| 15. | Enter the FMV of partner's personal property not used in the partnership that secures a nonrecourse loan on line 14 | | 15. _____ | |
| 16. | Combine lines 12 through 15. If negative, no current year loss can be deducted. See Form 6198 | | | 16. 1,400,044 |

## Allocation of Losses and Deductions

Keep for your records.

2018

| Partner Number: | TIN: ▮▮▮▮ | | Year Ended: 12-31-2018 | Ownership %: 39.455520 |

Partner Name:
JAMES & JUDITH DIETENHOFER FMLY TR

Partnership Name:
FIGUEROA MOUNTAIN BREWING LLC

EIN: 30-0593323

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allocable Losses and Deductions in Current Year | (f) Disallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 10a Ordinary losses from trade or business | (Sch K-1, Line 1) | | 1,351,594 | 1,351,594 | 99.835429 | 1,351,594 | |
| b Net losses from rental real estate activities | (Sch K-1, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K-1, Line 3) | | | | | | |
| d Net short-term capital losses | (Sch K-1, Lines 8 & 9a) | | | | | | |
| d Net long-term capital losses | (Shc K-1, Line 11a) | | | | | | |
| e Other portfolio losses | (Sch K-1, Line 10) | | | | | | |
| f Net losses under Section 1231 | (Sch K-1, Line 11i) | | | | | | |
| g Other losses | (Sch K-1, Lines 13a-g) | | 2,228 | 2,228 | 0.164571 | | 2,228 |
| h Charitable contributions | (Sch K-1, Line 12) | | | | | | |
| i Section 179 expense deduction | (Sch K-1, Line 12) | | | | | | |
| j Portfolio income expenses | (Sch K-1, Lines 13k & l) | | | | | | |
| k Other deductions | (Sch K-1, Lines 13m-s,w) | | | | | | |
| l Interest expense on investment debts | (Sch K-1, Line 13h) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K-1, Lines 16p & q) | | | | | | |
| n Section 59(e) expenditures | (Sch K-1, Line 13) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | | 1,353,822 | 1,353,822 | | 1,353,822 | |
| 8a Nondeductible expenses & credit adj | | | 18,739 | 18,739 | 100.000000 | 18,739 | |
| b Oil and gas depletion | | | | | | | |
| Total nondeductible losses and deductions | | | 18,739 | 18,739 | | 18,739 | |
| Totals | | | 1,372,561 | 1,372,561 | | 1,372,561 | |

WK_PBAS-LD2

651118

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning _____ , 2018    ending _____ , 20 ____

**Partner's Share of Income, Deductions, Credits, etc.**

➤ See page 2 of form and separate instructions.

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| | | |
|---|---|---|
| **1** Ordinary business income (loss) | (1,351,593) | **15** Credits |
| | | N          3,679 |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions |
| **4** Guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | |
| **6c** Dividend equivalents | | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | **17** Alternative minimum tax (AMT) items |
| | | A          (8,582) |
| **9a** Net long-term capital gain (loss) | | |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured section 1250 gain | | **18** Tax-exempt income and nondeductible expenses |
| **10** Net section 1231 gain (loss) | | C     *    STMT |
| **11** Other income (loss) | | |
| | | **19** Distributions |
| **12** Section 179 deduction | | |
| | | **20** Other information |
| **13** Other deductions | | |
| A          2,228 | | |
| **14** Self-employment earnings (loss) | | |
| A          (1,351,593) | | Z     *    STMT |
| C          1,399,857 | | |

*See attached statement for additional information.

## Part I    Information About the Partnership

**A** Partnership's employer identification number

30-0593323

**B** Partnership's name, address, city, state, and ZIP code

FIGUEROA MOUNTAIN BREWING LLC

45 INDUSTRIAL WAY
BUELLTON, CA 93427

**C** IRS Center where partnership filed return

efile

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JAIME DIETENHOFER
P O BOX 839
LOS OLIVOS, CA 93441

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1** What type of entity is this partner?    INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 39.4565200 % | 39.4565200 % |
| Loss | 39.4565200 % | 39.4565200 % |
| Capital | 39.4565200 % | 39.4565200 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . $ | 921,105 | $ 1,480,439 |
| Qualified nonrecourse financing . . . . . $ | | $ |
| Recourse . . . . . $ | 2,376,087 | $ 2,500,489 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account . . . . . . $ | (1,223,560) |
| Capital contributed during the year . . $ | |
| Current year increase (decrease) . . . $ | (1,284,355) |
| Withdrawals & distributions . . . . . $ ( | ) |
| Ending capital account . . . . . . . $ | (2,507,915) |

☒ Tax basis    ☐ GAAP    ☐ Section 704(b) book

☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?

☐ Yes    ☒ No

If "Yes," attach statement (see instructions)

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    www.irs.gov/Form1065    Schedule K-1 (Form 1065) 2018

Schedule K-1 (Form 1065) 2018

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| **1.** | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Partner's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| **2.** | Net rental real estate income (loss) | See the Partner's Instructions |
| **3.** | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Partner's Instructions |
| **4.** | Guaranteed payments | Schedule E, line 28, column (k) |
| **5.** | Interest income | Form 1040, line 2b |
| **6a.** | Ordinary dividends | Form 1040, line 3b |
| **6b.** | Qualified dividends | Form 1040, line 3a |
| **6c.** | Dividend equivalents | See the Partner's Instructions |
| **7.** | Royalties | Schedule E, line 4 |
| **8.** | Net short-term capital gain (loss) | Schedule D, line 5 |
| **9a.** | Net long-term capital gain (loss) | Schedule D, line 12 |
| **9b.** | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **9c.** | Unrecaptured section 1250 gain | See the Partner's Instructions |
| **10.** | Net section 1231 gain (loss) | See the Partner's Instructions |
| **11.** | Other income (loss) | |
| | Code | |
| | A   Other portfolio income (loss) | See the Partner's Instructions |
| | B   Involuntary conversions | See the Partner's Instructions |
| | C   Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D   Mining exploration costs recapture | See Pub. 535 |
| | E   Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| | F   Section 951A income | |
| | G   Section 965(a) inclusion | |
| | H   Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| | I   Other income (loss) | |
| **12.** | Section 179 deduction | See the Partner's Instructions |
| **13.** | Other deductions | |
| | A   Cash contributions (60%) | |
| | B   Cash contributions (30%) | |
| | C   Noncash contributions (50%) | |
| | D   Noncash contributions (30%) | |
| | E   Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| | F   Capital gain property (20%) | |
| | G   Contributions (100%) | |
| | H   Investment interest expense | Form 4952, line 1 |
| | I   Deductions-royalty income | Schedule E, line 19 |
| | J   Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K   Excess business interest expense | See the Partner's Instructions |
| | L   Deductions-portfolio (other) | Schedule A, line 16 |
| | M   Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| | N   Educational assistance benefits | See the Partner's Instructions |
| | O   Dependent care benefits | Form 2441, line 12 |
| | P   Preproductive period expenses | See the Partner's Instructions |
| | Q   Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | R   Pensions and IRAs | See the Partner's Instructions |
| | S   Reforestation expense deduction | See the Partner's Instructions |
| | T   through V | Reserved for future use |
| | W   Other deductions | See the Partner's Instructions |
| | X   Section 965(c) deduction | See the Partner's Instructions |
| **14.** | Self-employment earnings (loss) | |

