CHRISTOPHER E. PRINCE (SBN 183553)
  cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
DEBRA E. CARDARELLI (SBN 272087)
  dcardarelli@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA  90015
Telephone: (213) 493-6496
Facsimile:   (213) 493-6596

Proposed Attorneys for Debtor in Possession
Figueroa Mountain Brewing, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>FIGUEROA MOUNTAIN BREWING, LLC,<br><br>            Debtor in Possession. | Case No. 9:20-bk-11208-MB<br><br>Chapter 11<br><br>**STIPULATION (1) AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS; (2) GRANTING ADEQUATE PROTECTION TO SECURED CREDITORS; AND (3) CONTINUING FINAL HEARING ON CASH COLLATERAL MOTION**<br><br>Current Hearing Date:<br>Date:   October 23, 2020<br>Time:   11:30 a.m.<br>Held Remotely Using ZoomGov |

This stipulation (the "Stipulation") is entered into by and between debtor and debtor-in-possession Figueroa Mountain Brewing, LLC (the "Debtor"), on the one hand, and secured creditors ("Secured Creditors") White Winston Select Asset Funds, LLC

("White Winston") and Montecito Bank & Trust ("MBT"), on the other hand (collectively, the "Parties"). This Stipulation is entered into with reference to the following recitals:

### **RECITALS**

A. On October 5, 2020, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned bankruptcy case. [Docket No. 1.]

B. On October 10, 2020, the Debtor filed its Emergency Motion of Debtor for Order (1) Authorizing Debtor to Use Cash Collateral; and (2) Granting Adequate Protection to Secured Creditors [Docket No. 62] (the "Motion").

C. On October 15, 2020, with respect to the Motion, the Court entered its "Order Approving Stipulation Among Debtor, White Winston and Montecito Bank and Trust Authorizing Debtor to Use Cash Collateral on an Interim Basis and Granting Adequate Protection to Secured Creditors," [Docket No. 76] (the "October 15, 2020 Order"), which authorized the Debtor to use cash collateral and provide adequate protection on an interim basis pending a final hearing, through and including October 23, 2020, on the terms and conditions set forth in the October 15, 2020 Order.

D. The October 15, 2020 Order also set a final hearing on the Debtor's Motion for October 23, 2020 at 11:30 and provided that: (i) the Debtor may file supplemental papers in further support of the Motion, with such papers to be filed and served on White Winston on or before Monday, October 19, 2020 at 12:00 p.m.; (2) any opposition papers shall be filed and served no later than October 22, 2020; and (3) the Parties shall be prepared to conduct an evidentiary hearing on October 23 and shall produce any declarants for cross-examination.

E. After further discussion, the Parties have agreed, subject to Court approval, to the Debtor's further interim use of Cash Collateral through November 8, 2020 and to continue the hearing on the Motion and associated deadlines, on the terms and conditions set forth below.

2

**STIPULATION**

Based on the above Recitals, the Parties hereby agree and stipulate as follows:

1. <u>Bankruptcy Court Approval</u>.  This Stipulation is conditioned upon the approval of the Bankruptcy Court.

2. <u>Interim Use of Cash Collateral</u>. The Debtor is authorized to use Cash Collateral,[1] on an interim basis pending a final hearing, to pay the expenses set forth in the budget attached to this Stipulation as Exhibit "A" (the "Budget") through and including the period ending November 8, 2020, except that the authority itself shall continue only through and including the date of the Final Hearing (defined below), with authority to deviate from the expense line items contained in the Budget by no more than 10% on an aggregate basis. Notwithstanding the foregoing, any particular line-item expense not actually paid (in whole or in part) in a particular Budget week may be paid in the following Budget week to the extent not previously paid. The Budget is different than the original budget filed with the Motion (the "Original Budget"), and the parties' rights are reserved regarding the submission and content of the new Budget.

