CHRISTOPHER E. PRINCE (SBN 183553)
  cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
  matt@lesnickprince.com
DEBRA E. CARDARELLI (SBN 272087)
  dcardarelli@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Proposed Attorneys for Debtor in Possession
Figueroa Mountain Brewing, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 9:20-bk-11208-MB |
| | Chapter 11 |
| FIGUEROA MOUNTAIN BREWING, LLC, | **DEBTOR'S INITIAL STATUS REPORT** |
| Debtor in Possession. | Date: November 18, 2020<br>Time: 1:30 PM<br>Place:<br>Courtroom 201 (ZoomGov)<br>1415 State Street<br>Santa Barbara, CA 93101 |

In accordance with the Court's "Order Setting Scheduling and Case Management Conference," [Docket No. 10], Figueroa Mountain Brewing, LLC, the debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor") submits the following Initial Status Report:

**Description of Business Operations and Principal Assets and Liabilities**

The nature of the Debtor's business is set forth in more detail in the Declaration of Jaime Dietenhofer in Support of First Day Motions [Dkt. No. 2].  Briefly, the Debtor is a craft beer manufacturer that sells primarily to distributors (wholesale customers) but also sells beer at retail to consumers through four "taprooms."  The Debtor's primary assets are its beer manufacturing equipment, inventory, accounts receivable, distributor relationships, intellectual property, brand and goodwill.  It's primary liabilities are unpaid tax liabilities to various government entities, secured debt to Montecito Bank & Trust ("MBT") and a disputed debt to White Winston Select Asset Funds.

**Questions set forth in the Court's Scheduling Order**

*(1) What precipitated the filing of this case?*

The facts leading to the Debtor's bankruptcy filing are detailed extensively in the Dietenhofer declaration [Dkt. No. 2].  Summarizing those facts, the Debtor's financial problems initially arose when the Debtor embarked on a significant expansion of its beer manufacturing capacity, and the expansion took longer and cost more than expected.  Starved for cash, the Debtor sought financing from White Winston which pursued a "loan to own" strategy rather than a genuine financing arrangement.  This put the Debtor in a downward spiral where it could never purchase sufficient raw materials to produce beer to satisfy orders from its distributors.

*(2)    What does the debtor hope to accomplish in this case?*

The Debtor has three main goals:  (1) to normalize operations, likely with the assistance of DIP financing, so that it can generate positive cash flow; (2) to obtain outside investment to allow for an exit from bankruptcy which would permit; (3) a restructuring of debt.

*(3)    What are the principal business and financial problems facing the Debtor and how does the debtor intend to address these problems?*

The Debtor's principal business and financial problems relate to a lack of cash to make certain obvious capital improvements and to purchase sufficient raw materials to reach a profitable level of production capacity.  Breweries have high fixed costs and low marginal costs.  On a per-unit basis, beer ingredients are relatively cheap.  The raw ingredients for a single 16-oz. pint of beer (water, yeast, malt, hops) are roughly $2.  At retail in a taproom, that same beer sells for $6 or more.  Given this basic cost structure, a brewery's profitability is highly dependent on its ability to generate sales near to its production capacity.  To date, the Debtor has never had sufficient working capital to reach its potential break-even point.  The Debtor intends to reach that point through some combination of cost-cutting and DIP financing.

(4) *What are the main legal disputes facing the debtor and likely to be encountered during this case, and how does the debtor recommend that these disputes be resolved?*

The Debtor's primary legal dispute is with White Winston.  The Debtor expects that the dispute must be resolved through some combination of contested matters (for interim issues) and an adversary proceeding for final rulings on, for example, the amount of White Winston's claim and the extent of its liens.

(5) *What is the debtor's estimate regarding timing for confirmation of a plan?*

The timing of the Debtor's plan is dependent on several factors currently undecided.  As described below, the Debtor is presently a Subchapter V small business debtor, but the case may be converted to a standard chapter 11 case.  The Debtor has not yet determined whether it will seek to propose a plan of reorganization or whether it will seek to sell assets under Section 363 and propose a liquidating plan.

(6) *Is the debtor a "health care business" as defined in 11 U.S.C. § 101(27A)?*

No.

