1
2
3
4
5
6
7

CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
DEBRA E. CARDARELLI (SBN 272087)
   dcardarelli@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA  90015
Telephone:   (213) 493-6496
Facsimile:    (213) 493-6596

8
9

Proposed Counsel for Debtor and Debtor in
Possession Figueroa Mountain Brewing, LLC

10

11

12

13

14

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

15
16
17
18
19
20
21
22
23
24
25

In re:

FIGUEROA MOUNTAIN BREWING, LLC,

                  Debtor and Debtor in
                  Possession.

Case No. 9:20-bk-11208-MB

Chapter 11

**GLOBAL NOTES, RESERVATION OF
RIGHTS, AND STATEMENT OF
LIMITATIONS, METHODOLOGY AND
DISCLAIMER REGARDING DEBTOR'
SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF
FINANCIAL AFFAIRS**

26
27
28

**I.      General**

        Figueroa Mountain Brewing, LLC, the debtor and debtor in possession

(the "Debtor") files these Global Notes (as defined below) as a supplement to and

integral part of its Schedules of Assets and Liabilities ( "Schedules") and Statement of

Financial Affairs ( "SOFA").  The Debtor prepared its Schedules and SOFA pursuant to § 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with the assistance of its professionals. These Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding Debtor' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and SOFA, and should be reviewed in connection with any review of the Schedules and SOFA.

### A.    Reservation of Rights

The Schedules and SOFA are unaudited and subject to potential adjustment.  While reasonable efforts have been made to provide accurate and complete information in the Schedules and SOFA, errors and omissions may exist. In this regard, the Schedules and SOFA were prepared based upon the Debtor's existing books and records reasonably available, which may or may not contain errors or omissions, whether material or otherwise.  The current Controller, Jennifer Pommier, started employment with the Debtor in September of 2019.  She identified material omissions and errors in the books and records believed to be attributable to the Debtor's prior Chief Financial Officer.  The Debtor has attempted to correct as many of those omissions and errors as practicable, but it has not conducted a thorough forensic audit or similar comprehensive review of every entry.  Accordingly, despite reasonable efforts to provide the most accurate information possible, the Schedules and SOFA may reflect errors on the books and records that have not been discovered and corrected. Moreover, because the Schedules and SOFA contain unaudited information, there can be no assurance that these Schedules and SOFA are wholly accurate and complete. The Debtor reserves the right to amend and/or supplement the Schedules and SOFA from time to time as it deems necessary or appropriate.

In particular, note that the listing of a claim or a contract with the Debtor does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to disclaim or dispute such claim or contract as attributable to the Debtor. The Debtor reserves the right to remove any contract or claim from the Schedules and SOFA by amendment or other appropriate filing. Additionally, the Debtor reserves the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied. The Debtor reserves the right to dispute or assert offsets or defenses to any claim reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated."

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F, Part 1 as "unsecured priority" or (iii) on Schedule E/F, Part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtor's right to recharacterize, reclassify, recategorize, or redesignate such claim. Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtor's right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

The Debtor may have causes of action or potential causes of action against third parties which have not been identified in the Schedules and SOFA. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured,

suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date (as defined below), in contract or in tort, in law or in equity, or pursuant to any other theory of law it may have, and neither the Global Notes nor the Schedules nor the SOFA shall be deemed a waiver of any causes of action or in any way prejudice or impair the assertion of any such causes of action.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

B.    **Description of the Case and "As of" Information Date**

Except as otherwise noted in the Global Notes or Schedules and SOFA, all liability information and assets are valued as of the Debtor's petition date, October 5, 2020 (the "Petition Date").  The Debtor has made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and SOFA accordingly.

C.    **Basis of Presentation**

The Schedules and SOFA reflect financial information for the Debtor only and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile with any financial statements otherwise prepared and/or distributed by the Debtor.

D.    **Totals**

All totals that are included in the Schedules and SOFA represent totals of all known amounts included in the Schedules and SOFA.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total.  The description of an

amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.  Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFA and Global Notes may significantly understate the Debtor's liabilities.

E.      **Secured Creditor Priorities**

Several parties claim a security interest in the Debtor's property.  The amount, nature and extent of several parties' liens is disputed by the Debtor and other secured parties.  The Debtor believes that Montecito Bank & Trust has a senior lien on substantially all the Debtor's property with the possible exception of inventory to the extent that White Winston Select Asset Funds has any allowable claim.  White Winston Select Asset Funds claims a senior lien on inventory and all proceeds of such inventory, including cash and accounts receivable up to $1.5 million.

F.      **Fair Market Value; Book Value**

It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current market valuations of all of its assets. Accordingly, the Schedules and SOFA generally book values.  Amounts ultimately realized may vary from net book value, and such variance may be material.  The asset amounts listed do not include material write-downs that may be necessary.  Certain other assets, however, are listed with undetermined amounts or with estimated fair market values.

G.      **Property and Equipment**

Nothing in the Schedules or SOFA (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtor reserves all of its rights with respect to such issues.

**H.**     **Intellectual Property Rights**

The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

**I.**     **Estimates**

To prepare and file the Schedules and SOFA in accordance with the deadline established by this Court's Order Approving Emergency Motion of Debtor to Extend Time for Debtor to File Schedules [Docket No. 42], management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities as of the Petition Date.  The Debtor reserves the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

**J.**     **Intercompany And Affiliate Transactions**

The Debtor has several non-debtor affiliates.  The Debtor and/or non-Debtor affiliates have agreements with unaffiliated third parties with respect to certain assets and associated liabilities used in the Debtor's business that could be characterized, alternatively, as third-party beneficiary relationships, assignments of contracts, guarantees, or subleases.  The Debtor does not have a final position regarding the precise legal nature of each of these agreements, and the counter-parties' positions are similarly undetermined.  The Debtor reserves the right to amend these Schedules with respect to these agreements pending legal review and discussion with counterparties.

The Debtor also has a number of general ledger entries in its books and records with respect to its affiliates.  For entries greater than a year old, it does not believe that these entries represent accurate amounts of genuine transfers of money or property.  Accordingly, it has not included specific amounts for such intercompany debts at this time.  Further review of the Debtor's transactions with its affiliates may require additional amendments to the Schedules and SOFA.

K.    **Setoffs**

The Debtor periodically incurs certain setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including Setoffs in the ordinary course can result from various items including, but in no way limited to, intercompany transactions, pricing discrepancies, returns, refunds, negotiations, and/or disputes between the Debtor and its suppliers.  These normal setoffs are consistent with the ordinary course of business for the Debtor as well as in the Debtor's industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtor to list such ordinary course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and SOFA.

L.    **Gift Cards and Other Pre-Paid Obligations**

In the ordinary course of business, the Debtor issues gift cards and accepts prepayments for certain obligations.  As of the Petition Date, the Debtor's books and records do not reflect an aggregate liability with respect to gift cards and pre-paid obligations, though the Debtor does not believe that gift liability exceeds $20,000 in the aggregate.  Accordingly, because the Debtor does not know the identities of the holders of such obligations (including the identities of the present holders of gift cards), such obligations are not listed within Schedule E/F, Part 2.

**II.    SPECIFIC DISCLOSURES WITH RESPECT TO THE
DEBTOR' SCHEDULES**

    **A.    Schedule A/B – Real and Personal Property:**

        No. 3

        As a condition of its loan to the Debtor, White Winston Select Asset Funds, LLC opened a "lockbox" account at a bank in Boston, Boston Private.  White Winston required all payments from wholesale customers to go into the lockbox account.  White Winston maintained sole control over the account.  Though the Debtor's written agreement with White Winston required White Winston to give the Debtor viewing rights, White Winston never did so and accordingly, the Debtor cannot provide bank account balance information.

        No. 4

        The Debtor derives some of its revenues from customers who pay by credit card.  The Debtor has listed the amount it believes was located in its Merchant Services Account in Schedule A/B, Part I as of the Petition Date, but notes that such Merchant Services Account may be subject to fees and reconciliation.

    **B.    Schedule D – Creditors Holding Secured Claims**

        Except as otherwise agreed pursuant to an order of the Bankruptcy Court, the Debtor reserves the right to dispute or challenge the validity, perfection or priority of any lien purported to  be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

        The Debtor has not included on Schedule D all parties that may believe their claims are secured through set-off rights, deposits posted by, or on behalf of, the

Debtor, inchoate statutory lien rights, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtor is not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserves all rights as set forth in these Global Notes.

**C.    Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

**1.    Schedule E/F, Part 1 – Creditors with Priority Unsecured Claims**

The liabilities listed on the Schedules do not reflect any analysis of Claims under § 503(b)(9). Accordingly, the Debtor reserves all of its rights  to dispute or challenge the validity of any asserted Claims under § 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**2.    Schedule E/F, Part 2 – Creditors with Non-Priority Unsecured Claims**

Determining the date upon which each Claim on Schedule  E/F, Part  2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F, Part 2.

Schedule E/F, Part 2 includes potential or threatened litigation claims. Any information contained in Schedule E/F, Part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein. The Debtor expressly incorporates by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtor's SOFA 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F, Part 2.

Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.

Additionally, Schedule E/F, Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

D.    **Schedule G – Unexpired Leases and Executory Contracts**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtor enters into various agreements with suppliers. The Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtor, due to the voluminous number of such contracts, leases and agreements, was unable to list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable.  The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments,

restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

### E.    Statement of Financial Affairs

SOFA, Part 1

The Debtor records revenue net of refunds and allowances, and therefore, the books and records do not reflect gross sales. As such, Part 1 of the SOFAs reflects the net sales of the Debtor.

SOFA No. 3

SOFA 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to SOFA question 4), employees, and bankruptcy professionals (which payments appear in SOFA 11 and include any retainers paid to bankruptcy professionals). The amounts listed in SOFA 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on SOFA 3.

SOFAs Nos. 4 & 30

The Debtor has listed on Exhibit 4 payments to current and former members of the Debtor's management team, current and former directors and officers of the Debtor, and certain affiliates. Notwithstanding their omission, it is possible other payment recipients may be "insiders" as defined in the Bankruptcy Code, and the Debtor fully reserves its right to assert the same.

Furthermore, the listing of a party as an insider is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

SOFAs No. 5

SOFA 5 excludes goods returned in the ordinary course of business.

SOFAs No. 7

Any information contained in SOFA 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

SOFAs No. 10

The Debtor occasionally incur losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses if such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

DATED: November 9, 2020           LESNICK PRINCE & PAPPAS LLP


By: ___/s/Matthew A. Lesnick_____
    Matthew A. Lesnick
    Proposed Counsel for
    Debtor in Possession
    Figueroa Mountain Brewing, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTOR' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Joseph P Buchman**    jbuchman@bwslaw.com, dwetters@bwslaw.com
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Moriah Douglas Flahaut (TR)**    douglas.flahaut@arentfox.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Lisa J Nilmeier**    lnilmeier@milano-ri.com, lisanilmeier@gmail.com
- **Juliet Y Oh**    jyo@lnbyb.com, jyo@lnbrb.com
- **Christopher E Prince**    cprince@lesnickprince.com, jmack@lesnickprince.com; cprince@ecf.courtdrive.com; hbaig@lesnickprince.com
- **Jonathan C Sandler**    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Felicita A Torres**    torres@g-tlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Christian J Younger**    christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
- **Ryan D Zick**    rzick@ppplaw.com, bnesbitt@ppplaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/09/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Courtesy Copy: Jeffrey Sternklar jeffrey@sternklarlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/09/2020 | Matthew A. Lesnick | /s/Matthew A. Lesnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Fill in this information to identify the case and this filing:

Debtor Name __Figueroa Mountain Brewing, LLC__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (If known): __9:20-bk-11208-MB__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/09/2020__          ✗  _____
MM / DD / YYYY                                    Signature of individual signing on behalf of debtor

__Jaime Dietenhofer__
Printed name

__CEO__
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name ___Figueroa Mountain Brewing, LLC___

United States Bankruptcy Court for the: ___Central District of California___
(State)

Case number (If known): ___9:20-bk-11208-MB___

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................   $ _____ 870,672.76

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................   $ _____ 870,672.76

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................   $ _____ 13,308,976.32

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................   $ _____ 575,533.80

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............................   **+**$ _____ 4,543,699.90

4. **Total liabilities** ...........................................................................................................   $ _____ 18,428,210.02
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    Figueroa Mountain Brewing, LLC

United States Bankruptcy Court for the:    Central District of California

Case number (If known):    9:20-bk-11208-MB

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $ 4,422.88

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Montecito Bank & Trust | Checking | 3  1  7  2 | $ 17,243.96 |
| 3.2. | See continuation sheet | | | $ 59,844.82 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | i3 Verticals Merchant Services Account | $ 19,572.35 |
|---|---|---|
| 4.2. | | $ |

5. **Total of Part 1**          $ 101,084.01

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Security Deposit for 85 Industrial Way, Suite A, Buellton, CA 93427 | $ 5,000.00 |
|---|---|---|
| 7.2. | See continuation sheet | $ 17,700.00 |

Debtor    Figueroa Mountain Brewing, LLC
    Name    Case number *(if known)* 9:20-bk-11208-MB

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 22,700.00

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    114,438.76 _____ – 1,075.00 _____ = ......➜    $ 113,363.76
       face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    1,160,226.29 _____ – 1,026,535.58 _____ = ......➜    $ 133,690.71
       face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 247,054.47

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. Figueroa Mountain Entertainment Santa Maria, LLC    100.00 %    $ 0.00

15.2. _____    _____%    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number (if known)   9:20-bk-11208-MB
_____

---

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials**<br>Food, Packaging Materials, Grains/Hops | 10/01/2020<br>MM / DD / YYYY | $ 190,649.03 | Cost Basis | $ 190,649.03 |
| **20. Work in progress**<br>Beer In Brewing Process | 10/05/2020<br>MM / DD / YYYY | $ 167,443.25 | Cost Basis | $ 62,051.40 |
| **21. Finished goods, including goods held for resale**<br>Beer, Merchandise | 10/05/2020<br>MM / DD / YYYY | $ 169,842.65 | FMV | $ 169,842.65 |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 422,543.08

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value   22,698.56    Valuation method   See cont. sheet    Current value   10,210.74

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Figueroa Mountain Brewing, LLC _____ Case number *(if known)* 9:20-bk-11208-MB
         Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                   $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture**<br>See Schedule A/B Part 7, Question 39 Attachment | $ 193.00 | _____ | $ Unknown |
| **40. Office fixtures**<br>See Schedule A/B Part 7, Question 40 Attachment | $_____ | _____ | $ Unknown |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>See Schedule A/B Part 7, Question 41 Attachment | $ 682.00 | _____ | $ Unknown |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                   $ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   Figueroa Mountain Brewing, LLC                    Case number (if known)   9:20-bk-11208-MB
         Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2014 Ford Focus VIN 1FADP3K26eI138778 | $ 0.00 | Est. FMV | $ 2,741.00 |
| 47.2  2018 Ford Escape VIN 1FMCU0F70JUA24567 | $ 0.00 | Est FMV | $ 9,794.00 |
| 47.3  2007 Isuzu FTR 4GTJ7F1307F700019 | $ 0.00 | Est. FMV | $ 9,500.00 |
| 47.4 | $ | | $ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49.  Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See Schedule A/B Part 8, Question 50 Attachment | $ 1,106,998.12 | | $ Unknown |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                            $ 22,035.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  Figueroa Mountain Brewing, LLC                                    9:20-bk-11208-MB
        _____              _____
        Name                                                 Case number (if known)

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  45 Industrial Way, Buellton, CA 93427 | Lease | | | 0.00<br>$_____ |
| 55.2  71-73 Industrial Way, Buellton, CA 93427 | Lease | $_____ | | 0.00<br>$_____ |
| 55.3  See continuation sheet | | 0.00<br>$_____ | | 0.00<br>$_____ |

56. **Total of Part 9.**                                                                                    | $    0.00 |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Schedule A/B Part 10, Question 60 Attachment | 448,804.21<br>$_____ | | Unknown<br>$_____ |
| 61. **Internet domain names and websites**<br>https://www.figmtnbrew.com/ | $_____ | | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>Licenses and Permits | 11,667.00<br>$_____ | Cost | 11,667.00<br>$_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Email Addresses from Specific Transactions | $_____ | | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>Goodwill | $_____ | | Unknown<br>$_____ |

66. **Total of Part 10.**                                                                                   | $  14,722.00 |

   Add lines 60 through 65. Copy the total to line 89.

---

Debtor    Figueroa Mountain Brewing, LLC                                      Case number (if known)    9:20-bk-11208-MB
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Figueroa Mountain Entertainment WLV, LLC     40,534.20     –     0.00     = ➡    $ 40,534.20
                                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____                           $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet                                            $ 0.00

Nature of claim          _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim          _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                           $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                           $_____
_____                           $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $ 40,534.20

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)* 9:20-bk-11208-MB
_____
Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 101,084.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 22,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 247,054.47 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 422,543.08 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 22,035.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 14,722.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 40,534.20 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 870,672.76 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................. 870,672.76    $ 870,672.76

| | | |
|---|---|---|
| Debtor 1 | Figueroa Mountain Brewing, LLC | 9:20-bk-11208-MB |
| | First Name    Middle Name    Last Name | Case number (if known) |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| Mechanics Bank | Checking | 7136 |
| Balance: 59,844.82 | | |
| Mechanics Bank | Checking | 2501 |
| Balance: 0.00 | | |
| Boston Private (Lockbox Account) | Checking | 0084 |
| Balance: 0.00 | | |

**7) Deposits, including security deposits and utility deposits**

Security Deposit for 131 & 137 Anacapa    $8,400.00
St., Ste. F, Santa Barbara, CA 93101

Security Deposit for 2363 Alamo    $2,800.00
Pintado Ave., Los Olivos, CA 93441

Security Deposit for 47 Industrial Way,    $6,500.00
 #A & #B, Buellton, CA 93427

**25) Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| | | |
|---|---|---|
| 190,649.03 | Cost Basis | 190,649.03 |
| 169,842.65 | FMV | 169,842.65 |

**55) Real property**

| | |
|---|---|
| 131 & 137 Anacapa St., Suite F, Santa Barbara, CA 93101 | 0.00 |
| Lease | |
| 2363 Alamo Pintado Ave., Los Olivos, CA 93441 | 0.00 |
| Lease | |
| 85 Industrial Way, Suite A, Buellton, CA 93427 | 0.00 |
| Lease | |
| 560 E. Betteravia Rd., D1 & D2, Santa Maria, CA | 0.00 |

Debtor 1    Figueroa Mountain Brewing, LLC    9:20-bk-11208-MB

First Name        Middle Name        Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

93454

Lease

47 Industrial Way,                                    0.00
#A & #B, Buellton,
CA 93427

Lease


**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| Claim Against Herc Rentals | Property Damage | 400,000.00 | Unknown |
| Claims Against Staff—SOL, Inc dba FVLS Consultancy | Failure to Render Services | 0.00 | Unknown |
| Figueroa Mountain Brewing LLC et al v. Unique Funding Solutions LLC et al | Lender Liability | 0.00 | Unknown |
| Claims Against i3 Verticals | Breach of Contract | 0.00 | 0.00 |
| Claims Against White Winston Asset Funds LLC & Todd Enright | Breach of Contract, Fiduciary Duty, Fraud, Defamation | 0.00 | Unknown |
| Claims Against Michael Fauver & Fauver Large Archbald & Spray LLP | Claims Arising from Representation of Debtor | 0.00 | Unknown |

