**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Kenneth M. Misken
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN:146864
Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Facsimile: (805) 957-4103
E-mail: brian.fittipaldi@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:20-bk-11208-MB |
| Figueroa Mountain Brewing, LLC, | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE MEMBERS |
| | **(No Hearing Required)** |

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following (3) three creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT ATTACHED

Dated: January 5, 2021          PETER C. ANDERSON
                                UNITED STATES TRUSTEE

                        By: _Kenneth M. Misken_ (Digitally signed by Kenneth M. Misken, Date: 2021.01.05 08:46:03 -08'00')
                            Kenneth M. Misken
                            Assistant United States Trustee

**In re: Figueroa Mountain Brewing, Inc. 9:20-bk-11208-MB, Exhibit A**

(1) Amir Santiago
c/o Gaines and Gaines
27200 Agoura Road, Suite 101
Calabasas, CA 91301

Phone: 818-703-8985
E-mail: evan@gaineslawfirm.com

(2) Cal-Therm, Inc.
5595 Daniels Street, #F
Chino, CA 91710
Attn: Brian Campbell

Phone: 562-824-5954
E-mail: Brian@Cal-therm.com

(3) Ball Rig Welding, LLC
68 Stuart Court
Oroville, CA 95965

Phone: 530-712-1286
E-mail: ryan@ballwigwelding.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE MEMBERS,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/5/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **1/5/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/5/2021 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

# SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Kenneth M Misken    kenneth.m.misken@usdoj.gov
Robert D Bass    bob.bass47@icloud.com
William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
Joseph P Buchman    jbuchman@bwslaw.com, dwetters@bwslaw.com
Debra E Cardarelli    dcardarelli@lesnickprince.com, jmack@lesnickprince.com
Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com
Brian S Healy    brian@tw2law.com
Eve H Karasik    ehk@lnbyb.com
Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Randall P Mroczynski    randym@cookseylaw.com
Lisa J Nilmeier    lnilmeier@milano-ri.com, lisanilmeier@gmail.com
Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com
Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
Jonathan C Sandler    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
David B Shemano    dshemano@shemanolaw.com
Felicita A Torres    torres@g-tlaw.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
Christian J Younger    christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
Ryan D Zick    rzick@ppplaw.com, bnesbitt@ppplaw.com

**SERVED BY U.S. MAIL**

United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

Figueroa Mountain Brewing, LLC
45 Industrial Way
Buellton, CA 93427

Amir Santiago
c/o Gaines and Gaines
27200 Agoura Road, Suite 101
Calabasas, CA 91301

Cal-Therm, Inc.
5595 Daniels Street, #F
Chino, CA 91710
Attn: Brian Campbell

Ball Rig Welding, LLC
68 Stuart Court
Oroville, CA 95965

Jeffrey D Sternklar
Jeffrey D Sternklar LLC
101 Federal Street, Suite 1900
Boston, MA 02110