**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Ken Misken
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
**UNITED STATES TRUSTEE**
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Email: brian.fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| **In re:** | Case No.: **9:20-bk-11208-MB** |
| | Chapter 11 |
| **FIGUEROA MOUNTAIN BREWING, LLC,** | **OBJECTION OF THE UNITED STATES TRUSTEE TO EMPLOYMENT APPLICATION FILED BY BRINKMAN LAW GROUP, PC** |
| **Debtor(s)** | |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 11 TRUSTEE, THE DEBTOR AND ALL OTHER INTERESTED PARTIES IN THIS CASE:

The Office of the United States Trustee (the "U.S. Trustee") has reviewed the Employment Application filed by the Brinkman Law Group, PC in the above-referenced case and respectfully submits the following comments to said filing:

1. **General Comments.**

The United States Trustee formed an Official Committed of Unsecured Creditors on January 5, 2021 in this case. Though Committees often hire professionals to represent them in pending cases, the United States Trustee wants to ensure that there are adequate funds to pay Committee professionals in this case. Therefore, the U.S. Trustee requests a showing that such funds exist to fund counsel for the Committee.

**2. <u>Request for Nunc Pro Tunc Appointment</u>.**

By their application, the Brinkman Law Group is seeking to have its employment effective nunc pro tunc to January 6, 2021. The U.S. Trustee objects to this request. The U.S. Trustee requests that the order should be effective as of the date the court signs the order. Since the application was filed in the first 30 days of their engagement, the U.S. Trustee is agreeable to a clause in the order that would provide for the following: "Brinkman Law Group, PC, may seek fees and expenses from January 6, 2021 forward, subject to the requirements of section 330 of the bankruptcy code and upon a showing that those fees were necessary and reasonable."

**3. <u>Descriptions of the Professionals</u>**

There are several issues that the applicant must address arising from their Employment Application:

   a. The Employment Application references a website, Brinkmanlaw.com. The website describes a law firm Brinkman, Portillo & Ronk. What is the status of that firm and how does it relate to Brinkman Law Group, P.C.?

   b. The resume attached to the Employment Application lists a number of cases described as "Major Case Assignments." Was Brinkman Law Group, P.C. the firm in all of those cases, or were other firms, or predecessor firms involved?

   c. On the Employment Application, Mr. Brinkman is the only attorney listed who is licensed to practice in California. Are the other two attorneys going to seek admission to practice in the present case pro hac vice?

   d. The Employment Application lists billing rates for "Paralegals and Law Clerks," "Of Counsel" and "Associate Attorneys." Who specifically are these individuals and what are their credentials?

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

    e. Kelsi Hunt is listed as an Associate Attorney on the Employment Application. That attorney is also listed as an Associate Attorney with a firm named Portillo Ronk Legal Team. Does this attorney work for both firms?

Dated: February 8, 2021

                                        Peter C. Anderson
                                        United States Trustee

                                    By: */s/ Brian D. Fittipaldi*
                                          Brian D. Fittipaldi
                                          Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION OF THE UNITED STATES TRUSTEE TO EMPLOYMENT APPLICATION FILED BY BRINKMAN LAW GROUP, PC,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **2/11/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **2/11/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 2/11/2021 | Veronica M. Hernandez | /s/ Veronica M. Hernandez |

# SERVICE LIST FOR PROOF OF SERVICE

**SERVED ELECTRONICALLY**

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Robert D Bass    bob.bass47@icloud.com
William C Beall    will@beallandburkhardt.com, carissa@beallandburkhardt.com
Daren Brinkman    office@brinkmanlaw.com, 7764052420@filings.docketbird.com
Joseph P Buchman    jbuchman@bwslaw.com, dwetters@bwslaw.com
Debra E Cardarelli    dcardarelli@lesnickprince.com, jmack@lesnickprince.com
Jamie P Dreher    jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Moriah Douglas Flahaut (TR)    douglas.flahaut@arentfox.com
Brian S Healy    brian@tw2law.com
Eve H Karasik    ehk@lnbyb.com
Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Randall P Mroczynski    randym@cookseylaw.com
Lisa J Nilmeier    lnilmeier@milano-ri.com, lisanilmeier@gmail.com
Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com
Brian A Paino    bpaino@mcglinchey.com, asifuentes@mcglinchey.com;khan@mcglinchey.com
Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
Jonathan C Sandler    jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
David B Shemano    dshemano@shemanolaw.com
Felicita A Torres    torres@g-tlaw.com
Christian J Younger    christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
Ryan D Zick    rzick@ppplaw.com, bnesbitt@ppplaw.com

**SERVED BY U.S. MAIL**

United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

Figueroa Mountain Brewing, LLC
45 Industrial Way
Buellton, CA 93427

Jeffrey D Sternklar
Jeffrey D Sternklar LLC
101 Federal Street, Suite 1900
Boston, MA 02110