PETER C. ANDERSON
UNITED STATES TRUSTEE
Ken Misken
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Email: Brian.Fittipaldi@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 9:20-bk-11208--MB** |
| | **Chapter 11** |
| **FIGUEROA MOUNTAIN BREWING, LLC,** | **WITHDRAWAL RE: OBJECTION OF THE UNITED STATES TRUSTEE TO EMPLOYMENT APPLICATION FILED BY BRINKMAN LAW GROUP, PC** |
| **Debtor.** | |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ALL OTHER INTERESTED PARTIES IN THIS CASE:

The Office of the United States Trustee (the "U.S. Trustee") has reviewed the Declaration of Darren Brinkman in response to the Objection of the United States Trustee to the Employment Application filed by the Brinkman Law Group, PC in the above-referenced case. The Declaration and proposed order satisfy the concerns of the United States Trustee. As a result, the United States

- 1 -

Trustee

Dated: March 3, 2021

                                                Peter C. Anderson
                                                United States Trustee

                                        By:   /s/ Brian D. Fittipaldi
                                                Brian D. Fittipaldi
                                                Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1415 State Street, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled: Withdrawal*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 3, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Darren Brinkman: firm@brinkmanlaw.com**

**2. SERVED BY UNITED STATES MAIL**:
On **March 3, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 3, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**U.S. Bankruptcy Court—Northern Division**
The Honorable Deborah Saltzman
United States Bankruptcy Court
Central District of California
Edward Roybal Federal Building and Courthouse
255 East Temple Street, Ste. 1634/Ctrm. 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2021 | Brian D. Fittipaldi | */s/Brian D. Fittipaldi* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |