PETER C. ANDERSON
UNITED STATES TRUSTEE
Ken Misken
Assistant United States Trustee
Brian D. Fittipaldi, CA SBN: 146864
Trial Attorney
United States Department of Justice
Office of the United States Trustee
1415 State Street, Suite 148
Santa Barbara, California 93101
Telephone: (805) 957-4100
Email: Brian.Fittipaldi@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:20-bk-11208--MB |
| FIGUEROA MOUNTAIN BREWING, LLC, | Chapter 11 |
| | **OBJECTION OF THE UNITED STATES TRUSTEE TO FEE APPLICATION FILED BY LESNICK, PRINCE & PAPPAS** |
| Debtor. | |
| | Date:  March 17, 2021 |
| | Time: 1:30 p.m. |
| | Ctrm: 201 |

TO THE HONORABLE MARTIN BARASH, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ALL OTHER INTERESTED PARTIES IN THIS CASE:

    The Office of the United States Trustee (the "U.S. Trustee") has reviewed the Fee Application of Lesnick, Prince and Pappas in the above-referenced case and respectfully submits the following comments to said filing.

- 1 -

1. **Available Funds in the Case**.

As of February 14, 2021, the Debtor had $1.2 million in available funds. The U.S. Trustee requests that Counsel update the parties on the funds available at the date of the hearing.

2. **Business Operations and Cash Administration**.

Counsel is requesting $44,923.00 for work in the Business Operations category, representing 102.2 hours of work at a blended rate of $439.56 per hour. Counsel is requesting $46,571.00 for work in the Case Administration category, representing 117.4 hours of work with a blended rate of $396.69 per hour. As result, Counsel is requesting over $90,000.00 in these two categories alone, and over 200 billable hours of work. The U.S. Trustee is concerned about the magnitude of this request. The Debtor is not operating at full, or near-full capacity during the COVID-19 Pandemic. Certainly work was needed for preparing the Debtor for Chapter 11, first day motions and ongoing issues, but the amount requested does appear to be excessive. The U.S. Trustee requests an explanation.

3. **Claims**

Counsel is requesting $8,452.00 for work in this category, representing 15,8 hours at a blended rate of $535.00 per hour. The U.S. Trustee submits a request for fees in this category is, premature, since claims objections have not been and may not be initiated.

4. **Financial/Cash Collateral**

Counsel is requesting $151,542.50 for work in this category, representing 292.3 hours and a blended rate of $518.45 per hour. Again, there was an obvious need for work in this category, but it is not clear why such fees are being charged. The U.S. Trustee requests an explanation.

5. **Meeting of Creditors**.

Counsel is seeking $5049.00 for this category, representing 10.2 hours at a blended rate of

$495.00 per hour. The requested amount for this item does appear to be excessive, especially since the 341(a) did not take more than 2 hours. Even with the explanation that additional work was needed in preparing for the 341(a), the requested amount is high.

6. **Plan and Disclosure Statement**.

The requested amount for this category is $16,529.50, representing 35.2 hours at a blended rate of $468.26 per hour. Since a Plan and Disclosure Statement have yet to be filed and may never be filed, the U.S. Trustee submits that any payment requested for this item is premature.

Dated: March 8, 2021

                                              Peter C. Anderson
                                              United States Trustee

                                      By:  ___/s/ Brian D. Fittipaldi_____
                                                     Brian D. Fittipaldi
                                                     Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1415 State Street, Santa Barbara, CA 93101

A true and correct copy of the foregoing document entitled: Objection*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 9, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**cprince@lesnickprince.com**

**2. SERVED BY UNITED STATES MAIL**:
On **March 9, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 9, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 9, 2021 | Brian D. Fittipaldi | /s/Brian D. Fittipaldi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |