| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc A. Lieberman, Esq. (SBN 157318)<br>Alan W. Forsley, Esq. (SBN 180958)<br>FREDMAN LIEBERMAN PEARL LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, California 90067<br>Telephone: (310) 284-7350<br>Facsimile: (310) 432-5999<br>marc.lieberman@flpllp.com<br>alan.forsley@flpllp.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: SCS Acquisitions LLC | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>Figueroa Mountain Brewing, LLC | CASE NO.: 9:20-11208-MB<br>CHAPTER: 11 |
|---|---|
| | **REQUEST FOR ISSUANCE OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)** |
| Debtor(s). | [No Hearing Required] |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please issue the required notice to the Original Creditor identified below that all right, title and interest in and to the following claim has been transferred:

1. Person or entity to whom the claim has been transferred (Substitute Creditor):

    Name:    SCS Acquisitions LLC         Telephone Number:    (917) 693-5252

    Address:    511 Canal Street, 6th Floor
                New York, NY 10013

2. Date of transfer of claim:    05/26/2021

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 3001-1.REQ.TRANSFER.CLAIM

3. Type of claim:  ☒ secured   ☐ priority unsecured   ☐ general unsecured

4. Amount of claim:  $ 4,257,285.70

5. Date of filing of Proof of Claim:  12/14/2020

6. Claims docket number:  48-1

7. Date of transfer of claim:  05/26/2021

8. Person or entity who filed the claim (Original Creditor):

    Name:  Montecito Bank & Trust          Telephone Number:  (805) 564-7397

    Address:  6950 Hollister Avenue, Suite 102
              Goleta, CA 93117

9. Attorney (if any) for the Original Creditor, as set forth on Proof of Claim:

    Name:  Steven E. Abelman, Esq.          Telephone Number:  (303) 223-1102

    Address:  410 Seventeenth Street, Suite 2200
              Denver, CO 80202

10. A true and correct copy of the Proof of Claim originally filed is attached hereto as "Exhibit A." True and correct copies of the documents evidencing the transfer of the claim are attached as "Exhibit B."

Date:  06/25/2021

SUBSTITUTE CREDITOR
SCS Acquisitions LLC

By: _____
Signature

Marc A. Liberman, Esq., attorney for Substitute Creditor
Printed name of Substitute Creditor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 2                F 3001-1.REQ.TRANSFER.CLAIM

# EXHIBIT A

# (Proof of Claim No. 48-1)

**Fill in this information to identify the case:**

Debtor 1  Figueroa Mountain Brewing, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court  **Central District of California**

Case number: **20-11208**

FILED
U.S. Bankruptcy Court
Central District of California

12/14/2020

Kathleen J. Campbell, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Montecito Bank & Trust<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Montecito Bank & Trust<br>Name<br>Steven E. Abelman, Esq.<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO 80202<br><br>Contact phone  (303) 223-1100<br>Contact email  sabelman@bhfs.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent? (if different)**<br>Michael E. Jarrells<br>Name<br>Montecito Bank & Trust<br>6950 Hollister Avenue, Suite 102<br>Goleta, CA 93117<br><br>Contact phone  (805) 564-7397<br>Contact email  mjarrells@montecito.bank |
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                                     Proof of Claim                                     page 1

000004

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. How much is the claim? | $ 4257285.70 | **Does this amount include interest or other charges?**<br>☐ No<br>☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>Money Loaned – See attached | |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☑ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☑ Other. Describe:   All business assets<br><br>**Basis for perfection:**   See attachment<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**   $ _____<br><br>**Amount of the claim that is secured:**   $ 4257285.70<br><br>**Amount of the claim that is unsecured:**   $ 0.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**   $ _____<br><br>**Annual Interest Rate** (when case was filed)   12.00 %<br>☐ Fixed<br>☑ Variable | |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410         Proof of Claim         page 2

000005

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply:* | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    12/14/2020
                    MM / DD / YYYY

/s/ Steven E. Abelman, Esq.
Signature

Print the name of the person who is completing and signing this claim:

| Name | Steven E. Abelman, Esq. |
|---|---|
| | First name   Middle name   Last name |
| Title | Attorney for Montecito Bank & Trust |
| Company | Brownstein Hyatt Farber Schreck, LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer |
| Address | 410 Seventeenth Street, Suite 2200 |
| | Number   Street |
| | Denver, CO 80202 |
| | City   State   ZIP Code |
| Contact phone | (303) 223-1102   Email   sabelman@bhfs.com |

**Loan Balance as of December 14, 2020**

Loan ending 7896:
    Principal:            $2,831,942.59
    Interest:             $  152,924.91
    Default Interest:     $  700,275.15
    Fees & Costs          $  216,360.00
    TOTAL:                $3,901,503.50
    Plus attorney's fees and costs as provided in the Loan Documents

Loan ending 8244:
    Principal:            $274,899.08
    Interest:             $ 12,370.46
    Default Interest:     $ 67,388.32
    Fees & Costs          $  1,124.42
    TOTAL:                $355,782.28
    Plus attorney's fees and costs as provided in the Loan Documents

**Evidence of Perfection**

Deed of Trust for 45 Industrial Way filing #2016-0017954 and Deed of Trust for 2359 North Avenida Caballo filing #2016-0017957 filed in the books and records of Santa Barbara County, California

Trademark filing with USPTO #900420209

UCC filing #1470401561049 and #177603560217, #177603560712, and #177603563 filed with the California Secretary of State

