CHRISTOPHER E. PRINCE (SBN 183553)
　cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
　matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA  90015
Telephone:　(213) 493-6496
Facsimile:　(213) 493-6596

Attorneys for Debtor in Possession
Figueroa Mountain Brewing, LLC



FILED & ENTERED

FEB 09 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>FIGUEROA MOUNTAIN BREWING, LLC,<br><br>　　　　　　Debtor in Possession. | Case No. 9:20-bk-11208-MB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF THE DEBTOR TO AUTHORIZE SETTLEMENT WITH TANK2TAP, LLC**<br><br>Hearing:<br>Date: January 13, 2022<br>Time: 1:30 p.m.<br>Held Remotely Using ZoomGov |

　　　　Figueroa Mountain Brewing, LLC, the Debtor and Debtor in Possession (the "Debtor") in this case, filed a Motion of the Debtor to Authorize Settlement with Tank2Tap, LLC (the "Settlement Motion") [Docket No. 627].  The Settlement Motion sought approval of a settlement agreement between the Debtor and Tank2Tap which, among other things, would resolve two motions filed by Tank2Tap: (1) Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Personal Property) [Docket No. 408]; and (2) Motion for Allowance and Payment of Administrative Claim [Docket No. 411] (together, the "Tank2Tap Motions").

　　　　White Winston Select Asset Funds, LLC filed an objection to the Settlement Motion (the "White Winston Objection") [Docket No. 638].  The Court upheld the White Winston Objection

and continued the hearings on the Settlement Motion and the Tank2Tap Motions to allow the Debtor to submit a revised settlement agreement to address the White Winston Objection.

The Debtor filed the revised settlement agreement on December 22, 2021 [Notice of Filing of Amended Settlement Agreement with Tank2Tap, LLC, Docket No. 700].  The Notice of Filing of Amended Settlement Agreement included a request that the 14-day stay specified in Federal Bankruptcy Rule 6004(h) be waived.

No additional objections to the Settlement Motion were filed, and no party objected to the request for waiver of the 14-day stay.  The Settlement Motion and the Tank2Tap Motions came on for hearing on January 13, 2022 at 1:30 p.m.  Appearances were made as reflected on the record.

The Court, having considered the Settlement Motion, the Tank2Tap Motions, the White Winston Objection, the Notice of Filing of Amended Settlement Agreement, and the record in this case, for good cause shown, IT IS ORDERED that:

1. Notice of the Settlement Motion, as modified, was proper;

2. The White Winston Objection was adequately addressed by the amended settlement agreement attached to the Notice of Filing of Amended Settlement Agreement;

3. The Settlement Motion, as modified, is granted;

4. The Debtor is authorized to enter into the amended settlement agreement attached to the Notice of Filing of Amended Settlement Agreement;

5. The Tank2Tap Motions are denied as moot; and

6. The 14-day stay specified in Federal Bankruptcy Rule 6004(h) is waived.

###

Date: February 9, 2022

Martin R Barash
United States Bankruptcy Judge