CHRISTOPHER E. PRINCE (SBN 183553)
   cprince@lesnickprince.com
MATTHEW A. LESNICK (SBN 177594)
   matt@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth St., Suite 705
Los Angeles, CA 90015
Telephone: (213) 493-6496
Facsimile: (213) 493-6596

Counsel for Debtor and Debtor in Possession
Figueroa Mountain Brewing, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>FIGUEROA MOUNTAIN BREWING, LLC,<br><br>            Debtor and Debtor in Possession. | Case No. 9:20-bk-11208-MB<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE**<br><br>Continued Status Conference:<br>Date: December 8, 2022<br>Time: 1:30 p.m.<br>Held Remotely Using ZoomGov |

    PLEASE TAKE NOTICE THAT a Status Conference was held in the above captioned bankruptcy case on November 10, 2022 at 1:30 p.m.  Appearances were made as reflected in the Court's record.  The Court set a continued Status Conference for December 8, 2022 at 1:30 p.m.

    PLEASE TAKE FURTHER NOTICE that the continued status conference will be conducted via video and audio conference using ZoomGov.  Instructions for participating in the hearing via ZoomGov are attached.

DATED: November 10, 2022   LESNICK PRINCE & PAPPAS LLP

            By:  /s/ Christopher E. Prince
              Christopher E. Prince
              Counsel for Debtor and Debtor
              in Possession Figueroa Mountain
              Brewing, LLC

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER E. PRINCE (SBN 183553)<br>  cprince@lesnickprince.com<br>MATTHEW A. LESNICK (SBN 177594)<br>  matt@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth Street, Suite 705<br>Los Angeles, CA  90015<br>Telephone:    (213) 493-6496<br>Facsimile:    (213) 493-6596<br><br>☒ *Attorney for Debtor*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>FIGUEROA MOUNTAIN BREWING, LLC<br><br>Debtor(s) | CASE NO.: 9:20-bk-11208-MB<br>CHAPTER:  11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:    December 8, 2022<br>HEARING TIME:    1:30 p.m. |

**Movant:**  Debtor Figueroa Mountain Brewing, LLC

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   | |
   |---|
   | Notice of Continued Chapter 11 Status Conference |

2. Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, **please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**.  Individuals will not be permitted access to the courtroom.  Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

| | |
|---|---|
| Meeting URL: | https://cacb.zoomgov.com/j/1616699973 |
| Meeting ID: | 161 669 9973 |
| Password: | 486113 |
| Telephone: | 1 (669) 254-5252 or 1 (646) 828-7666 |

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Date: November 10, 2022

Lesnick Prince & Pappas LLP
Printed name of law firm (if applicable)

/s/ Christopher E. Prince
Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Lesnick Prince & Pappas LLP, 315 W. Ninth St., Suite 705, Los Angeles, CA 90015

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/10/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Robert D Bass**   bob.bass47@icloud.com
- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Daren Brinkman**   office@brinkmanlaw.com, 7764052420@filings.docketbird.com
- **Joseph P Buchman**   jbuchman@bwslaw.com, gmitchell@bwslaw.com
- **Debra E Cardarelli**   dcardarelli@lesnickprince.com, jmack@lesnickprince.com
- **Jamie P Dreher**   jdreher@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **Brian David Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Philip A Gasteier**   pag@lnbyg.com
- **Karen L Grant**   kgrant@silcom.com
- **Brian S Healy**   brian@tw2law.com
- **Eve H. Karasik**   ehk@lnbyb.com
- **Caroline Lam**   caroline.lam@doj.ca.gov
- **Paul J Laurin**   plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Gordon G May**   hpc@ggb-law.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Lisa J Nilmeier**   lnilmeier@milano-ri.com, lisanilmeier@gmail.com
- **Juliet Y. Oh**   jyo@lnbyg.com, jyo@lnbyb.com
- **Brian A Paino**   bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Laura J Portillo**   Attorneys@portilloronk.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Jonathan C Sandler**   jsandler@bhfs.com, pherron@bhfs.com;sgrisham@bhfs.com
- **Allan D Sarver**   ADS@asarverlaw.com
- **Summer M Shaw**   ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Felicita A Torres**   torres@g-tlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Christian J Younger**   christian@youngerlawsb.com, youngercr88474@notify.bestcase.com
- **Ryan D Zick**   rzick@ppplaw.com, shernandez@ppplaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/10/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    **VIA EMAIL**
- **Jeffrey D. Sternklar** - jeffrey@sternklarlaw.com (Counsel for White Winston)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2022 | Janet A. Mack | /s/Janet A. Mack |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**