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| | A   Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B   Gross farming or fishing income | See the Partner's Instructions |
| | C   Gross non-farm income | See the Partner's Instructions |
| **15.** | Credits | |
| | A   Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B   Low-income housing credit (other) from pre-2008 buildings | |
| | C   Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| | D   Low-income housing credit (other) from post-2007 buildings | |
| | E   Qualified rehabilitation expenditures (rental real estate) | |
| | F   Other rental real estate credits | |
| | G   Other rental credits | |

| | | Report on |
|---|---|---|
| | J   Work opportunity credit | |
| | K   Disabled access credit | |
| | L   Empowerment zone employment credit | See the Partner's Instructions |
| | M   Credit for increasing research activities | |
| | N   Credit for employer social security and Medicare taxes | |
| | O   Backup withholding | |
| | P   Other credits | |
| **16.** | Foreign transactions | |
| | A   Name of country or U.S. possession | |
| | B   Gross income from all sources | Form 1116, Part I |
| | C   Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| | D   Section 951A category | |
| | E   Foreign branch category | |
| | F   Passive category | Form 1116, Part I |
| | G   General category | |
| | H   Other | |
| | *Deductions allocated and apportioned at partner level* | |
| | I   Interest expense | Form 1116, Part I |
| | J   Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| | K   Section 951A category | |
| | L   Foreign branch category | |
| | M   Passive category | Form 1116, Part I |
| | N   General category | |
| | O   Other | |
| | *Other information* | |
| | P   Total foreign taxes paid | Form 1116, Part II |
| | Q   Total foreign taxes accrued | Form 1116, Part II |
| | R   Reduction in taxes available for credit | Form 1116, line 12 |
| | S   Foreign trading gross receipts | Form 8873 |
| | T   Extraterritorial income exclusion | Form 8873 |
| | U   Section 951A(c)(1)(A) tested income | |
| | V   Tested foreign income tax | See the Partner's Instructions |
| | W   Section 965 information | |
| | X   Other foreign transactions | |
| **17.** | Alternative minimum tax (AMT) items | |
| | A   Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| | B   Adjusted gain or loss | |
| | C   Depletion (other than oil & gas) | |
| | D   Oil, gas, & geothermal-gross income | |
| | E   Oil, gas, & geothermal-deductions | |
| | F   Other AMT items | |
| **18.** | Tax-exempt income and nondeductible expenses | |
| | A   Tax-exempt interest income | Form 1040, line 2a |
| | B   Other tax-exempt income | See the Partner's Instructions |
| | C   Nondeductible expenses | See the Partner's Instructions |
| **19.** | Distributions | |
| | A   Cash and marketable securities | |
| | B   Distribution subject to section 737 | See the Partner's Instructions |
| | C   Other property | |
| **20.** | Other information | |
| | A   Investment income | Form 4952, line 4a |
| | B   Investment expenses | Form 4952, line 5 |
| | C   Fuel tax credit information | Form 4136 |
| | D   Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E   Basis of energy property | See the Partner's Instructions |
| | F   Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G   Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H   Recapture of investment credit | See Form 4255 |
| | I   Recapture of other credits | See the Partner's Instructions |
| | J   Look-back interest - completed long-term contracts | See Form 8697 |
| | K   Look-back interest - income forecast method | See Form 8866 |
| | L   Dispositions of property with section 179 deductions | |
| | M   Recapture of section 179 deduction | |
| | N   Interest expense for corporate partners | |
| | O   through Y | |
| | Z   Section 199A income | |
| | AA  Section 199A W-2 wages | See the Partner's Instructions |
| | AB  Section 199A unadjusted basis | |
| | AC  Section 199A REIT dividends | |
| | AD  Section 199A PTP income | |
| | AE  Excess taxable income | |
| | AF  Excess business interest income | |

## Schedule K-1 Supplemental Information

**2018   PG01**

Partner's name

JAIME DIETENHOFER

Partner's ID Number

Name of Partnership

FIGUEROA MOUNTAIN BREWING LLC

Partnership EIN

30-0593323

### LINE 18 - OTHER INFORMATION

Statement #99

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| C | MEALS (GENERAL) | 15,060 |
| C | OTHER NONDEDUCTIBLE EXPENSES | 3,679 |
| **TOTAL** | | 18,739 |

### PARTNER ADDITIONAL INFORMATION

**EXPLANATION**

SCH K-1, LINE L, CURRENT YEAR INCREASE (DECREASE)
ORDINARY INCOME (LOSS)............$(1,351,593)
CHARITABLE CONTRIBUTIONS.............( 2,228)
TIP CREDIT ADJUSTMENT..................(3,679)
NON DEDUCTIBLE - MEALS...............(15,060)
BOOK/TAX DIFFERENCE...................140,024
DEPRECIIATION - BOOK/TAX.............(51,819)
TOTAL YEAR DECREASE................(1,284,355)
.
CALIFORNIA SCH K-1, LINE 20C - OTHER INFORMATION
AGGREGATE GROSS RECEIPTS

**QBI**

# Qualified Business Income Deduction

Information Reported in Accordance with Prop Reg 1.199A-6

Schedule K-1, Line 20, Codes Z-AD

**2018**

Partnership Name
FIGUEROA MOUNTAIN BREWING LLC

EIN
30-0593323

Partner Name
JAIME DIETENHOFER

SSN/EIN

| Name of Trade or Business | Taxpayer Identification Number | Qualified Business Income/(loss) (Z) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages (AA) | Unadjusted Basis Immediately After Acquisition (AB) | Qualified REIT Dividends (AC) | Qualified PTP Income/(Loss) (AD) | SSTB * |
|---|---|---|---|---|---|---|---|---|---|
| 1065: FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 | (1,351,593) | – | – | 899,194 | 4,624,845 | – | – | No |

* Specified Service Trade or Business

WK_QBIP~LD

# Partner's Adjusted Basis Worksheet

**2018**

Keep for your records.