3. <u>Reporting Requirements</u>. The Debtor's use of Cash Collateral is conditioned on the reporting requirements set forth below.  Each report shall be certified, under oath, as true, accurate, and complete in all material respects by the controller, Officer, or Manager of the Debtor, provided to the Secured Creditors and filed with the Court.  These reporting requirements supersede and replace the reporting requirements set forth in the October 15, 2020 Order.

    a. <u>Historical Weekly Reporting</u>. Weekly reporting in the form historically provided to White Winston by the Debtor for the weekly periods ending October 18, October 25, November 1, and November 8 (each, a "<u>Reporting Period</u>," and collectively, the "<u>Reporting Periods</u>"), each due no

---

[1] All capitalized terms not otherwise defined in this Stipulation shall have the meanings ascribed to them in the Motion.

3

later than 5 days after the end of the Reporting Period at 5:00 p.m. prevailing Pacific Time, except for the week ending November 1 the weekly reporting shall be provided on November 3 at 12 noon, including but not limited to, the following: (a) detailed inventory reporting for finished goods, RAW materials, and all WIP inventory with distributor price extensions for each items as historically provided White Winston, (b) copies of all shipments/transfers of product to the Company's tap-room including the related party taprooms in West Lake and Aura Grande, (c) evidence and shipment reporting of the Secured Creditors' collateral to all distributors including, but not limited to, Pacific Coast Beverage ("PCB") for each Reporting Period, (d) copies of the Borrowing Base Certificate in the form provided to White Winston under the Loan Agreement for each Reporting Period, and (e) reporting of actual sales to PCB to actual purchase orders for each Reporting Period, and (f) summary of requested draws from purchase orders for RAW materials for production of inventory.

      b.    <u>Cash Reports</u>.  Detailed cash receipts journal for each Reporting Period due 5 days after the end of the Reporting Period that shows by date and payor each receipt received from all sources including distribution/wholesale customers, the contract customer, and  the taprooms (excluding cash/currency received in taproom operations but only including merchant card deposits), and detailed cash disbursements journal for each Reporting Period due 5 days after the end of the Reporting Period that shows by date and payee each disbursement made by the Debtor.

      c.    <u>Bank and Merchant Account Statements</u>. Copies of all bank statements (including on-line screen prints for inter-month purposes) for all bank account in the name of the Debtor at any financial institution as well as Merchant Account receipts (including on-line screen prints for inter-month

4

purposes) for each Reporting Period, each due no later than 5 days after the end of the Reporting Period at 5:00 p.m. prevailing Pacific Time, except for the week ending November 1 the weekly reporting shall be provided on November 3 at 12 noon Prevailing Pacific Time.

    d.    <u>Payroll Reports</u>. Copies of Payroll reports (in the form historically provided) of the Debtor for the pay periods ending (i) October 15th (to be provided by October 20th by 5:00 p.m.), and (ii) October 31st (to be provided by November 5th by 5:00 p.m.).

    e.    Budget to Actual Reports. Weekly budget to actual reports shall be provided by 6:00 p.m. (Pacific Time) on the following dates for the prior week(s) as follows: (i) Monday October 19, 2020, for all the period covered by the Original Budget through Sunday October 18, 2020; (ii) Wednesday October 28, 2020 for the period Monday October 19 through Sunday October 25; (iii) Monday November 2, 2020 for the period Monday October 26 through Sunday November 1, 2020; and (iv) Wednesday November 11, 2020 for the period Monday November 2 through Sunday November 8, 2020.

4.    <u>Adequate Protection</u>. White Winston and MBT shall continue to receive, as adequate protection, replacement liens in post-petition collateral for any diminution in their collateral as of the Petition Date arising from the Debtor's use of such collateral but only to the same extent, applicability and validity as the prepetition liens held by White Winston and MBT.

5.    <u>Immediate Effect</u>. Except as otherwise provided herein, the terms and provisions of this Order shall, immediately upon execution by this Court, become valid and binding upon the Debtor, the Secured Creditors, all other creditors of the Debtor, and all other parties in interest and their respective successors and assigns, including any trustee or other fiduciary hereafter appointed in the Case or in any successor cases as a legal representative of the Debtor's estate.

5

6. <u>Final Hearing</u>. The final hearing on the Motion ("Final Hearing") currently scheduled for October 23, 2020 at 11:30 a.m. shall be continued to November 6, 2020 or such other date and time as close to that date that is convenient for the Court. The Debtor may file supplemental papers in further support of the Motion, with such papers to be filed and served on White Winston on or before October 30, 2020 at 12:00 p.m. Any opposition papers shall be filed and served no later than November 4, 2020. The Parties shall be prepared to conduct an evidentiary hearing at the Final Hearing and shall produce any declarants for cross-examination.