(7) *Is the debtor a small business debtor as defined in 11 U.S.C. § 101(51D)?*

As the Debtor informed the Court at the hearing on its First Day Motions, the Debtor had a good faith basis to believe that, after subtracting out debts owed to insiders and other non-qualifying obligations under § 1182, it would qualify for Subchapter V. However, as the Debtor informed the Court, it was possible that the Debtor might have too much debt to be eligible for Subchapter V and that, if the qualifying debt was too high, the Debtor would voluntarily withdraw its Subchapter V designation.

The Debtor has obtained an extension of time to file its Schedules.  [Order, Dkt. No. 9.]  Despite this, White Winston has filed a motion to strike the Debtor's Subchapter V designation in advance of the preparation of the Schedules [Dkt. No. 103].  That motion is scheduled to be heard on November 18, 2020.

*(8) Is this case a single asset real estate case as contemplated in 11 U.S.C. § 101(51B)?*

No.

*(9) Has the debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106, 1107, and (if applicable) 1116, F.R.B.P. 1007 and all applicable guidelines of the Office of the United States Trustee?*

The Debtor has submitted a creditor matrix but has been granted an extension of time to file its schedules and statement of financial affairs.  The Debtor has submitted its 7-day package to the US Trustee's office and has sat for its Initial Debtor Interview.  The early meeting of creditors was scheduled for November 5, 2020, but has been continued to November 19, 2020 at 10:00 a.m.

*(10) Do any parties claim an interest in cash collateral of the debtor?  Is the debtor using cash that any party claims as its cash collateral, and if so, on what date did the debtor obtain an order authorizing the use of such cash or the consent of the party?*

The interest of parties in the Debtor's cash collateral and court authorization for use of it has been before the Court on multiple occasions. The Debtor is currently using cash collateral under an Order dated October 20, 2020 [Dkt. No. 95].

### Retention of Professionals

Lesnick Prince & Pappas LLP ("LPP")is the proposed general bankruptcy counsel for the Debtor. The Debtor cannot estimate LPP's expected compensation because the nature and complexity of the case is too uncertain at this point. The estimated actual amount billed to date is $75,000.

### Financial Information

The Debtor has filed several cash flow projections in connection with its Cash Collateral disputes with White Winston. The most recent was filed as Exhibit C to the Second Supplemental Declaration of Jen Pommier [Dkt. No. 107]. A copy is attached to this Status Report for convenience.

### Claims Bar Date

The Debtor would propose a bar of 90 days from the date of the initial status conference.

### Executory Leases and Contracts

The Debtor has not prepared its schedules, but preliminarily, it believes that its primary leases and contracts are the real estate leases for its brewery and taprooms and its distribution contracts. At present, the Debtor intends to assume them.

### Sale of Assets

At present, the Debtor believes that its assets are most valuable packaged as a single going concern. The Debtor has not yet determined whether it would be most advantageous to parties in interest to sell substantially all its assets under Section 363 or to restructure under a chapter 11 plan of reorganization.

**Plan and Disclosure Statement**

As described above, it is not clear whether the Debtor will proceed under Subchapter V and whether the Debtor will pursue a sale of assets under Section 363 or a chapter 11 plan of reorganization. Accordingly, the Debtor does not have a specific timeline for filing a proposed plan (and, if applicable, a proposed disclosure statement).

DATED: November 4, 2020                                LESNICK PRINCE & PAPPAS, LLP


By:    /s/ Christopher E. Prince
       Christopher E. Prince
       Proposed Counsel for
       Debtor in Possession
       Figueroa Mountain Brewing, LLC