Schedule A/B Part 10, Question 60 Attachment

Design-Logo, Trade Secrets, including recipes, and various Trademarks, including the following registered marks:

| Work Mark | Serial No.<br>Reg. No. |
|---|---|
| HOPPY POPPY<br>Class: 032 | 85/965,746<br>4,490,727 |
| Class: 032 | 85/965,768<br>4,504,504 |
| LIQUAMENTUM<br>Class: 032 | 85/965,780<br>4,606,703 |
| FIGTOBERFEST<br>Class: 041 | 86/092,323<br>4,650,520 |
| FIGTOBERFEST<br>Class: 032 | 86/092,328<br>4,882,052 |
| PARADISE RD<br>Class: 032 | 86/103,731<br>4,537,777 |
| STAGECOACH STOUT<br>Class: 032 | 86/106,952<br>4,543,543 |
| DAVY BROWN ALE<br>Class: 032 | 86/104,960<br>4,543,532 |
| BIG CONE<br>Class: 032 | 86/180,956<br>4,736,316 |
| LIZARD'S MOUTH<br>Class: 032 | 86/180,972<br>4,732,731 |
| FMB 101<br>Class: 032 | 86/183,157<br>4,761,228 |
| AGUA SANTA<br>Class: 032 | 86/361,530<br>5,091,648 |
| SHORT TANK<br>Class: 032 | 86/362,827<br>4,823,590 |
| ZERO TO SEXY<br>Class: 032 | 86/505,819<br>4,884,317 |
| PAINTED CAVE<br>Class: 032 | 86/579,538<br>4,808,607 |

| | |
|---|---|
| MAGPIE<br>Class: 032 | 86/579,550<br>4,808,608 |
| SURFLINER<br>Class: 032 | 86/579,563<br>4,808,609 |
| CZECH YO SELF<br>Class: 032 | 86/625,826<br>4,984,962 |
| HIP HOPPY SERIES<br>Class: 032 | 86/663,234<br>5,023,810 |
| WEISS WEISS BABY<br>Class: 032 | 86/679,646<br>4,910,160 |
| GIMME THAT NUT BROWN ALE<br>Class: 032 | 86/679,653<br>5,023,861 |
| WRECK YO SELF<br>Class: 032 | 86/679,670<br>5,004,815 |
| FIG MTN LIGHT<br>Class: 032 | 86/959,653<br>5,206,077 |
| I DUNKELED IN MY PANTS<br>Class: 032 | 87/083,746<br>5,248,912 |
| YOU'RE SUCH A DORT<br>Class: 032 | 87/083,752<br>5,129,085 |
| FMB CO.<br>Class: 032 | 76/706,099<br>4,017,461 |
| FIGUEROA MOUNTAIN<br>BREWING<br>Class: 032 | 76/701,235<br>3,941,000 |
| POINT CONCEPTION<br>Class: 032 | 88/016,251<br>5,860,039 |
| LAGERVILLE<br>Class: 041 | 88/318,989<br>5,856,833 |
| FMB SANTA BARBARA CITRUS<br>Class: 032 | 88/363,777<br>6,038,517 |
| EASY FMB SELTZERS<br>Class: 033 | 88/56,8790 |
| TROPICAL MAGIC<br>Class: 032 | 88/577,606 |

| | |
|---|---|
| HIKER'S HIGH | 88/577,609 |
| HOPWAY 101<br>Class: 032 | 85/973,038 |
| FIGTOBER<br>Class: 032 | 86/092,332 |
| HURRICANE DECK<br>Class: 032 | 86/103,736 |
| DANISH STYLE RED LAGER<br>Class: 032 | 86/104,956 |
| FMB 1<br>Class: 032 | 86/183,167 |
| STRAIGHT OUTTA HOPTON<br>Class: 032 | 86/679,659 |
| LAGERVILLE<br>Class: 032 | 88/318,974 |

**Schedule A/B, Part 7 Q39 Attachment:OFFICE FURNITURE**
Office Chair
Office Desk & Chair


**Schedule A/B, Part 7 Q40 Attachment -OFFICE FIXTURES**


**Schedule A/B, Part 7 Q41 Attachment- OFFICE EQUIPMENT**
Switch/Firewall Network
Sofware Microsoft Office
Software Access Point
Computer Network & Phone
Comuputer Cable & Network
Laser Printer/Copier
Comuputer Firewall
Computer Software
Computer Equipment
Office 365 Software
Office 365 Port
IPAD
Jaime's Cell Phone
Designers new Apple


**Schedule A/B, Part 8 Q50 Attachment -OTHER MACHINERY, FIXTURES &EQUIPMENT**
Wrap for Vehicles
Shed
Tents
Pump
Furniture
Equipment for Events
JPDOE Boxes
Folding Tables
Refrigeration Unit NEW
Mug Racks
Ice Machine
Software Taproom POS System
Tents
Magliner
Point of Sale System
Taproom Equipment Buellton
Mushroom Wood TR Buellton
Forklift Buellton
(2) Pallet Jacks Buellton
Tasting Boards Buellton
Electric Equipment Buellton
Lights Buellton
Furniture Garden Area Buellton

Cabinets Buellton
Bathroom Fixtures
Tasting Room Equipment
Tasting Room Equipment
Cameras (6)
Crowler Machanine-Motorized
Patio Tables
Chairs, Benches & Tables
Bar Tables
Chairs Taproom Buellton
Table Tops Buellton
Table Cloth
Furniture
Jordanos - Kitchen Equipment
Kanaloa Seafood - Equipment
Refrigerated Base
Clean Dishtable
Charbroiler
36" Range
Gas Cheesemelter
Convection Oven
Three Compartment
Food Pan Warmer
Heat Lamp
Reach-in Refrigerator
Reach-in Refrigerator
Reach-in Freezer
Countertop Griddle
Sandwich /Salad Pep Frige
Hand Sink 2
Work Table
Custom Model in Bound Freight
Solid Dishtable
Wire Shelving
Fryer
Work Table with Sink
Ice cuber
M&M Restaurant Supply (Fryer)
Point of Sale System-Santa Barbara
Televisions-Santa Barbara
Sound Sytem-Santa Barbara
Camera-Santa Barbara
Point of Sale System-Santa Barbara
Mug Rack
Vacuum Santa Barbara
Lighting LED
Tents

Gates
Generator Santa Barbara
Sound Sytem-Santa Barbara
Heaters SB
O/S Heaters SB
Umbrella Stands
Barstools
Lamps
Beer Garden Tables
Wood Seats
Tables
Outdoor Benches
Beer Garden
Tables SB
Furniture Wood Chairs SB
Projectors SB
Table Cloth SB
Furniture SB
Neon Signs
LED Lights
Equipment Los Olivos
Tasting Boards Los Olivos
Fixtures-Installation Los Olivos
Beer Dispenser System Los Olivos
Racks Los Olivos
Bar Top Resin Finish Los Olivos
Security Equipment Los Olivos
ADT Installation
Summit International - Shuffle Board
Micro Matic Keg Equipment
Kota Restaurant Supply - Kegerator
Crowler Machine
Chairs Taproom Los Olivos
Table Tops Image Source
Top Tables Los Olivos
Tall Tables Los Olivos
Barstools Los Olivos
Décor Pictures and Mirrors
Décor Barn Lights Los Olivos
Umbrella for Outside
Décor Horse and wagon
Smallwares
Telephone
Water Heater
Dough Mixer Parts
Stainless Steel Floor Fryer
PXC02 Heater

Liquid Gas Regulator
Beer Tanks
Water Treatment Equipment
Water Meter 2" Flowmeter
Volumne Meter
Hoses
Filter + Freight
Filter
9KW Immersion Heater
Pilot Brew System
Brewery Equipment
Hopper Bottom
7 BBL System with 4 X 15 BBL
Sump Pump
MBW Cat Carbon Auto Water
Tankless Water Heater
Crown Equipment
Brewing Equipment - 2014
Brew Smallwares
Brew Smallwares
High Tech Pump
Cole Parment
Pump
Lab Equipment
Lab Equipment
Lab Equipment
FH Pump
Chiller
Glycol Piping for Tanks
Fermentation Tanks (3)
Sump Pump & Installation
Fermentation Tanks Setup
Fermentation Tanks Electrical
New Tank Mounts
Base Plates - Deposit
Fermentation Tanks Installation
Velo Export 7.5 Filter
(2) 30 BBL Fermentation Vessell
(2) 30 BBL Fermentation Vessell
CIP Pump w/VFD
Chiller
(3) 60 BBL Fermentation Vessell
60 BBL Fermentation Vessell
60 BBL Jacketed Brite Tank
Drain Filters
Butterfly Valves Prem 1.5 CL
Tank Pads

30 BBL Fermentation Tank
Chiller
Install Pipes on New Tanks
Install Water Chiller
Outside Tanks
Grout Pad for Equipment Anchor (McCall 32600)
Grain Scale
Silo
Bottle Filler - Used
Kobalt Roller
Inline Labeler-used
Labeling Machine
Keg Washer
Bottling Machine
Yamada Sanitary Pump
Scales
Code Date Machine
Scale
Connectors
Lab Equipment
Hygiene Monitoring
Lab Equipment
Jockey Box
Jockey Box
(3) Jumbo Carts
Forklift
Heavy Duty Industrial Comp
Dolly
3 x 120 Fermentation Tank
Tank Project
Pinoli's Refrigeration

**Fill in this information to identify the case:**

Debtor name _____Figueroa Mountain Brewing, LLC_____

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): ____9:20-bk-11208-MB_____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Associated Winery System, Inc.

Creditor's mailing address
7787 Bell Road
Windsor, CA 95492

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
APE-BABY DEPAL SEMI-AUTO DEPALLETIZER - SERIAL#2712; APE-CARRIER 200 CARRIER PACKER - SERIAL# 2738; APE-ISOLA2HMBIER AUTO PACKING MACHING - SERIAL# 2913/2797; APE-PESA W1200 WEIGHT

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 117,619.31    $ Unknown

**2.2** Creditor's name
CFG Merchant Solutions, LLC

Creditor's mailing address
180 Maiden Lane
15th Floor, New York, NY 10038

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Accounts Receivable (Factoring Agreement)

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$47,507.78    $Unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 13,308,976.32

Debtor   Figueroa Mountain Brewing, LLC _____   Case number *(if known)*   9:20-bk-11208-MB
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Funding Metrics, LLC

_____

**Creditor's mailing address**

884 Town Center Dr.
Langhorne, PA 19047

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts Receivable (Factoring Agreement)

$0.00   $ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.4** **Creditor's name**
Montecito Bank & Trust

_____

**Creditor's mailing address**

PO Box 2460
Santa Barbara, CA 93120

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   [_____]

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Contract Rights and Deposit Accounts and proceeds thereof

$3,421,263.93   $ _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Figueroa Mountain Brewing, LLC
         Name                                    Case number (if known)   9:20-bk-11208-MB

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

National Funding, Inc.

**Creditor's mailing address**

9820 Town Centre Dr.

Suite 200, San Diego, CA 92121

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Inventory; Chattel Paper; Accounts, including but not limited to all Receivables, Equipment, General Intangibles; Furniture; Fixtures; and proceeds thereof

$45,000.00      $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

**2.6** Creditor's name

Nissan Motor Acceptance Corporation

**Creditor's mailing address**

8900 Freeport Parkway

Irving, TX 75063

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Forklift

$ 0.00      $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** **Creditor's name**
State of California

_____

**Creditor's mailing address**

PO Box 826880

Lien Group, MIC 92G, Sacramento, CA 942

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All real and personal property

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,290.92          $ _____

---

**2.8** **Creditor's name**
State of California

_____

**Creditor's mailing address**

P.O. Box 826880

Lien Group, MIC 92G, Sacramento, CA 942

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

[ ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All real and personal property

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,973.91          $ _____

---

Debtor  Figueroa Mountain Brewing, LLC _____    Case number *(if known)*  9:20-bk-11208-MB
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** **Creditor's name**
Tank2Tap
_____

**Describe debtor's property that is subject to a lien**

Various brewing equipment

$Unknown _____   $ _____

**Creditor's mailing address**

2313 Thayer St.
Evanston, IL 60201
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Describe the lien**

_____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** **Creditor's name**
Tognazzini Beverage Service
_____

**Describe debtor's property that is subject to a lien**

750lb Co2 Storage Vessel by Chart Industries, Serial # 31522056; Vaporman 125 Vaporizer by Chart Industries, Serial # 31519005

$ 6,602.17 _____   $ _____

**Creditor's mailing address**

241 Roemer Way
Santa Maria, CA 93454
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Describe the lien**

_____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Figueroa Mountain Brewing, LLC _____    Case number (if known) __9:20-bk-11208-MB__
           Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** **Creditor's name**
U.S. Small Business Administration

**Creditor's mailing address**

1545 Hawkins Blvd.
Suite 202, El Paso, TX 79925

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible personal property

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $150,000.00    Column B: $ _____

---

**2.12** **Creditor's name**
White Winston Select Asset Funds, LLC

**Creditor's mailing address**

265 Franklin St.
Suite 1702, Boston, MA 02110

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Inventory, Chattel Paper, Accounts, Equipment, General Intangibles, Contract Rights and Deposit Accounts and proceeds thereof

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $ 9,490,718.30    Column B: $ _____

---

| Debtor | Figueroa Mountain Brewing, LLC | | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Figueroa Mountain Brewing, LLC

United States Bankruptcy Court for the:   Central District of California

Case number   9:20-bk-11208-MB
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
City of Buellton
P.O. Box 1819
Buellton CA 93427
USA

As of the petition filing date, the claim is: $ 51,377.99    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.2**   Priority creditor's name and mailing address
City of Santa Barbara
P.O. Box 1990
Santa Barbara CA 93102-1990
United States

As of the petition filing date, the claim is: $ 1,011.64    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3**   Priority creditor's name and mailing address
City of Santa Barbara - Cashiering
P.O. Box 1990
Santa Barbara CA 93102-1990
United States

As of the petition filing date, the claim is: $ 0.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** **Priority creditor's name and mailing address**
City of Santa Barbara Planning Division
P.O. Box 1990
Santa Barbara CA 93102-1990
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** **Priority creditor's name and mailing address**
City of Santa Maria
P.O. Box 140548
Irving TX 75014-0548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14.80      $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** **Priority creditor's name and mailing address**
Department of Alcohol Beverage Control
3927 Lennane Drive, Ste 100
Sacramento CA 95834
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,352.25      $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** **Priority creditor's name and mailing address**
Department of Motor Vehicles
2415 1st Ave.
Mail Station F101
Sacramento, CA 95818-2606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00      $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Figueroa Mountain Brewing, LLC
        Name                                    Case number *(if known)*  9:20-bk-11208-MB

| **Part 1.** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |

**2.8 Priority creditor's name and mailing address**

Department of the Treasury
10067 Bellefontaine Road
St. Louis MO 63137
USA

$ Unknown                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.9 Priority creditor's name and mailing address**

Department of the Treasury
1310 G Street NW Box 12
Washington DC DC 20005
USA

$ Unknown                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.10 Priority creditor's name and mailing address**

Employment Development Department
P.O. Box 826880, MIC 83
Sacramento CA 94280-0001
United States

$ Unknown                    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.11 Priority creditor's name and mailing address**

Franchise Tax Board
P.O. BOX 942857
Sacramento CA 94257-0631
United States

$ 15,542.74                  $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12  Priority creditor's name and mailing address**

Harry E. Hagen, Treasurer-Tax Collector
P.O. Box 579
Santa Barbara CA 93102-0579
United States

$ 418,701.85        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.13  Priority creditor's name and mailing address**

Pacific HR
2028 Village Lane Suite #205
Solvang CA 93463
United States

$ 0.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.14  Priority creditor's name and mailing address**

State Board of Equalization
P.O. Box 942879
Sacramento CA 94279-7070
USA

$ 84,532.53        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___  Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor  Figueroa Mountain Brewing, LLC _____  Case number *(if known)* 9:20-bk-11208-MB
        Name

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
101 Rolloffs & Recycling Services
P.O. Box 290
Los Olivos CA 93441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
3D Fire Protection
P.O. Box 1389
Santa Ynez CA 93460
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
47 Hops LLC
P.O Box 10747
Yakima WA 98909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
4imprint, Inc.
P.O. Box 320
Oshkosh WI 54901
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _____

$ 1,109.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
71-73 Industrial Way, LLC
45 Industrial Way
Buellton CA 93427
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 287,406.68

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
805 Signs
84 Industrial Way
Buellton CA 93427
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC _____    Case number *(if known)* 9:20-bk-11208-MB _____

Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

A & A Pump & Well Service
123 Industrial Way
Buellton CA 93427
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.8** Nonpriority creditor's name and mailing address

A Plus Constructors, Inc
1595 Burnt Rock Way
Templeton CA 93465

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.9** Nonpriority creditor's name and mailing address

A Plus Signs
4270 N Brawley Ave
Fresno CA 93722
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.10** Nonpriority creditor's name and mailing address

A.S.A.P
P.O. Box 604
Santa Ynez CA 93460

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.11** Nonpriority creditor's name and mailing address

AA Label Inc
6958 Sierra Ct
Dublin CA 94568
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 13,895.28

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number _(if known)_    9:20-bk-11208-MB
_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 12**   **Nonpriority creditor's name and mailing address**

Abalone Coast Analytical, Inc.
141 Suburban Rd. Ste. C-1
San Luis Obispo CA 93401
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.00

---

**3. 13**   **Nonpriority creditor's name and mailing address**

ACME Construction Supply
15020 Desmand Rd
La Mirada CA 90638-5735

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 14**   **Nonpriority creditor's name and mailing address**

Acorn Paper
30423 CANWOOD ST. #108 AGOURA HILLS,
CA 91301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,390.71

---

**3. 15**   **Nonpriority creditor's name and mailing address**

ACT LEGALLY
P.O. 254491
Sacramento CA 95865
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 16**   **Nonpriority creditor's name and mailing address**

ADCO Manufacturing
2170 Academy Ave.
Sanger CA 93657
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number _(if known)_    9:20-bk-11208-MB
　　　　Name

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. |  |

**3.17** Nonpriority creditor's name and mailing address

ADT
759 Ward Drive
Santa Barbara CA 93111
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,999.11

---

**3.18** Nonpriority creditor's name and mailing address

Advance Cable Systems
3024-C De La Vina
Santa Barbara CA 93105
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.19** Nonpriority creditor's name and mailing address

Advance Design in Asphalt by Hayes & Sons
828 Calimex  Road
Nipomo CA 93444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.20** Nonpriority creditor's name and mailing address

Advertising Art Studios, Inc
4120 N Calhoun Rd
Suite # 200
Brookfield, WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,971.00

---

**3.21** Nonpriority creditor's name and mailing address

Agility
21906 Arnold Center Rd
Carson CA 90810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor  Figueroa Mountain Brewing, LLC                    Case number (if known)  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.22**  **Nonpriority creditor's name and mailing address**

AGS Publications
P.O. Box 1149
Crowley TX 76036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.23**  **Nonpriority creditor's name and mailing address**

Ahern Rentals
P.O. Box 271390
Las Vegas NV 89127-1390

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59,885.67

---

**3.24**  **Nonpriority creditor's name and mailing address**

AIR Testing Services
2472 Eastman Ave
#34
Ventura CA 93003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.25**  **Nonpriority creditor's name and mailing address**

AJAX /Santa Barbara
401 E Montecito Street
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.26**  **Nonpriority creditor's name and mailing address**

AJS & Associates , Inc
200 Industrial Drive
Random Lake WI 53075
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number _(if known)_ | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 27 | **Nonpriority creditor's name and mailing address**

Albertson's LLC
222 E Highway 246
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 28 | **Nonpriority creditor's name and mailing address**

Alejandro Uribe Rico
606 Alamo Pintado
Solvang CA 93463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 29 | **Nonpriority creditor's name and mailing address**

ALL CRYO
21500 Sharp Rd
Montgomery TX 77356

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 2,597.39

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 30 | **Nonpriority creditor's name and mailing address**

Allan C Teixeira
550 Thousand Hills Rd
Pismo Beach CA 93449
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 19,932.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 31 | **Nonpriority creditor's name and mailing address**

Allied Central Coast
P.O. Box 842685
Los Angeles CA 90084

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10 of 138

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32  **Nonpriority creditor's name and mailing address**

Allstar Heating & Air Conditioning
47 Industrial Way
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Alpha Fire Corp
650 Sweeney Lane
San Luis Obispo CA 93401
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34  **Nonpriority creditor's name and mailing address**

Alpha Inc
3350 Liberty SQ Pkwy
Turlock CA 95381
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Alpha Omega
4910 Edna Rd
San Luis Obispo CA 93401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 756.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Alta Imaging Supplies
126 South Broadway Street
Suite # 112
Checotah OK 74426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC _____    Case number (if known) 9:20-bk-11208-MB _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37**  Nonpriority creditor's name and mailing address

Alvarado Street Brewery
1315 Dayton St
#E
Salinas CA 93901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.38**  Nonpriority creditor's name and mailing address

Amber Ramirez
3455 Marvin Street
Santa Maria, CA 93455

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 84.00

---

**3.39**  Nonpriority creditor's name and mailing address

American Brewers Guild
1001 Maple St
Salisbury VT 05769
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.40**  Nonpriority creditor's name and mailing address

American Express
P.O. Box 0001
Los Angeles CA 90096-8000
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.41**  Nonpriority creditor's name and mailing address