# EXHIBIT B

# (Proof of Transfer of Claim No. 48-1)

**From:** Sean sean@manhattanconcrete.nyc
**Subject:**
**Date:** June 25, 2021 at 1:38 PM
**To:** GINA ginafalco@icloud.com

May 26, 2021

VIA EMAIL: *CPRINCE@LESNICKPRINCE.COM*
*MATT@LESNICKPRINCE.COM*

Figueroa Mountain Brewing, LLC
c/o Christopher E. Prince and Matthew A. Lesnick
45 Industrial Way
Buellton, CA 93427

Re: SCS Acquisitions LLC purchase of the following loans: (i) Loan in the original principal amount of $3,240,644.00 to Figueroa Mountain Brewing, LLC ("Borrower"), evidenced by that certain Promissory Note dated April 6, 2016, from Borrower to Montecito Bank & Trust ("Lender"); and (ii) Loan in the original principal amount of $300,000 to Borrower, evidenced by that certain Promissory Note dated April 6, 2016 (collectively, the "Loans")

Dear Chris and Matt:

Please be advised that Lender has sold to SCS Acquisitions LLC, a California limited liability company ("Purchaser"), all of its right, title and interest in and to the Loans referenced above, and certain documents and instruments evidencing and securing such Loans (collectively, the "Loan Documents")

Please direct all future inquiries and pleadings regarding Adversary No. 9:21-ap-01002-MB to Dave Shemano.

Therefore, from and after the date of this letter, please send any notices required to be delivered to Lender pursuant to the Loan Documents to Purchaser at the following address:

SCS Acquisitions LLC
SEAN HEAPHY

Very truly yours,

Montecito Bank & Trust, a California state banking corporation

By: _____
Name: Michael E. Jarrells
Title: Senior Vice President

22719751.1

000009

From: Sean sean@manhattanconcrete.nyc
Subject:
Date: June 25, 2021 at 1:38 PM
To: GINA ginafalco@icloud.com

May 26, 2021

Figueroa Mountain Brewing, LLC
45 Industrial Way
Buellton, CA 93427

> Re: SCS Acquisitions LLC purchase of the following loans: (i) Loan in the original principal amount of $3,240,644.00 to Figueroa Mountain Brewing, LLC ("Borrower"), evidenced by that certain Promissory Note dated April 6, 2016, from Borrower to Montecito Bank & Trust ("Lender"); and (ii) Loan in the original principal amount of $300,000 to Borrower, evidenced by that certain Promissory Note dated April 6, 2016 (collectively, the "Loans")

Dear Sir or Madam:

Please be advised that Lender has sold to SCS Acquisitions LLC, a California limited liability company ("Purchaser"), all of its right, title and interest in and to the Loans referenced above, and certain documents and instruments evidencing and securing such Loans (collectively, the "Loan Documents").

Therefore, from and after the date of this letter, please send any notices required to be delivered to Lender pursuant to the Loan Documents to Purchaser at the following address:

SCS Acquisitions LLC
_____
M/M
Sean Henry

Very truly yours,

Montecito Bank & Trust, a California state banking corporation

By: _____
Name: Michael E. Jarrells
Title: Senior Vice President

22110442.2

000010

IN WITNESS WHEREOF, the parties hereto have caused this Assignment Agreement to be executed by their respective officers thereunto duly authorized, as of the date first above written.

**ASSIGNOR:**

**Montecito Bank & Trust**, a California state banking corporation

By: _____
Name: Michael E. Jarrells
Title: Senior Vice President

**ASSIGNEE:**

**SCS Acquisitions LLC**, a California limited liability company

By: _____
Name: Sean Hophy
Title: M/M

22710385.2    SIGNATURE PAGE TO ASSIGNMENT AND ASSUMPTION AGREEMENT

000011

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN LIEBERMAN PEARL LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR ISSUANCE OF NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 25, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 25, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Montecito Bank & Trust
6950 Hollister Avenue, Suite 102
Goleta, CA 93117

Montecito Bank & Trust
Steven E. Abelman, Esq.
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202

Christopher E. Prince
Lesnick Prince & Pappas LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 25, 2021 | CATHERINE COLSON | /s/ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                     **F 9013-3.1.PROOF.SERVICE**

## Service List via NEF

- **Robert D Bass** bob.bass47@icloud.com
- **William C Beall** will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Daren Brinkman** office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Joseph P Buchman** jbuchman@bwslaw.com, svasquez@bwslaw.com
- **Debra E Cardarelli** dcardarelli@lesnickprince.com, jmack@lesnickprince.com
- **Jamie P Dreher** jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **Brian D Fittipaldi** brian.fittipaldi@usdoj.gov
- **Brian S Healy** brian@tw2law.com
- **Eve H Karasik** ehk@lnbyb.com
- **Paul J Laurin** plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Gordon G May** hpc@ggb-law.com
- **Randall P Mroczynski** randym@cookseylaw.com
- **Lisa J Nilmeier** lnilmeier@milano-ri.com, lisanilmeier@gmail.com
- **Juliet Y Oh** jyo@lnbyb.com, jyo@lnbrb.com
- **Brian A Paino** bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Laura J Portillo** Attorneys@portilloronk.com
- **Christopher E Prince** cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Jonathan C Sandler** jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Allan D Sarver** ADS@asarverlaw.com
- **Summer M Shaw** ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **David B Shemano** dshemano@shemanolaw.com
- **Felicita A Torres** torres@g-tlaw.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Beth Ann R Young** bry@lnbyb.com
- **Christian J Younger** christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
- **Ryan D Zick** rzick@ppplaw.com, bnesbitt@ppplaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**