| | | |
|---|---|---|
| Partner Number: | TIN: | Tax year ending: 12-31-2018    Ownership %: 39.456520 |
| Name of Partner: | JAIME DIETENHOFER | |
| Name of Partnership: | FIGUEROA MOUNTAIN BREWING LLC | EIN 30-0593323 |

| | | | | |
|---|---|---|---|---|
| A. | Partner's share of partnership liabilities (Sch K-1, Item K) | | A. | 3,980,928 |
| B. | Partner's share of partnership liabilities from PRIOR year | | B. | (3,297,192) |
| C. | Increases (Decrease) in share of Partnership Liabilities during this tax period | | C. | 683,736 |
| 1. | Adjusted Basis from preceding year | | 1. | 2,203,451 |
| 2. | Capital contributions of property | | | |
| a. | Gain (if any) recognized this year on contribution of property to partnership | 2 a. | | |
| b. | Cash contributed during the year | b. | | |
| c. | Adjusted basis of property contributed during the year | c. | | |
| d. | Partnership interest acquired other than by cash or property | d. | | |
| | Total additional contributions (Total lines 2a-2d) | | 2. | |
| 3. | Items of Income or Gain for this period | | | |
| a. | Ordinary Income (Sch K-1, Line 1) | 3 a. | | |
| b. | Real Estate Rental Income (Sch K-1, Line 2) | b. | | |
| c. | Other Rental Income (Sch K-1, Line 3c) | c. | | |
| d. | Interest, Dividends & Royalties (Sch K-1, Lines 5,6a,6c & 7) | d. | | |
| e. | Capital Gain (Sch K-1, Lines 8 & 9a) | e. | | |
| f. | Other Portfolio Income (Sch K-1, Line 11a) | f. | | |
| g. | Section 1231 Gain (Sch K-1, Line 10) | g. | | |
| h. | Other Income (Sch K-1, Line 11) | h. | | |
| i. | Tax Exempt Income (Sch K-1, Lines 18a & b) | i. | | |
| j. | Excess Depletion Adjustment | j. | | |
| k. | Increase from Recapture of Business Credits | k. | | |
| l. | Gain from 179 disposition | l. | | |
| | (See IRC § 49(a), 50(a), 50(c)(2) & 1371 (d)) | | | |
| | Total items of Income or Gains (Total lines 3a-3l) | | 3. | |
| 4. | Increase in Partnership Share of Partnership Liabilities from line C above | | 4. | 683,736 |
| 5. | Total increases in basis (combine lines 1 through 4) | | 5. | 2,887,187 |
| 6. | Distributions to the Partner during the year | | 6. | |
| 7. | Decrease in Partner's Share of Partnership Liabilities from line C above | | 7. | |
| 8 a. | Decrease for Non-Deductible Expenses/Credit Adjustments | 8 a. | 18,739 | |
| b. | Decrease for Depletion | b. | | |
| | Total other decreases (lines 8a-8b) | | 8. | 18,739 |
| 9. | Subtotal - basis after all distributions and other decreases (Line 5 minus lines 6-8) | | 9. | 2,868,448 |
| 10. | Items of Losses and Deductions (Allowed for the current year) | | | |
| a. | Ordinary Loss (Page 2, Col e, Line 10a) | 10 a. | 1,351,593 | |
| b. | Real Estate Rental Loss (Page 2, Col e, Line 10b) | b. | | |
| c. | Other Rental Loss (Page 2, Col e, Line 10c) | c. | | |
| d. | Capital Loss (Page 2, Col e, Line 10d) | d. | | |
| e. | Other Portfolio Loss (Page 2, Col e, Line 10e) | e. | | |
| f. | Section 1231 Loss (Page 2, Col e, Line 10f) | f. | | |
| g. | Other Loss (Page 2, Col e, Line 10g) | g. | | |
| h. | Charitable Contributions (Page 2, Col e, Line 10h) | h. | 2,228 | |
| i. | Section 179 Expense (Page 2, Col e, Line 10i) | i. | | |
| j. | Portfolio Income Expenses (Page 2, Col e, Line 10j) | j. | | |
| k. | Other Deductions (Page 2, Col e, Line 10k) | k. | | |
| l. | Interest Expense on Investment Debt (Page 2, Col e, Line 10l) | l. | | |
| m. | Total Foreign Taxes Paid/Accrued (Page 2, Col e, Line 10m) | m. | | |
| n. | Section 59(e) Expenditures (Page 2, Col e, Line 10n) | n. | | |
| o. | Other decreases (Page 2, Col e, Line 10o) | o. | | |
| p. | Loss from 179 disposition (Page 2, Col e, Line 10p) | p. | | |
| | Total items of Losses and Deductions (Total lines 10a-10p) | | 10. | 1,353,821 |
| 11. | Adjusted Basis of Partnership Interest (Cannot be negative) (Line 9-Line 10) At-Risk Basis | | 11. | 1,514,627 |
| 12. | At-risk adjustment: (Amount from lines 5) | | 12. | 2,887,187 |
| 13. | Enter the amount from lines 6, 7, 8 and 10 | | 13. | (1,372,560) |
| 14. | Enter any nonrecourse loans, etc. | | 14. | ( ) |
| 15. | Enter the FMV of partner's personal property not used in the partnership that secures a nonrecourse loan on line 14 | | 15. | |
| 16. | Combine lines 12 through 15. If negative, no current year loss can be deducted. See Form 6198 | | 16. | 1,514,627 |

## Allocation of Losses and Deductions

**2018**

| Partner Number: | TIN: | Year Ended: 12-31-2018 | Ownership %: 39.456520 |
|---|---|---|---|

Keep for your records.

Partner Name: JAIME DIETENHOFER

Partnership Name: FIGUEROA MOUNTAIN BREWING LLC    EIN: 30-0593323

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allocable Losses and Deductions in Current Year | (f) Dissallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 10a Ordinary losses from trade or business | (Sch K-1, Line 1) | | 1,351,593 | 1,351,593 | 99.835429 | 1,351,593 | |
| b Net losses from rental real estate activities | (Sch K-1, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K-1, Line 3) | | | | | | |
| d Net short-term capital losses | (Sch K-1, Lines 8 & 9a) | | | | | | |
| d Net long-term capital losses | | | | | | | |
| e Other portfolio losses | (Shc K-1, Line 11a) | | | | | | |
| f Net losses under Section 1231 | (Sch K-1, Line 10) | | | | | | |
| g Other losses | (Sch K-1, Line 11l) | | | | | | |
| h Charitable contributions | (Sch K-1, Lines 13a-g) | | 2,228 | 2,228 | 0.164571 | 2,228 | |
| i Section 179 expense deduction | (Sch K-1, Line 12) | | | | | | |
| j Portfolio income expenses | (Sch K-1, Lines 13k & l) | | | | | | |
| k Other deductions | (Sch K-1, Lines 13m-o,w) | | | | | | |
| l Interest expense on investment debts | (Sch K-1, Line 13h) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K-1, Lines 16p & q) | | | | | | |
| n Section 59(e) expenditures | (Sch K-1, Line 13j) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | | 1,353,821 | 1,353,821 | 100.000000 | 1,353,821 | |
| 8a Nondeductible expenses & credit adj | | | 18,739 | 18,739 | | 18,739 | |
| b Oil and gas depletion | | | | | | | |
| Total nondeductible losses and deductions | | | 18,739 | 18,739 | | 18,739 | |
| Totals | | | 1,372,560 | 1,372,560 | | 1,372,560 | |

WK_PBAS-LD2

651118

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

beginning _____, 2018    ending _____, 20 ____

**Partner's Share of Income, Deductions,**
**Credits, etc.**                    ▶ See page 2 of form and separate instructions.