DATED: October 19, 2020         LESNICK PRINCE & PAPPAS, LLP

By:  /s/Matthew A. Lesnick
    Matthew A. Lesnick
    Proposed Counsel for
    Debtor in Possession
    Figueroa Mountain Brewing, LLC

DATED: October 19, 2020         JEFFREY D. STERNKLAR LLC

 and

LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.

By:
    Eve H. Karasik
    Counsel for White Winston Select Asset
    Funds, LLC

DATED: October 19, 2020         BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:
    Steven E. Abelman
    (admitted *pro hac vice*)
    Counsel for Montecito Bank & Trust

6. <u>Final Hearing</u>. The final hearing on the Motion ("Final Hearing") currently scheduled for October 23, 2020 at 11:30 a.m. shall be continued to November 6, 2020 or such other date and time as close to that date that is convenient for the Court. The Debtor may file supplemental papers in further support of the Motion, with such papers to be filed and served on White Winston on or before October 30, 2020 at 12:00 p.m. Any opposition papers shall be filed and served no later than November 4, 2020. The Parties shall be prepared to conduct an evidentiary hearing at the Final Hearing and shall produce any declarants for cross-examination.

DATED: October 19, 2020        LESNICK PRINCE & PAPPAS, LLP


By: /s/Matthew A. Lesnick
    Matthew A. Lesnick
    Proposed Counsel for
    Debtor in Possession
    Figueroa Mountain Brewing, LLC

DATED: October 19, 2020        JEFFREY D. STERNKLAR LLC

and

LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.


By: [signature]
    Eve H. Karasik
    Juliet Y. Oh
    Counsel for White Winston Select Asset Funds, LLC

DATED: October 19, 2020        BROWNSTEIN HYATT FARBER SCHRECK, LLP


By: _____
    Steven E. Abelman
    (admitted *pro hac vice*)
    Counsel for Montecito Bank & Trust

6. <u>Final Hearing</u>. The final hearing on the Motion ("Final Hearing") currently scheduled for October 23, 2020 at 11:30 a.m. shall be continued to November 6, 2020 or such other date and time as close to that date that is convenient for the Court. The Debtor may file supplemental papers in further support of the Motion, with such papers to be filed and served on White Winston on or before October 30, 2020 at 12:00 p.m. Any opposition papers shall be filed and served no later than November 4, 2020. The Parties shall be prepared to conduct an evidentiary hearing at the Final Hearing and shall produce any declarants for cross-examination.

DATED: October 19, 2020　　　　LESNICK PRINCE & PAPPAS, LLP

By: /s/Matthew A. Lesnick
　　　Matthew A. Lesnick
　　　Proposed Counsel for
　　　Debtor in Possession
　　　Figueroa Mountain Brewing, LLC

DATED: October 19, 2020　　　　JEFFREY D. STERNKLAR LLC

　　and

LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.

By:_____
　　　Eve H. Karasik
　　　Counsel for White Winston Select Asset
　　　Funds, LLC

DATED: October 19, 2020　　　　BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: [signature]
　　　Steven E. Abelman
　　　(admitted *pro hac vice*)
　　　Counsel for Montecito Bank & Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION (1) AUTHORIZING DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS; (2) GRANTING ADEQUATE PROTECTION TO SECURED CREDITORS; AND (3) CONTINUING FINAL HEARING ON CASH COLLATERAL MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/19/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Moriah Douglas Flahaut (TR)**    douglas.flahaut@arentfox.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Juliet Y Oh**    jyo@lnbyb.com, jyo@lnbrb.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- **Felicita A Torres**    torres@g-tlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Christian J Younger**    christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
- **Ryan D Zick**    rzick@ppplaw.com, bnesbitt@ppplaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/19/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Honorable Martin R. Barash
   21041 Burbank Blvd., Suite 342
   Woodland Hills, CA 91367

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)10/13/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    Courtesy Copy: Jeffrey Sternklar jeffrey@sternklarlaw.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/19/2020 | Hana K. Baig | /s/Hana K. Baig |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**