| FMB CASH NEEDS | WEEK ENDING | WEEK NUMBER<br>Week Begins On Petition Date (10.5.2020) | (ACTUAL)<br>2 | (ACTUAL)<br>3 | (ACTUAL)<br>4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 10.11.20 | 10.18.20 | 10.25.20 | 11.01.20 | 11.08.20 | 11.15.20 | 11.22.20 | 11.29.20 | 12.06.20 | 12.13.20 | 12.20.20 | 12.27.20 | 01.03.21 | 01.10.20 |
| **ASSUMPTIONS** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| BBLs to Non-Debtor Taprooms at $270/BBL |  |  | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS | 20 BLS |
| BBLs to Pacific Beverage Company (PBC) at $270/BBL |  |  | 225 BLS | 200 BLS | 300 BLS | 275 BLS | 225 BLS | 225 BLS | 250 BLS | 200 BLS | 225 BLS | 250 BLS | 200 BLS | 225 BLS | 225 BLS | 225 BLS |
| BBLs to other distributors at $270/BBL |  |  | 0 BLS | 108 BLS | 16 BLS | 100 BLS | 20 BLS | 100 BLS | 100 BLS | 20 BLS | 20 BLS | 100 BLS | 20 BLS | 100 BLS | 100 BLS | 100 BLS |
| BBLs to Chihuahua (contract brewing) |  |  | 0 BLS | 0 BLS | 100 BLS | 0 BLS | 100 BLS | 0 BLS | 100 BLS | 0 BLS | 100 BLS | 0 BLS | 100 BLS | 0 BLS | 100 BLS | 0 BLS |
| BBLs Supplied to Taprooms (Retail) |  |  | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS | 30 BLS |
| **Total BBLs Wholesale** |  |  | 275 BLS | 358 BLS | 466 BLS | 425 BLS | 395 BLS | 375 BLS | 500 BLS | 270 BLS | 395 BLS | 400 BLS | 370 BLS | 375 BLS | 395 BLS | 375 BLS |
| Wholesale Sales to Non-debtor Taprooms - Net 7 | $  - | | $ 3,800.00 | $ 3,900.00 | $ 5,392.80 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 | $ 5,400.00 |
| Distributor Sales - Net 30 | | | $ 13,716.64 | $ 1,785.00 | $ 12,966.88 | $ 27,000.00 | $ 5,400.00 | $ 27,000.00 | $ 27,000.00 | $ 5,400.00 | $ 5,400.00 | $ 27,000.00 | $ 5,400.00 | $ 27,000.00 | $ 5,400.00 | $ 27,000.00 |
| Distributor Sales - Net 7 | $  - | | $ 57,382.73 | $ 59,600.71 | $ 45,536.13 | $ 74,250.00 | $ 60,750.00 | $ 60,750.00 | $ 67,500.00 | $ 54,000.00 | $ 60,750.00 | $ 67,500.00 | $ 54,000.00 | $ 60,750.00 | $ 60,750.00 | $ 60,750.00 |
| Contract Brewing Sales - Net 30 | $  - | | | | | | $ 8,200.00 | | $ 8,200.00 | | $ 8,200.00 | | $ 8,200.00 | | $ 8,200.00 | |
| Wholesale Beer Sales to FMB Taprooms | $  - | | $ 17,612.50 | $ 11,958.90 | $ 11,354.40 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 | $ 8,100.00 |
| Retail Sales at Taprooms | | | $ 91,446.66 | $ 72,498.27 | $ 85,048.20 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | $ 80,000.00 | $ 80,000.00 | $ 90,000.00 |
| **TOTAL** | $  - | | $183,958.53 | $149,742.88 | $160,298.41 | $204,750.00 | $177,850.00 | $191,250.00 | $206,200.00 | $162,900.00 | $177,850.00 | $198,000.00 | $171,100.00 | $181,250.00 | $167,850.00 | $191,250.00 |
| MERCHANTS FUNDS HELD BY I3 | $  - | | | | | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - | $  - |
| FUNDS FROM INSURANCE | | | | | | | 79,000.00 | | | | 75,000.00 | | | | | |
| ACCOUNT BALANCE Start of Week | 128,378.78 | | $ 128,378.78 | $ 215,512.71 | $ 296,520.10 | $ 343,690.78 | $ 363,882.18 | $ 301,119.92 | $ 299,575.21 | $ 199,096.25 | $ 261,901.25 | $ 152,971.25 | $ 199,100.39 | $ 128,055.39 | $ 157,426.39 | $ (7,641.11) |
| CASH FROM RECEIVABLES - NET 7 Less credits | | | $  - | $ 59,400.00 | $ 84,037.50 | $ 71,212.50 | $ 71,212.50 | $ 77,625.00 | $ 64,800.00 | $ 71,212.50 | $ 77,625.00 | $ 64,800.00 | $ 71,212.50 | $ 71,212.50 | $ 71,212.50 |
| CASH FROM RECEIVABLE - NET 30 Less credits | | | $ 2,603.60 | $ 20,094.16 | $ 145,986.32 | $ 32,000.00 | $ 23,716.64 | $ 1,695.75 | $ 12,318.54 | $ 25,650.00 | $ 12,920.00 | $ 25,650.00 | $ 33,440.00 | $ 5,130.00 | $ 12,920.00 | $ 25,650.00 | * expected money due to outstanding balances |
| CASH FROM MERCHANT SERVICES | | | $ 84,530.33 | $ 92,901.97 | $ 84,552.58 | $ 85,500.00 | $ 85,500.00 | $ 85,500.00 | $ 85,500.00 | $ 85,500.00 | $ 85,500.00 | $ 85,500.00 | $ 85,500.00 | $ 76,000.00 | $ 76,000.00 | $ 85,500.00 |
| **CASH BALANCE End of Week BEFORE EXPENSES** | | | $ 215,512.71 | $ 328,508.84 | $ 527,059.00 | $ 520,590.78 | $ 636,136.32 | $ 459,528.17 | $ 468,606.25 | $ 387,871.25 | $ 500,121.25 | $ 335,333.75 | $ 395,665.39 | $ 273,985.39 | $ 317,558.89 | $ 174,721.39 |
| EXPENSES (from Expense Detail) | | | $  - | 31,988.74 | 183,368.22 | 156,708.60 | 335,016.40 | 159,952.96 | 269,510.00 | 125,970.00 | 347,150.00 | 136,233.36 | 267,610.00 | 116,559.00 | 325,200.00 | 178,463.65 |
| **NET CASH AFTER EXPENSES** | | | $ 215,512.71 | $ 296,520.10 | $ 343,690.78 | $ 363,882.18 | $ 301,119.92 | $ 299,575.21 | $ 199,096.25 | $ 261,901.25 | $ 152,971.25 | $ 199,100.39 | $ 128,055.39 | $ 157,426.39 | $ (7,641.11) | $ (3,742.26) |
| CASH ON HAND | $ 4,422.88 | | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 | 4,422.88 |
| Cash on Petition Date | $ 132,801.66 | | | | | | | | | | | | | | | |