American Star Trailways
791 Price Street #204
Pismo Beach CA 93449

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

Debtor  Figueroa Mountain Brewing, LLC
        Name

Case number (if known)  9:20-bk-11208-MB

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

AmeriGas
912 W Betteravia Road
Santa Maria CA 93455
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 937.91

---

**3.43** Nonpriority creditor's name and mailing address

Ames Roofing, Inc.
1825 Olive Dr.
Santa Maria CA 93454
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.44** Nonpriority creditor's name and mailing address

Amoretti
451 Lombard Street
Oxnard CA 93030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.45** Nonpriority creditor's name and mailing address

Anderson Brothers Design & Supply
212 Main Street
Seal Beach CA 90740
US

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.46** Nonpriority creditor's name and mailing address

Andrew Calles
226 Terri Sue
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 13 of 138

Debtor  Figueroa Mountain Brewing, LLC
_____
Name

Case number *(if known)*  9:20-bk-11208-MB
_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Anthony Calles
705 Central Ave Unit #16
Buellton CA 93427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.48** Nonpriority creditor's name and mailing address

Anthony De Dios
388 Park St
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.49** Nonpriority creditor's name and mailing address

Anthony Grimes
150 Second Street
Santa Barbara CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.50** Nonpriority creditor's name and mailing address

Anthony Knight
70 Valley Station Circle
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes |
| Last 4 digits of account number _____ | |

---

**3.51** Nonpriority creditor's name and mailing address

Antigo Zeon
1412 Deleglise Stree
Antigo WI 54409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 4,407.76

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** ☑ No ☐ Yes |
| Last 4 digits of account number _____ | |

Debtor ___Figueroa Mountain Brewing, LLC___  Case number _(if known)_ __9:20-bk-11208-MB__
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Anton Paar Usa, Inc.
10215 Timber Ridge Dr
Ashland VA 23005
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.53** Nonpriority creditor's name and mailing address

Apex Auto Glass
1020 W Betteravia  Rd  # A
Santa Maria CA 93455
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.54** Nonpriority creditor's name and mailing address

Applied Industrial Technologies - CA LLC
1010 W Betteravia Rd
Santa Maria CA 93455
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 467.46

---

**3.55** Nonpriority creditor's name and mailing address

Aramark Uniform Services
2680 Palumbo Drive
Lexington, KY 40509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,387.33

---

**3.56** Nonpriority creditor's name and mailing address

Argo Logistics Group
P.O. Box 867
Capitola GA 95010
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|--------|-------------------------------|------------------------|------------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.**57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 450.00 |
|---|---|---|---|

ARI GUSSOW
3859 Uranus Ave
Lompoc, CA 93436

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

| 3.**58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 0.00 |
|---|---|---|---|

Arizona Department of Liquor
800 W. Washington St. #5
Phoenix AZ 85007
United States

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

| 3.**59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 0.00 |
|---|---|---|---|

Arizona Department of Revenue
Department of Revenue
Phoenix AZ 85038-9032
United States

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

| 3.**60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 0.00 |
|---|---|---|---|

Armadillo Insight
818 S 9 TH St
Mount Vernon WA 98274-4014

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

| 3.**61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 1,424.56 |
|---|---|---|---|

ASCAP
P.O. BOX 331608
Nashville TN 37203-7515
United States

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: -

| Date or dates debt was incurred | _____ | Is the claim subject to offset? |
| Last 4 digits of account number | _____ | ☑ No ☐ Yes |

Debtor    Figueroa Mountain Brewing, LLC
Name

Case number (if known)    9:20-bk-11208-MB

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.62 Nonpriority creditor's name and mailing address**

Ascendant Spirits Inc.
118 Calle Bello
Santa Barbara CA 93108
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.63 Nonpriority creditor's name and mailing address**

ASCNASH
P.O. BOX 331608
Nashville TN 37203-7515
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.64 Nonpriority creditor's name and mailing address**

Ashley Wedel
1016 Archer Street
Lompoc CA 93436
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.65 Nonpriority creditor's name and mailing address**

Astro Packaging
1300 N Jefferson St
Anaheim CA 92807

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 120.18

---

**3.66 Nonpriority creditor's name and mailing address**

Atascadero Glass
8730 El Camino Real
Atascadero CA 93422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 67 **Nonpriority creditor's name and mailing address**

Atradius Collections, Inc.
3500 Lacey Rd Ste 220
Downers Grove IL 60515
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 68 **Nonpriority creditor's name and mailing address**

ATT
PO BOX 5025 CAROL STREAM
IL 60197-5025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 289.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 69 **Nonpriority creditor's name and mailing address**

Authentic Leather Patch Company, LLC
85 Industrial Way Suite C
Buellton CA 93463
US

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 70 **Nonpriority creditor's name and mailing address**

Baker's Table
3563 Numancia St,
Santa Ynez CA 93460
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 71 **Nonpriority creditor's name and mailing address**

Ball Rig Welding LLC
68 STUART CT
OROVILLE CA 95965

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 49,308.61

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 72 **Nonpriority creditor's name and mailing address**

Bank of America
P.O. Box 15019
Wilmington DE 19886-5019
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 73 **Nonpriority creditor's name and mailing address**

Bank of America - Visa
PO Box 15019
Wilmington DE 19886-5019
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 74 **Nonpriority creditor's name and mailing address**

BANWILM
P.O. Box 15019
Wilmington DE 19886-5019
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 75 **Nonpriority creditor's name and mailing address**

Bates Concrete Construction
213 Willow Drive
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 76 **Nonpriority creditor's name and mailing address**

Battaglia Commercial  Real State
2901 Grand Ave
Suite D
Los Olivos CA 93441

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 864.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC                    Case number (if known)  9:20-bk-11208-MB
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.77**  Nonpriority creditor's name and mailing address

Bay Alarm
P.O. Box 7137
San Francisco CA 94120-7137
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3.78**  Nonpriority creditor's name and mailing address

BAYSANF
P.O. Box 7137
San Francisco CA 94120-7137
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3.79**  Nonpriority creditor's name and mailing address

BC Industrial Services
2220 Eastman Ave #112
Ventura CA 93003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 3,673.62

---

**3.80**  Nonpriority creditor's name and mailing address

BC Pump Sales & Service Inc.
P.O. Box 6655
Santa Maria CA 93456-6655
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3.81**  Nonpriority creditor's name and mailing address

BCPSANT
P.O. Box 6655
Santa Maria CA 93456-6655
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

Debtor  Figueroa Mountain Brewing, LLC  
     Name

Case number *(if known)*  9:20-bk-11208-MB

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.82**    **Nonpriority creditor's name and mailing address**

Beall Insurance Services
130 W Vine Street
Redlands CA 92373
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

$ 20,406.05

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.83**    **Nonpriority creditor's name and mailing address**

Bear Market Riot, LLC
3013 Park St
Paso Robles CA 93446
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

$ 400.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.84**    **Nonpriority creditor's name and mailing address**

Bedford Scrap Metal
1940 W. Betteravia Road
Santa Maria CA 93455

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

$ 140.10

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.85**    **Nonpriority creditor's name and mailing address**

Bee Safe Lock & Key
906 S Broadway
Santa Maria CA 93427

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.86**    **Nonpriority creditor's name and mailing address**

Berry Man, Inc.
205 West Montecito
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC                    Case number (if known)  9:20-bk-11208-MB
              Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.87** Nonpriority creditor's name and mailing address

Best Label  Company Inc
2900  Faber  Street
Union City CA 94587

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.88** Nonpriority creditor's name and mailing address

Beverage Wise LLC
PO Box 645
Solvang CA 93464
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,992.50

---

**3.89** Nonpriority creditor's name and mailing address

Big I's Sheet Metal and Welding
817 Marilla Ave
Santa Barbara CA 93101
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.90** Nonpriority creditor's name and mailing address

Big Red Crane Company
162 Baldwin Rd
Ojai California 93023

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,982.54

---

**3.91** Nonpriority creditor's name and mailing address

Blaze Builders, Inc
11617 Cardelina Lane
Atascadero CA 93422

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,362.50

---

Debtor  Figueroa Mountain Brewing, LLC
        Name

Case number (if known)  9:20-bk-11208-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92  Nonpriority creditor's name and mailing address**

BlazerPR
808 State Street at El Paseo
Santa Barbara CA 93101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 3,540.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93  Nonpriority creditor's name and mailing address**

Blindtiger
2012 NORTHWEST MARKET ST.
SEATTLE, WA 98107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 4,506.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94  Nonpriority creditor's name and mailing address**

Blue Shield of CA
234 Cross St
Woodland CA 956954600
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95  Nonpriority creditor's name and mailing address**

BMI
10 music Square Esat
Nashville TN 37203-4399

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 1,128.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96  Nonpriority creditor's name and mailing address**

BOAWILM
PO Box 15019
Wilmington DE 19886-5019
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
    Name

Case number *(if known)*    9:20-bk-11208-MB

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.97**  **Nonpriority creditor's name and mailing address**

Boelter
4650 N Port Washington Rd
Washington Bldg 2nd Floor
Milwaukee WI 53212-1059
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 3,098.71

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**

Bonicomm
Via Guareschi 5
Basilicanova 43022
Italy

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 255.00

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**  **Nonpriority creditor's name and mailing address**

Boo Scarpati
P.O Box 288
Los Olivos CA 93441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

Bottenfield Construction
24832 Apple St
New Hall CA 91321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101**  **Nonpriority creditor's name and mailing address**

Braun & Associates, Inc.
P.O. Box 2004
Buellton CA 91189-1125
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)*    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102  **Nonpriority creditor's name and mailing address**

Brax Process and Pump Equipment
2115 Hellman Ave Unit H
Ontario CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.** 103  **Nonpriority creditor's name and mailing address**

BREBOUL
736 Pearl St.
Boulder CO 80302
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 60.00

---

**3.** 104  **Nonpriority creditor's name and mailing address**

BRESACR
1415 L Street
Sacramento CA 95814
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.** 105  **Nonpriority creditor's name and mailing address**

Brewers Association
736 Pearl St.
Boulder CO 80302
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,885.00

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Brewers Supply Group
PO Box 74769
Chicago IL 60694-4769
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 53,814.32

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ __9:20-bk-11208-MB__
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107 | **Nonpriority creditor's name and mailing address**

Brewery  REX
600 West Knepp Ave
Fullerton CA 92832

$ 0.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 108 | **Nonpriority creditor's name and mailing address**

Brewery Outfitters
828 S.E. Ash St. Unit A
Portland OR 97214
United States

$ 0.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 109 | **Nonpriority creditor's name and mailing address**

Brewing Science Institute
779 Gold Hill Pl S
Woodland Park CO 80863
United States

$ 2,680.58

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 110 | **Nonpriority creditor's name and mailing address**

Brian Black

$ 275.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 111 | **Nonpriority creditor's name and mailing address**

Brian Flynn
320 Sycamore Dr.
Buellton CA 93427
United States

$ 0.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC _____    Case number *(if known)* 9:20-bk-11208-MB
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 112   **Nonpriority creditor's name and mailing address**

Brian Green
4735 Andrita St.
Santa Barbara CA 93110
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 113   **Nonpriority creditor's name and mailing address**

Bright Events
1120 Mark Avenue
Carpinteria CA 93013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

$ 761.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 114   **Nonpriority creditor's name and mailing address**

Brothers Glass
1230 Mission Dr
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 115   **Nonpriority creditor's name and mailing address**

Bryan Titus
418 W Islay St
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 116   **Nonpriority creditor's name and mailing address**

Buellton Auto Parts
613 Avenue of Flags
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number *(if known)*    9:20-bk-11208-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 117  **Nonpriority creditor's name and mailing address**

Buellton Chamber of Commerce
P.O. Box 231
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 450.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 118  **Nonpriority creditor's name and mailing address**

Buellton Garage Inc
320 Central Avenue
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 119  **Nonpriority creditor's name and mailing address**

Buellton Medical Clinic
195 W. HWY 246
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 120  **Nonpriority creditor's name and mailing address**

C J Strand Properties
1411 Marsh Street
San Luis Obispo CA 93401
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 17,982.63

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 121  **Nonpriority creditor's name and mailing address**

C.H. Robison
P.O.Box 9121
Minneapolis MN 55480
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC                    Case number (if known)    9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** **Nonpriority creditor's name and mailing address**

CA Department of Public Health
P.O.Box  997435 MS 7602
Sacramento CA 95899-7435
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

CA State Disbursments unit
P.O. Box 989067
West Sacramento CA 95798
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

Cal Coast Irrigation
180 Industrial Way  # B
Buellton CA 93427
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 413.71

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**

CAL-THERM, INC
5595 Daniels  St
Suite F
Chino CA 91710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 44,700.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** **Nonpriority creditor's name and mailing address**

California Craft Brewers Association
555 Capitol Mall St
#1275
Sacramento CA 95814
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC                    Case number (if known)    9:20-bk-11208-MB
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 127  **Nonpriority creditor's name and mailing address**

California Department of Public Health
P.O. Box 997435, MS 7602
Chico CA 95899-7435
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 128  **Nonpriority creditor's name and mailing address**

California Secretary of State
P.O. Box 944260
Sacramento CA 94244-2600
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 129  **Nonpriority creditor's name and mailing address**

CalRecycle
P.O. Box 4025
Sacramento CA 95812-4025
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 804.66

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 130  **Nonpriority creditor's name and mailing address**

Captuer Headwear
PO BOX 71130
SPRINGFIELD OR 97475

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 287.24

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 131  **Nonpriority creditor's name and mailing address**

Central Coast Brewing
1422 Monterey  St
Ste # B100
San Luis Obispo CA 93401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB___
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 132    **Nonpriority creditor's name and mailing address**

Central Coast Distribution
815 South Blosser Road
Santa Maria CA 93458
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 133    **Nonpriority creditor's name and mailing address**

Central Coast Heating & Air
623 Barberry Way
Nipomo CA 93444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 134    **Nonpriority creditor's name and mailing address**

Central States Equipment  & Service
2700 Partnership Blvd
Springfield MO 65803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 135    **Nonpriority creditor's name and mailing address**

CenturyLink
P.O. Box 910182
Denver CO 80291-0182
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 26,861.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 136    **Nonpriority creditor's name and mailing address**

CES
1036 West Taft Ave
#150
Orange CA 92865

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 100.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB___
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

Chambers and Chambers
2140 Palou Ave.
San Francisco CA 94124
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.138** Nonpriority creditor's name and mailing address

Chapman
123 N Cypress St
Orange CA 92866

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.139** Nonpriority creditor's name and mailing address

Chase
P.O. Box 94014
Palatine IL 60094-4014
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 23,080.25

---

**3.140** Nonpriority creditor's name and mailing address

Chef Tacos
1117 N Creston St
Santa Maria CA 93458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,534.00

---

**3.141** Nonpriority creditor's name and mailing address

Chemsearch
23261 Network Place
Chicago IL 60673-1232
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,689.74

Debtor    Figueroa Mountain Brewing, LLC                  Case number *(if known)*    9:20-bk-11208-MB
       Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** 142   **Nonpriority creditor's name and mailing address**

China Container Line
10350 Heritage Park Drive
Santa Fe Springs CA 90670
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 0.00

---

**3.** 143   **Nonpriority creditor's name and mailing address**

CIP
91 E Second St
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 0.00

---

**3.** 144   **Nonpriority creditor's name and mailing address**

CITIG INC
347 Chapala St
Santa Barbara CA 93101
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 1,070.00

---

**3.** 145   **Nonpriority creditor's name and mailing address**

City of Solvang
1644 Oak Street
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 0.00

---

**3.** 146   **Nonpriority creditor's name and mailing address**

CJMSANT
300 East Canon Perdido
Santa Barbara CA 93101
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 2,001.63

---

Debtor    Figueroa Mountain Brewing, LLC    Case number (if known)    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3. 147** Nonpriority creditor's name and mailing address

Classic Party Rentals-SY
55 Industrial Way
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3. 148** Nonpriority creditor's name and mailing address

Clay's Septic & Jetting Inc
867 Guadalupe Street
Guadalupe CA 93434
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3. 149** Nonpriority creditor's name and mailing address

CLESANT
3463 State Street
Santa Barbara CA 93105
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3. 150** Nonpriority creditor's name and mailing address

Cln Worldwide, LLC
8530 -A Steele Creek Place Drive
Charlotte NC 28273
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3. 151** Nonpriority creditor's name and mailing address

COASEQU
P.O. 3582
Sequim WA 98382
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

Debtor | Figueroa Mountain Brewing, LLC
Name

Case number *(if known)*  9:20-bk-11208-MB

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 152  **Nonpriority creditor's name and mailing address**

Coast Engineering & Survey, Inc
560 Left Street
San Luis Obispo CA 93401
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 153  **Nonpriority creditor's name and mailing address**

Coast Fluid-Aire, Inc
547 West Betteravia Rd # G
Santa Maria CA 93455
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 154  **Nonpriority creditor's name and mailing address**

Coast Hills Credit Union
125 N Moorpark Rd
Thousand Oaks CA 91360
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 155  **Nonpriority creditor's name and mailing address**

Coast Winery Sytems
P.O. 3582
Sequim WA 98382
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 156  **Nonpriority creditor's name and mailing address**

Coastal Byproducts
133 E De La Guerra St
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 330.00

---

Debtor  Figueroa Mountain Brewing, LLC                                          Case number (if known)  9:20-bk-11208-MB
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.157  Nonpriority creditor's name and mailing address**

Coastal Valleys Roofing
436 Gay Dr
Buellton CA 93427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,350.00

**3.158  Nonpriority creditor's name and mailing address**

Colgate Carpet & Upholster
360 Terrace Court
Buellton CA 93427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 690.00

**3.159  Nonpriority creditor's name and mailing address**

COMAC
VIA Guareschi 5
Basilicanova 43022
Italy

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 56,786.70

**3.160  Nonpriority creditor's name and mailing address**

Comcast
P.O. Box 34744
Seattle CA 98124-1744
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 6,055.28

**3.161  Nonpriority creditor's name and mailing address**

Commercial Energy
DEPT LA 23708
Pasadena CA 91185-3708
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☒ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 6,205.48

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number (if known) ___9:20-bk-11208-MB___
              Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 162  **Nonpriority creditor's name and mailing address**

CompuVision
1421 State St. Suite F
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**    $ 43.09
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 163  **Nonpriority creditor's name and mailing address**

ConsciousKombucha
707 Cathedral Pointe  Lane
Santa Barbara CA 93111
United States

**As of the petition filing date, the claim is:**    $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 164  **Nonpriority creditor's name and mailing address**

Country Malt
P.O. Box 51602
Los Angeles CA 90051-5902
USA

**As of the petition filing date, the claim is:**    $ 61,547.96
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 165  **Nonpriority creditor's name and mailing address**

County of Sanitation Company
P.O. Box 950
Ventura CA 93002
United States

**As of the petition filing date, the claim is:**    $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 166  **Nonpriority creditor's name and mailing address**

County of Santa Barbara Planning and
Development
123 E Anapamu St
Santa Barbara CA 93101-2058
United States

**As of the petition filing date, the claim is:**    $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 167 **Nonpriority creditor's name and mailing address**

County of Santa Barbara Public
123 E. Anapamu St.
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 168 **Nonpriority creditor's name and mailing address**

County of SB Environmental Health Services
2125 S Centerpointe Parkway  # 333
Santa Maria CA 93455
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 912.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 169 **Nonpriority creditor's name and mailing address**

COUVENT
P.O. Box 950
Ventura CA 93002
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 170 **Nonpriority creditor's name and mailing address**

COWSOLV
P.O. Box 741
Solvang CA 93464
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 171 **Nonpriority creditor's name and mailing address**

COX Business
P.O. Box 79172
Phoenix AZ 85062-9172
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 4,134.73

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC                    Case number *(if known)*    9:20-bk-11208-MB
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** Nonpriority creditor's name and mailing address

COXPHOE
P.O. Box 79172
Phoenix AZ 85062-9172
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.173** Nonpriority creditor's name and mailing address

Cozzini Bros., Inc.
350 Howard Ave
Des Plaines IL 600181908
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 245.00

---

**3.174** Nonpriority creditor's name and mailing address

CPC LTD
18 Pepin St. Unit #A-2
West Warwick RI 2893
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.175** Nonpriority creditor's name and mailing address

CPCWEST
18 Pepin St. Unit #A-2
West Warwick RI 02893
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.176** Nonpriority creditor's name and mailing address

Craft Beer & Brewing
214 S. College Ave
Fort Collins AZ 80524
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)*    9:20-bk-11208-MB
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** ⌷177 **Nonpriority creditor's name and mailing address**