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

| **Part III** | **Partner's Share of Current Year Income,** |
| | **Deductions, Credits, and Other Items** |

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | (685,105) | N | 1,865 |

| 2 | Net rental real estate income (loss) | | |

| Part I | Information About the Partnership |

**A**  Partnership's employer identification number
30-0593323

**B**  Partnership's name, address, city, state, and ZIP code
FIGUEROA MOUNTAIN BREWING LLC

45 INDUSTRIAL WAY
BUELLTON, CA 93427

**C**  IRS Center where partnership filed return
efile

**D** ☐ Check if this is a publicly traded partnership (PTP)

| 3 | Other net rental income (loss) | 16 | Foreign transactions |
|---|---|---|---|

| 4 | Guaranteed payments | | |

| 5 | Interest income | | |

| 6a | Ordinary dividends | | |

| 6b | Qualified dividends | | |

| 6c | Dividend equivalents | | |

| 7 | Royalties | | |

| Part II | Information About the Partner |

**E**  Partner's identifying number
█████████

**F**  Partner's name, address, city, state, and ZIP code
DTJ DEVELOPMENT, LLC
P O BOX 1188
SAN LUIS OBISPO, CA 93406

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I1**  What type of entity is this partner?   LLC - PARTNERSHIP
**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐
**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | | Ending | |
|---|---|---|---|---|
| Profit | 20.0000000 | % | 20.0000000 | % |
| Loss | 20.0000000 | % | 20.0000000 | % |
| Capital | 20.0000000 | % | 20.0000000 | % |

**K**  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . . $ | 466,896 | $ 750,416 |
| Qualified nonrecourse financing . . . . $ | | $ |
| Recourse . . . . . $ | 56,235 | $ 1,384,469 |

**L**  Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account · · · · · · $ | 2,123,013 |
| Capital contributed during the year · · $ | 2,750,000 |
| Current year increase (decrease) · · · $ | (651,023) |
| Withdrawals & distributions · · · · · $ ( | ) |
| Ending capital account · · · · · · · $ | 4,221,990 |

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

**M**  Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
|---|---|---|---|
| | | A | (4,350) |

| 9a | Net long-term capital gain (loss) | | |

| 9b | Collectibles (28%) gain (loss) | | |

| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| | | C | * STMT |

| 10 | Net section 1231 gain (loss) | | |

| 11 | Other income (loss) | | |

| | | 19 | Distributions |

| 12 | Section 179 deduction | 20 | Other information |

| 13 | Other deductions | | |
| A | 1,129 | A | 1,129 |

| 14 | Self-employment earnings (loss) | | |
| A | (685,105) | Z | * STMT |
| C | 709,570 | | |

*See attached statement for additional information.

For IRS Use Only

Schedule K-1 (Form 1065) 2018

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | Report on |
|---|---|
| 1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |
| 2. **Net rental real estate income (loss)** | See the Partner's Instructions |
| 3. **Other net rental income (loss)** | |
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Partner's Instructions |
| 4. **Guaranteed payments** | Schedule E, line 28, column (k) |
| 5. **Interest income** | Form 1040, line 2b |
| 6a. **Ordinary dividends** | Form 1040, line 3b |
| 6b. **Qualified dividends** | Form 1040, line 3a |
| 6c. **Dividend equivalents** | See the Partner's Instructions |
| 7. **Royalties** | Schedule E, line 4 |
| 8. **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 9a. **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 9b. **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| 10. **Net section 1231 gain (loss)** | See the Partner's Instructions |
| 11. **Other income (loss)** | |
| Code | |
| A Other portfolio income (loss) | See the Partner's Instructions |
| B Involuntary conversions | See the Partner's Instructions |
| C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub. 535 |
| E Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| F Section 951A income | |
| G Section 965(a) inclusion | |
| H Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| I Other income (loss) | |
| 12. **Section 179 deduction** | See the Partner's Instructions |
| 13. **Other deductions** | |
| A Cash contributions (60%) | |
| B Cash contributions (30%) | |
| C Noncash contributions (50%) | |
| D Noncash contributions (30%) | See the Partner's Instructions |
| E Capital gain property to a 50% organization (30%) | |
| F Capital gain property (20%) | |
| G Contributions (100%) | |
| H Investment interest expense | Form 4952, line 1 |
| I Deductions—royalty income | Schedule E, line 19 |
| J Section 59(e)(2) expenditures | See the Partner's Instructions |
| K Excess business interest expense | See the Partner's Instructions |
| L Deductions—portfolio (other) | Schedule A, line 16 |
| M Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| N Educational assistance benefits | See the Partner's Instructions |
| O Dependent care benefits | Form 2441, line 12 |
| P Preproductive period expenses | See the Partner's Instructions |
| Q Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| R Pensions and IRAs | See the Partner's Instructions |
| S Reforestation expense deduction | See the Partner's Instructions |
| T through V | Reserved for future use |
| W Other deductions | See the Partner's Instructions |
| X Section 965(c) deduction | See the Partner's Instructions |
| 14. **Self-employment earnings (loss)** | |
| Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B Gross farming or fishing income | See the Partner's Instructions |
| C Gross non-farm income | See the Partner's Instructions |
| 15. **Credits** | |
| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B Low-income housing credit (other) from pre-2008 buildings | |
| C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| D Low-income housing credit (other) from post-2007 buildings | |
| E Qualified rehabilitation expenditures (rental real estate) | |
| F Other rental real estate credits | |
| G Other rental credits | |