**EXPENSES**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISTRIBUTION | | | | | | | | | | | | | | | | |
| LABOR | | | $  - | $  - | $ 50,000.00 | $  - | $ 50,000.00 | $  - | $ 50,000.00 | $  - | $ 50,000.00 | $  - | $ 50,000.00 | $  - | $ 50,000.00 | $  - |
| PAYROLL | PAYROLL | | $  - | $  - | $ 50,000.00 | | 50,000.00 | | 50,000.00 | | 50,000.00 | | 50,000.00 | | 50,000.00 | |
| RENTS | | | $  - | $  - | $  - | $ 37,400.00 | $  - | $  - | $  - | $ 37,400.00 | $  - | $  - | $  - | $  - | $ 37,400.00 | $  - |
| 71-73 | RENT | | $  - | | | 23,000.00 | | | | 23,000.00 | | | | | 23,000.00 | |
| Harry Poor | RENT | | $  - | | | 7,900.00 | | | | 7,900.00 | | | | | 7,900.00 | |
| DISTRIBUTION-Ladera | RENT | | $  - | | | 6,500.00 | | | | 6,500.00 | | | | | 6,500.00 | |
| KEGS | | | $  - | $ 3,700.00 | $ 3,700.00 | $ 12,000.00 | $ 5,000.00 | $  - | $  - | $ 12,000.00 | $  - | $  - | $  - | $ 12,000.00 | $  - | $  - |
| DISTRIBUTION-Microstar | KEGS | | | $ 3,700.00 | $ 3,700.00 | $ 12,000.00 | 5,000.00 | | | 12,000.00 | | | | 12,000.00 | | |
| RAW MATERIALS | | | $  - | $ 20,246.69 | $ 49,658.80 | $ 72,300.00 | $ 46,500.00 | $ 66,500.00 | $ 46,500.00 | $ 66,500.00 | $ 71,500.00 | $ 47,300.00 | $ 66,500.00 | $ 46,500.00 | $ 66,500.00 | $ 66,500.00 |
| Raw Materials Total | RAW MATERIALS | | | $ 17,246.69 | $ 48,158.80 | $ 70,000.00 | $ 45,000.00 | $ 65,000.00 | $ 45,000.00 | $ 65,000.00 | $ 70,000.00 | $ 45,000.00 | $ 65,000.00 | $ 45,000.00 | $ 65,000.00 | $ 65,000.00 |
| DISTRIBUTION-Tognazinni | CO2 FOR BEER MANUFACTURE | | | $ 3,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| DISTRIBUTION-ECOLAB | CHEMICAL | | $  - | | | 800.00 | | | | | | 800.00 | | | | |
| INSURANCE | | | $  - | $  - | $  - | $ 25,000.00 | $  - | $ 3,500.00 | $ 28,000.00 | $  - | $  - | $ 28,500.00 | $ 3,000.00 | $  - | $  - | $ 28,500.00 |
| HEALTH INSURANCE-PRODUCTIONS | HEALTH INSURANCE | | $  - | | | 25,000.00 | | | 25,000.00 | | | 25,000.00 | | | | 25,000.00 |
| Preferred Ins W/C | INSURANCE | | | | | | | 3,500.00 | | | | 3,500.00 | | | | 3,500.00 |
| Hanover Insurance | GENERAL LIABILITY | | $  - | | | | | | 3,000.00 | | | | 3,000.00 | | | |
| UTILITIES | | | $  - | $  - | $  - | $ 6,700.00 | $ 2,688.36 | $  - | $  - | $ 6,700.00 | $ 2,688.36 | $ 2,200.00 | $  - | $ 6,700.00 | $ 2,688.36 |
| Comcast -45 | UTILITIES | | $  - | | | | 503.96 | | | | 503.96 | | | | | 503.96 |
| Comcast -85 | UTILITIES | | $  - | | | | 227.09 | | | | 227.09 | | | | | 227.09 |
| Comcast 71-73 | UTILITIES | | $  - | | | | 160.15 | | | | 160.15 | | | | | 160.15 |
| Edison | UTILITIES | | $  - | | | 2,200.00 | | | | 2,200.00 | | 2,200.00 | | 2,200.00 | |