Craft Beverage Compliance
P.O. Box 3274
Huntington Beach CA 92605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** ⌷178 **Nonpriority creditor's name and mailing address**

Crosby Hops
18564 Arbord Grove
Woodburn CA 97071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,657.29

---

**3.** ⌷179 **Nonpriority creditor's name and mailing address**

Custom Breweries Inc
8444 Aitken Road
Unit #B
Chilliwack, BC V2R3W8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,467.43

---

**3.** ⌷180 **Nonpriority creditor's name and mailing address**

Custom Hardware Inc
82 Industrial Way
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 308.24

---

**3.** ⌷181 **Nonpriority creditor's name and mailing address**

Cyber Copy
621 Via Alondra  ST
Camarillo CA 93012
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 322.48

---

Debtor  Figueroa Mountain Brewing, LLC _____    Case number *(if known)*  9:20-bk-11208-MB _____
Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 182 **Nonpriority creditor's name and mailing address**

D. Volk Wines
3160 Glengary Road
Santa Ynez CA 93460
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 183 **Nonpriority creditor's name and mailing address**

DAHL AIR CONDITIONING
85 Industrial Way  Suite # H
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 184 **Nonpriority creditor's name and mailing address**

Daniel Gomez
419 Central Ave
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 185 **Nonpriority creditor's name and mailing address**

Daniel Urquhart
1026 Butterfly Court
Santa Maria CA 93455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 186 **Nonpriority creditor's name and mailing address**

David Esdaile
340 Valley Dairy Rd.
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC
       Name

Case number (if known)  9:20-bk-11208-MB

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.187  **Nonpriority creditor's name and mailing address**

David Purling
P.O. Box 60709
Santa Barbara CA 93160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.188  **Nonpriority creditor's name and mailing address**

David Sipes
11 Linden Drive
Cohasset WA 02025

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.189  **Nonpriority creditor's name and mailing address**

David Traille
777 Arroyo Way
Orcutt CA 93455
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.190  **Nonpriority creditor's name and mailing address**

Davmar
1775 Callens Rd
Ventura CA 930035610
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.191  **Nonpriority creditor's name and mailing address**

Diaz Automotive & Tires
141 E Highway 246
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 100.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Debtor ___Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB___
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192  Nonpriority creditor's name and mailing address**

DirecTV
P.O. Box 60036
Los Angeles CA
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,222.99

---

**3.193  Nonpriority creditor's name and mailing address**

DMHA Architecture+Interior Design
1 N Cesar Chavez
Santa Barbara CA 93103
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.194  Nonpriority creditor's name and mailing address**

Docuproducts
P.O. Box 660831
Dallas TX 75266-0831
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,756.99

---

**3.195  Nonpriority creditor's name and mailing address**

DPM Plumbing
P.O. Box 1353
Santa Ynez CA 93460
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.196  Nonpriority creditor's name and mailing address**

Draft Beer Maintenance
13751 Yellowtone Dr
Santa Ana CA 92705
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** Nonpriority creditor's name and mailing address

Draft Magazine
600 University St. Stuite 2328
Seattle WA 98101
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.198** Nonpriority creditor's name and mailing address

Draughtsmen Aleworks
53 Santa Felicia
Goleta CA 93117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.199** Nonpriority creditor's name and mailing address

DRINKTANKS
40 SW Century Drive
Suite  100
Bend OR 97702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 631.12

---

**3.200** Nonpriority creditor's name and mailing address

Drown Consulting LLC
11503 Spruce Run Drive
Sant Diego CA 92131
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.201** Nonpriority creditor's name and mailing address

Durbiano Fire Protection
P.O. Box 147
Santa Barbara CA 93102-0147

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)*    9:20-bk-11208-MB
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 202    Nonpriority creditor's name and mailing address

Eastman Company
23 W Prade St
Santa Barbara CA 93105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,475.96

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 203    Nonpriority creditor's name and mailing address

Eco Air Refrigeration
P.O. Box 1628
Pismo Beach CA 93448
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 345.00

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 204    Nonpriority creditor's name and mailing address

Ecolab
P.O Box 100512
Pasadena CA 91189-0512
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,346.10

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 205    Nonpriority creditor's name and mailing address

Ecolab Food Specialist Inc
24198  Network Place
Chicago IL 60673-1241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 95.98

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 206    Nonpriority creditor's name and mailing address

Ecolab Pest Elim.Div
26252 Network Place
Chicago IL 60673-1262
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Figueroa Mountain Brewing, LLC _____    Case number _(if known)_    9:20-bk-11208-MB _____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 207 **Nonpriority creditor's name and mailing address**

Edison, So. Cal
P.O. Box 600
Rosemead CA 91771-0001
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,033.94

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 208 **Nonpriority creditor's name and mailing address**

Edna's Bakery
390 Buckly Road  # F
San Luis Obispo CA 93401
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,772.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 209 **Nonpriority creditor's name and mailing address**

Edward Schram
3366 Shadetree  Way
Camarillo CA 93012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 210 **Nonpriority creditor's name and mailing address**

Effele
719 2nd Ave 1075
Seattle WA 98104
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 841.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 211 **Nonpriority creditor's name and mailing address**

El Rancho Marketplace
555 Five Cities Dr
Pismo Beach CA 93449
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC  Case number *(if known)* 9:20-bk-11208-MB
_____
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.212**   **Nonpriority creditor's name and mailing address**

Electric Motor Works
803 INYO STREET
P.O. BOx 3349
Bakersfield CA 93305

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.213**   **Nonpriority creditor's name and mailing address**

Elite Party Rentals
209 W. Hwy. 246
Buellton CA 93427
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.214**   **Nonpriority creditor's name and mailing address**

Elverhoj Museum
1624 Elverhoy Way
Solvang CA 93463

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.215**   **Nonpriority creditor's name and mailing address**

Empire Electrical Solutions Inc.
3904-7 Broad St Ste 416
San Luis Obispo CA 93401
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 52,363.76

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.216**   **Nonpriority creditor's name and mailing address**

EMPSACR
P.O. Box 826880, MIC 83
Sacramento CA 94280-0001
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____    Case number *(if known)* __9:20-bk-11208-MB___
     Figueroa Mountain Brewing, LLC
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** ___217___ **Nonpriority creditor's name and mailing address**

Enegren
444 Zachary St Unit 120
Moorpark CA 93021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** ___218___ **Nonpriority creditor's name and mailing address**

Engineered Brew
1658 N Milwaukee Ave
Suite #264
Chicago IL 60647
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,782.00

---

**3.** ___219___ **Nonpriority creditor's name and mailing address**

Epic Wines
2160 41st Ave. Suite #13
Capitola CA 95010
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** ___220___ **Nonpriority creditor's name and mailing address**

EPPIG  Brewing
3052 El Cajon  Blvd
Suite # C
San Diego CA 92104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** ___221___ **Nonpriority creditor's name and mailing address**

Equine Water USA
P.O. Box 61815
Santa Barbara CA 93160
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.222** Nonpriority creditor's name and mailing address

Equipure Water USA
P.O. Box 1448
Santa Ynez CA 93460
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.223** Nonpriority creditor's name and mailing address

Eric C Sena
790 NW 185th Ave
# 104
Beaverton OR 97006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 225.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.224** Nonpriority creditor's name and mailing address

Erika Perez
1213 Riverside Dr.
Lompoc CA 93436
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.225** Nonpriority creditor's name and mailing address

Ethnic Breads
137 Aero Camino
Goleta CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.226** Nonpriority creditor's name and mailing address

Evergreen
417 Zink Ave
Santa Barbara CA 93111
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)*    9:20-bk-11208-MB
        Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 227    **Nonpriority creditor's name and mailing address**

F H Pumps, Inc
4741 Ortega St
Ventura CA 93003
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,006.76

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 228    **Nonpriority creditor's name and mailing address**

Fauver-Large -Archbald -Spray
820 State St.
Fourth Floor
Santa Barbara CA 93101
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 541,816.46

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 229    **Nonpriority creditor's name and mailing address**

FedEX
DEPT LA P.O. Box 21415
Pasadena CA 91185-1415
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 230    **Nonpriority creditor's name and mailing address**

FEMA Flood Payments
P.O. Box 790348
St. Louis MO 63179-0348
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 231    **Nonpriority creditor's name and mailing address**

FEMSTLO
P.O. Box 790348
St. Louis MO 63179-0348
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC                                    Case number *(if known)*  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** Nonpriority creditor's name and mailing address

Figueroa Mountain  Brewing Co. Westlake Village
6729 N. Palm Ave #200
Fresno CA 93704
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 24,480.17

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233** Nonpriority creditor's name and mailing address

Figueroa Mountain Mug Club, LLC
45 Industrial Way
Buellton CA 93427
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 8,131.47

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234** Nonpriority creditor's name and mailing address

Figueroa Mountain Productions
6729 N. Palm Avenue, Suite 200
Fresno CA 93704
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 68,367.30

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235** Nonpriority creditor's name and mailing address

Figueroa Mountain_Productions
6729 N. Palm Avenue, Suite 200
Fresno CA 93704
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,015.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236** Nonpriority creditor's name and mailing address

Financial Indemnity Company
8360 LBJ Freeway
Dallas CA 75243
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 237    **Nonpriority creditor's name and mailing address**

Firestone Walker  Brewing Co
620 McMurray Rd
Buellton CA 93427

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.** 238    **Nonpriority creditor's name and mailing address**

FIRWIXO
28059  Center Oaks Ct.
Wixom MI 48393
USA

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.** 239    **Nonpriority creditor's name and mailing address**

Five Star Chemicals & Supply Inc.
4915 E. 52nd Ave
Commerce City CO 80022
United States

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.** 240    **Nonpriority creditor's name and mailing address**

Flying Goat Cellars
P.O. Box 565
Lompoc CA 93438
United States

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.** 241    **Nonpriority creditor's name and mailing address**

FME Arroyo Grande (Avenida Caballo)
6729 N. Palm Ste. #200
Fresno CA 93704
United States

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 390,538.44

Debtor    Figueroa Mountain Brewing, LLC    Case number (if known)    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

Foods Co
2508 Castlerock Ln
Santa Maria CA 93455
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.243** **Nonpriority creditor's name and mailing address**

Ford Credit
P.O. Box 552679
Detroit MI 48255-2679
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,578.92

---

**3.244** **Nonpriority creditor's name and mailing address**

Freeman
PO BOX 650036
DALLAS TX 75265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,270.00

---

**3.245** **Nonpriority creditor's name and mailing address**

Frontier Communications
P.O. Box 740407
Cincinnati OH 45274-0407
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 299.41

---

**3.246** **Nonpriority creditor's name and mailing address**

Frontline  Construction  & Fencing
P.O. Box 1448
Arrroyo  Grande CA 93421

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor ___Figueroa Mountain Brewing, LLC_____    Case number _(if known)___9:20-bk-11208-MB_____
           Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 247    **Nonpriority creditor's name and mailing address**

Galco
26010 Pinehurst
Madison Heights MI 48071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 248    **Nonpriority creditor's name and mailing address**

Geemacher LLC
31 Robison Street
Pottstown PA 19464
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 249    **Nonpriority creditor's name and mailing address**

GEO Solutions
220 High Street
San Luis Obispo CA 93401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 250    **Nonpriority creditor's name and mailing address**

Ginos
383 AVENUE OF THE FLAGS
BUELLTON CA 93427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,100.00

---

**3.** 251    **Nonpriority creditor's name and mailing address**

Global Silicones Inc
49 Industral Way
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

Debtor  Figueroa Mountain Brewing, LLC                    Case number (if known)  9:20-bk-11208-MB
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.252  **Nonpriority creditor's name and mailing address**

GLS
P.O. Box 1907
San Ramon CA 94583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 457.26

---

3.253  **Nonpriority creditor's name and mailing address**

GRAFRES
P.O. Box 2808
Fresno CA 93745
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

3.254  **Nonpriority creditor's name and mailing address**

Grainger
Dept. 878664903
Palatine IL 60038-0001
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

3.255  **Nonpriority creditor's name and mailing address**

Grandstand
P.O. Box 3497
Whichita KS 67201-3497
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 966.84

---

3.256  **Nonpriority creditor's name and mailing address**

Gray Lift, Inc.
P.O. Box 2808
Fresno CA 93745
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor ___Figueroa Mountain Brewing, LLC_____    Case number _(if known)___9:20-bk-11208-MB____
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 257  **Nonpriority creditor's name and mailing address**

Great America  Financial Services
P.O. Box 660831
Dallas TX 75266-0831

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,088.33

---

**3.** 258  **Nonpriority creditor's name and mailing address**

Great Brewers / L Knife Distribution
7825 Trade Street  Suite 110B
San Diego CA 92121
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 259  **Nonpriority creditor's name and mailing address**

Green Cheek Beer Co
2294 N Batavia St
Unit C
Orange CA 92865

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 260  **Nonpriority creditor's name and mailing address**

Griffin Publishing
3868 Pueblo Ave
Santa Barbara CA 93110
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 261  **Nonpriority creditor's name and mailing address**

GRW Equipment
3415 Alken Street
Bakersfield CA 93308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number (if known)    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 262  **Nonpriority creditor's name and mailing address**

GS1 US, Inc.
P.O. Box 71-3034
Columbus OH 43271-3034
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 330.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 263  **Nonpriority creditor's name and mailing address**

GSO
P.O. BOX 1907
San Ramon CA 94583

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 750.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 264  **Nonpriority creditor's name and mailing address**

Guy L. Warden & Sons
16626 Parkside Ave
Cerritos CA 907031832
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 621.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 265  **Nonpriority creditor's name and mailing address**

H.Y. H Intertnational
9107 NW 105th Way
Medley FL 33178

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 766.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 266  **Nonpriority creditor's name and mailing address**

Halverson Northwest Law Group P.C.
P.O.Box 22550
Yakima WA 98907
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 26,507.57

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Figueroa Mountain Brewing, LLC
    Name

Case number *(if known)*    9:20-bk-11208-MB

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 267    **Nonpriority creditor's name and mailing address**

HALYAKI
P.O.Box 22550
Yakima WA 98907
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 268    **Nonpriority creditor's name and mailing address**

HANAVIL
P.O. Box 331
Avila Beach CA 93424
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 269    **Nonpriority creditor's name and mailing address**

Hansen Advertising
P.O. Box 331
Avila Beach CA 93424
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 270    **Nonpriority creditor's name and mailing address**

Harbor Distributing, LLC
P.O. Box  842685
Los Angeles CA 90084-2685
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 434.00

---

**3.** 271    **Nonpriority creditor's name and mailing address**

Harry E. Hagen, Treasurer-Tax Collector
P.O. Box 579
Santa Barbara CA 93102-0579
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 418,701.85

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 272  **Nonpriority creditor's name and mailing address**

Harry Poor
47 Industrial Way
Buellton CA 93427
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 52,126.68

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 273  **Nonpriority creditor's name and mailing address**

Hartford Fire Insurance
P.O. Box 731178
Dallas CA 75373-1178
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 274  **Nonpriority creditor's name and mailing address**

Hartford Fire Insurance Company
P.O. Box 731178
Dallas CA 75373-1178
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 275  **Nonpriority creditor's name and mailing address**

HELENA AVENUE BAKERY
218 HELENA AVENUE
SANTA BARBARA CA 93101
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 276  **Nonpriority creditor's name and mailing address**

Herc Rentals
P.O. Box 936257
Atlanta GA 31193-6257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 48,215.61

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** Nonpriority creditor's name and mailing address

Hippy Pop Inc
2112 Mountain Ave
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 315.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address

Hogs & Hops
210 E 3rd St
Unit #A
Long Beach CA 90802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address

Home Depot At-Home Svc.
9206 Bond St
Overland Park KS 662141727
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address

Hopsteiner Inc.
655 Maddison Ave
New York NY 10065-8078
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 9,763.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281** Nonpriority creditor's name and mailing address

Hygiena
File 2007
1801 W Olympic BLVD
Pasadena CA 91199-2007
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 3,845.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_____9:20-bk-11208-MB_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**⌷282 **Nonpriority creditor's name and mailing address**

Hyle Engineering Co Inc
18818 Wyandotte St
Reseda CA 91335

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌷283 **Nonpriority creditor's name and mailing address**

I Grind  Design
P.O. Box 288
Los Olivos CA 93441

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌷284 **Nonpriority creditor's name and mailing address**

I Grind Design
P.O. Box 288
Los Olivos CA 93441

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌷285 **Nonpriority creditor's name and mailing address**

ID Technology
P.O. Box 73419
Clevland OH 44193

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 1,397.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**⌷286 **Nonpriority creditor's name and mailing address**

IMGSANT
3070 Skyway Dr Ste # 106
Santa Maria CA 93455
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
Name

Case number *(if known)*    9:20-bk-11208-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 287   **Nonpriority creditor's name and mailing address**

Impulse Advance Communications
6144 Calle Real
Suite #200
Goleta CA 93117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 2,195.08

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 288   **Nonpriority creditor's name and mailing address**

Indie Hops
2505 SE 11th Ave
Suite # 311
Portland Oregon 97202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 289   **Nonpriority creditor's name and mailing address**

Indigo Bay, Inc.
1048 Stonybrook Dr
NAPA CA 94558
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 290   **Nonpriority creditor's name and mailing address**

Ingersoll Rand
6291 Burnham Avenue
Buena Park CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 291   **Nonpriority creditor's name and mailing address**

Inklings Printing Co
1693 Mission Dr
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,238.26

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Figueroa Mountain Brewing, LLC                              Case number (if known)    9:20-bk-11208-MB
         Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3. 292**   Nonpriority creditor's name and mailing address

Inside the Santa Ynez Valley Magazine
P.O. Box 227
Los Olivos CA 93441
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 293**   Nonpriority creditor's name and mailing address

INSLOSO
P.O. Box 227
Los Olivos CA 93441
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 294**   Nonpriority creditor's name and mailing address

Insomniac Computer Services
516 N Sixth St
Lompoc CA 93436

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 741.34

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 295**   Nonpriority creditor's name and mailing address

INSSOLV
P.O. Box 273
Solvang CA 93464
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3. 296**   Nonpriority creditor's name and mailing address

Invisible Sentinel , Inc
3711 Market Street # 910
Philadelphia PA 19104
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB___
            Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 297  **Nonpriority creditor's name and mailing address**

IPFS
777 SOUTH FIGUEROA ST STE 300
LOS ANGELES CA 90017

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,228.51

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 298  **Nonpriority creditor's name and mailing address**

IRi
150 N Clinton Street
Chicago IL 60661-1416

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 299  **Nonpriority creditor's name and mailing address**

Ironbite Fabrications
2209 Willow Rd
Arroyo Grande CA 93420

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 80,732.64

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 300  **Nonpriority creditor's name and mailing address**

Isabella Rubio
1213 Riverside Dr
Lompoc CA 93436

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 301  **Nonpriority creditor's name and mailing address**

Island Brewing  Company
5049 Sixth Street
Buellton CA 93013

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Figueroa Mountain Brewing, LLC        Case number (if known)  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 302  **Nonpriority creditor's name and mailing address**

Island Daze, Inc.
1064 NW 3rd St
Hallandale Beach FL 33009
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.** 303  **Nonpriority creditor's name and mailing address**

J & S Plumbing
P.O. Box 635
Buellton CA 93427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.** 304  **Nonpriority creditor's name and mailing address**

J North Productions LLC
222 East Canon Perdido
Santa Barbara CA 93101
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,150.00

**3.** 305  **Nonpriority creditor's name and mailing address**

J&L Wines
P.O. Box 2399
Paso Robles CA 93446-2399

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 737.12

**3.** 306  **Nonpriority creditor's name and mailing address**

Jacob Steven Rollins
2114 Hawk St
Simi Valley CA 93065
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

Debtor    Figueroa Mountain Brewing, LLC    Case number (if known)    9:20-bk-11208-MB
    Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.307** Nonpriority creditor's name and mailing address

Jake Bonnean
110 Saint Albans Pl.
Goleta CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 60.00

---

**3.308** Nonpriority creditor's name and mailing address

Jakes Plumbing
110 Saint Albans Pl
Goleta CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.309** Nonpriority creditor's name and mailing address

James Dietenhofer
P.O. Box 637
Los Olivos CA 93441
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 118,416.71

---

**3.310** Nonpriority creditor's name and mailing address

JARED RUDDER
121 VICTORY DRIVE
BUELLTON CA 93427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.311** Nonpriority creditor's name and mailing address