| Code | Report on |
|---|---|
| J Work opportunity credit | |
| K Disabled access credit | |
| L Empowerment zone employment credit | |
| M Credit for increasing research activities | See the Partner's Instructions |
| N Credit for employer social security and Medicare taxes | |
| O Backup withholding | |
| P Other credits | |
| 16. **Foreign transactions** | |
| A Name of country or U.S. possession | |
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at partner level | |
| *Foreign gross income sourced at partnership level* | |
| D Section 951A category | |
| E Foreign branch category | |
| F Passive category | Form 1116, Part I |
| G General category | |
| H Other | |
| *Deductions allocated and apportioned at partner level* | |
| I Interest expense | Form 1116, Part I |
| J Other | Form 1116, Part I |
| *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K Section 951A category | |
| L Foreign branch category | |
| M Passive category | Form 1116, Part I |
| N General category | |
| O Other | |
| *Other information* | |
| P Total foreign taxes paid | Form 1116, Part II |
| Q Total foreign taxes accrued | Form 1116, Part II |
| R Reduction in taxes available for credit | Form 1116, line 12 |
| S Foreign trading gross receipts | Form 8873 |
| T Extraterritorial income exclusion | Form 8873 |
| U Section 951A(c)(1)(A) tested income | |
| V Tested foreign income tax | See the Partner's Instructions |
| W Section 965 information | |
| X Other foreign transactions | |
| 17. **Alternative minimum tax (AMT) items** | |
| A Post-1986 depreciation adjustment | |
| B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C Depletion (other than oil & gas) | |
| D Oil, gas, & geothermal-gross income | |
| E Oil, gas, & geothermal-deductions | |
| F Other AMT items | |
| 18. **Tax-exempt income and nondeductible expenses** | |
| A Tax-exempt interest income | Form 1040, line 2a |
| B Other tax-exempt income | See the Partner's Instructions |
| C Nondeductible expenses | See the Partner's Instructions |
| 19. **Distributions** | |
| A Cash and marketable securities | |
| B Distribution subject to section 737 | See the Partner's Instructions |
| C Other property | |
| 20. **Other information** | |
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Fuel tax credit information | Form 4136 |
| D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E Basis of energy property | See the Partner's Instructions |
| F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H Recapture of investment credit | See Form 4255 |
| I Recapture of other credits | See the Partner's Instructions |
| J Look-back interest - completed long-term contracts | See Form 8697 |
| K Look-back interest - income forecast method | See Form 8866 |
| L Dispositions of property with section 179 deductions | |
| M Recapture of section 179 deduction | |
| N Interest expense for corporate partners | |
| O through Y | See the Partner's Instructions |
| Z Section 199A income | |
| AA Section 199A W-2 wages | |
| AB Section 199A unadjusted basis | |
| AC Section 199A REIT dividends | |
| AD Section 199A PTP income | |
| AE Excess taxable income | |
| AF Excess business interest income | |
| AG Gross receipts for section 59A(e) | |

| **Schedule K-1 Supplemental Information** | **2018   PG01** |
|---|---|
| | Partner's ID Number |

Partner's name

DTJ DEVELOPMENT, LLC

Name of Partnership                                        Partnership EIN

FIGUEROA MOUNTAIN BREWING LLC                          30-0593323

## LINE 18 - OTHER INFORMATION                          Statement #99

**CODE DESCRIPTION**                                        **AMOUNT**

C     MEALS (GENERAL)                                        7,634

C     OTHER NONDEDUCTIBLE EXPENSES                           1,865

**TOTAL**                                                    9,499

## PARTNER ADDITIONAL INFORMATION

**EXPLANATION**

SCH K-1, LINE L, CURRENT YEAR INCREASE (DECREASE)
ORDINARY INCOME (LOSS)..............$(685,105)
CHARITABLE CONTRIBUTIONS.............( 1,129)
TIP CREDIT ADJUSTMENT.................(1,865)
NON DEDUCTIBLE - MEALS...............( 7,634)
BOOK/TAX DIFFERENCE....................70,977
DEPRECIIATION - BOOK/TAX.............(26,267)
TOTAL YEAR DECREASE.................(651,023)
.
CALIFORNIA SCH K-1, LINE 20C - OTHER INFORMATION
AGGREGATE GROSS RECEIPTS

# Qualified Business Income Deduction

Information Reported in Accordance with Prop Reg 1.199A-6

Schedule K-1, Line 20, Codes Z-AD

## QBI

2018

**Partnership Name**
FIGUEROA MOUNTAIN BREWING LLC

**EIN**
30-0593323

**Partner Name**
DTJ DEVELOPMENT, LLC

**SSN/EIN**

| Name of Trade or Business | Taxpayer Identification Number | Qualified Business Income/(loss) (Z) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages (AA) | Unadjusted Basis Immediately After Acquisition (AB) | Qualified REIT Dividends (AC) | Qualified PTP Income/(Loss) (AD) | SSTB |
|---|---|---|---|---|---|---|---|---|---|
| 1065: FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 | (685,105) | – | – | 455,790 | 2,344,274 | – | – | No |

Specified Service Trade or Business

WK_QBIP~.LD

# Partner's Adjusted Basis Worksheet

Keep for your records.

**2018**

| | | |
|---|---|---|
| Partner Number: | TIN: | Tax year ending: 12-31-2018 | Ownership %: 20.000000 |

Name of Partner: **DTJ DEVELOPMENT, LLC**

Name of Partnership: **FIGUEROA MOUNTAIN BREWING LLC**   EIN 30-0593323

| | | |
|---|---|---|
| A. | Partner's share of partnership liabilities (Sch K-1, Item K) | A. 2,134,885 |
| B. | Partner's share of partnership liabilities from PRIOR year | B. ( 523,131) |
| C. | Increases (Decrease) in share of Partnership Liabilities during this tax period | C. 1,611,754 |
| 1. | Adjusted Basis from preceding year | | 1. 2,674,832 |
| 2. | Capital contributions of property | | |
| a. | Gain (if any) recognized this year on contribution of property to partnership | 2 a. | |
| b. | Cash contributed during the year | b. 2,750,000 | |
| c. | Adjusted basis of property contributed during the year | c. | |
| d. | Partnership interest acquired other than by cash or property | d. | |
| | Total additional contributions (Total lines 2a-2d) | | 2. 2,750,000 |
| 3. | Items of Income or Gain for this period | | |
| a. | Ordinary Income | (Sch K-1, Line 1) | 3 a. |
| b. | Real Estate Rental Income | (Sch K-1, Line 2) | b. |
| c. | Other Rental Income | (Sch K-1, Line 3c) | c. |
| d. | Interest, Dividends & Royalties | (Sch K-1, Lines 5,6a,6c & 7) | d. |
| e. | Capital Gain | (Sch K-1, Lines 8 & 9a) | e. |
| f. | Other Portfolio Income | (Sch K-1, Line 11a) | f. |
| g. | Section 1231 Gain | (Sch K-1, Line 10) | g. |
| h. | Other Income | (Sch K-1, Line 11) | h. |
| i. | Tax Exempt Income | (Sch K-1, Lines 18a & b) | i. |
| j. | Excess Depletion Adjustment | | j. |
| k. | Increase from Recapture of Business Credits | | k. |
| l. | Gain from 179 disposition | | l. |
| | (See IRC § 49(a), 50(a), 50(c)(2) & 1371 (d)) | | |
| | Total items of Income or Gains (Total lines 3a-3l) | | 3. |
| 4. | Increase in Partnership Share of Partnership Liabilities from line C above | | 4. 1,611,754 |
| 5. | Total increases in basis (combine lines 1 through 4) | | 5. 7,036,586 |
| 6. | Distributions to the Partner during the year | | 6. |
| 7. | Decrease in Partner's Share of Partnership Liabilities from line C above | | 7. |
| 8 a. | Decrease for Non-Deductible Expenses/Credit Adjustments | 8 a. 9,499 | |
| b. | Decrease for Depletion | b. | |
| | Total other decreases (lines 8a-8b) | | 8. 9,499 |
| 9. | Subtotal - basis after all distributions and other decreases (Line 5 minus lines 6-8) | | 9. 7,027,087 |
| 10. | Items of Losses and Deductions (Allowed for the current year) | | |
| a. | Ordinary Loss | (Page 2, Col e, Line 10a) | 10 a. 685,105 |
| b. | Real Estate Rental Loss | (Page 2, Col e, Line 10b) | b. |
| c. | Other Rental Loss | (Page 2, Col e, Line 10c) | c. |
| d. | Capital Loss | (Page 2, Col e, Line 10d) | d. |
| e. | Other Portfolio Loss | (Page 2, Col e, Line 10e) | e. |
| f. | Section 1231 Loss | (Page 2, Col e, Line 10f) | f. |
| g. | Other Loss | (Page 2, Col e, Line 10g) | g. |
| h. | Charitable Contributions | (Page 2, Col e, Line 10h) | h. 1,129 |
| i. | Section 179 Expense | (Page 2, Col e, Line 10i) | i. |
| j. | Portfolio Income Expenses | (Page 2, Col e, Line 10j) | j. |
| k. | Other Deductions | (Page 2, Col e, Line 10k) | k. |
| l. | Interest Expense on Investment Debt | (Page 2, Col e, Line 10l) | l. |
| m. | Total Foreign Taxes Paid/Accrued | (Page 2, Col e, Line 10m) | m. |
| n. | Section 59(e) Expenditures | (Page 2, Col e, Line 10n) | n. |
| o. | Other decreases | (Page 2, Col e, Line 10o) | o. |
| p. | Loss from 179 disposition | (Page 2, Col e, Line 10p) | p. |
| | Total items of Losses and Deductions (Total lines 10a-10p) | | 10. 686,234 |
| 11. | Adjusted Basis of Partnership Interest (Cannot be negative) (Line 9-Line 10) At-Risk Basis | | 11. 6,340,853 |
| 12. | At-risk adjustment: (Amount from lines 5) | | 12. 7,036,586 |
| 13. | Enter the amount from lines 6, 7, 8 and 10 | | 13. ( 695,733) |
| 14. | Enter any nonrecourse loans, etc. | | 14. ( ) |
| 15. | Enter the FMV of partner's personal property not used in the partnership that secures a nonrecourse loan on line 14 | | 15. |
| 16. | Combine lines 12 through 15. If negative, no current year loss can be deducted. See Form 6198 | | 16. 6,340,853 |