| PG&E 45 Industrial | ELECTRICITY | | $  - | | | | | | | | | | | | | |
| VIP Monthly | SALES AND MARKETING SOFTWARE | | $  - | | | | 1,797.16 | | | | 1,797.16 | | | | | 1,797.16 |
| Sol Cal Gas | GAS FOR DELIVERY | | $  - | | | 4,500.00 | | | | | 4,500.00 | | | | 4,500.00 | |
| OTHER | | | $  - | $  - | $ 2,204.53 | $ 12,498.60 | $ 9,756.40 | $ 32,654.60 | $ 8,800.00 | $ 11,760.00 | $ 14,190.00 | $ 11,799.00 | $ 28,200.00 | $ 10,799.00 | $ 15,190.00 | $ 21,450.00 |
| BOE Manufacture | BEER/TTB MANUFACTURER TAXES | | $  - | | | 3,924.60 | 3,956.40 | 4,854.60 | | 4,960.00 | 5,390.00 | 3,999.00 | | 3,999.00 | 5,390.00 | 4,650.00 |
| Chemsearch /Water Testing | WATER TESTING | | $  - | | | | | 600.00 | | | | | | | | |
| City of Buellton Current Bill | WATER BILL | | $  - | | | | 9,000.00 | | | | | 9,000.00 | | | | 10,000.00 |
| Silva's | DIESEL FOR GENERATOR | | $  - | | 2,004.53 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 |
| Preventative Maintenance | R&M | | | | | | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Shell | GAS FOR DELIVERY | | $  - | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Quinn Rental | GENERATOR RENTAL | | $  - | | | | | 11,000.00 | | | | | 11,000.00 | | | |
| Freight | Freight | | | | | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 |
| ALL OTHER | BUCKET | | | | | | 2,000.00 | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Office Supplies | SUPPLIES | | $  - | | | | | | | | | 1,000.00 | | 1,000.00 | | |
| Select Equipment | Forklift | | | | | | | | | | 1,400.00 | | 1,400.00 | | | |
| Effelle | WEBSITE | | | | | 274.00 | | | | | | | | | | |
| Professional Fees and Other | PROFESSIONAL FEES | | $  - | | | 2,500.00 | | 2,000.00 | | | | 2,000.00 | | | | 2,000.00 |
| **TOTAL DISTRIBUTION EXPENSES** | | | $  - | $ 23,946.69 | $ 105,563.33 | $ 121,798.60 | $ 155,356.40 | $ 105,342.96 | $ 133,300.00 | $ 90,260.00 | $ 179,790.00 | $ 90,287.36 | $ 149,900.00 | $ 69,299.00 | $ 175,790.00 | $ 119,138.36 | $ 1,519,772.70 |
| | | | | | | | | | | | | | | | | | $ 108,555.19 |
| TAPROOM SALES | | | | | | | | | | | | | | | | |
| BEVERAGE COSTS | | | $  - | $ 3,150.00 | $ 3,654.00 | $ 17,150.00 | $ 19,100.00 | $ 17,150.00 | $ 17,150.00 | $ 17,150.00 | $ 19,100.00 | $ 17,150.00 | $ 17,150.00 | $ 16,200.00 | $ 18,150.00 | $ 17,150.00 |
| TAPROOM-BEER FROM TMB TO DIP OWNED TAP ROOMS | SALES TAXES | | $  - | | | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 | 8,100.00 |
| TAPROOM-BOE Prepayment for Sales | SALES TAXES | | | $ 3,150.00 | $ 3,150.00 | $ 8,550.00 | $ 8,550.00 | $ 8,550.00 | $ 8,550.00 | $ 8,550.00 | $ 8,550.00 | $ 8,550.00 | $ 8,550.00 | $ 7,600.00 | $ 7,600.00 | $ 8,550.00 |