Jason Love
484 Paseo del Valle
Camarillo 93010
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC                    Case number (if known)    9:20-bk-11208-MB
                    Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 312   **Nonpriority creditor's name and mailing address**

JDRF One Walk
811 Wilshire Boulevard Ste 1600
Los Angeles CA 90017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 313   **Nonpriority creditor's name and mailing address**

Jenna Brown
572 E Foothill Blvd Apt 11
San Luis Obispo CA 93405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

$ 84.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 314   **Nonpriority creditor's name and mailing address**

Jennifer Birch
858 Penn St
El Segundo CA 90245
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 315   **Nonpriority creditor's name and mailing address**

Jennifer Pommier
3910 MESA CIRCLE DR. #201
LOMPOC CA 93436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 316   **Nonpriority creditor's name and mailing address**

Jeremy Nelson
2941 Stedium DR
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number (if known) ___9:20-bk-11208-MB___
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317**    **Nonpriority creditor's name and mailing address**

JL Wines
1850 Ramada Dr # 3
Paso Robles CA 93446
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.318**    **Nonpriority creditor's name and mailing address**

John Ware
264 Camino Bailen
Escondido CA 92029
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.319**    **Nonpriority creditor's name and mailing address**

Johnson & Johnson
680 Alamo Pintado Rd. Suite 102
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 100,499.54

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320**    **Nonpriority creditor's name and mailing address**

Johnson Excavation
P.O. Box 987
Santa Ynez CA 93460
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 16,367.61

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.321**    **Nonpriority creditor's name and mailing address**

Jonathan Carpenter/ Openso LLC
1946 Lake Shore Ave
Los Angeles CA 90039

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 70,102.79

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
Figueroa Mountain Brewing, LLC
        Name

Case number (if known) _____9:20-bk-11208-MB_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.322**   Nonpriority creditor's name and mailing address

JOO'R'S Welding & Metal
10600 Dawson Canyon Road
Corona CA 92883

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 5,000.00

---

**3.323**   Nonpriority creditor's name and mailing address

Jordano's #04
550 South Patterson Ave
Santa Barbara CA 93111
USA

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.324**   Nonpriority creditor's name and mailing address

Jordano's #06
550 South Patterson
Santa Barbara CA 93111
USA

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.325**   Nonpriority creditor's name and mailing address

Jordanos #1
550 South Patterson Ave
Santa Barbara CA 93111
USA

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 0.00

---

**3.326**   Nonpriority creditor's name and mailing address

Joseph Construction and Consulting, Inc
P.O. Box 1410
Nipomo CA 93444

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 18,600.00

---

Debtor    Figueroa Mountain Brewing, LLC
Name

Case number _(if known)_    9:20-bk-11208-MB

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 327    **Nonpriority creditor's name and mailing address**

Joseph M Silva
4670 Tajo Dr
Santa Barbara CA 93110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 328    **Nonpriority creditor's name and mailing address**

Juan_Zepeda
1616 Maple St.
Solvang CA 93463
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 329    **Nonpriority creditor's name and mailing address**

Judie Dietenhofer
P.O. Box 637
Los Olivos CA 93441
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 84,908.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 330    **Nonpriority creditor's name and mailing address**

Jump On The Bus
4460 Foothill Road
Carpinteria CA 93103
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 331    **Nonpriority creditor's name and mailing address**

Justin Bournonville

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 300.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 70 of 138

Debtor    Figueroa Mountain Brewing, LLC
         Name

Case number (if known)    9:20-bk-11208-MB

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.332**  Nonpriority creditor's name and mailing address

Kady Fleckenstein
3100 Alisal Rd
Gaviota CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

**3.333**  Nonpriority creditor's name and mailing address

Kathinka Engineering
1402 Laporte Ave Fort
Collins CO 80521

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 20,652.37

---

**3.334**  Nonpriority creditor's name and mailing address

Katie Greer
533 CENT5RAL AVE APT A
BUELLTON CA 93427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 2,750.00

---

**3.335**  Nonpriority creditor's name and mailing address

Kaya Isaman
7443 Northlea Way
Citrus Heights CA 95610

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 133.00

---

**3.336**  Nonpriority creditor's name and mailing address

Keg Kraft
P.O.Box 912926
Denver CO 80291-2392

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number (if known)    9:20-bk-11208-MB
_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 337  **Nonpriority creditor's name and mailing address**

Kelly Leary
1410 Cougar Ridge Rd
Buellton CA 93427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 103.70

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 338  **Nonpriority creditor's name and mailing address**

Kendall J. Dekreek
18216 Harlequin Ct.
Woodland CA 95695
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 339  **Nonpriority creditor's name and mailing address**

Kevin Ashford
23 W. Misson Unit C
Buellton CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 340  **Nonpriority creditor's name and mailing address**

Kevin Sutter - Vendor
P.O. Box 498
Los Alamos CA 93440
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 341  **Nonpriority creditor's name and mailing address**

Key Industrial
997 Enterprise Way
Napa CA 94558

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC    Case number _(if known)_ 9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** Nonpriority creditor's name and mailing address

King Harbor Brewing Company
2907 182nd St
Redondo Beach CA 90278

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.343** Nonpriority creditor's name and mailing address

Kirsten Anna Weick Rasmussen
1732 Lyn Rd
Arroyo Grande CA 93420
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.344** Nonpriority creditor's name and mailing address

Knight Broadcasting Inc.
1101 S. Broadway
Santa Maria CA 93454
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.345** Nonpriority creditor's name and mailing address

Kohner Mann & Kailas
4650 N Port Washington Rd # 6
Milwaukee WI 53212
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.346** Nonpriority creditor's name and mailing address

Kristina Conway
P.O. Box 102
Los Alamos CA 93440
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number (if known)    9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 347  Nonpriority creditor's name and mailing address**

KTI Industrial
3605 Lakewood Drive
Wterford CA 48329

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 348  Nonpriority creditor's name and mailing address**

Kyler Keller
3632 DRY CREEK DR.
MODESTO, CA 95357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 349  Nonpriority creditor's name and mailing address**

LABCONR
P.O. Box 2701
Conroe TX 77305
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 350  Nonpriority creditor's name and mailing address**

Labels Ect.
P.O. Box 2701
Conroe TX 77305
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 351  Nonpriority creditor's name and mailing address**

Ladera Property Management
P.O. Box 60653
Santa Barbara CA 93160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 82,950.00

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB___
               Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 352  **Nonpriority creditor's name and mailing address**

Lana Clark
1607 Mission Dr
Suite 107
Solvang CA 93463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 353  **Nonpriority creditor's name and mailing address**

Landbridge Logistics, Ltd
P.O. Box 34073 RPO Cloversquare
Surrey BC V3S8C4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 354  **Nonpriority creditor's name and mailing address**

Landsberg
660 N. Twin Oaks Valley Road
San Marcos CA 92069
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 355  **Nonpriority creditor's name and mailing address**

Lee and Neal
P.O. Box 4127
Santa Barbara CA 93140
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 1,660.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 356  **Nonpriority creditor's name and mailing address**

Lee Central Coast Newspapers
P.O. Box 742548
Cincinnati OH 45274-2548
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 657.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number (if known)    9:20-bk-11208-MB

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.357** Nonpriority creditor's name and mailing address

LEOBUEL
84 Industrial Way Suite A
Buellton CA 93427
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.358** Nonpriority creditor's name and mailing address

Lesnick Prince & Pappas LLP
315 West Ninth Street, Suite 705
Los Angeles, CA 90015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.359** Nonpriority creditor's name and mailing address

Libertine Brewing  Company
P.O. Box 3260
San Luis Obispo CA 93403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.360** Nonpriority creditor's name and mailing address

LiliPad Solutions
3109 W Dr Martin Luther King Jr Blv
Suite 200
Tampa FL 33607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.361** Nonpriority creditor's name and mailing address

Loomis Tank Center
P.O. Box 910
Arroyou Grande CA 93421

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ____9:20-bk-11208-MB____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**362  **Nonpriority creditor's name and mailing address**

Los Arroyos
P.O.Box 246
Solvang CA 93463

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.**363  **Nonpriority creditor's name and mailing address**

Los Olivos Chamber of Commerce
P.O. Box 280
Los Olivos CA 93441
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,350.00

---

**3.**364  **Nonpriority creditor's name and mailing address**

Los Olivos Elementary School
2540 Alamo Pintado
Los Olivos CA 93441

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.**365  **Nonpriority creditor's name and mailing address**

Los Padres Forest  Association
6755 Hollister Ave
Goleta CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 675.00

---

**3.**366  **Nonpriority creditor's name and mailing address**

Low H2O
1431 East Dena Way
Santa Maria CA 93454
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 590.00

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_____9:20-bk-11208-MB_____
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.367** Nonpriority creditor's name and mailing address

Loyalty Chemicals
9831 Irvine Center Drive
Irvine CA 92618
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.368** Nonpriority creditor's name and mailing address

Lucky Penny
218 Helena St
Santa Barbara CA 93101
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.369** Nonpriority creditor's name and mailing address

LUDLOSO
PO Box 727
Los Olivos CA 93441
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.370** Nonpriority creditor's name and mailing address

Ludlow Street Vineyards LLC
PO Box 727
Los Olivos CA 93441
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.371** Nonpriority creditor's name and mailing address

LYCAN Protection Specialist
343 Vernon Dr
Upland CA 91786

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)*    9:20-bk-11208-MB
    Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.372**  **Nonpriority creditor's name and mailing address**

LYKKEN
1441 Crown Circle
Lompoc CA 93436
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.373**  **Nonpriority creditor's name and mailing address**

LYKLOMP
1441 Crown Circle
Lompoc CA 93436
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.374**  **Nonpriority creditor's name and mailing address**

M & M Restaurant Supply
1235 W. McCoy Ln Suite B
Santa Maria CA 93455

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,959.24

---

**3.375**  **Nonpriority creditor's name and mailing address**

Madison Chemical Co. Inc.
3141 Clifty Drive
Madison IN 47250
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,292.62

---

**3.376**  **Nonpriority creditor's name and mailing address**

Madland Toyota
4485 Buck Owens Blvd
Bakersfield CA 93308

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor ___Figueroa Mountain Brewing, LLC___    Case number _(if known)_ ___9:20-bk-11208-MB___
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. **Amount of claim**

---

**3.377** **Nonpriority creditor's name and mailing address**

Mamacitas Burritos LLC
224 Helena Ave  # B
Santa Barbara CA 93101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,452.65

---

**3.378** **Nonpriority creditor's name and mailing address**

MarBorg Industries
P.O. Box 4127
Santa Barbara. CA 93140
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,833.77

---

**3.379** **Nonpriority creditor's name and mailing address**

Margerum Wine Co
P.O. Box 824
Los Olivos CA 93441
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 704.00

---

**3.380** **Nonpriority creditor's name and mailing address**

Mark Christian Jacobsen
341 E. Lewis St.
Ventura CA 93001
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.381** **Nonpriority creditor's name and mailing address**

Mark Templin
245 Del Mar Ct
San Luis Obispo CA 93405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number _(if known)_    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.**382  **Nonpriority creditor's name and mailing address**                        **As of the petition filing date, the claim is:**    $ 91.00
                                                                                      Check all that apply.
Mary Kommer                                                                           ☐ Contingent
1159 Flora Rd                                                                         ☐ Unliquidated
Arroyo Grande CA 93420                                                                ☑ Disputed

                                                                                      **Basis for the claim:** -

        Date or dates debt was incurred    _____        **Is the claim subject to offset?**
                                                                  ☑ No
        Last 4 digits of account number    _____        ☐ Yes

**3.**383  **Nonpriority creditor's name and mailing address**                        **As of the petition filing date, the claim is:**    $ 0.00
                                                                                      Check all that apply.
McCall Construction                                                                   ☐ Contingent
P.O. Box 1138                                                                         ☐ Unliquidated
Pismo Beach CA 93448                                                                  ☐ Disputed

                                                                                      **Basis for the claim:** -

        Date or dates debt was incurred    _____        **Is the claim subject to offset?**
                                                                  ☑ No
        Last 4 digits of account number    _____        ☐ Yes

**3.**384  **Nonpriority creditor's name and mailing address**                        **As of the petition filing date, the claim is:**    $ 1,672.00
                                                                                      Check all that apply.
McClellan's Equipment Sanitation                                                      ☐ Contingent
PO BOX 415                                                                            ☐ Unliquidated
Goleta CA 93116                                                                       ☑ Disputed

                                                                                      **Basis for the claim:** -

        Date or dates debt was incurred    _____        **Is the claim subject to offset?**
                                                                  ☑ No
        Last 4 digits of account number    _____        ☐ Yes

**3.**385  **Nonpriority creditor's name and mailing address**                        **As of the petition filing date, the claim is:**    $ 87,500.00
                                                                                      Check all that apply.
ME N EDS Pizzerias                                                                    ☐ Contingent
6729 N Palm Ave Ste 200                                                               ☐ Unliquidated
Fresno CA 93704                                                                       ☐ Disputed
United States
                                                                                      **Basis for the claim:** -

        Date or dates debt was incurred    _____        **Is the claim subject to offset?**
                                                                  ☑ No
        Last 4 digits of account number    _____        ☐ Yes

**3.**386  **Nonpriority creditor's name and mailing address**                        **As of the petition filing date, the claim is:**    $ 0.00
                                                                                      Check all that apply.
Mechanics_Bank                                                                        ☐ Contingent
PO Box 6010                                                                           ☐ Unliquidated
Santa Maria, CA 93456                                                                 ☐ Disputed

                                                                                      **Basis for the claim:** -

        Date or dates debt was incurred    _____        **Is the claim subject to offset?**
                                                                  ☑ No
        Last 4 digits of account number    _____        ☐ Yes

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 387    Nonpriority creditor's name and mailing address**

Melville Vineyards & Winery
5185 East Highway 246
Lompoc CA 93436
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 388    Nonpriority creditor's name and mailing address**

Mendeleyev Allan-Blitz
101 Mesa Lane
Santa Barbara CA 93109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 250.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 389    Nonpriority creditor's name and mailing address**

Michigan Hop Alliance, LLC
51960 W 12 Mile Rd
Wixom MI 48393
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 390    Nonpriority creditor's name and mailing address**

Micro Matic USA, LLC
Dept CH 19573
Palatine IL 60055-9573
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3. 391    Nonpriority creditor's name and mailing address**

Microsoft 6041
1436 Aarhus Dr
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.392**  Nonpriority creditor's name and mailing address

Microstar Keg Management
PO Box 912392
Denver CO 80291-2392

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 42,779.12

---

**3.393**  Nonpriority creditor's name and mailing address

Mid Coast Glass Company
913 North H ST
Lompoc CA 93438
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.394**  Nonpriority creditor's name and mailing address

MID-COAST FIRE PROTECTION, INC
5507 TRAFFIC WAY
ATASCADERO CA 93422
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 191.40

---

**3.395**  Nonpriority creditor's name and mailing address

Miller's Event Management
3563 Sueldo St Ste L
San Luis Obispo CA 934017331
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 532.00

---

**3.396**  Nonpriority creditor's name and mailing address

MISBRAD
P.O. Box 120
Bradley CA 93426
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 397  **Nonpriority creditor's name and mailing address**

MISSANT
P.O. BOX 923
Santa Ynez CA 93460
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 398  **Nonpriority creditor's name and mailing address**

Mission Sanitation
P.O. BOX 923
Santa Ynez CA 93460
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 480.00

---

**3.** 399  **Nonpriority creditor's name and mailing address**

Mission Screenmobile  Inc
P.O. Box 1409
Solvang CA 93464

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 400  **Nonpriority creditor's name and mailing address**

Mission Trail Cider Company
P.O. Box 120
Bradley CA 93426
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 401  **Nonpriority creditor's name and mailing address**

Montecito FM
302- B West Carrillo 2nd Floor
Santa Barbara CA 93101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 500.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.402** Nonpriority creditor's name and mailing address

Mr Rooter
P.O. Box 2755
Pismo Beach CA 93448

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403** Nonpriority creditor's name and mailing address

Mr. Backflow
P.O. Box 8106
Santa Maria CA 93456

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404** Nonpriority creditor's name and mailing address

Mussetter
12979 Eahart Ave
Auburn CA 95602
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.405** Nonpriority creditor's name and mailing address

Muzicraft Sound Engineering
735 East Montecito Street
Santa Barbara CA 93103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,677.60

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406** Nonpriority creditor's name and mailing address

N MAC
P.O. Box 660083
Dallas TX 75266-0083
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC                Case number (if known)  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.407** Nonpriority creditor's name and mailing address

Nargan Fire & Safety Co Inc
629 Fire & Safety Co In
Goleta CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.408** Nonpriority creditor's name and mailing address

National Beer Wholesalers Association
1101 King Street, Suite # 600
Alexandria VA 22314-2944
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.409** Nonpriority creditor's name and mailing address

National Building Automation Inc
138 Stonebrooks Street
Simi Valley CA 93065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 161.00

---

**3.410** Nonpriority creditor's name and mailing address

National Funding
9820 Town Centre Drive, Suite 200
San Diego, CA 92121

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.411** Nonpriority creditor's name and mailing address

NCR Corporation
P.O. Box 198755
Atlanta GA 30384-8755
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 19,884.61

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 412    Nonpriority creditor's name and mailing address**

New City Brewery LLC
P.O. Box 1258
Ojai CA 93024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 413    Nonpriority creditor's name and mailing address**

NextDay Flyers
8000 Haskell Ave
Los Angeles CA 91406
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 701.53

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 414    Nonpriority creditor's name and mailing address**

Nielsens Building
1230 Mission Drive
Solvang CA 93463
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 415    Nonpriority creditor's name and mailing address**

NLFL
201 N. Rice Ave #G
Oxnard CA 93030
US

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3. 416    Nonpriority creditor's name and mailing address**

Nordson
P.O.Box 802586
Chicago IL 60680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 87 of ___138

Debtor  Figueroa Mountain Brewing, LLC
_____
Name

Case number (if known)  9:20-bk-11208-MB
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 417**  **Nonpriority creditor's name and mailing address**

Norsdom Corporation
2747 LOKER AVE. WEST
CARLSBAD, CA 92010

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 893.95

---

**3. 418**  **Nonpriority creditor's name and mailing address**

Northern California Brewers Guild
885 Stillwater Road
West Sacramento CA 95605
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3. 419**  **Nonpriority creditor's name and mailing address**

O'Connor Pest Control
101 CUYAMACA LANE
NIPOMO CA 93444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 191.00

---

**3. 420**  **Nonpriority creditor's name and mailing address**

O'Reilly Auto Parts
P.O. Box 9464
Springfield IL 65801-9464
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3. 421**  **Nonpriority creditor's name and mailing address**

OFFCINC
P.O. Box 630813
Cincinnati OH 95263-0813
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

Debtor ___Figueroa Mountain Brewing, LLC_____    Case number _(if known)___9:20-bk-11208-MB___
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 422  **Nonpriority creditor's name and mailing address**

Office Depot
P.O. Box 630813
Cincinnati OH 95263-0813
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 2,442.36

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 423  **Nonpriority creditor's name and mailing address**

Office Zilla
1815 Old 41 Highway
Kennesaw GA 30152
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 2,410.97

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 424  **Nonpriority creditor's name and mailing address**

Oilfield Enviromental & Compliance, Inc
307 Roemer Way
Suite # 300
Santa Maria CA 93454

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 425  **Nonpriority creditor's name and mailing address**

Ojai Valley News
P.O. Box 277
Ojai CA 93024
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 426  **Nonpriority creditor's name and mailing address**

Old Domimion Freight Line
2025 Union Ave
Parsons KS 67357
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427    Nonpriority creditor's name and mailing address**

On- Site Business & IT Solutions
P.O. Box 1686
Solvang CA 93464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 3,756.72

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.428    Nonpriority creditor's name and mailing address**

Orlando Lopez Ruiz
441 North K
Lompoc CA 93436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.429    Nonpriority creditor's name and mailing address**

Oscar Lopez
616 Eucalyptus Ave
#5
Santa Barbara CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.430    Nonpriority creditor's name and mailing address**

Oskar Blues Brewery
1800 Pike  Rd
Longmont CO 80501
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.431    Nonpriority creditor's name and mailing address**

P and S Precision
2018 1/2 Monterrey St
Santa Barbara CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor    Figueroa Mountain Brewing, LLC
       Name

Case number *(if known)*    9:20-bk-11208-MB

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432   Nonpriority creditor's name and mailing address**