## Allocation of Losses and Deductions

201_

Keep for your records.

| Partner Number: | | | | TIN: | | Year Ended: 12-31-2018 | | Ownership %: 20.000000 |
|---|---|---|---|---|---|---|---|---|

**Partner Name:** DTJ DEVELOPMENT, LLC

**Partnership Name:** FIGUEROA MOUNTAIN BREWING LLC

EIN 30-0593323

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allocable Losses and Deductions in Current Year | (f) Disallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 10a Ordinary losses from trade or business | (Sch K-1, Line 1) | | 685,105 | 685,105 | 99.835479 | 685,105 | |
| b Net losses from rental real estate activities | (Sch K-1, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K-1, Line 3) | | | | | | |
| d Net short-term capital losses | (Sch K-1, Lines 8 & 9a) | | | | | | |
| d Net long-term capital losses | | | | | | | |
| e Other portfolio losses | (Shc K-1, Line 11a) | | | | | | |
| f Net losses under Section 1231 | (Sch K-1, Line 10) | | | | | | |
| g Other losses | (Sch K-1, Line 11i) | | | | | | |
| h Charitable contributions | (Sch K-1, Lines 13a-g) | | 1,129 | 1,129 | 0.164521 | 1,129 | |
| i Section 179 expense deduction | (Sch K-1, Line 12) | | | | | | |
| j Portfolio income expenses | (Sch K-1, Lines 13k & l) | | | | | | |
| k Other deductions | (Sch K-1, Lines 13m-s,w) | | | | | | |
| l Interest expense on investment debts | (Sch K-1, Line 13n) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K-1, Lines 16p & q) | | | | | | |
| n Section 59(e) expenditures | (Sch K-1, Line 13l) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | | 686,234 | 686,234 | | 686,234 | |
| 8a Nondeductible expenses & credit adj | | | 9,499 | 9,499 | 100.000000 | 9,499 | |
| b Oil and gas depletion | | | | | | | |
| Total nondeductible losses and deductions | | | 9,499 | 9,499 | | 9,499 | |
| **Totals** | | | 695,733 | 695,733 | | 695,733 | |

WK_PBAS~LD2

651118

| Schedule K-1 **2018**<br>(Form 1065)<br>Department of the Treasury<br>Internal Revenue Service | | Final K-1 ☐   Amended K-1 ☐   OMB No. 1545-0123 |
|---|---|---|

**Part III**  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Schedule K-1 | 2018 |
|---|---|
| **(Form 1065)** | |
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2018, or tax year<br>beginning _____ , 2018   ending _____ , 20 ___ |

**Partner's Share of Income, Deductions, Credits, etc.**
➤ See page 2 of form and separate instructions.

| **Part I** | **Information About the Partnership** |
|---|---|

**A** Partnership's employer identification number
30-0593323

**B** Partnership's name, address, city, state, and ZIP code
FIGUEROA MOUNTAIN BREWING LLC

45 INDUSTRIAL WAY
BUELLTON, CA 93427

**C** IRS Center where partnership filed return
efile

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |
|---|---|

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
AMERICAN RIVIERA INVESTMENTS, LLC
820 STATE STREET 4TH FLOOR
SANTA BARBARA, CA 93101

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  LLC - PARTNERSHIP
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.0869600 % | 1.0869600 % |
| Loss | 1.0869600 % | 1.0869600 % |
| Capital | 1.0869600 % | 1.0869600 % |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 25,375 | $ 40,784 |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 3,056 | $ 7,187 |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 240,379 |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ (35,380) |
| Withdrawals & distributions | $ ( ) |
| Ending capital account | $ 204,999 |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| 1 | Ordinary business income (loss) | (37,234) |
|---|---|---|
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| | A | 62 |
| 14 | Self-employment earnings (loss) | |
| | A | (37,234) |
| | C | 38,565 |

| 15 | Credits | |
|---|---|---|
| | N | 101 |
| 16 | Foreign transactions | |
| 17 | Alternative minimum tax (AMT) items | |
| | A | (236) |
| 18 | Tax-exempt income and nondeductible expenses | |
| | C | * STMT |
| 19 | Distributions | |
| 20 | Other information | |
| | Z | * STMT |

*See attached statement for additional information.