| WEEK NUMBER | | 1 (ACTUAL) | 2 (ACTUAL) | 3 (ACTUAL) | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week Begins On Petition Date (10.5.2020) | | | | | | | | | | | | | | |
| **FMB CASH NEEDS** | **WEEK ENDING** | 10.11.20 | 10.18.20 | 10.25.20 | 11.01.20 | 11.08.20 | 11.15.20 | 11.22.20 | 11.29.20 | 12.06.20 | 12.13.20 | 12.20.20 | 12.27.20 | 01.03.21 | 01.10.20 | |
| TAPROOM-Tognazinni | CO2 | $ - | | | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | |
| TAPROOM-Kombucha and Cider | TAPROOM CIDER | $ - | | | | $ 750.00 | | | | $ 750.00 | | | | $ 750.00 | | |
| TAPROOM-J&L wine | TAPROOM WINE | $ - | $ - | $ 504.00 | | $ 1,200.00 | | | | $ 1,200.00 | | | | $ 1,200.00 | | |
| **FOOD COSTS** | | $ - | $ 4,802.05 | $ 10,752.53 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | $ 14,200.00 | |
| Food Trucks for LO | FOOD TRUCKS | $ - | $ - | $ 1,500.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | $ 2,200.00 | |
| Food Trucks SB | FOOD TRUCKS | $ - | $ 444.00 | $ - | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | |
| Saladinos Weekly ACH | FOOD FOR TAPROOMS | $ - | $ 4,358.05 | $ 9,252.53 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | |
| **LABOR** | | $ - | $ - | $ 60,000.00 | $ - | $ 60,000.00 | $ - | $ 60,000.00 | $ - | $ 60,000.00 | $ - | $ 60,000.00 | $ - | $ 60,000.00 | $ - | |
| PAYROLL | PAYROLL | $ - | | $ 60,000.00 | | $ 60,000.00 | | $ 60,000.00 | | $ 60,000.00 | | $ 60,000.00 | | $ 60,000.00 | | |
| **RENT** | | $ - | $ - | $ - | $ - | $ 47,100.00 | $ - | $ - | $ - | $ 47,100.00 | $ - | $ - | $ - | $ 47,100.00 | $ - | |
| 45 INDUSTRIAL WAY | RENT | $ - | | | | $ 5,000.00 | | | | $ 5,000.00 | | | | $ 5,000.00 | | |
| Saarloos Property | RENT | $ - | | | | $ 8,100.00 | | | | $ 8,100.00 | | | | $ 8,100.00 | | |
| SM Exchange Partners | RENT | $ - | | | | $ 19,000.00 | | | | $ 19,000.00 | | | | $ 19,000.00 | | |
| Westside Anacapa | RENT | $ - | | | | $ 15,000.00 | | | | $ 15,000.00 | | | | $ 15,000.00 | | |
| **REPAIRS & MAINTENANCE** | | $ - | $ - | $ 3,135.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | |
| Repair and Maintenance | R&M | $ - | $ - | $ 3,135.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 2,000.00 | |
| **INSURANCE** | | $ - | $ - | $ - | $ - | $ 16,000.00 | $ 7,000.00 | $ 22,000.00 | $ - | $ - | $ 7,000.00 | $ 22,000.00 | $ - | $ - | $ 7,000.00 | |
| BLUE SHIELD | HEALTH INSURANCE | $ - | | | | $ 16,000.00 | | $ 16,000.00 | | | | $ 16,000.00 | | | | |
| Hanover- General Liability | INSURANCE | $ - | | | | | | $ 6,000.00 | | | | $ 6,000.00 | | | | |
| Preferred Ins W/C | INSURANCE | $ - | | | | | $ 7,000.00 | | | | $ 7,000.00 | | | | $ 7,000.00 | |
| **UTILITIES** | | $ - | $ - | $ - | $ - | $ 15,700.00 | $ 11,900.00 | $ - | $ - | $ 15,700.00 | $ 2,236.00 | $ - | $ - | $ 3,700.00 | $ 14,236.00 | |
| COX ALL LOCATIONS | UTILITIES | $ - | | | | | | | | | $ 336.00 | | | | $ 336.00 | |