PACCHAR
P.O. Box 60014
Charlotte NC 28260
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.433   Nonpriority creditor's name and mailing address**

Pace Communication
P.O. Box 60014
Charlotte NC 28260
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.434   Nonpriority creditor's name and mailing address**

Pacific Beverage
P.O. Box 5834
Santa Maria CA 93456
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,603.91

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.435   Nonpriority creditor's name and mailing address**

Pacific Gas & Electric Co. -
Box 997300
Sacramento CA 95899-7300
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 39,977.15

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.436   Nonpriority creditor's name and mailing address**

Pacific Pickle Works
P.O. Box 20295
Santa Barbara CA 93120
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor    Figueroa Mountain Brewing, LLC
Name

Case number *(if known)*    9:20-bk-11208-MB

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.437** Nonpriority creditor's name and mailing address

PACSANT
P.O. Box 20295
Santa Barbara CA 93120
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.438** Nonpriority creditor's name and mailing address

PAKEUGE
1680 Irving Rd
Eugene OR 97402
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.439** Nonpriority creditor's name and mailing address

Pali Wine Company
401 Wilshire Blvd.
Santa Monica CA 90401
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.440** Nonpriority creditor's name and mailing address

PALL
P.O. Box 419501
Boston MA 02241-9501
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.441** Nonpriority creditor's name and mailing address

PALLOSO
P.O. Box 54
Los Olivos CA 93441
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor  Figueroa Mountain Brewing, LLC                    Case number *(if known)*  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.**442**  **Nonpriority creditor's name and mailing address**

Parallel Products
401 Industry Road
Louisville KY 40208
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 102.50

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.**443**  **Nonpriority creditor's name and mailing address**

Parallels
350 N Clark
Suite 700
Chicago IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.**444**  **Nonpriority creditor's name and mailing address**

Parks  Ranch
7630 W HWY 246
Buellton CA 93427

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.**445**  **Nonpriority creditor's name and mailing address**

Pat Carroll
P.O. Box 421
Buellton CA 93427
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

3.**446**  **Nonpriority creditor's name and mailing address**

Pat Carson Studio
283 Pamela Way #107
Buellton CA 93427
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Figueroa Mountain Brewing, LLC                    Case number (if known)  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**                    Amount of claim

**3.** 447  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 0.00
                                                                  Check all that apply.
PATBUEL001                                                        ☐ Contingent
P.O. Box 421                                                      ☐ Unliquidated
Buellton CA 93427                                                 ☐ Disputed
USA

                                                                  Basis for the claim: -

                                                                  Is the claim subject to offset?
Date or dates debt was incurred    _____               ☑ No
Last 4 digits of account number    _____               ☐ Yes

**3.** 448  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 125.94
                                                                  Check all that apply.
Patriot Trailer Sales                                            ☐ Contingent
2201 US Highway 101 Ste H                                        ☐ Unliquidated
Buellton CA 93427                                                ☐ Disputed
United States

                                                                  Basis for the claim: -

                                                                  Is the claim subject to offset?
Date or dates debt was incurred    _____               ☑ No
Last 4 digits of account number    _____               ☐ Yes

**3.** 449  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 0.00
                                                                  Check all that apply.
Paul Morelos                                                     ☐ Contingent
616 Cresent Rd                                                   ☐ Unliquidated
Santa Maria CA 93455                                            ☐ Disputed

                                                                  Basis for the claim: -

                                                                  Is the claim subject to offset?
Date or dates debt was incurred    _____               ☑ No
Last 4 digits of account number    _____               ☐ Yes

**3.** 450  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 0.00
                                                                  Check all that apply.
Pea Soup  Anderson                                              ☐ Contingent
P.O. Box 197                                                     ☐ Unliquidated
Buellton CA 93427                                               ☐ Disputed

                                                                  Basis for the claim: -

                                                                  Is the claim subject to offset?
Date or dates debt was incurred    _____               ☑ No
Last 4 digits of account number    _____               ☐ Yes

**3.** 451  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $ 0.00
                                                                  Check all that apply.
Peckham Coating Solutions                                       ☐ Contingent
1865 Herndon Ave K106                                           ☐ Unliquidated
Clovis CA 93611                                                 ☐ Disputed
                                                                  Basis for the claim: -

                                                                  Is the claim subject to offset?
Date or dates debt was incurred    _____               ☑ No
Last 4 digits of account number    _____               ☐ Yes

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 94 of 138

Debtor    Figueroa Mountain Brewing, LLC                      Case number *(if known)*    9:20-bk-11208-MB
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 452   **Nonpriority creditor's name and mailing address**

Pelco By Schneider-Electric.com
16366 Collections Center Drive
Chicago IL 60693
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 4,634.54

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 453   **Nonpriority creditor's name and mailing address**

People Helping People
545 Alisal Rd. Suite #102
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 454   **Nonpriority creditor's name and mailing address**

People Ready
P.O. Box 31001-0257
Pasadena CA 91110-0257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 455   **Nonpriority creditor's name and mailing address**

Pinoli's Refrigeration Co. Inc.
P.O. Box 166
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 4,118.55

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 456   **Nonpriority creditor's name and mailing address**

Pizza Port
2730 Gateway Rd
Suite 100
Carlsbad CA 92009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC
        Name

Case number (if known)  9:20-bk-11208-MB

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.**457  **Nonpriority creditor's name and mailing address**

Portable Johns Inc
547 W Betteravia Rd Ste H
Santa Maria CA 93455
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**458  **Nonpriority creditor's name and mailing address**

Positive Investments Inc
610 N Santa Anita Ave
Arcadia CA 91006
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 5,316.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**459  **Nonpriority creditor's name and mailing address**

Postal Annex
270 E. Highway 246 #109
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 410.70

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**460  **Nonpriority creditor's name and mailing address**

Powerflo Products Inc
5573 Market Place
Cypress CA 90630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.**461  **Nonpriority creditor's name and mailing address**

Powerhouse
3410 W MAYWOOD AVE
SANTA ANA CA 92704

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: -

$ 1,967.74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC    Case number _(if known)_    9:20-bk-11208-MB
　　　　Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462** Nonpriority creditor's name and mailing address

Praxis Ideas into Action
205 Suburban Road
Suite #1
San Luis Obispo CA 93401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,466.25

---

**3.463** Nonpriority creditor's name and mailing address

Precision Air System, Inc
P.O. Box 5128
Bakersfield CA 93388

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,819.07

---

**3.464** Nonpriority creditor's name and mailing address

Preferred Employees Insurance Company
P.O. Box 398696
San Francisco CA 94139-8696
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,958.71

---

**3.465** Nonpriority creditor's name and mailing address

Premier Stainless
510 Corporate Dr., Ste. D
Escondido CA 92029
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.466** Nonpriority creditor's name and mailing address

Preston  Charles  Tripp
1661 15th St
Oceano CA 93445

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,968.73

---

Debtor    Figueroa Mountain Brewing, LLC    Case number _(if known)_    9:20-bk-11208-MB
_____
Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.467  **Nonpriority creditor's name and mailing address**

Pro Tint
900 North I Street
Lompoc CA 93436
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 110.99

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.468  **Nonpriority creditor's name and mailing address**

PRODUCE AVAILABLE
910 Commercial Avenue
Oxnard CA 93030
USA

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.469  **Nonpriority creditor's name and mailing address**

Protective Weather  Structure  Inc
5290 Orcutt  Road
San Luis Obispo CA 93401

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 21,242.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.470  **Nonpriority creditor's name and mailing address**

Quickbooks Accounting
1454 Stewart St
Oceanside CA 92054
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

3.471  **Nonpriority creditor's name and mailing address**

Quinn Company
3500 Shepherd  Street
City of Industry CA 90601
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____    Case number _(if known)_ ___9:20-bk-11208-MB___
Figueroa Mountain Brewing, LLC
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** `472`  **Nonpriority creditor's name and mailing address**

R&M Enterprises Diesel Services & Towing
1120 Mission Dr # 2
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** `473`  **Nonpriority creditor's name and mailing address**

R.P. Envirometnal
P.O. Box 1621
Nipomo CA 93444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,490.00

---

**3.** `474`  **Nonpriority creditor's name and mailing address**

Rabobank
61 WEST HWY 246
BUELLTON CA 93427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 14.05

---

**3.** `475`  **Nonpriority creditor's name and mailing address**

Radis Electric
3823 Santa Claus Lane St #C
Carpinteria CA 93013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 90.00

---

**3.** `476`  **Nonpriority creditor's name and mailing address**

Rainbow Internationl
912 De La Vina
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor _____    Case number _(if known)_ ___9:20-bk-11208-MB___
Figueroa Mountain Brewing, LLC
Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.**477**   Nonpriority creditor's name and mailing address

Reyes Coca- Cola Botting, LLC
P.O.Box 740214
Los Angeles CA 90074-0214

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,000.00

---

3.**478**   Nonpriority creditor's name and mailing address

RIVSANT
6020 Foxen Canyon Road
Santa Maria CA 93454
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

3.**479**   Nonpriority creditor's name and mailing address

Robert Berezansky
3200 PASEO VILLAGE WAY #1603
SAN DIEGO CA 92130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

3.**480**   Nonpriority creditor's name and mailing address

Robert Half Finance & Accounting
1525 State Street
Santa Barbara CA 93101-6510
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

3.**481**   Nonpriority creditor's name and mailing address

Robles Roofing
285 Glennora Way
Buellton CA 93427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

Debtor _____    Case number _(if known)_ 9:20-bk-11208-MB
        Figueroa Mountain Brewing, LLC
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 482  **Nonpriority creditor's name and mailing address**

Rocky Mountain Barrel Co
11467 W I-70 Frontage
Wheat Ridge CO 80033
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.** 483  **Nonpriority creditor's name and mailing address**

Roger A Hanney & Associates
P.O. Box 60364
Sacramento CA 95860-0364

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 935.00

---

**3.** 484  **Nonpriority creditor's name and mailing address**

Ron Helman

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 350.00

---

**3.** 485  **Nonpriority creditor's name and mailing address**

Royal Industrial Solutions
2363A Thompson Way
Santa Maria CA 934555
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.** 486  **Nonpriority creditor's name and mailing address**

Royner Rodriguez
812 Spring St
Santa Barbara CA 93103

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

Debtor _____Figueroa Mountain Brewing, LLC_____          Case number _(if known)_____9:20-bk-11208-MB_____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 487    **Nonpriority creditor's name and mailing address**

ROYSANT001
P.O. BOX 4202
Paso Robles CA 93447
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 488    **Nonpriority creditor's name and mailing address**

ROYSANT01
P.O. Box 4202
Paso Robles CA 93447
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 489    **Nonpriority creditor's name and mailing address**

Russian River Brewing Company
1812 Ferdinand Ct
Santa Rosa CA 95404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 490    **Nonpriority creditor's name and mailing address**

Rust Belt Brewing LLC
41640 Corning Pl
Murrieta CA 92562

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 491    **Nonpriority creditor's name and mailing address**

Saarloos & Son
P.O. Box 746
Los Olivos CA 93441
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC                    Case number _(if known)_ 9:20-bk-11208-MB
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 492 | **Nonpriority creditor's name and mailing address**

Saarloos Properies, LLC
2822 Ballard Canyon
Solvang CA 93463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 72,147.13

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 493 | **Nonpriority creditor's name and mailing address**

Saladino's Food Service- Buellton
P.O.Box 12266
Fresno CA 93777-2266
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 38,984.59

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 494 | **Nonpriority creditor's name and mailing address**

Saladino's, Inc.
4397 N Golden State Blvd
Fresno CA 93722
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 495 | **Nonpriority creditor's name and mailing address**

Saladino's, Inc.- Santa Maria
3325 W Figarden Dr
Fresno CA 93711
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 57,510.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 496 | **Nonpriority creditor's name and mailing address**

Samuel C. Kulchin
212 N Carrillo Rd
#G
Ojai CA 93023
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)___9:20-bk-11208-MB___
             Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.497** Nonpriority creditor's name and mailing address

SANBUEL
P.O. Box 625
Buellton CA 93427
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.498** Nonpriority creditor's name and mailing address

Santa  Maria Exchange Partners
2925 Bristol Street
Costa Mesa CA 92626

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 142,403.22

---

**3.499** Nonpriority creditor's name and mailing address

Santa Barbara Arts Collaborative, Inc
1936 Castillo St
Santa Barbara CA 93101
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 200.00

---

**3.500** Nonpriority creditor's name and mailing address

Santa Barbara Count EHS/CUPA
2125 S Centerpointe Pkwy RM #333
Santa Maria CA 93455

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 404.00

---

**3.501** Nonpriority creditor's name and mailing address

Santa Barbara County Air Pollution Control
Distric
260 North San Antonio Rd
#A
Santa Barbara CA 93110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,184.31

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 104 of 138

Debtor _____Figueroa Mountain Brewing, LLC_____     Case number _(if known)_ ___9:20-bk-11208-MB___
              Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502** Nonpriority creditor's name and mailing address

Santa Barbara County Fire Depart
4410 Cathedral Oaks Road
Santa Barbara CA 93110
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,139.00

---

**3.503** Nonpriority creditor's name and mailing address

Santa Barbara County Parks
2225 Highway 154
Santa Barbara CA 93105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.504** Nonpriority creditor's name and mailing address

Santa Barbara County Public Health Dept
225 Camino Del Remedio
Santa Barbara CA 93110
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.505** Nonpriority creditor's name and mailing address

Santa Barbara Locksmiths, Inc.
305 E Haley St
Santa Barbara CA 931011723
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.506** Nonpriority creditor's name and mailing address

Santa Barbara Roasting Company
321 Motor Way
Santa Barbara CA 93101
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 111.00

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number _(if known)_ 9:20-bk-11208-MB |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 507    **Nonpriority creditor's name and mailing address**

Santa Barbara Tap Room
137 Anacapa Street
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 508    **Nonpriority creditor's name and mailing address**

Santa Maria Exchange Partners
2925 Bristol Street
Costa Mesa, CA 92626

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 730.87

---

**3.** 509    **Nonpriority creditor's name and mailing address**

Santa Ynez River/Water Conservation  Dist
P.O.Box 157
Santa Ynez CA 93460
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,948.64

---

**3.** 510    **Nonpriority creditor's name and mailing address**

Santa Ynez Stone and Top Soil
1130 Mission Dr
Solvang CA 934632985
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 239.73

---

**3.** 511    **Nonpriority creditor's name and mailing address**

Santa Ynez Valley Guest
P.O. Box 1168
Santa Ynez CA 93460
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor  Figueroa Mountain Brewing, LLC                    Case number *(if known)*  9:20-bk-11208-MB
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.512  Nonpriority creditor's name and mailing address**                                        $ 0.00

Santa Ynez Valley Marriott
555 McMurray  Rd
Buellton CA 93427

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____       Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.513  Nonpriority creditor's name and mailing address**                                        $ 796.00

Santa Ynez Valley Star
P.O. BOX 1594
Solvang CA 93464
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____       Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.514  Nonpriority creditor's name and mailing address**                                        $ 1,934.53

Sassafrass/ Sarah Ruth Ayala
1124 Archer St
Lompoc CA 93436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____       Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.515  Nonpriority creditor's name and mailing address**                                        $ 21,525.16

Satellite Logistics
8262 Solutions
Chicago IL 60677-8002
United States

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____       Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.516  Nonpriority creditor's name and mailing address**                                        $ 423,332.54

Saxco, LLC
1855 Gateway Blvd Suite 400
Concord CA 94520
USA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Date or dates debt was incurred  _____       Is the claim subject to offset?
                                                 ☑ No
Last 4 digits of account number  _____       ☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 107 of 138

Debtor _____    Case number (if known) _9:20-bk-11208-MB_
    Figueroa Mountain Brewing, LLC
    Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.__517__ Nonpriority creditor's name and mailing address**

SB Ice & Propane
P.O. Box 4093
Santan Barbara CA 93140
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,271.91

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.__518__ Nonpriority creditor's name and mailing address**

SB News-Press
P.O. Box 1924
Santa Barbara CA 93102-1924
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.__519__ Nonpriority creditor's name and mailing address**

SB Pressure Washing
831 STATE STREET
SANTA BARBARA CA 93101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 350.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.__520__ Nonpriority creditor's name and mailing address**

SB Winery - Lafond Winery
202 Anacapa St.
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.__521__ Nonpriority creditor's name and mailing address**

SCOPETAL
P.O. Box 4559
Petaluma CA 94955-4559
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
_____    Case number (if known) ___9:20-bk-11208-MB___
Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.522** **Nonpriority creditor's name and mailing address**

Scott Laboratories
P.O. Box 4559
Petaluma CA 94955-4559
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.65

---

**3.523** **Nonpriority creditor's name and mailing address**

Scott O' Brien
5540 Nogales
Atascadero CA 93422
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.524** **Nonpriority creditor's name and mailing address**

Scott Reardon's Locksmith Service
101 S. H St
Lompoc CA 93436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 170.89

---

**3.525** **Nonpriority creditor's name and mailing address**

SDCSAN
7940 Arjons DR
San Diego CA 92126
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.526** **Nonpriority creditor's name and mailing address**

Select Equipment
P.O. Box 855
Nipomo CA 93444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,296.77

---

Debtor ___Figueroa Mountain Brewing, LLC_____    Case number _(if known)___9:20-bk-11208-MB___
          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.** 527  **Nonpriority creditor's name and mailing address**

Selective Security Systems
P.O. Box 855
Nipomo CA 93444

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,594.88

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 528  **Nonpriority creditor's name and mailing address**

Sentinel
133 East De La Guerra St # 182
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 529  **Nonpriority creditor's name and mailing address**

Separator Technology
2591 Nicholson St
San Leandro CA 94577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 530  **Nonpriority creditor's name and mailing address**

Separator Technology Solutions
2591 Nicholson St
San Leandro CA 94577

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** -

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 531  **Nonpriority creditor's name and mailing address**

Serge Brown
828 E Boone St # 15
Santa Maria CA 93454

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Figueroa Mountain Brewing, LLC
        Name

Case number (if known)  9:20-bk-11208-MB

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.532  **Nonpriority creditor's name and mailing address**

Shalhoob Meat Company, Inc
220 Gray Ave
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 368.20

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.533  **Nonpriority creditor's name and mailing address**

Sharon Steele SRA
P.O Box 289
Solvang CA 93464-0289

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.534  **Nonpriority creditor's name and mailing address**

Shell
P.O. Box 183019
Columbus OH 43218-3019
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.535  **Nonpriority creditor's name and mailing address**

Silvas Oil Company
P.O.Box 1048
Fresno CA 93714

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 5,827.71

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.536  **Nonpriority creditor's name and mailing address**

Silver State Stainless, Inc
12 Industrial  Parkway, E1
Moundhouse, NV 89706
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    Figueroa Mountain Brewing, LLC                          Case number *(if known)*    9:20-bk-11208-MB
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 537    **Nonpriority creditor's name and mailing address**

Sinclair Sanitary Supply Co. Inc.
1125 Commercial Ave
Oxnard CA 93030
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,194.08

---

**3.** 538    **Nonpriority creditor's name and mailing address**

SLO Brew Co, LLC
835 Aerivista Place Ste 230
San Luis Obispo CA 93401
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 539    **Nonpriority creditor's name and mailing address**

Smog City Brewing LLC
1901 Del Amo Blv
Suite # B
Torrance CA 90501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 540    **Nonpriority creditor's name and mailing address**

Sneed Coding Solutions
10620 Primo Pl
Spring TX 77379
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 541    **Nonpriority creditor's name and mailing address**

So- Ca Maintenance
P. O. Box 31039
Santa Barbara CA 93130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor   Figueroa Mountain Brewing, LLC _____   Case number _(if known)_   9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.542**  Nonpriority creditor's name and mailing address

Social Sampling
11838 Western Ave
Stanton CA 90680
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 0.00

**3.543**  Nonpriority creditor's name and mailing address

SOLSOLV001
1639 Copenhagen Dr
Solvang CA 93463
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 0.00

**3.544**  Nonpriority creditor's name and mailing address

SOLSOLV003
P.O. Box 1424
Solvang CA 93464
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 0.00

**3.545**  Nonpriority creditor's name and mailing address

Solvang Chamber of Commerce(Dues)
P.O. Box 465
Solvang CA 93464
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 200.00

**3.546**  Nonpriority creditor's name and mailing address

Solvang Danish Days Foundation
P.O. Box 1424
Solvang CA 93464
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