For IRS Use Only

Schedule K-1 (Form 1065) 2018

Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040.
For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | | *Report on* |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Partner's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| 2. | **Net rental real estate income (loss)** | See the Partner's Instructions |
| 3. | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Partner's Instructions |
| 4. | **Guaranteed payments** | Schedule E, line 28, column (k) |
| 5. | **Interest income** | Form 1040, line 2b |
| 6a. | **Ordinary dividends** | Form 1040, line 3b |
| 6b. | **Qualified dividends** | Form 1040, line 3a |
| 6c. | **Dividend equivalents** | See the Partner's Instructions |
| 7. | **Royalties** | Schedule E, line 4 |
| 8. | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 9a. | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 9b. | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| 10. | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| 11. | **Other income (loss)** | |
| | Code | |
| | A   Other portfolio income (loss) | See the Partner's Instructions |
| | B   Involuntary conversions | See the Partner's Instructions |
| | C   Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D   Mining exploration costs recapture | See Pub. 535 |
| | E   Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| | F   Section 951A income | |
| | G   Section 965(a) inclusion | |
| | H   Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| | I   Other income (loss) | |
| 12. | **Section 179 deduction** | See the Partner's Instructions |
| 13. | **Other deductions** | |
| | A   Cash contributions (60%) | |
| | B   Cash contributions (30%) | |
| | C   Noncash contributions (50%) | |
| | D   Noncash contributions (30%) | See the Partner's Instructions |
| | E   Capital gain property to a 50% organization (30%) | |
| | F   Capital gain property (20%) | |
| | G   Contributions (100%) | |
| | H   Investment interest expense | Form 4952, line 1 |
| | I   Deductions-royalty income | Schedule E, line 19 |
| | J   Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K   Excess business interest expense | See the Partner's Instructions |
| | L   Deductions-portfolio (other) | Schedule A, line 16 |
| | M   Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| | N   Educational assistance benefits | See the Partner's Instructions |
| | O   Dependent care benefits | Form 2441, line 12 |
| | P   Preproductive period expenses | See the Partner's Instructions |
| | Q   Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | R   Pensions and IRAs | See the Partner's Instructions |
| | S   Reforestation expense deduction | See the Partner's Instructions |
| | T   through V | Reserved for future use |
| | W   Other deductions | See the Partner's Instructions |
| | X   Section 965(c) deduction | See the Partner's Instructions |
| 14. | **Self-employment earnings (loss)** | |

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| | A   Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B   Gross farming or fishing income | See the Partner's Instructions |
| | C   Gross non-farm income | See the Partner's Instructions |
| 15. | **Credits** | |
| | A   Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B   Low-income housing credit (other) from pre-2008 buildings | |
| | C   Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Partner's Instructions |
| | D   Low-income housing credit (other) from post-2007 buildings | |
| | E   Qualified rehabilitation expenditures (rental real estate) | |
| | F   Other rental real estate credits | |
| | G   Other rental credits | |

| Code | | Report on |
|---|---|---|
| J | Work opportunity credit | |
| K | Disabled access credit | |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |
| 16. | **Foreign transactions** | |
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| D | Section 951A category | |
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |
| | *Deductions allocated and apportioned at partner level* | |
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| K | Section 951A category | |
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |
| | *Other information* | |
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 951A(c)(1)(A) tested income | |
| V | Tested foreign income tax | |
| W | Section 965 information | See the Partner's Instructions |
| X | Other foreign transactions | |
| 17. | **Alternative minimum tax (AMT) items** | |
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal-gross income | |
| E | Oil, gas, & geothermal-deductions | |
| F | Other AMT items | |
| 18. | **Tax-exempt income and nondeductible expenses** | |
| A | Tax-exempt interest income | Form 1040, line 2a |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |
| 19. | **Distributions** | |
| A | Cash and marketable securities | |
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |
| 20. | **Other information** | |
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | through Y | |
| Z | Section 199A income | |
| AA | Section 199A W-2 wages | See the Partner's Instructions |
| AB | Section 199A unadjusted basis | |
| AC | Section 199A REIT dividends | |
| AD | Section 199A PTP income | |
| AE | Excess taxable income | |
| AF | Excess business interest income | |

## Schedule K-1 Supplemental Information

**2018   PG01**

Partner's name

AMERICAN RIVIERA INVESTMENTS, LLC

Partner's ID Number ▇▇▇▇▇

Name of Partnership

FIGUEROA MOUNTAIN BREWING LLC

Partnership EIN

30-0593323

### LINE 18 - OTHER INFORMATION

Statement #99

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| C | MEALS (GENERAL) | 414 |
| C | OTHER NONDEDUCTIBLE EXPENSES | 101 |
| **TOTAL** | | 515 |

### PARTNER ADDITIONAL INFORMATION

**EXPLANATION**

SCH K-1, LINE L, CURRENT YEAR INCREASE (DECREASE)
ORDINARY INCOME (LOSS)...............$(37,234)
CHARITABLE CONTRIBUTIONS.................( 62)
TIP CREDIT ADJUSTMENT....................(101)
NON DEDUCTIBLE - MEALS...................(414)
BOOK/TAX DIFFERENCE.....................3,859
DEPRECIIATION - BOOK/TAX...............(1,428)
TOTAL YEAR DECREASE...................(35,380)
.
CALIFORNIA SCH K-1, LINE 20C - OTHER INFORMATION
AGGREGATE GROSS RECEIPTS

**QBI**

**Qualified Business Income Deduction**

Information Reported in Accordance with Prop Reg 1.199A-6

Schedule K-1, Line 20, Codes Z-AD

2018

Partnership Name: FIGUEROA MOUNTAIN BREWING LLC

EIN: 30-0593323

Partner Name: AMERICAN RIVIERA INVESTMENTS, LLC

SSN/EIN:

| Name of Trade or Business | Taxpayer Identification Number | Qualified Business Income/(loss) (Z) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages (AA) | Unadjusted Basis Immediately After Acquisition (AB) | Qualified REIT Dividends (AC) | Qualified PTP Income/(Loss) (AD) | SSTB * |
|---|---|---|---|---|---|---|---|---|---|
| 1065: FIGUEROA MOUNTAIN BREWING LLC | 30-0593323 | (37,235) | - | - | 24,771 | 127,406 | - | - | No |

Specified Service Trade or Business

WK_QBIP--LD

## Partner's Adjusted Basis Worksheet

**2018**

Keep for your records.

| Partner Number: | | TIN: | | Tax year ending: | $12-31-2018$ | Ownership %: | $1.086960$ |
|---|---|---|---|---|---|---|---|