| COX-SB | UTILITIES | $ - | | | | | $ 1,900.00 | | | | $ 1,900.00 | | | | $ 1,900.00 | |
| Edison | UTILITIES | $ - | | | | $ 2,200.00 | $ 5,000.00 | | | $ 2,200.00 | | | | $ 2,200.00 | | |
| Sol Cal Gas -ALL LOCATIONS | UTILITIES | $ - | | | | $ 1,500.00 | $ 5,000.00 | | | $ 1,500.00 | | | | $ 1,500.00 | | |
| PGE ALL LOCATIONS | UTILITIES | $ - | | | | $ 12,000.00 | | | | $ 12,000.00 | | | | | $ 12,000.00 | |
| **OTHER VARIABLES** | | $ - | $ 90.00 | $ 263.36 | $ 1,560.00 | $ 6,560.00 | $ 3,360.00 | $ 20,860.00 | $ 3,360.00 | $ 10,260.00 | $ 3,360.00 | $ 3,360.00 | $ 15,860.00 | $ 5,260.00 | $ 4,739.29 | |
| Office Supplies | SUPPLIES | $ - | | | | | | | | | | | | | | |
| Aloha | SOFTWARE FOR TAPROOMS | $ - | | | | | | | | $ 1,900.00 | | | | $ 1,900.00 | $ 1,379.29 | |
| Propane | | | | | | $ 5,000.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | $ 1,800.00 | |
| Santa Maria | Lease | | | | | | | $ 12,500.00 | | | | | $ 12,500.00 | | | |
| Merchandise | Taproom Merch | | | | | | | $ 5,000.00 | | $ 5,000.00 | | | | | | |
| Aramark | TAPROOM SUPPLIES | $ - | | | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | $ 560.00 | |
| ALL OTHER | BUCKET | $ - | $ 90.00 | $ 263.36 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | |
| Professional Fees and OtherProfessional Fees and Other | PROFESSIONAL FEES | $ - | | | | | | | | | | | | | | |
| **TOTAL TAPROOM EXPENSES** | | $ - | $ 8,042.05 | $ 77,804.89 | $ 34,910.00 | $ 179,660.00 | $ 54,610.00 | $ 136,210.00 | $ 35,710.00 | $ 167,360.00 | $ 45,946.00 | $ 117,710.00 | $ 47,260.00 | $ 149,410.00 | $ 59,325.29 | $ 1,113,958.23 |
| | | | | | | | | | | | | | | | | $ 79,568.45 |
| **TOTAL FMB EXPENSES** | | $ - | $ 31,988.74 | $ 183,368.22 | $ 156,708.60 | $ 335,016.40 | $ 159,952.96 | $ 269,510.00 | $ 125,970.00 | $ 347,150.00 | $ 136,233.36 | $ 267,610.00 | $ 116,559.00 | $ 325,200.00 | $ 178,463.65 | |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015. A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S INITIAL STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/04/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Joseph P Buchman**    jbuchman@bwslaw.com, dwetters@bwslaw.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Moriah Douglas Flahaut (TR)**    douglas.flahaut@arentfox.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Lisa J Nilmeier**    lnilmeier@milano-ri.com, lisanilmeier@gmail.com
- **Juliet Y Oh**    jyo@lnbyb.com, jyo@lnbrb.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- **Jonathan C Sandler**    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Felicita A Torres**    torres@g-tlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Christian J Younger**    christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
- **Ryan D Zick**    rzick@ppplaw.com, bnesbitt@ppplaw.com