$ 0.00

Debtor _____Figueroa Mountain Brewing, LLC_____          Case number _(if known)_ ___9:20-bk-11208-MB___
             Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 547  **Nonpriority creditor's name and mailing address**

Solvang Parks & Recreation
411 Second Street
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 548  **Nonpriority creditor's name and mailing address**

Southern Cal Gas
P.O. Box C
Monterey Park CA 91756-5111
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,192.95

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 549  **Nonpriority creditor's name and mailing address**

Southern Glazer's
17101 Valley View Ave
Cerritos CA 90703-2442
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 550  **Nonpriority creditor's name and mailing address**

Southern Glazer's of CA South
PO Box 5001
Union City, CA 94587

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

**3.** 551  **Nonpriority creditor's name and mailing address**

Sovereign Flavors Inc
4030 W Chandler Ave
Santa Ana CA 927045202
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 919.07

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

---

Debtor    Figueroa Mountain Brewing, LLC
         Name

Case number (if known)    9:20-bk-11208-MB

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.552** Nonpriority creditor's name and mailing address

Sparrowhawk Craft Consultants
4 Warren Ave
Great Barrington MA 1230
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 13,399.00

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.553** Nonpriority creditor's name and mailing address

Specialty Crane & Rigging
1 S Fairview Ave
Goleta CA 93117
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.554** Nonpriority creditor's name and mailing address

Spokane Industries
3808 N Sullivan
Spokane Valley WA 99216
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.555** Nonpriority creditor's name and mailing address

Standing Sun Wines, Inc
92 Second Street
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.556** Nonpriority creditor's name and mailing address

Star Crown LLC
406 Elgin Street
Brantford Canada N3S 7P6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: -

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC _____    Case number (if known) 9:20-bk-11208-MB _____
           Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

3.557  **Nonpriority creditor's name and mailing address**

Star Satellite Communications
P.O. Box 755
Santa Ynez CA 93460
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

3.558  **Nonpriority creditor's name and mailing address**

STASANT
P.O. Box 755
Santa Ynez CA 93460
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

3.559  **Nonpriority creditor's name and mailing address**

State Farm Insurance Companies - Agents
1220 Santa Barbara St
Santa Barbara CA 93101
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

3.560  **Nonpriority creditor's name and mailing address**

STESANT001
1930 Old San Marcos Rd
Santa Ynez CA 93460
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

3.561  **Nonpriority creditor's name and mailing address**

Steve Swinford
1540 River Park Drive
Sacramento CA 95815
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Figueroa Mountain Brewing, LLC
        Name

Case number (if known)  9:20-bk-11208-MB

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 562   Nonpriority creditor's name and mailing address**

Steve's Wheel & Tire
254 E. HWY 246
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 563   Nonpriority creditor's name and mailing address**

Stonhard
P.O. Box 931947
Cleveland OH 44193

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 564   Nonpriority creditor's name and mailing address**

Summit International
P.O. Box 5860
Oxnard CA 93031
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,365.20

---

**3. 565   Nonpriority creditor's name and mailing address**

SUNATLA
P.O. Box 409211
Atlanta GA 30384-9211
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 566   Nonpriority creditor's name and mailing address**

Sunbelt Rentals
P.O. Box 409211
Atlanta GA 30384-9211
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor    Figueroa Mountain Brewing, LLC    Case number *(if known)*    9:20-bk-11208-MB
    Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 567 | **Nonpriority creditor's name and mailing address**

Sunshine Entertainment
310 E McCoy Ln Unit 6f
Santa Maria CA 93455
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,200.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 568 | **Nonpriority creditor's name and mailing address**

Sunshine Productions
310 E McCoy Ln Unit  6F
Santa Maria CA 93455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 569 | **Nonpriority creditor's name and mailing address**

Sunstone Winery
125 N. Refugio Road
Santa Ynez CA 93460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 570 | **Nonpriority creditor's name and mailing address**

SW RCB
P.O. Box 1888
Sacramento CA 95812-1888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 2,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 571 | **Nonpriority creditor's name and mailing address**

Switchback Groups
3778 Timberlake Drive
Richfield OH 44286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 20,918.09

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Figueroa Mountain Brewing, LLC                    Case number (if known)   9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.** 572    **Nonpriority creditor's name and mailing address**

SYHistorical Museum
23596 Sagunto St.
Santa Ynez CA 93460
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 573    **Nonpriority creditor's name and mailing address**

SYHSANT01
475 Pheasant Cyn Ct
Buellton CA 93427
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 574    **Nonpriority creditor's name and mailing address**

Sysco Ventura, Inc.
P.O. Box 432
Oxnard CA 93032-0432
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 575    **Nonpriority creditor's name and mailing address**

SYSOXNA
P.O. Box 432
Oxnard CA 93032-0432
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 576    **Nonpriority creditor's name and mailing address**

SYVCC
PO BOX 1642 SOLVANG CA 93463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 3,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC                          Case number _(if known)_    9:20-bk-11208-MB
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.577** Nonpriority creditor's name and mailing address

T. Horzen Inc Glacier Ice Company
130 High Street
San Luis Obispo CA 93401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.578** Nonpriority creditor's name and mailing address

TAFT Electric
P.O. Box  32244
Ventura CA 93006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.579** Nonpriority creditor's name and mailing address

Tankfarm
13 Americana Way
Los Angeles CA 91210
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.580** Nonpriority creditor's name and mailing address

Taphandles LLC
1424 4th Avenue, Suite 201
Seattle WA 98101
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.581** Nonpriority creditor's name and mailing address

Tattoo Fun + Coaster Culture
P.O. Box 131055
Carlsbad CA 92013

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: -

$ 510.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Figueroa Mountain Brewing, LLC_____    Case number _(if known)___9:20-bk-11208-MB_____
            Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** Nonpriority creditor's name and mailing address

Teamviewer GmbH
P.O. Box 743135
Atlanta GA 30374-3135

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

**$ 1,188.00**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.583** Nonpriority creditor's name and mailing address

Ten Over Studio, inc
539 Marsh Street
SLO CA 93401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

**$ 11,126.42**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.584** Nonpriority creditor's name and mailing address

Teo Tech Services
307-33960 Old Yale Rd
Abbotsford BC V2S 2J9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

**$ 1,328.30**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.585** Nonpriority creditor's name and mailing address

Terminix
2315 Meredith Lane
Santa Maria CA 93455
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

**$ 520.00**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.586** Nonpriority creditor's name and mailing address

The Farming Company
2352 Hollister Company
P.O. Box 719
Los Olivos CA 93441

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

**$ 0.00**

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
_____    Case number _(if known)_    9:20-bk-11208-MB
    Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **587** **Nonpriority creditor's name and mailing address**

The Hanover Insurance Group
P.O. Box 580045
Charlotte NC 28258-0045
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 20,050.73

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **588** **Nonpriority creditor's name and mailing address**

The Law Office Of Jeffrey L. Goss
1025 Granville Ave #6
Los Angeles CA 90049
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **589** **Nonpriority creditor's name and mailing address**

The Raven Tavern
1651 S Victoria
Suite # 100
Oxnard CA 93035

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 2,008.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **590** **Nonpriority creditor's name and mailing address**

The Santa Barbara Independent
12 E Figueroa St
Santa Barbara CA 93101
United States

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 3,624.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** **591** **Nonpriority creditor's name and mailing address**

The Tent  Merchant
202 E Haley St
Santa Barbara CA 93101

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 592 | **Nonpriority creditor's name and mailing address**

The Third Window Brewing Company, LLC
406 East Haley  Street
Suite # 3
Santa Barbara CA 93101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 484.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 593 | **Nonpriority creditor's name and mailing address**

ThirtyFour  North
738 Wilcox Ave
# 227
Los Angeles CA 90038

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 594 | **Nonpriority creditor's name and mailing address**

Three Weavers Brewing Co
1031 W. Manchester Blvd Unit A&B
Inglewood CA 90301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 595 | **Nonpriority creditor's name and mailing address**

Tidestone
PMB 9715-805
Portland CA 04104-5015
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.** 596 | **Nonpriority creditor's name and mailing address**

TIDPORT
PMB 9715-805
Portland CA 04104-5015
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.597** Nonpriority creditor's name and mailing address

Timepayment Corp
1600 District Ave. Suite 200
Burlington, MA 01803

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.598** Nonpriority creditor's name and mailing address

Tin City
3005-A Limestone Way
Paso Robles CA 93446

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.599** Nonpriority creditor's name and mailing address

TLC Glass Art
655 Bobcat Springs Road
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.600** Nonpriority creditor's name and mailing address

Todd Pipe & Supply
P.O. Box 1872
Buellton CA 93427
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 408.15

**3.601** Nonpriority creditor's name and mailing address

Tomasini Construction
2392 Huasna Rd
Arroyo Grande CA 93420

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,424.72

Debtor    Figueroa Mountain Brewing, LLC _____    Case number *(if known)* 9:20-bk-11208-MB _____
                Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.**⎡602⎤ **Nonpriority creditor's name and mailing address**

TOMBUEL
P.O. Box 625
Buellton CA 93427
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.**⎡603⎤ **Nonpriority creditor's name and mailing address**

Toms Truck Center
13443 E Freeway Drive
Santa Fe Spring CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.**⎡604⎤ **Nonpriority creditor's name and mailing address**

Total Quality Logistics
5130 Glencrossing Way #112
Cincinnati CA 45238
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.**⎡605⎤ **Nonpriority creditor's name and mailing address**

TRC
P.O.BOX 536282
Pittsburgh PA 15253-5904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,470.71

---

**3.**⎡606⎤ **Nonpriority creditor's name and mailing address**

Trumer Brewery
1404  Fourth Street
Berkeley CA 94710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 125 of 138

Debtor   Figueroa Mountain Brewing, LLC                     Case number (if known)   9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607**  Nonpriority creditor's name and mailing address

Twenty Four  Blackbirds
4054 Via Zorro Unit A
Santa Barbara CA 93110
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.608**  Nonpriority creditor's name and mailing address

ULINE
2200 S. Lakeside Drive
Waukegan IL 60085
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 6,305.58

---

**3.609**  Nonpriority creditor's name and mailing address

United Refrigeration, Inc.
1265 W. McCoy Ln., #C
Santa Maria CA 93455-1058
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.610**  Nonpriority creditor's name and mailing address

United Staffing Associates, LLC
505 Higuera St
San Luis Obispo CA 93401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.611**  Nonpriority creditor's name and mailing address

Upkeep Management
1014 Hedgepath Ave
Hacienda Heights CA 91745
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 126 of 138

Debtor  Figueroa Mountain Brewing, LLC
        Name

        Case number *(if known)*  9:20-bk-11208-MB

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 612  **Nonpriority creditor's name and mailing address**

UPS -Store 6973
540 E Betteravia Rd
Suite #D
Santa Maria CA 93454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,264.86

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 613  **Nonpriority creditor's name and mailing address**

UPS Store
606 Alamo Pintado Road
Solvang CA 93463
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,623.53

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 614  **Nonpriority creditor's name and mailing address**

UPS-
P.O. Box 894820
Los Angeles CA 90189-4820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 417.99

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 615  **Nonpriority creditor's name and mailing address**

UVA DESIGN STUDIO
3669 SANGUITO STE 106
SANTA YNEZ CA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,250.00

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 616  **Nonpriority creditor's name and mailing address**

VALBUEL001
P.O. Box 98
Buellton CA 93427-0098
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor _____Figueroa Mountain Brewing, LLC_____     Case number _(if known)_ ___9:20-bk-11208-MB___
            Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 617  **Nonpriority creditor's name and mailing address**

Vallefresh Inc
424 Nogal St
Lompoc CA 93436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,739.53

---

**3.** 618  **Nonpriority creditor's name and mailing address**

Valley Automotive
55 Los Padres Way Ste 3
Buellton CA 93427
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 619  **Nonpriority creditor's name and mailing address**

Valley Rock Landscape
2222 North H Street
Lompoc CA 93436

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 620  **Nonpriority creditor's name and mailing address**

Valley Tool & Truck Rental Inc.
P.O. Box 98
Buellton CA 93427-0098
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 969.31

---

**3.** 621  **Nonpriority creditor's name and mailing address**

VALSAN
P. O.Box 2386
Santa Maria CA 93457
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB_____

         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 622  **Nonpriority creditor's name and mailing address**

Verizon
P.O. Box 6610108
Dallas TX 75266-0108
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,191.93

---

**3.** 623  **Nonpriority creditor's name and mailing address**

Vicinity Manufacturing
137 Johnson Ferry Rd. #2230
Marietta GA 30068
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 624  **Nonpriority creditor's name and mailing address**

Videojet
1500 N Mittel Blvd
Wood Dale IL 60191
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,827.52

---

**3.** 625  **Nonpriority creditor's name and mailing address**

VIP
402 Watertower Circle
Colchester VT 5446
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,393.79

---

**3.** 626  **Nonpriority creditor's name and mailing address**

Vita-Pakt Citrus Products Co.
5455 S Villa Ave
Fresno CA 937258901
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 277.25

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Figueroa Mountain Brewing, LLC                     Case number *(if known)*    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 627  **Nonpriority creditor's name and mailing address**

Vivid Candi
22917 Pacific Coast Highway
Suite 200
Malibu CA 90265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

$ 1,200.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 628  **Nonpriority creditor's name and mailing address**

Voice Magazine
23 EAST CANON PERDIDO ST.
SANTA BARBARA CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** -

$ 63.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 629  **Nonpriority creditor's name and mailing address**

Volt Workforce Solution
210 E Enos St
# C
Santa Maria CA 93455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 630  **Nonpriority creditor's name and mailing address**

Vortex
320 Irving Dr
Oxnard CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 631  **Nonpriority creditor's name and mailing address**

Wallace Group
612 Clarion Court
San Luis Obispo CA 93401
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
          Figueroa Mountain Brewing, LLC
          Name

Case number *(if known)*  9:20-bk-11208-MB

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 632  **Nonpriority creditor's name and mailing address**

Walmart Inc.
701 W Central Ave
Lompoc CA 93436
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

$ 0.00

---

**3.** 633  **Nonpriority creditor's name and mailing address**

Warden
16626 Parkside Avenue
Cerritos CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

$ 621.44

---

**3.** 634  **Nonpriority creditor's name and mailing address**

Waste Management
840 S Mission Rd,
Los Angeles, CA 90023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

$ 1,079.07

---

**3.** 635  **Nonpriority creditor's name and mailing address**

WESLOSA
P.O. Box 16350
Reading PA 19612-6350
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

$ 0.00

---

**3.** 636  **Nonpriority creditor's name and mailing address**

Westside Anacapa
1244 6th Street
Santa Monica CA 90401
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

$ 126,406.81

---

Debtor    Figueroa Mountain Brewing, LLC    Case number (if known)    9:20-bk-11208-MB
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 637  **Nonpriority creditor's name and mailing address**

WEX BANK
P.O. BOX 6293
Carol  Sream IL 60197-6293

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: -

$ 2,986.10

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 638  **Nonpriority creditor's name and mailing address**

WHASANL
533 Pismo  St
San Luis Obispo CA 93401
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 639  **Nonpriority creditor's name and mailing address**

White Electric Inc
P.O. Box 2509
Lompoc CA 93436

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 640  **Nonpriority creditor's name and mailing address**

White Labs, Inc.
9495 Candida Street
San Diego CA 92126
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 641  **Nonpriority creditor's name and mailing address**

White Winston Select Asset Funds, LLC
265 Franklin St., Suite 1702
Boston, MA 02110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 642    **Nonpriority creditor's name and mailing address**

Whole Foods Market
331 N Glendale Ave
Glendale CA 91206
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 643    **Nonpriority creditor's name and mailing address**

Wick Boiler
75 robin Hill Road
Santa Barbara CA 93427

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 644    **Nonpriority creditor's name and mailing address**

Wick Boiler Services Inc
75 Robin Hill Rd
Santa Barbara CA 93117
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 645    **Nonpriority creditor's name and mailing address**

WILBUEL
PO BOX 643
BUELLTON CA 93427
USA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**3.** 646    **Nonpriority creditor's name and mailing address**

William B. Lopez
PO BOX 643
BUELLTON CA 93427
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|--------|-------------------------------|------------------------|------------------|
|        | Name                          |                        |                  |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 647    Nonpriority creditor's name and mailing address

Willimette Valley Hops
P.O. Box 276
St Paul OR 97137
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 648    Nonpriority creditor's name and mailing address

Wilson Paves & Associates Insurance Agency
3636 Pegasus Dr
Bakersfield CA 933086820
USA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,798.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 649    Nonpriority creditor's name and mailing address

Windmill Nursery
925 W Highway 246
Buellton CA 93427
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 650    Nonpriority creditor's name and mailing address

Wine Warehouse
P.O. Box910900
Los Angeles CA 90091-0900
United States

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**3.** 651    Nonpriority creditor's name and mailing address

Wing Drop
1115 La Vista Rd
Santa Barbara CA 93110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: -

Is the claim subject to offset?
☑ No
☐ Yes

$ 324.91

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Debtor  Figueroa Mountain Brewing, LLC          Case number (if known)  9:20-bk-11208-MB
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 652  **Nonpriority creditor's name and mailing address**

Winther Steel
1781 LAUREL AVE
Solvang CA 93462
United States

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 653  **Nonpriority creditor's name and mailing address**

Woodall
1675 Laurel Ave
Solvang CA 93463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 654  **Nonpriority creditor's name and mailing address**

Worldpay
601 RIVERSIDE AVENUE
JACKSONVILLE FL 32204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,146.70

---

**3.** 655  **Nonpriority creditor's name and mailing address**

Wyest Laboratories, Inc
P.O Box 146
Odell OR 97044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 656  **Nonpriority creditor's name and mailing address**

XPO Logistics
27724 Network Place
Chicago IL 60673-1277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,190.00

---

Debtor _____    Case number *(if known)* 9:20-bk-11208-MB
      Figueroa Mountain Brewing, LLC
      Name

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 657 **Nonpriority creditor's name and mailing address**

Xtreme Bronc Riding Assn
P.O. Box 183
Los Alamos CA 93440
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 658 **Nonpriority creditor's name and mailing address**

Yakima Chief Hops
203 Division St.
Yakima WA 98902
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 1,946.47

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 659 **Nonpriority creditor's name and mailing address**

Yakima Valley Hops
702 N 1st Ave Suite # D
Yakima WA 98902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 660 **Nonpriority creditor's name and mailing address**

Za Hops, LLC
414 Huntington Hills Dr
Fort Collins CO 805254147
USA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 661 **Nonpriority creditor's name and mailing address**

Zahm & Nagel CO., Inc
210 Vermont St
P.O. Box 400
Holland NY 14080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 73.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Figueroa Mountain Brewing, LLC_____    Case number _(if known)_ ___9:20-bk-11208-MB___
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

3.____662 **Nonpriority creditor's name and mailing address**

Zee Medical Services
107 Bryant Street
Ojai, CA 93023
United States

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 679.13

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____663 **Nonpriority creditor's name and mailing address**

Zierman Plumbing, Inc.
2341 MEREDITH LANE
SANTA MARIA CA 93455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** -

$ 473.84

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____ **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Figueroa Mountain Brewing, LLC
         Name

Case number (if known)    9:20-bk-11208-MB

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 575,533.80 |
| 5b. **Total claims from Part 2** | 5b. + | $ 4,543,699.90 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,119,233.70 |