Name of Partner: **AMERICAN RIVIERA INVESTMENTS, LLC**

Name of Partnership: **FIGUEROA MOUNTAIN BREWING LLC**      EIN $30-0593323$

| | | | | |
|---|---|---|---|---|
| A. | Partner's share of partnership liabilities (Sch K-1, Item K) | A. | 47,971 | |
| B. | Partner's share of partnership liabilities from PRIOR year | B. ( | 28,431) | |
| C. | Increases (Decrease) in share of Partnership liabilities during this tax period | C. | 19,540 | |
| 1. | Adjusted Basis from preceding year | | | 1.   270,368 |
| 2. | Capital contributions of property | | | |
| a. | Gain (if any) recognized this year on contribution of property to partnership | 2 a. | | |
| b. | Cash contributed during the year | b. | | |
| c. | Adjusted basis of property contributed during the year | c. | | |
| d. | Partnership interest acquired other than by cash or property | d. | | |
| | Total additional contributions (Total lines 2a-2d) | | 2. | |
| 3. | Items of Income or Gain for this period | | | |
| a. | Ordinary Income (Sch K-1, Line 1) | 3 a. | | |
| b. | Real Estate Rental Income (Sch K-1, Line 2) | b. | | |
| c. | Other Rental Income (Sch K-1, Line 3c) | c. | | |
| d. | Interest, Dividends & Royalties (Sch K-1, Lines 5,6a,6c & 7) | d. | | |
| e. | Capital Gain (Sch K-1, Lines 8 & 9a) | e. | | |
| f. | Other Portfolio Income (Sch K-1, Line 11a) | f. | | |
| g. | Section 1231 Gain (Sch K-1, Line 10) | g. | | |
| h. | Other Income (Sch K-1, Line 11) | h. | | |
| i. | Tax Exempt Income (Sch K-1, Lines 18a & b) | i. | | |
| j. | Excess Depletion Adjustment | j. | | |
| k. | Increase from Recapture of Business Credits | k. | | |
| l. | Gain from 179 disposition | l. | | |
| | (See IRC § 49(a), 50(a), 50(c)(2) & 1371 (d)) | | | |
| | Total Items of Income or Gains (Total lines 3a-3l) | | 3. | |
| 4. | Increase in Partnership Share of Partnership Liabilities from line C above | | 4.   19,540 | |
| 5. | Total increases in basis (combine lines 1 through 4) | | | 5.   289,908 |
| 6. | Distributions to the Partner during the year | | 6. | |
| 7. | Decrease in Partner's Share of Partnership Liabilities from line C above | | 7. | |
| 8 a. | Decrease for Non-Deductible Expenses/Credit Adjustments | 8 a.   515 | | |
| b. | Decrease for Depletion | b. | | |
| | Total other decreases (lines 8a-8b) | | 8.   515 | |
| 9. | Subtotal - basis after all distributions and other decreases (Line 5 minus lines 6-8) | | | 9.   289,393 |
| 10. | Items of Losses and Deductions (Allowed for the current year) | | | |
| a. | Ordinary Loss (Page 2, Col e, Line 10a) | 10 a.   37,234 | | |
| b. | Real Estate Rental Loss (Page 2, Col e, Line 10b) | b. | | |
| c. | Other Rental Loss (Page 2, Col e, Line 10c) | c. | | |
| d. | Capital Loss (Page 2, Col e, Line 10d) | d. | | |
| e. | Other Portfolio Loss (Page 2, Col e, Line 10e) | e. | | |
| f. | Section 1231 Loss (Page 2, Col e, Line 10f) | f. | | |
| g. | Other Loss (Page 2, Col e, Line 10g) | g. | | |
| h. | Charitable Contributions (Page 2, Col e, Line 10h) | h.   62 | | |
| i. | Section 179 Expense (Page 2, Col e, Line 10i) | i. | | |
| j. | Portfolio Income Expenses (Page 2, Col e, Line 10j) | j. | | |
| k. | Other Deductions (Page 2, Col e, Line 10k) | k. | | |
| l. | Interest Expense on Investment Debt (Page 2, Col e, Line 10l) | l. | | |
| m. | Total Foreign Taxes Paid/Accrued (Page 2, Col e, Line 10m) | m. | | |
| n. | Section 59(e) Expenditures (Page 2, Col e, Line 10n) | n. | | |
| o. | Other decreases (Page 2, Col e, Line 10o) | o. | | |
| p. | Loss from 179 disposition (Page 2, Col e, Line 10p) | p. | | |
| | Total items of Losses and Deductions (Total lines 10a-10p) | | 10.   37,296 | |
| 11. | Adjusted Basis of Partnership Interest (Cannot be negative) (Line 9-Line 10) At-Risk Basis | | | 11.   252,097 |
| 12. | At-risk adjustment: (Amount from lines 5) | | 12.   289,908 | |
| 13. | Enter the amount from lines 6, 7, 8 and 10 | | 13. (   37,811) | |
| 14. | Enter any nonrecourse loans, etc. | | 14. (          ) | |
| 15. | Enter the FMV of partner's personal property not used in the partnership that secures a nonrecourse loan on line 14 | | 15. | |
| 16. | Combine lines 12 through 15. If negative, no current year loss can be deducted. See Form 6198 | | | 16.   252,097 |

**Allocation of Losses and Deductions**

Keep for your records.

**2018**

| Partner Number: | TIN: | Year Ended: 12-31-2018 | Ownership %: 1.086960 |
|---|---|---|---|

Partner Name: AMERICAN RIVIERA INVESTMENTS, LLC

Partnership Name: FIGUEROA MOUNTAIN BREWING LLC

EIN: 30-0593323

| | | (a) Beginning of Year Losses and Deductions | (b) Current Year Losses and Deductions | (c) Total Losses and Deductions | (d) % | (e) Allocable Losses and Deductions in Current Year | (f) Disallowed Losses and Deductions (Carryover to Next Year) |
|---|---|---|---|---|---|---|---|
| 10a Ordinary losses from trade or business | (Sch K-1, Line 1) | | 37,234 | 37,234 | 99.833762 | 37,234 | |
| b Net losses from rental real estate activities | (Sch K-1, Line 2) | | | | | | |
| c Net losses from other rental activities | (Sch K-1, Line 3) | | | | | | |
| d Net short-term capital losses | (Sch K-1, Lines 8 & 9a) | | | | | | |
| d Net long-term capital losses | | | | | | | |
| e Other portfolio losses | (Shc K-1, Line 11a) | | | | | | |
| f Net losses under Section 1231 | (Sch K-1, Line 10) | | | | | | |
| g Other losses | (Sch K-1, Line 11i) | | | | | | |
| h Charitable contributions | (Sch K-1, Lines 13a-g) | | 62 | 62 | 0.166238 | 62 | |
| i Section 179 expense deduction | (Sch K-1, Line 12) | | | | | | |
| j Portfolio income expenses | (Sch K-1, Lines 13k & l) | | | | | | |
| k Other deductions | (Sch K-1, Lines 13m-s,w) | | | | | | |
| l Interest expense on investment debts | (Sch K-1, Line 13h) | | | | | | |
| m Foreign taxes paid or accrued | (Sch K-1, Lines 16p & q) | | | | | | |
| n Section 59(e) expenditures | (Sch K-1, Line 13) | | | | | | |
| o Other decreases | | | | | | | |
| p Loss from 179 asset | | | | | | | |
| Total deductible losses and deductions | | | 37,296 | 37,296 | 100.000000 | 37,296 | |
| 8a Nondeductible expenses & credit adj | | | 515 | 515 | | 515 | |
| b Oil and gas depletion | | | | | | | |
| Total nondeductible losses and deductions | | | 515 | 515 | | 515 | |
| Totals | | | 37,811 | 37,811 | | 37,811 | |

WK_P8AS-LD2