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 11/04/20, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2020 | Christopher E Prince | /s/ Christopher E Prince |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**

| | |
|---|---|
| Honorable Martin R. Barash<br>21041 Burbank Blvd., Suite 342<br>Woodland Hills, CA 91367 | Pacific HR<br>2028 Village Lane Suite #205<br>Solvang CA 93463 |
| Fauver, Large, Archblad & Spray LLP<br>820 State St., 4th Fl.<br>Santa Barbara, CA 93101 | Saxco International, LLC<br>1855 Gateway Blvd., Suite 400<br>Concord, CA 94520 |
| Harry E. Hagen, Treasurer-Tax Collector<br>P.O. Box 579<br>Santa Barbara CA 93102-0579 | CA Dept. of Tax and Fee Admin.<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| Allan Teixeira<br>550 Thousand Hills Rd.<br>Pismo Beach CA 93449 | Department of the Treasury<br>1310 G Street NW Box 12<br>Washington DC DC 20005 |
| Santa Maria Exchange Partners<br>2925 Bristol St<br>Costa Mesa, CA 92626 | Associated Winery System, Inc<br>7787 Bell Road<br>Windsor CA 95492 |
| Westside Anacapa<br>1244 6th Street<br>Santa Monica CA 90401 | Johnson & Johnson<br>680 Alamo Pintado Rd. Suite 102<br>Solvang CA 93463 |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-7070 | Ironbite Fabrications<br>2209 Willow Rd<br>Arroyo Grande CA 93420 |
| Opens, LLC<br>1946 Lake Shore Ave<br>Los Angeles CA 90039 | Ladera Property Management<br>P.O. Box 60653<br>Santa Barbara CA 93160 |
| Saarloos Properties, LLC<br>2670 Grand Ave.<br>Los Olivos, CA 93441 | Ultimate Funding Solutions<br>483 Welch Road<br>Eolia, MO 63344 |
| Mechanics Bank<br>1554 S Broadway<br>Santa Maria, CA 93454 | U.S. SBA<br>PO Box 3918<br>Portland, OR 97208-3918 |
| Ahern Rentals<br>PO Box 271390<br>Las Vegas, NV 89127-1390 | Alcohol & Tobacco Tax and Trade Bureau<br>Attn: Joseph Heller<br>Atty-Advisor (Field Operatons)<br>550 Main Street 8th Floor<br>Cincinnati, OH 45202 |
| Internal Revenue Service<br>2384 Professional Parkway<br>Santa Maria, CA 93455 | Tognazzini Beverage Service<br>241 Roemer Way<br>Santa Maria, CA 93454 |
| Nissan Motor Acceptance Corporation<br>8900 Freeport Parkway<br>Irving, TX 75063 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Tank2Tap LLC<br>2313 Thayer St.<br>Evanston, IL 60201 | U.S. Small Business Administration<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**