**Fill in this information to identify the case:**

Debtor name __Figueroa Mountain Brewing, LLC__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __9:20-bk-11208-MB__          Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Hops Contract Futures | Crosby Hop Farm, LLC 8648 Crosby Road, NE Woodburn, OR, 97071 |
| | State the term remaining | To 6/7/2021 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Hops Contract Futures | SS Steiner Inc. 1 W. Washington Ave., Yakima, WA, 98903 |
| | State the term remaining | To 12/31/2020 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Schraderbrau Distribution Agreement | Rust Belt Brewing, LLC 31938 Temecula Parkway Suite A340 Temecula, CA, 92592 |
| | State the term remaining | 90 Day Notice of Termination | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Shalhoob Production Agreement | Santa Barbara Style Inc. 220 Gray Ave. Santa Barbara, CA, 93110 |
| | State the term remaining | To 2/8/2021 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Utility | Comcast Corporation 1701 John F. Kennedy Blvd. Philadelphia, PA, 19103 |
| | State the term remaining | to 09/01/2023 | |
| | List the contract number of any government contract | | |

| Debtor | Figueroa Mountain Brewing, LLC | | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Chemicals and Pest Control<br><br>**State the term remaining**<br>To 06/04/2022<br><br>**List the contract number o any government contract** | Ecolab<br>1 Ecolab Place<br>Saint Paul, MN, 55102 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Alternating Proprietorship<br><br>**State the term remaining**<br>No Term Expiration<br><br>**List the contract number of any government contract** | Fermented Sciences Inc.<br>3200 Golf Course Dr.<br>Ventura, CA, 93003 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>45 Industrial Way, Buellton, CA 93427<br>Lessee<br><br>**State the term remaining**<br>To 10/31/2029<br><br>**List the contract number of any government contract** | James & Judith Dietenhofer<br>45 Industrial Way<br>Buellton, CA, 93427 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>71 & 73 Industrial Way, Buellton, CA 93427<br>Lessee<br><br>**State the term remaining**<br>To 7/10/2024 (Second Term)<br><br>**List the contract number of any government contract** | CJ Strand Properties, LLC<br>1411 Marsh Street<br>San Luis Obispo, CA, 93401 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>85 Industrial Way, Suite A, Buellton, CA 93427<br>Lessee<br><br>**State the term remaining**<br>Month to Month<br><br>**List the contract number of any government contract** | Scharin Family Trust<br>85 Industrial Way<br>Buellton, CA, 93427 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>131 & 137 Anacapa St., Suite F, Santa Barbara, CA 93101<br>Lessee<br><br>**State the term remaining**<br>To 9/31/2022 (Second Term)<br><br>**List the contract number of any government contract** | 131-137 Anacapa Street, LLC<br>201 W. Montecito St.<br>Santa Barbara, CA, 93101 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>560 E. Betteravia Rd., D1 & D2, Santa Maria, CA 93454<br>Lessee<br><br>**State the term remaining**<br>To 11/30/2020<br><br>**List the contract number of any government contract** | Me-N-Ed's Pizzerias, Inc.<br>6729 N. Palm Ave.<br>Suite 200<br>Fresno, CA, 93704 |

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | 2363 Alamo Pintado Ave., Los Olivos, CA 93441 Lessee | Saarloos Properties, LLC 2822 Ballard Canyon Solvang, CA, 93463 |
| | **State the term remaining** | To 3/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | 47 Industrial Way, #A & #B, Buellton, CA 93427 Lessee | Harry F. Poor 47 Industrial Way Buellton, CA, 93427 |
| | **State the term remaining** | To 3/6/2022 | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Production Agreement | Chihuahua Brewing Company, LLC 660 Newport Center Drive Suite 200 Newport Beach, CA, 92660 |
| | **State the term remaining** | 90 Day Notice of Termination | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Propane Delivery | AmeriGas Propane, Inc. 912 W. Betteravia Rd. Santa Maria, CA, 93455 |
| | **State the term remaining** | To 5/15/2021 | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Advance Beverage | Advance Beverage 5200 District Blvd Bakersfield, CA, 93313 |
| | **State the term remaining** | No Term Expiration | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Craft Beer Guild of L.A. | Craft Beer Guild of L.A. 13211 E. 166th St. Cerritos, CA, 90703 |
| | **State the term remaining** | No Term Expiration | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Craft Beer Guild of S.D. | Craft Beer Guild of S.D. 7825 Trade Street San Diego, CA, 92121 |
| | **State the term remaining** | No Term Expiration | |
| | **List the contract number of any government contract** | | |

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** Golden Brands - Sacramento **State the term remaining** No Term Expiration **List the contract number of any government contract** | Golden Brands - Sacramento 3500 Carlin Drive West Sacramento, CA, 95691 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** Golden Brands - San Francisco **State the term remaining** No Term Expiration **List the contract number of any government contract** | Golden Brands - San Francisco 245  S. Spruce Street #900 South San Francisco, CA, 94080 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** Pacific Beverage Company **State the term remaining** No Term Expiration **List the contract number of any government contract** | Pacific Beverage Company 5305 Ekwill Street Santa Barbara, CA, 93111 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** Quinn Cat **State the term remaining** 30 Days Notice of Termination **List the contract number of any government contract** | Quinn Cat 10006 Rose Hills Rd City of Industry, CA, 90601 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** Select Equipment **State the term remaining** 30 Days Notice of Termination **List the contract number of any government contract** | Select Equipment 6911 8th Street Buena Park, CA, 90620 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** 60BBL, 120BBL &20BBL Tanks Sublease- Leased to Avenido Caballo, LLC by Tank2Tap **State the term remaining** **List the contract number of any government contract** | Tank2Tap LLC 2313 Thayer St. Evanston, IL, 60201 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** Craftwerk Tanks by Longfellow Properties LLC **State the term remaining** **List the contract number of any government contract** | Longfellow Properties LLC 1411 Marsh Street Suite 101 San Luis Obispo, CA, 93401 |

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.27**
State what the contract or lease is for and the nature of the debtor's interest

DMA 4500,  Alcolyzer, XSample 22, Drying Cartridge, DMA 35, Set Wristband,  Rubber Housing DMA Leased to Avenida Caballo LLC by

Tank2Tap LLC
2313 Thayer St.
Evanston, IL, 60201

State the term remaining

List the contract number o any government contract

---

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

---

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name __Figueroa Mountain Brewing, LLC__

United States Bankruptcy Court for the: __Central Division__    District of __CA__
(State)

Case number (If known): __9:20-bk-11208-MB__

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 Jaime Dietenhofer | P.O. Box 839 _Street_ <br> Los Olivos  CA  93441 <br> _City  State  ZIP Code_ | Montecito Bank and Trust | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _Street_ <br><br> _City  State  ZIP Code_ | NCR Corporation | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _Street_ <br><br> _City  State  ZIP Code_ | Ford Credit | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 White Winston Select Asset Funds | 265 Franklin Street _Street_ <br> Suite 1702 <br> Boston  MA  02110 <br> _City  State  ZIP Code_ | Pacific Beverages | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _Street_ <br><br> _City  State  ZIP Code_ | State of CA EDD | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _Street_ <br><br> _City  State  ZIP Code_ | Department of the Treasury | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __Figueroa Mountain Brewing, LLC__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): __9:20-bk-11208-MB__

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | | ☑ Operating a business<br>☐ Other | $ 5,635,500.35 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 9,539,754.45 |
| **For the year before that:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other | $ 8,640,186.62 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | | Sale of Asset | $ 4,600.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | | Rental Income & Sale of Assets | $ 49,531.81 |
| **For the year before that:** | From 01/01/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | | Sale of Asset, Interest, Rental Income | $ 3,877.52 |

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number (if known) 9:20-bk-11208-MB
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Statement of Financial Affairs Part 2,<br>Creditor's name<br>Question 3 Attachment | 07/07/2020 | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other _____ |
| 3.2. | _____<br>Creditor's name | _____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Fauver, Large, Archbald & Spray LLP<br>Insider's name<br>820 State St.<br>Fourth Floor<br>Santa Barbara, CA 93101 | _____ | $ 57,953.32 | Legal Fees |
| | **Relationship to debtor**<br>Attorney | | | |
| 4.2. | Stephen Almarez<br>Insider's name | 6/25/20<br>6/16/20 | $ 46,871.94 | Reimbursement for Expenses |
| | **Relationship to debtor**<br>President | | | |

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

<table>
<tr><td colspan="2"><b>Part 3:</b>   Legal Actions or Assignments</td></tr>
</table>

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | White Winston Select Asset Funds, LLC v. Figueroa Mountain Brewing LLC et al | Contract Dispute | United States District Court, District of Massachusetts | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | 1 Courthouse Way Boston, MA 02210 | |
| | 1:20-cv-11577-MLW | | | |
| 7.2. | **Case title** Big Red Crane Company Inc vs Figueroa Mountain Brewing LLC | | **Court or agency's name and address** Superior Court of California, County of Santa Barbara | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** 20CV01235 | Small Claims | 312 E. Cook St., Building E Santa Maria, CA 93454 | |

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| | | | $ |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| | | | $ |
| Recipient's relationship to debtor | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Beer Contamination & Recall | 70,658.29 | 05/2020 | $77,632.00 |

| Debtor | Figueroa Mountain Brewing, LLC | Case number *(if known)* | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lesnick Prince & Pappas LLP | | 09/2020 | $ 25,000.00 |
| | **Address** | | | |
| | 315 W. Ninth St. Suite 705 Los Angeles, CA 90015 | | | |
| | **Email or website address** lesnickprince.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Lesnick Prince & Pappas LLP | | 09/2020 | $ 5,000.00 |
| | **Address** 315 W. Ninth St. Suite 705 Los Angeles, CA 90015 | | | |
| | **Email or website address** lesnickprince.com | | | |
| | **Who made the payment, if not debtor?** Judith Dietenhofer | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Private Buyer | 2012 Econoline Van (1FTNE2EW4CDA40806) | 03/05/2020 | $ 0.00 |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | Private Buyer | | | |
| 13.2. | Who received transfer? | 2014 Ford Focus (1FADP3F2XEL219549) | 12/03/2019 | $ 2,932.21 |
| | Vreeland Ford | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. E-mail addresses.

Does the debtor have a privacy policy about that information?

☒ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|--------|-------------------------------|------------------------|------------------|
| | Name | | |

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|------|----------------------------------------|--------------------------------|-----------------|------------------------------------------------------|------------------------------------------|
| 18.1. | Pacific Premier<br>Name<br>PO Box 25171<br>Santa Ana, CA 92799 | XXXX– 1340 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 11/29/2019 | $ 0.00 |
| 18.2. | Montecito Bank & Trust<br>Name<br>6950 Hollister Ave. Ste 102<br>Goleta, CA 93117 | XXXX– 9775 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 10/31/2019 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Figueroa Mountain Brewing, LLC | Case number (*if known*) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Figueroa Mountain Entertainment Santa M _____ Name 45 Industrial Way Buellton, CA 93427 | | EIN: 27-3188150 _____ **Dates business existed** From _____ To _____ |
| 25.2. | **Business name and address** _____ Name | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: _____ **Dates business existed** From _____ To _____ |
| 25.3. | **Business name and address** _____ Name | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. EIN: _____ **Dates business existed** From _____ To _____ |

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Kristina Conway | From 12/02/2013 |
| | Name | |
| | PO Box 102, Los Alamos, CA 93440 | To 07/01/2020 |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | Erika Perez | From 12/19/2013 |
| | Name | |
| | 1213 Riverside Dr., Lompoc, CA 93436 | To |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From |
| | Name | To |

| | Name and address | Dates of service |
|---|---|---|
| 26b.2. | | From |
| | Name | To |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Erika Perez | |
| | Name | |
| | 1213 RIVERSIDE DRIVE, LOMPOC CA 93436 | |

Debtor    Figueroa Mountain Brewing, LLC
_____
Name

Case number (*if known*)  9:20-bk-11208-MB
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Katie Feuerstine
_____
Name
7260 DAVENPORT RD #203, GOLETA, CA 93117

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  White Winston Select Asset Funds, LLC
_____
Name
265 Franklin St., Suite 1702 Boston, MA 02110

| Name and address |
|---|

26d.2.  Montecito Bank & Trust
_____
Name
P.O. Box 2460 Santa Barbara CA 93120-2460

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| James Daub | 10/05/2020 | $ 0.00 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1.  James Daub
_____
Name
45 Industrial Way
Buelleton, CA 93427

| Debtor | Figueroa Mountain Brewing, LLC | Case number (if known) | 9:20-bk-11208-MB |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jaime Dietenhofer | P.O. Box 839, Los Olivos, CA 93441 | Managing Member, CEO, Membership Interest | 39.45652 |
| James and Judith Dietenhofer Family Trust | P.O. Box 637, Los Olivos, CA 93441 | Membership Interest | 39.45652 |
| DTJ Development, LLC | P.O. Box 1188, San Luis Obispo, CA 93406 | Membership Interest | 20 |
| American Riviera Investments, LLC | 820 State Street Fourth Floor, Santa Barbara, CA 93101 | Membership Interest | 1.08696 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Stephen Almarez | 245,329.95 | _____ | Salary |
| Name | | | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| President | | | |

Debtor    Figueroa Mountain Brewing, LLC _____    Case number *(if known)* 9:20-bk-11208-MB _____
          Name

| Name and address of recipient | 28,496.98 | _____ | _____ |
|---|---|---|---|

30.2    Judith Dietenhofer _____
        Name
        PO Box 637                                                        _____
        Street
        Los Olivos, CA 93441 _____                             _____

        _____    _____    _____    _____
        City                                 State    ZIP Code

        Relationship to debtor                                            _____
        Family Member of Insider

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11/09/2020
               MM / DD / YYYY

✗ _____                                  Printed name  Jaime Dietenhofer
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor    CEO

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☑ Yes

Debtor Name    Figueroa Mountain Brewing, LLC

Case number (*if known*)    9:20-bk-11208-MB

## <u>Continuation Sheet for Official Form 207</u>

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | |
|---|---|---|
| Jaime Dietenhofer | P.O. Box 839, Los Olivos, CA 93441 | $605,262.32 |
| Judith Dietenhofer | P.O. Box 637, Los Olivos, CA 93441 | $28,496.98 |
| White Winston Select Asset Funds, LLC | 265 Franklin St. Suite 1702, Boston, MA 02110 | $4,436,338.55 |

**7) Legal Actions**

Consolidated Electrical Distributors Inc v. James C Dietenhofer et al

19CV02262

Real Property

Superior Court of California, County of Santa Barbara

312 E. Cook St., Building E, Santa Maria, CA 93454

Concluded

-------

Figueroa Mountain Brewing LLC et al v. Unique Funding Solutions LLC et al

19CV04537

Civil

Superior Court of California, County of Santa Barbara

312 E. Cook St., Building E, Santa Maria, CA 93454

Pending

-------

Ahern Rentals Inc. A Corporation v. Figueroa Mountain Brewing LLC, et al.

19CV02787

Real Property

Superior Court of California, County of Santa Barbara

312 E. Cook St., Building E, Santa Maria, CA 93454

Concluded

-------

Amir Santiago v. Figueroa Mountain Brewing LLC

20CV01923

Debtor Name    Figueroa Mountain Brewing, LLC

Case number *(if known)*    9:20-bk-11208-MB

## Continuation Sheet for Official Form 207

**Labor & Employment**

**Superior Court of California, County of Santa Barbara**

**312 E. Cook St., Building E, Santa Maria, CA 93454**

**Pending**

-------

**SLO Brewing Company, LLC v. Figueroa Mountain Brewing, LLC**

**20CV-0370**

**Civil**

**Superior Court of California, County of San Luis Obispo**

**1035 Palm Street, San Luis Obispo, CA 93408**

**Concluded**

-------

**Unique Funding Solutions LLC v. Figueroa Mountain Brewing, LLC, et al.**

**E2019-1174CV**

**Supreme Court of the State of New York, County of Steuben**

**3 East Pulteney Square, Bath, NY 14810**

**Concluded**

-------

**10) Certain Losses**

**Damage to Brewing House      $0.00                    $581,162.00**
**From Explosion &**
**Consequential Damages**

**13) Transfers not already listed on this statement**

**Transferee: Private Buyer**

**Date of Transfer: 01/01/2019**

**Description: 2005 Isuzu**

**Value: $0.00**

**---**

**Transferee: Private Buyer**

Debtor Name   Figueroa Mountain Brewing, LLC

Case number (if known)   9:20-bk-11208-MB

## Continuation Sheet for Official Form 207

**Date of Transfer: 01/01/2019**

**Description: 2006 Econovan**

**Value: $0.00**

**---**

**Transferee: Company Employee**

**Date of Transfer: 01/01/2019**

**Description: 2011 Kia Sportage EX/SX**

**Value: $7,579.30**

**---**

**Transferee: Vreeland Ford**

**Date of Transfer: 12/03/2019**

**Description: 2013 Ford Focus (1FADP3F29DL190141)**

**Value: $2,992.13**

**---**

**18) Closed financial accounts**

| | | |
|---|---|---|
| **Montecito Bank & Trust** | 6950 Hollister Ave. Ste 102, Goleta, CA 93117 | $0.00 |

**26a) Bookkeepers**

| | | | |
|---|---|---|---|
| **Robert Berezansky** | 3200 Paseo Village Way, #1603, San Diego, CA 92130 | 01/09/2017 | 10/03/2019 |
| **Kyler Keller** | 3632 Dry Creek Dr., Modesto, CA  95357 | 05/30/2017 | 07/19/2019 |
| **Katie Feuerstine** | 7260 Davenport Rd., #203, Goleta, CA 93117 | 07/28/2020 | |
| **Jennifer Pommier** | 3910 Mesa Circle Dr., #201, Lompoc, CA 93436 | 08/26/2019 | |
| **Daniel Johnson** | Johnson & Johnson Accounting, 680 Alamo Pintado, Solvang, CA 93463 | | |

Debtor Name _____Figueroa Mountain Brewing, LLC_____

Case number (if known)_____9:20-bk-11208-MB

## <u>Continuation Sheet for Official Form 207</u>

**26c) Records keepers**

**Jennifer Pommier**          3910 MESA CIRCLE DR.
                              #201, LOMPOC CA 93436

| Payee Name and Address | Date of Transfer | Transfer Amount | Reason for Payment |
|---|---|---|---|
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 09/09/20 | $ 57,732.55 | |
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 09/03/20 | $ 42,858.74 | |
| State Board of Equalization<br>P.O. Box 942879<br>Sacramento CA 94279-7070 | 08/04/20 | $ 31,256.69 | |
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 09/03/20 | $ 24,079.13 | |
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 08/25/20 | $ 17,386.46 | |
| 71-73<br>45 Industrial Way<br>Buellton CA 93427 | 08/07/20 | $ 15,000.00 | |
| 71-73<br>45 Industrial Way<br>Buellton CA 93427 | 07/15/20 | $ 15,000.00 | |
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 07/14/20 | $ 14,850.30 | |
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 07/23/20 | $ 11,976.49 | |
| Franchise Tax Board<br>P.O. BOX 942857<br>Sacramento CA 94257-0631 | 07/13/20 | $ 11,790.00 | |
| White Winston Select Asset Funds, LLC<br>265 Franklin St., Suite 1702<br>Boston, MA 02110 | 08/18/20 | $ 11,153.91 | |
| Microstar Keg Management 26022<br>PO Box 912392<br>Denver CO 80291-2392 | 08/11/20 | $ 10,219.20 | |
| Department of the Treasury<br>10067 Bellefontaine Road<br>St. Louis MO 63137<br><br>1310 G Street NW Box 12<br>Washington DC DC 20005 | 09/04/20 | $ 9,986.13 | |
| Quinn Company<br>3500 Shepherd  Street<br>City of Industry CA 90601 | 08/15/20 | $ 9,381.26 | |

| | | | |
|---|---|---|---|
| Quinn Company<br>  3500 Shepherd  Street<br>  City of Industry CA 90601 | 07/15/20 | $ | 9,831.26 |
| SLO Brew Co, LLC<br>  835 Aerivista Place Ste 230<br>  San Luis Obispo CA 93401 | 08/28/20 | $ | 9,000.00 |
| White Winston Select Asset Funds, LLC<br>  265 Franklin St., Suite 1702<br>  Boston, MA 02110 | 07/28/20 | $ | 8,978.64 |
| Associated Winery System, Inc.<br>  7787 Bell Road<br>  Windsor CA 95492 | 07/13/20 | $ | 8,296.81 |
| White Winston Select Asset Funds, LLC<br>  265 Franklin St., Suite 1702<br>  Boston, MA 02110 | 07/23/20 | $ | 7,489.55 |
| White Winston Select Asset Funds, LLC<br>  265 Franklin St., Suite 1702<br>  Boston, MA 02110 | 08/04/20 | $ | 7,270.47 |
| State Board of Equalization<br>  P.O. Box 942879<br>  Sacramento CA 94279-7070 | 08/31/20 | $ | 84,498.43 |
| State Board of Equalization<br>  P.O. Box 942879<br>  Sacramento CA 94279-7070 | 08/31/20 | $ | 42,666.00 |
| Lesnick Prince & Pappas LLP<br>  315 W. Ninth St., Suite 705<br>  Los Angeles, CA 90015 | 09/25/20 | $ | 25,000.00 |
| Johnson & Johnson<br>  680 Alamo Pintado Rd. Suite 102<br>  Solvang CA 93463 | 08/31/20 | $ | 12,225.00 |
| City of Buellton<br>  P.O. Box 1819<br>  Buellton CA 93427 | 09/28/20 | $ | 10,006.98 |